*Death Penalty* —



FILED
CLERK US DISTRICT COURT
JAN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Ramirez,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No.: CV07-8310-JVS<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] ORDER STAYING COURT PROCEEDINGS RE: DEATH SENTENCE AND REFERRING THE MATTER TO THE CAPITAL CASE COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL |

IT IS HEREBY ORDERED that the Court grants petitioner, Richard Ramirez, a stay of the execution of his sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, pending the disposition of the habeas corpus proceedings in this Court and throughout all appellate proceedings in this matter, and that the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed, and spread on the minutes of the United States District Court, unless otherwise ordered by this Court or the Ninth Circuit Court of

Appeals.

IT IS FURTHER ORDERED, that this matter be referred to the Capital Case Committee for the United States District Court, Central District of California, for appointment of the Federal Defender or other qualified counsel to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Robert L. Ayers, Jr., Warden of San Quentin Prison; the Clerk of the Los Angeles County Superior Court; Margaret Maxwell, Deputy Attorney General of the State of California; the Office of the District Attorney of Los Angeles County; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 1.2.08

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Geraldine S. Russell  State Bar No. 69352
Attorney at Law
On behalf of Petitioner
Richard Ramirez

On Jan 2, 2008, I, Jeffrey Patrick Allstedtt telephoned Eric Messick at San Quentin Prison and Scott Hayard at the Attorney General office regarding Richard Ramirez. In addition, I faxed a copy of this order to Scott Hayard and Eric Messick on this date.

Jeffrey Allstedt

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the **[Proposed] Order Staying Court Proceedings Re: Death Sentence and Referring the Matter to the Capital Case Committee for Suggestion of Appointed Counsel**.

On December 26, 2007, following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

Clerk of the Court
Los Angeles Superior Court
210 West Temple Street
Los Angeles, CA 90012

Richard Ramirez
CDC No. E-37101
San Quentin State Prison
San Quentin, CA 94964

Michael Millman
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105

Margaret Maxwell
Deputy Attorney General
300 South Spring Street
Los Angeles, CA 90013

Robert L. Ayers, Jr
Warden of San Quentin State Prison
San Quentin, CA 94964

Nicholas Arguimbau
24 Kirk Road
Warwick, MA 01378

Los Angeles District Attorney
210 West Temple Street
Los Angeles, CA 90012

Geraldine S. Russell
P.O. Box 2160
La Mesa, CA 91943-2160

This proof of service is executed at Los Angeles, California, on December 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

MARIZA VERGARA