SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
SEAN BOLSER (No. 250241)
Deputy Federal Public Defender
(E-Mail: Sean_Bolser@fd.org)
CALLIE GLANTON STEELE (No. 155442)
(E-Mail: Callie_Steele@fd.org)
DAISY BYGRAVE (No. 256487)
Deputy Federal Public Defender
(E-mail: Daisy_Bygrave@fd.org)
Telephone (213) 894-2854
Facsimile (213) 894-0081

Attorneys for Petitioner
RICHARD RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, et al.,<br><br>Respondents. | Case No. CV 07-8310-JVS<br><br>DEATH PENALTY CASE<br><br>**EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**Exhibits 56, 60, 71-129** |

# EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

**SUBSTITUTED EXHIBITS**[1]

56. Cumulative School Records of Richard Ramirez, El Paso, Texas, Public Schools - Jefferson High School
57. Medical Records of Richard Ramirez from Hotel Dieu Sister's Hospital
60. Texas Youth Counsel Records re: Richard Ramirez

**EXPERT DECLARATIONS**

71. Declaration of Kathy Pezdek, Ph.D., 12/15/2008
72. Declaration of Anne Evans, Ph.D., 4/18/1995
73. Declaration of Ron Smith, 12/12/2008
74. Declaration of Lisa DiMeo, 12/12/2008
75. Declaration of Edward Bronson, 12/10/2008

**VENUE & MEDIA**

76. Los Angeles Times articles
77. Audit Reports prepared by the Audit Bureau of Circulations for various newspapers
78. Articles published during trial
79. Transcripts of Channel 11 news broadcasts (admitted as Defense Ex. 17 with the Motion for Change of Venue)
80. Los Angeles Herald Examiner article entitled "Night Stalker Juror Shot Dead," 8/15/1989
81. Los Angeles Herald Examiner article entitled "Bloody Testimony at Stalker Suspect's Hearing," 4/2/1986

---

[1]Petitioner previously filed Exs. 56, 57 and 60 with the Protective Petition (*see* Docket Nos. 7-28, 7-29). Petitioner is now filing a more complete copy of these records with the court, which will replace the previously filed version of these exhibits.

82. Los Angeles Times article entitled "Ramirez Allowed to Switch Lawyers," 10/10/1985

83. Associated Press article entitled "Stalker May Have Mailed Eyes to Kin"

84. Los Angeles Times article entitled "Ramirez Hearing - Daily Ritual of Testimony and Stares," 4/14/1986

**IDENTIFICATION & LINEUP**

85. Color photographs taken from the video of the live lineup held on 9/5/1985 (A-D)

86. Los Angeles County Sheriff's Department Witness Cards of Felipe Solano, Sr. and Carol Kyle re: Lineup #6, 9/5/1985

87. Monterey Park Police Department Supplementary Report of interview with Jorge Gallegos Calderon, 3/18/1985

88. Los Angeles County Sheriff's Department Supplementary Report re: Okazaki/ Hernandez investigation, 4/15/1985

89. Burbank Police Department report re: Carol Kyle investigation, 5/30/1985

90. Monterey Park Police Department report re: Sophie Dickman Investigation, 7/7/1985

91. Los Angeles Police Department Press Release re: Khovananth investigation, 8/5/1985

92. Los Angeles Police Department interview of Virginia Petersen, 8/8/1985

93. Los Angeles County Sheriff's Department Supplementary Report re: Abowath investigation, 8/8/1985

94. Los Angeles County Sheriff's Department Confidential Supplementary Report re: arrest of Richard Ramirez, 8/31/1985

**RECORDS OF RICHARD RAMIREZ**

95. Providence Hospital birth records

96. Letter from Victor Henderson, M.D. to Arturo Hernandez, 5/29/1987

97. St. Vincent Medical Center MRI report, 9/5/1989

98. Report of Neuropsychological Evaluation of Richard M. Ramirez by Myla H. Young, Ph.D., 3/13/1995

99. Report of Elise Taylor, MFCC, 3/6/1995

100. Report of George Woods, M.D., 4/19/1995

101. Lawrence Berkeley Laboratory PET scan results, 9/21/1994

**FAMILY RECORDS**

102. Declaration of Ignacio Ramirez, 12/13/2008

103. Declaration of Mercedes Ramirez, 12/13/2008

104. Declaration of Robert Ramirez, 11/19/2008

105. Declaration of Rosario Ramirez, 11/25/2008

106. El Paso Public School Records of Julian Ramirez, Jr.

107. El Paso Public School Records of Roberto Ramirez

108. El Paso Public School Records of Rosa Ramirez

109. El Paso Public School Records of Ignacio Ramirez

110. Assignment of Rights by Richard Ramirez to Rosario Flores

111. Columbia Medical Center, El Paso, TX, records of Miguel Valles (excerpts)

112. Department of Veterans Affairs records of Miguel Valles (excerpts)

**JUROR DECLARATIONS**

113. Declaration of Lillian Casselli, 12/9/2008

114. Declaration of Hernease Dabney, 12/9/2008

115. Declaration of Max De Ruiter, 12/12/2008

116. Declaration of Janice McDowell, 12/10/2008

117. Declaration of Donald McGee, 12/9/2008

118. Declaration of James Muldrow, 12/9/2008

119. Declaration of Fernando Sendejas, 12/9/2008

120. Declaration of Bonita Smith, 12/9/2008

**OTHER DECLARATIONS**

121. Declaration of Elizabeth Dueñas, 10/27/2008
122. Declaration of Gilbert Flores, 11/24/2008
123. Declaration of Patricia Kassfy, 10/28/2008
124. Declaration of Cynthia Melendez, 11/24/2008
125. Declaration of Edward Milam, 12/12/2008
126. Declaration of David Palacios, 10/27/2008
127. Declaration of Antonio "Tony" Reyes, 10/28/2008
128. Declaration of Manuel Barraza, 12/21/1994
129. Declaration of Martha Salcido, 12/15/2008