SEAN K. KENNEDY (145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
SEAN BOLSER (No. 250241)
Deputy Federal Public Defender
(E-Mail: Sean_Bolser@fd.org)
CALLIE GLANTON STEELE (No. 155442)
(E-Mail: Callie_Steele@fd.org)
DAISY BYGRAVE (No. 256487)
Deputy Federal Public Defender
(E-mail: Daisy_Bygrave@fd.org)
Telephone    (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Petitioner
RICHARD RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD RAMIREZ,<br><br>                    Petitioner,<br><br>          v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, et al.,<br><br>                    Respondents. | Case No. CV 07-8310-JVS<br><br>DEATH PENALTY CASE<br><br>**EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS** |

**EXHIBITS 56, 60, 71-74**