# Jefferson High School

4700 Alameda Avenue
El Paso, Texas 79905

OFFICE OF PRINCIPAL

November 29, 1976

This is to certify that a conference with Ricardo Ramirez, D. O. B. 2-28-59, was held on November 29, 1976. It is hereby agreed that he will comply with attendance or be dropped from enrollment.

*[signature]*
Mrs. I. Trejo (Asst. Principal)

*[signature]*
Ricardo Ramirez

576121





**EL PASO PUBLIC SCHOOLS**
**PUPIL SERVICES**

☐ New Referral

## Student Discipline Report
Storeroom Stock Number 12085

Name: Ramirez, Ricardo    D.O.B. [redacted] /59

Address: 321 Ledo    Zip Code: 79905    Phone: ____

*Racial/Ethnic Designation: A.I. ___ B.A. ___ A. ___ S.S. ✓ O. ___

School: Jefferson    Sex: Male    Grade: 10

Father: Julian    Address: 321 Ledo

Mother: ____    Address: ____

Student Living With: Parents

Offense:

Cutting classes

Person Reporting Offense: Buendoza

Person Imposing Action: Buendoza

Concise Procedural History (Use back of paper if necessary):

Suspended 9/24/76

Suspended 9-24-76

Alternatives Considered (Use back of paper if necessary):

576124

Ex. 56, p. 4

Mother _____ Address _____
Student Living With _____ Name _____ Relationship _____
Offense

Cutting classes

Person Reporting Offense _____
Person Imposing Action _____

Concise Procedural History (Use back of paper if necessary)

Suspended 9/24/96

Suspended 9-24-96

Alternatives Considered (Use back of paper if necessary)

None

Signature _____
Title _____

SEND TO PUPIL SERVICES IMMEDIATELY
*A. I. - American Indian   B. A. - Black American   A. A. - Asian American   S. S. - Spanish Surname   O. - Other

576125

Ex. 56, p. 5

# Student Discipline Report
Storeroom Stock Number 1269

☐ New Referral

**Name:** Ramirez, Ricardo  **D.O.B.** [redacted]
**Address:** 321 Lado  **Zip Code:** 79905  **Phone:** 542-03[..]
**Racial/Ethnic Designation:** A.I. ___ B.A. ___ A.A. ___ S.S. ✓ O. ___
**School:** Jefferson H.S.  **Sex:** Male  **Grade:** 10
**Father:** William Ramirez  **Address:** 321 Lado
**Mother:** Mercedes Ramirez  **Address:** "
**Student Living With:** Parents (Name) (Relationship)

**Offense:**
Absent 8 days out of 15 - Ejudescence(?)

**Person Reporting Offense:** [signature] Kennedy
**Person Imposing Action:** [signature] Kennedy

**Concise Procedural History** (Use back of paper if necessary)
Says he has been ill but going to the Guidance Center. No calls for presents.
Request [illegible] for rest of quarter.

**Alternatives Considered** (Use back of paper if necessary)
None                       [signature] 11-3-76

576126

Ex. 56, p. 6

Father: _[illegible]_   Name: _[illegible]_
Mother: _[illegible]_   Address: _[illegible]_
Student living with: _[illegible]_   Relationship: _[illegible]_

Offense: _[illegible] 8 days out of in Suspension_

Person Reporting Offense: _[illegible signature]_
Person Imposing Action: _[illegible signature]_

Concise Procedural History (Use back of paper if necessary):
_Says he has been ill and going to the Guidance Center. To call for parents. Request_ _[illegible]_ _for rest of_ _[illegible]_

Alternatives Considered (Use back of paper if necessary):
_None_   1-3-74
              11-3-74

Signature: _[illegible]_
Title: _Asst. Principal_

SEND TO PUPIL SERVICES IMMEDIATELY

576127

Ex. 56, p. 7

EL PASO PUBLIC SCHOOLS
PUPIL SERVICES

☐ New Referral

**Student Discipline Report**
Storeroom Stock Number 13078

Name: Ramirez Ricardo    D.O.B. [redacted] 59
Address: 321 Ledo    Zip Code 79905    Phone 542-03__
*Racial/Ethnic Designation: A.I. ___ B.N. ___ A.A. ___ S.S. ✓ O. ___
School: Jefferson H.S.    Sex: Male    Grade: 10
Father: Arturo Ramirez    Address: 321 Ledo
Mother: _____    Address: _____
Student Living With: _____    Relationship: _____
Offense: Went to S... and forged passes to leave school.

Person Reporting Offense: _____
Person Imposing Action: _____

Concise Procedural History (Use back of paper if necessary):

Recommend more than 3 days

Alternatives Considered (Use back of paper if necessary):

None

576128

Case 2:07-cv-09210-BRO Document 15-2 Filed 12/17/08 Page 9 of 11 Page ID #:3290

School: _____ Service: _____ Grade: 321 _____
Father: Indian Reserve _____ Add: _____
Mother: _____ Address: _____
Student Living With: _____ Relationship: _____
Offense: _____ and forgery passes to leave school.

Person Reporting Offense: _____
Person Imposing Action: _____

Concise Procedural History (Use back of paper if necessary)

Restricted more than 3 days

Alternatives Considered (Use back of paper if necessary)

None

Signature: _____
Title: _____

576129

Ex. 56, p. 9

PUPIL SERVICES

☐ New Referral

## Student Discipline Report

Stockroom Stock Number 13095

Name: Ramirez Ricardo  DOB: [redacted]
Address: 321 Leeds    79905  Phone:
                     Zip Code
*Racial/Ethnic Designation: M.  B.A.  A.  SS.  O.
School: Jefferson    Sex: Male    Grade: 10
Father: Julian    Address: 321 Leeds
Mother: _____  Address: _____
Student Living With: Parents
                    Name              Relationship

Offense:

Cutting classes

Person Reporting Offense: [signature]
Person Imposing Action: [signature]

Concise Procedural History (Use back of paper if necessary.)

Suspended 9/24/96

[signature] 9-24-96

Alternatives Considered (Use back of paper if necessary):

None

576130

Ex. 56, p. 10

Student Living With: Name _____ Relationship _____

Offense:

*Cutting Classes*

Person Reporting Offense _____ *[signature]*

Person Imposing Action _____ *[signature]*

Concise Procedural History (Use back of paper if necessary)

*Suspended 9/24/96*

*[signature] 9-24-96*

Alternatives Considered (Use back of paper if necessary)

*None*

Signature _____ *[signature]*

Title _____ *Asst. [illegible]*

SEND TO PUPIL SERVICES IMMEDIATELY

*A. I. = American Indian   B. A. = Black American   A. A. = Asian American   S. S. = Spanish Surname   O. = Other*

576131