# PALISADIAN POST

Ex. 75, p. 383

# SKETCHING THE PLAYERS IN COURTROOM DRAMAS

### By JULIET P. SCHOEN
*West End Editor*

One after another the witnesses described their ordeals. Tales of rape, torture, murder.

Sitting in the courtroom was one woman who was so busily sketching she had little time to show her emotions or to react to the more lurid details.

*"I was impressed with the strength of the women who testified"*

This was Mary Chaney — soft-spoken, dignified, past her youthful years. She was "covering" the pretrial of Richard Ramirez, accused of 14 separate murder counts, who sat twitching and fiddling while the stories of horror were recounted.

"I was listening to testimony that was unreal," she says, sitting in the comfortable cosiness of her Pacific Palisades apartment.

During the past six months Chaney has been hired by NBC-TV to cover many



EXHIBIT:
0595



years ago, when she found an apartment in a historic old house near the ocean. "I come from Huntington Park and I had never lived on the Westside before. The first time I drove to Pacific Palisades, I loved the air. It reminded of Santa Fe. I also loved the village."

Chaney studied art at Chouinard School and then at Cal State Los Angeles.

"I am primarily a portraitist but I did study illustration and reportage." (Reportage is courtroom sketching).

"I decided to bring my work to NBC and they liked my sketches and hired me."

Her one frustration is that she never gets the chance to work on the sketches carefully. But there is a special honesty and intensity in the vivid, spontaneous portrayal of uniquely dramatic moments in other people's lives.

EXHIBIT

Ex. 75, p. 385



EXHIBIT

Ex. 75, p. 386

trials as a courtroom sketch artist. She finds her seat in the courtroom, places her cardboard on her lap, her colored markers on the floor beside her and she is ready to go.

She is called upon because cameras are not allowed in federal courtrooms or in municipal courtrooms where photo-taking might be disruptive. The sketches are then shown with the television news reports.

"I'm considered a member of the press, illustrating the reporter's statement," is the way Chaney describes her role.

She works quickly, trying to capture important moments. The sketches are little works of art, portraying, in color, the features of the various players in the courtroom dramas. She has two folders filled with sketches of the Ramirez pre-trial. When the sketches were shown on television, however, the faces of the witnesses were covered.

*"He showed his emotion by clenching his fist"*

"I was terribly impressed with the strength of some of the women who were victimized. The kept their heads, and went along with him to save their children. I was proud of their strength. After all, it's every woman's nightmare. . ."

Chaney has also covered the trials of Richard Miller, the accused spy, Valerie Torino, the West Hollywood mayor, and several other headline makers.

"I caught the meeting between Miller and Svetlana Ogorodnokova, (his go-between). It was their first meeting since she had been sent to prison two year previously." She also has a sketch of Miller as he is being pronounced guilty. "He reacted by putting his hand in front of his mouth. When he was sentenced to two life terms in prison, he showed his emotion by clenching his fist." The sketches are dramatic, to say the least.

"It was difficult to remain unmoved when the judge told Miller that he had not been grateful for the blessings he had received. But, generally, I am concentrating too hard to get emotional."

Chaney moved to Pacific Palisades six

**EXHIBIT** 1-1

Ex. 75, p. 387

# ARCADIA TRIBUNE

Ex. 75, p. 388

NAME OF MEDIA SOURCE:   ARCADIA TRIBUNE

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/29/86 | STAFF & WIRE REPORTERS | FAMILY OF SLAIN ARCADIAN SUES RAMIREZ | K-1 |
| 6/29/86 | STAFF RPTR | HEARING IN ORANGE COUNTY POSTPONED IN STALKER CASE | K-2 |
| 7/23/86 | STAFF RPTR | RAMIREZ LAWYERS MOVE FOR DISMISSAL | K-3 |
| 8/3/86 | STAFF RPTR | RAMIREZ TRIAL PUT OFF UNTIL DECEMBER | K-4 |

0604



# Family of slain Arcadian sues Ramirez

## Legal moves meant to stop 'literary' profits by suspect

0605



Arcadia, CA
(Los Angeles Co.)
Arcadia Tribune
(Cir. W. 14,200)

JUN 21 1986

Allen's P. C. B. Est. 1888

# Hearing in Orange County postponed in Stalker case

## Trial in L.A. County gets priority

"Night Stalker" defendant Richard Ramirez agreed Friday to postpone a hearing on whether he must stand trial in Orange County, and a prosecutor suggested there may be no Orange County trial at all.

Shackled and clad in a blue prison jumpsuit, Ramirez sat quietly as Municipal Court Judge B. Tam Nomoto put off his Orange County preliminary hearing until after his Los Angeles trial ends.

Ramirez is charged with 14 murders and 31 other felonies in Los Angeles County — the bulk of serial slayings, rapes and beatings that terrorized the state last year. If convicted on those charges, he faces a possible death sentence.

He faces only eight charges — none of them murder — in Orange County.

One of his attorneys, Arturo Hernandez, estimated the Los Angeles trial, scheduled to begin Sept. 2, would last between eight months and a year. Nomoto asked prosecutors and defense attorneys to return June 26, 1987, to again discuss an Orange County preliminary hearing.

Chief Deputy District Attorney James Enright said the outcome of the Los Angeles trial and whether there is "a viable death penalty" will determine if Ramirez will ever be tried in Orange County.

The 26-year-old defendant said only one word — "Yes" — when asked if he would waive his right to a preliminary hearing at this time.

"We agreed it would be wiser to go with the Los Angeles case first," Hernandez said outside court. "Of course we had no objections. We have a tremendous amount of work ahead of us in Los Angeles."

The eight felony Orange County charges stem from an attack on William Carns and his fiancee in Carns' Mission Viejo home last Aug. 25. The charges include one count of attempted murder, two counts of rape, two counts of forcible oral copulation, two counts of robbery and one count of burglary.

Carns, 29, was shot three times in the head during the attack and his fiancee was brutally beaten and raped. Ramirez faces up to 60 years in prison if convicted of the crimes.

Ramirez, a drifter originally from El Paso, Texas, was bound over for trial in Los Angeles County Superior Court during a preliminary hearing last month. If convicted on those charges he could be sentenced to die in the San Quentin gas chamber.

The spree of vicious murders, stabbings and rapes blamed on the Night Stalker began in June 1984 and continued until August 1985.

Satanic symbols were found at murder scenes and a cap bearing the logo AC-DC was found at another, authorities testified at Ramirez's preliminary hearing. The heavy-metal rock group AC-DC recorded a song called "Night Prowler," which was a favorite of Ramirez, according to acquaintances.

During one court appearance Ramirez turned to cameras and displayed a pentagram drawn on his hand. He proclaimed, "Hail, Satan," as he displayed the inverted five-pointed circled star — a symbol frequently used to represent the devil.

Ramirez was arrested Aug. 31, 1985 when a mob of angry East Los Angeles residents surrounded him and held him until authorities arrived.

Ex. 75, p. 391



# Ramirez lawyers move for dismissal

## Change of venue requested by attorneys for 'fair trial'

Lawyers for Night Stalker suspect Richard Ramirez have filed court papers asking a judge to dismiss the 14 murder counts against their client, due to a lack of evidence and because they believe his legal rights were denied.

Arturo Hernandez and Daniel Hernandez filed court documents Monday that claim a fair trial for their client, who has been branded a "superstar," cannot occur in Los Angeles County due to the tainting of the jury pool by massive, prejudicial pretrial publicity.

"There is a reasonable likelihood that if a motion for a change of venue is not granted, the defendant cannot obtain a fair trial," the attorneys wrote.

Their motion to move the trial out of the county and their request to dismiss the criminal complaint are scheduled for a hearing on Aug. 1.

"While the state has established a prima facie case that defendant sub-

mits that ... examination of the record ... shows that there is not sufficient evidence to support ... the ... matter of reasonable cause that the person who committed the acts was attempting state ...

The prosecution ... that Municipal Court Judge James Nelson ... during a preliminary hearing, determined that Ramirez's constitutional rights by allowing the ... statement by a witness who allegedly ... the endorsement officer "Neither defense attorney was available for comment, following an earlier court appearance.

be committed as many as 21 murders and "enjoyed watching people die."

The 26-year-old drifter from El Paso, Texas, remains in custody without bail. Trial is scheduled to begin Sept. 2 ...

The 43 felony counts, which include multiple special-circumstance allegations, could make the gas chamber if he is convicted.

Arturo Hernandez said Oakland or Berkeley could be good sites for the trial.

Deputy District Attorney P. Philip Halpin said he expected both motions and was not surprised.

Halpin has maintained that changing the jury pool in Los Angeles' large San Francisco hasn't occurred ... will be able to provide a fair and impartial jury. Halpin also noted the expenses of the trial will increase considerably if it is moved outside the county.

Ramirez is accused in a series of crimes that began in June 1984 and ended in August 1985, that terrorized Californians from Mission Viejo to San Francisco ...

In addition to the Los Angeles charges, he is suspected of ...



# Ramirez trial put off until December

## Motions for dismissal, change of venue also delayed

0608

# RAFU SHIMPU

NAME OF MEDIA SOURCE:  RAFU SHIMPU

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 6/26/86 | STAFF RPTR | RAMIREZ SUED BY MURDER VICTIM DOI'S FAMILY | L-1 |
| 7/31/86 | STAFF RPTR | RAMIREZ'S LAWYERS WANT 3 MONTH DELAY | L-2 |
| 8/1/86 | STAFF RPTR | RAMIRES GETS DELAY | L-3 |

Ex. 75, p. 395



Los Angeles, CA
(Los Angeles Co.)
Rais Shimpo
(Cir.D. 21,400)

## RAMIREZ SUED BY MURDER VICTIM DOE'S FAMILY

The family of William Doi has joined the parents of another homicide victim in a civil lawsuit against Richard Ramirez, who has been charged with 14 killings throughout the Southland.

A lawsuit filed by the widow and daughter claims Ramirez broke into the Doi house in May 1985. Ramirez, a Texas drifter, 65, and also sexually assaulted his wife, who was recovering from a stroke.

Also filing a lawsuit in Los Angeles yesterday were the parents of Patty Higgins. They accuse Ramirez of breaking into her Arcadia home in June 1985 and brutally assaulting her and causing her death.

The Superior Court lawsuits, which were filed late yesterday by attorney Scott Wood, seek unspecified compensatory and punitive damages.

Ramirez's attorney, Arturo Hernandez, called the lawsuits "a little bit premature" and said they may affect his client's right to a fair trial because of increased adverse publicity.

Ex. 75, p. 396



Los Angeles, CA
(Los Angeles Co.)
Rafu Shimpo
(Cir. D. 21,008)

JUL 3 1 1986

Allen's P. C. B. Est. 1888

# RAMIREZ'S LAWYERS WANT 3 MONTH DELAY

2850

Defense lawyers for Richard Ramirez, accused of 14 murders including two of Japanese Americans, filed court documents today requesting a three-month delay in the criminal proceedings, according to City News Service.

Ramirez, also referred to by the press as the "Night Stalker" suspect, has also been charged with 31 felonies.

The lawyers, Daniel Hernandez and Arturo Hernandez, began serving subpoenas on news organizations, seeking copies of published stories and broadcast reports about their client. The organizations have been requested to bring the information, which includes anything ever broadcast or published about Ramirez or the alleged Night Stalker victims—into court.

The request, the attorneys said, is part of their effort to provide Superior Court Judge Dion Morrow with documentation of the immense amount of purportedly prejudicial news coverage which necessitates moving the criminal proceedings outside of Los Angeles County.

During a brief discussion with reporters in the downtown Criminal Courts Building, the lawyers said a delay in the proceedings is necessary so they can adequately prepare arguments about some 100 motions they intend to file in the case.

"Not to grant us a delay would be a violation of our client's right to have effective counsel," Daniel Hernandez said.

"We are prepared to call attorneys up and down the state, who will testify that the time we have been given is simply not adequate for such a major case," he said.

The lawyers noted that Ramirez, 26, a drifter from El Paso, Texas, faces multiple special circumstance allegations that could mean the death penalty if he is convicted.

"In most capital cases, the defense is given far more time than we have," Daniel Hernandez.

"Trial for us is scheduled to start Sept. 2, and there's simply no way we can complete our research by that time."

The attorneys said they have compiled 800,000 pages of police reports, legal documents, pleadings, research materials and investigative reports.

In addition, experts in the fields of serology, pathology, fingerprints, ballistics, and social sciences, who have been obtained by the defense team, have indicated they will not be able to finish their research by the Sept. 2 trial date, the attorneys said.

Deputy District Attorney P. Philip Halpin said he intends to oppose any delay.

"I feel there has been ample time for preparation," Halpin said. The prosecutor also said the large jury pool in Los Angeles County should be able to provide a fair and impartial group of jurors for Ramirez's trial.

Los Angeles, CA
Los Angeles Cal
Herb Shimpo
(Cir. D. 11,500)

AUG 1 1986

Allen's P.C.B. Est. 1888

## RAMIREZ GETS DELAY

And ... accusing Richard Ramirez, accused of 14 murders including two of Japanese Americans, obtained a delay today in criminal proceedings against him so that pretrial motions can be heard in September and November, and the trial will likely take place next year.

Over objections from the prosecutor, Los Angeles Superior Court Judge Dion Morrow delayed a hearing on a defense motion to dismiss the 14 counts of murder and 31 other felonies charged against Ramirez until Sept. 2.

Morrow also delayed until Nov. 3 a hearing on a defense request to move the trial outside of Los Angeles County.

Defense attorney Arturo Hernandez said he wanted time for news-language newspapers in Los Angeles to support his arguments to translate articles from foreign-language newspapers in Los Angeles to support his arguments that publicity in the case will

make it impossible to find impartial jurors.

"It's really absurd to have the limited amount of time to prepare a case of this magnitude," Hernandez said before today's Superior Court hearing.

But Morrow, showing impatience, told, "Mr. Hernandez, you're beating a horse that doesn't need to be beaten. If you need more time to prepare for trial I will give it to you. As long as you can answer me that you're processing you will get the time."

Deputy district attorney P. Phillip Halpin, on the other hand, noted that following a nine-week preliminary hearing, Ramirez was ordered on May 6 to stand trial, which he claimed was adequate time to at least complete preparation on defense motions.

"If they're not ready at this point it certainly is not because of diligence," Halpin said.

Ex. 75, p. 398

# MONROVIA NEWS POST

NAME OF MEDIA SOURCE:   MONROVIA NEWS POST

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/23/86 | STAFF RPTR | RAMIREZ LAWYERS MOVE FOR DISMISSAL | N-1 |
| 7/30/86 | STAFF RPTR | NIGHT STALKER JUDGE RESUMES NEW POST | N-2 |

Ex. 75, p. 400



# Ramirez lawyers move for dismissal

## Change of venue requested by attorneys for 'fair trial'

Ex. 75, p. 401



### Night Stalker Judge assumes new post

Municipal Judge James F. Nelson, who presided over the Night Stalker preliminary hearing, has been elected assistant presiding judge of the Los Angeles Municipal Court. Nelson, the court's presiding judge in 1981, was elected by his fellow judges to replace former Assistant Presiding Judge George W. Trammell, who took over as presiding judge on June 25 after the ouster of Municipal Judge Maxine Thomas. Nelson currently serves as judge in Division 24, where he handles civil and criminal cases. He was appointed to the court by then-governor Ronald Reagan in 1968 and elected in 1970. He was re-elected in 1976 and 1982. The West Los Angeles native earned his undergraduate degree at UCLA and graduated from Loyola University Law School in 1953. He is married to Judge Dorothy Nelson, a U.S. Appeals Court justice.

Ex. 75, p. 402

# WHITTIER DAILY NEWS

Ex. 75, p. 403

NAME OF MEDIA SOURCE:   WHITTIER DAILY NEWS

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/22/86 | CITY NEWS SERVICE | LAWYERS ASK RAMIREZ CHARGES BE DROPPED | P-1 |

0625

Ex. 75, p. 404



## Lawyers ask Ramirez charges be dropped

**City News Service**

Lawyers for Night Stalker suspect Richard Ramirez filed court papers Monday asking a judge to dismiss the 14 murder counts and 31 felonies against their client due to a lack of evidence and because they believe his legal rights were denied.

Arturo Hernandez and Daniel Hernandez also filed court documents that claim a fair trial for their client, who has been branded a "super-criminal" by the media, cannot occur in Los Angeles County due to the alleged tainting of the jury pool by mas-

sive prejudicial pretrial publicity.

"There is a reasonable likelihood that if a motion for a change of venue is not granted, (the) defendant cannot obtain a fair trial," the attorneys wrote.

Their motion to move the trial out of the county and their request to dismiss the criminal complaint are scheduled for a hearing on Aug. 1.

They also claimed that Municipal Court Judge James Nelson, during the lengthy preliminary hearing, denied Ramirez's constitutional rights by allowing the entry of statements he allegedly made to law enforcement officers.

0626

Ex. 75, p. 405

# DUARTEAN DISPATCH

Ex. 75, p. 406



NAME OF MEDIA SOURCE: BUARTEAN DISPATCH

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/23/86 | STAFF RPTR | RAMIREZ LAWYERS MOVE FOR DISMISSAL | Q-1 |

Ex. 75, p. 407



# Ramirez lawyers move for dismissal

## Change of venue requested by attorneys for 'fair trial'

Ex. 75, p. 408

# GLENDALE NEWS PRESS

------------------------------------------------------

NAME OF MEDIA SOURCE:  GLENDALE NEWS PRESS

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/28/86 | CAROL TUCKER | ALLEGED 'NIGHT STALKER' SUED BY VICTIMS FAMILY. | R-1 |
| 8/2/86 | STAFF RPTR | JUDGE GRANTS DELAY FOR DEFENSE | R-2 |
| 8/28/86 | CAROL TUCKER | MURDER VICTIM KNEW ASSAILANT(S) | R-3 |

Ex. 75, p. 410



# Alleged 'Night Stalker' sued by victims' family

JUL 2 8 1985

Ex. 75, p. 411



Glendale Calif.
Los Angeles Co.
News Press

AUG 9 1985

## Judge grants delay for defense

A judge Friday granted a defense request to postpone the Sept. 2 trial of "Night Stalker" suspect Richard Ramirez and also agreed to delay defense dismissal and change of venue motions.

Defense attorneys Arturo Hernandez and Daniel Hernandez wanted the trial and pretrial motions — scheduled to be argued Friday — postponed so they could have more time to prepare.

Superior Court Judge Dion Morrow delayed the change of venue motion until Nov. 3 and the dismissal motion until Sept. 2.

The judge said he would also postpone Ramirez's Sept. 2 trial date, but had not yet selected a new trial date.

Ex. 75, p. 412



Glendale, CA
(Los Angeles Co.)
Daily News Press
Jan. 16, 2003

AUG 13 1986

# Murder victim knew assailant(s)

**By CAROL TUCKER**
Staff Writer

2788

A Glendale man who was beaten to death in his apartment knew the person or persons responsible for his killing, police said Wednesday.

Earl C. Goulet, 58, was found dead in his 930 Lexington Drive apartment Friday night after police responded to a 911 emergency call from a neighbor who heard someone screaming for help.

Investigators have determined that there was no forced entry to the apartment and that the person or persons were known to the victim, according to a brief press release issued Wednesday by the Glendale Police Department.

The investigation also found that the one or more assailants were "admitted to the apartment by the victim, and were in the apartment for some time before the homicide occurred," the press release said.

A coroner's autopsy concluded that Goulet died from asphyxiation — lack of oxygen to the brain — and blunt force injuries to the head.

Police issued the information hoping to "alleviate any fear local residents may have regarding their being harmed by the person(s) responsible for the murder," the press release said.

Neighbors have reported feeling frightened in the wake of Goulet's death. "If people are having those concerns we don't want them to think they are facing another 'Night Stalker,' " said Agent Christopher Loop, police spokesman.

"To alleviate the fears of the neighbors, we've released information that the victim knew the assailant or assailants," he added.

Police said the investigation is continuing and that they will release more information when the suspect or suspects are arrested and charged.

Goulet had worked as a claims examiner for Transamerica Occidental Life Insurance Co. and was unmarried, said Carol Bromberg, a company spokeswoman.

He had been a resident of Glendale for several years and had been living at the Lexington Drive apartment since March 1985.

Ex. 75, p. 413

# EAGLE ROCK SENTINEL



--------------------------------------------------

NAME OF MEDIA SOURCE:   EAGLE ROCK SENTINEL

| DATE OF ARTICLE | NAME OF REPORTER | TITLE OF ARTICLE | EXHIBIT NUMBER |
|---|---|---|---|
| 7/26/86 | STAFF RPTR | BLEND DONATIONS HELP OFFICER BECOME FINGERPRINT EXPERT | S-1 |

Ex. 75, p. 415

# BLEND donations help officer become fingerprint expert

"Cash donations from Business for Law Enforcement Northeast Division (BLEND) have enabled Officer Chris Smith to become "the person who has provided more clues to crimes than anyone in the division," Capt. Noel Cunningham, Northeast Division commanding officer said Wednesday.

Addressing the monthly luncheon meeting of BLEND at Levey's California Center, Cunningham said the work of Smith is part of a "new vigor" at the Northeast Division which is addressing such police problems as gang activity, auto thefts and burglaries.

Smith, a 13-year veteran of the LAPD, said the special glues, powders and equipment purchased with the more than $330 donated by BLEND have enabled him to lift fingerprints from such objects as

wallets and car radio covers which in the past have been difficult to "dust" for prints.

By lifting prints from the car equipment, an auto theft ring was uncovered and several arrests made.

Smith has also outfitted each Northeast Division patrol car with a fingerprint kit and "throwaway" lab coats that protect uniforms from the powders.

"Because of the lab costs the number of officers who are taking fingerprints at crime scenes has doubled," Smith said. "Some officers have been reluctant to take fingerprints because the powder gets uniforms dirty."

The officer also announced that the LAPD would soon have a

(Continued on Page 2)

Los Angeles, CA
(Los Angeles Co.)
Eagle Rock Sentinel
(Cir. W. 9,544)

JUL 2 6 1985

Allen's P.C. B. Est. 1888

## BLEND

(Continued From Page 1)

sophisticated computer which several months ago required only one second to identify Richard Ramirez as the suspect in the "Nightstalker" killings after a fingerprint was fed into the machine.

It would have taken one man searching fingerprint records manually 64 years to achieve the same result, according to Smith, who has become a fingerprint expert at the Northeast Police Division.

Speed is not the only advantage the computer has over present print identification methods, Smith said. It has the capability to remember fingerprints, linking suspects to old, unsolved crimes. When a suspect's prints are fed into the computer it automatically scans stored records of previous crimes and if the print matches one in the computer's memory it is almost immediately identified.

The computer can also complete partial fingerprints and "correct" a stored fingerprint, providing a match when an item has been lightly touched or squeezed hard.

Ex. 75, p. 416

# L.A. TIMES

Los Angeles Times

13 inches; 432 words

TUESDAY, AUGUST 13, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES
000074819
FAX page #50

# Latest Attack Is Not Believed Tied to 'Valley Intruder'

By DAVID FREED

The rape of an 84-year-old San Gabriel woman early Sunday may not have been the work of a late-night intruder being sought by a police task force in a countywide series of slayings and assaults, authorities believe.

Despite initial speculation that the intruder had struck again, there were few similarities between Sunday's incident and earlier attacks in which people have been shot, stabbed, raped and bludgeoned in their homes, Los Angeles County Sheriff Sherman Block said Monday.

The elderly woman's description of her assailant, as well as methods the attacker used, "lead us to believe that it may not, and probably is not, related" to the six or more murders and as many as 13 other non-fatal assaults linked to one person, the sheriff said.

Many of the incidents—dating back to February—have taken place in the San Gabriel and San Fernando valleys, leading Block to suggest Monday that the man they are seeking be dubbed the "Valley Intruder." Others in the media searching for an appropriate moniker have labeled the wanted man the "Valley Invader," "Walk-in Killer" and "Night Stalker."

Whatever his label, the assailant gains entry through open windows and unlocked doors to attack sleeping victims. Nearly all of the residences where attacks have occurred were poorly lighted and unfenced.

Investigators from the Sheriff's Department and the Los Angeles, Arcadia, Glendale, Monrovia and Monterey Park police departments are participating in a manhunt that Block described as "far more complex" than that mounted in the Hillside Strangler murders of the late 1970s. Block said the six-agency task force is "growing every day" and probably now numbers more than 50 detectives.

The case thus far has baffled investigators, who invariably depend on a killer's *modus operandi*—a consistent pattern of behavior—to discover clues and make arrests. The pattern often involves a killer's preference for a particular type of weapon or victim.

"That's why this case is so mind-boggling," Block said. "There's no consistency at all."

Even in those cases where victims have been shot, a different gun apparently has been used, the sheriff noted.

The essential links between each episode have been the assailant's method of entry and the physical description offered by survivors and witnesses. The intruder has been described and depicted in a composite drawing as a thin man between 6 feet and 6 feet 2 inches tall and between 25 and 30 years of age. He has discolored front teeth that are widely gapped and curly brown hair.

In Sunday's incident, the elderly woman was attacked at about 5:30 a.m. in her one-story house. She did not get a good look at her assailant because he was wearing a mask, Block said. However, she described the man as considerably shorter than the individual wanted in the other crimes, he said.

The woman's description of his height—and the fact that the attacker did not exhibit a weapon, wore a mask and did not beat her—led investigators to discount the possibility that the crime was committed by the same person being sought by the task force, Block said.

*Times Staff Writer*

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

4 inches; 113 words

WEDNESDAY AUGUST 14, 1985, MAIN NEWS, PART 1, PAGE 19
COPYRIGHT 1985 / LOS ANGELES TIMES

000075114
FAX page #47

# County Posts $10,000 Reward for Information on Intruder

The Los Angeles County Board of Supervisors offered a $10,000 reward Tuesday for information leading to the arrest and conviction of the so-called Valley Intruder, blamed for at least 6—and possibly as many as 13—slayings and at least 15 rapes, beatings and kidnapings in the San Gabriel and San Fernando valleys.

Supervisor Pete Schabarum, in whose district most of the crimes have occurred, called the attacks "a county-wide problem" that has spread fear to every community.

Police and Sheriff's Department investigators say the killer enters homes through open windows and unlocked doors, attacking victims while they sleep.

The male suspect is described as thin, at least 6 feet tall, between 25 and 30 years of age, with brown curly hair. Witnesses say he has stained front teeth that are widely gapped.

**Type of Material**
Sidebar

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

| 24 inches; 842 words | WEDNESDAY AUGUST 14, 1985, MAIN NEWS, PART 1, PAGE 1 | 000075049 |
|---|---|---|
| | COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #48 |

## Veteran Detective Leads Search for 'Valley Intruder'

■ Homicide Cop Is Perfect Man for the Job

By ROXANE ARNOLD

Sheriff's Sgt. Frank Salerno, the lead detective in the so-called "Valley Intruder" case, is everybody's idea of a good homicide cop.

"You don't want this guy following you," said one former sheriff's investigator. "Sooner or later, he's successful."

"He's as good as you can get," added Detective Sgt. Bill Williams of the Los Angeles Police Department.

The 46-year-old Salerno, who joined the Sheriff's Department in 1961, has "worked homicide" for almost 10 years. He has tracked down the flimsiest of clues in cases almost nobody remembers and, a few years back, played a key role in an investigation few can forget----the notorious Hillside Strangler case, the sex slayings of 10 young women and girls in 1977 and 1978.

Salerno's latest quarry is described as a curly haired man with stained, widely gapped teeth who slips through unlocked doors and windows before dawn to attack his victims as they sleep. At least six killings and 15 rapes, beatings and kidnapings in the San Gabriel and San Fernando valleys are being linked to the killer.

The many months spent in the late 1970s working on the Hillside Strangler case "is going to be a great advantage in working a case like this," Salerno said. "We've got other investigators who have also worked the Hillside case."

A key lesson has to do with the behavior of serial killers.

"Bianchi (Kenneth Bianchi, one of the two killers in the Hillside case) proved one thing, and that is: most serial murderers don't stop. They might relocate. They will kill again."

"I would expect he (the Valley Intruder) would again."

About 50 investigators from six local police agencies have been drawn into the task force established last week to track down the killer. The challenge of the task force will be to coordinate and keep track of the each of the thousands of slivers of information that could mean something important.

Already, investigators have received more than 1,000 leads and tips to check, ranging from the caller who sighted a stranger resembling a composite sketch of the killer to the tipster who named a friend as a possible suspect.

A major flaw in the massive Hillside Strangler probe was that too often such information was not shared and that some investigators were not fully informed, those close to the case said.

At the height of that exhaustive investigation, a task force that swelled to 162 officers from the Los Angeles and Glendale police departments and the Sheriff's Department was established to track down the more than 10,000 clues that surfaced. Although the information gathered was fed into a computer, the data was not cross-indexed and obvious connections, at least in the case of Bianchi, were missed.

Bianchi, for example, was interviewed by investigators on separate occasions, but each time the questioning officers were unaware that Bianchi had crossed their path before.

"There were so many 'clue clowns,' I think they called them," complained Katherine Mader, a defense attorney for Angelo Buono, the second Hillside Strangler killer. "Bianchi was interviewed three times by different law enforcement officers and gave statements that were never followed up on. . . . They (the task force) would parcel out clues, but they wouldn't have enough coordination."

In the current investigation, all information is being cross-indexed, Salerno said.

"You learn as you go along," he said of the Strangler investigation. "I think naturally because of the amount of information that came in on that case, mistakes are going to be made. . . . You learn from your mistakes."

"No doubt about it," Salerno added. "One of the major (improvements) is cross-indexing. We're trying to accomplish more correlation and exchange of information between the various agencies that are working. It's almost a daily contact between the investigators, and also meetings and briefings."

The fact that so many police agencies are involved poses problems that go beyond exchanging massive amounts of information.

"You have different methods of reporting, of handling evidence, of interviewing," Salerno said. "You have to try and overcome that . . . to make sure nothing falls through."

But even with streamlined techniques, he said, the Intruder case may not be easily solved. He said the investigation may prove even more complex than other serial killings, including the Hillside Strangler case. The motivations of this killer are harder to pin down.

"Whenever you work a case, either a serial case or one that takes a lengthy period of time, the investigator develops in his own mind the type of individual he is looking for," Salerno said.

"This is a much more complex individual as far as trying to get a handle on what kind of psychological profile he has. . . . The diversity makes it tough and then when you throw in random victims, which are the most difficult of cases to solve, you've really got your hands full."

Already, Salerno, his partner, Gil Carrillo, and the other 20 to 25 sheriff's investigators assigned to the case are working marathon shifts, sifting through myriad pieces of information.

Salerno is coming close to duplicating the seven-day weeks he worked for months during the Strangler investigation, but he says he is just one of many working those same grueling hours.

Investigators, he said, "are running out of shoe leather. . . . It's just good old-fashioned police work where people are going out knocking on doors and talking to people.

Ex. 75, p. 420

Merchants Report Upsurge in Sale of Firearms and Locks as News of Serial Murders Spreads
GARY LIBMAN
Los Angeles Times (1886-Current File): Aug 15, 1985; ProQuest Historical Newspapers Los Angeles Times (1981 - 1986)
pg. E1

A-4

*Merchants Report Upsurge in Sale of Firearms and Locks as News of Serial Murders Spreads*

# A Fearsome Intruder Has San Gabriel Valley in Uproar

**By GARY LIBMAN**

A San Gabriel-area nurse is livid at the "Valley Intruder."

"I have two guns in the house," she said. "If he came to the door, I'd kill him."

In fact San Gabriel Valley residents are so upset by the killer who enters unlocked homes at night and may be responsible for six slayings and 16 rapes, beatings and kidnappings in the San Gabriel and San Fernando valleys that they refuse to give their names in interviews.

A Monrovia man says that every night at 1 a.m. he wakes his 3-year-old daughter and drives to pick up his wife at the restaurant where she works. Since the killings became known, his wife is afraid to walk alone the few feet from the restaurant to the lot where she parks.

**Locking Selves in Bedroom**

An Alhambra woman says that when her husband goes to work each night she and her 3-year-old daughter shut the windows and lock themselves in the bedroom.

"I have a phone and a bathroom," she said. "So there's no need to come out."

A Monrovia professor recently moved his daughter from a downstairs to an upstairs apartment. In that city, while a South Pasadena bartender says that in her bungalow complex one of the seven women over 65 stays up each night of the week to watch for the intruder.

People are "buying the hell out of window

people who want to form neighborhood watches. Before the murders, calls for new watch groups had been rare.

The San Gabriel-area nurse said she is particularly angry at the intruder "because you're not even safe in your own home. It feels like a violation of privacy even though you haven't been accosted."

"I've heard he's carrying a gun and I don't know if it's true," she said, "but mine (a

---

*'I have a strong sense of person and property and a short fuse when they're violated.'*

---

.12-gauge shotgun and a .44-caliber magnum pistol) are loaded. My profession is healing, but I have a very strong sense of person and property and a short fuse when they're violated."

The attacks have cut across all age and sex lines.

The professor, wearing shorts while visiting an Arcadia shopping mall, said he moved to Los Angeles about 10 years ago, at the time of the Hillside Strangler.

"It was very fearful to us and our daughters, who were teen-agers," he said.

"But this seems even more horrendous



Lock sales are up in response to the "Valley Intruder" crimes. Here, Steve Broten, Arcadia hardware store manager, helps Cindy Wallace make a choice.

locks," and husbands are buying guns for wives as residents react to a possible serial killer who seems more fearsome because he attacks in the home and without a discernible pattern, police say.

"It's not like reading in the paper that it's happening back East," Detective Edward Winter of the Arcadia Police Department said. "When it starts happening in your town it makes you stop and think about it. That's what our citizens are doing.

"We hear a lot of people say 'I'm not sleeping well. I'm scared to death. I want to get an alarm.' I can't say it's quite a panic, but people are concerned."

"We're getting more calls from people who notice things," Lt. Joseph Santoro, commander of the community relations and crime prevention bureau of the Monterey Park Police, said. "In the past they might have rationalized what they saw and not called us."

Santoro said the police are doing 15 to 25 inspections daily for people who want to know if their homes are properly secured. They normally do eight to 10. The police are also receiving about three calls a day from

because of the fact that this person goes into people's homes. He's going into your sanctuary, your private place. That's very frightening to me, and he's doing it in such a diabolical way.

"He's not striking the same way twice and he's making it very difficult for the police, I'm sure."

The burly Monrovia man who picks up his wife after work, wearing jeans and a T-shirt and sipping a beer at an Arcadia bar, said that when his two dogs bark while he sleeps at night "I get my hockey stick and prowl the house.

"If you hear noise and you don't wake up and wonder about it (in this situation), something's wrong with you," he said.

"I used to have the windows open at night because I don't have air conditioning. Now I get home and open the windows and I get all the air I can and then shut them. At about 3:30 it's so hot you're choking."

An Alhambra office worker said that her husband used to work part time at night but stopped because she was petrified to be

Please see INTRUDER, Page 18

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Ex. 75, p. 421

# INTRUDER: Valley in Uproar

**Continued from Page 1**

alone. "I used to come home (and relax)," she said. "Now I come home and check all the rooms.

"During the summer when my husband would go off to work at night I used to leave the back door and the windows open. Now I'll sit in the house sweating but I won't open those doors. I'll sit in front of a fan and go wet my head.

"I was so scared that I had my husband buy me a stun gun," she said. The gun shoots two electrically charged darts that enter the skin and immobilize the body.

Turner's Sporting Goods in West Covina reported an increase in gun sales, but it was selling more than stun guns; it was doing a brisk trade in .12-gauge shotguns with an 18-inch barrel on sale at $149.99. This is a legal weapon, not "sawed off." However, it is 10 inches shorter than the standard shotgun.

"Husbands are getting them for their wives," store manager Mike Battistoni said. "A lot of husbands are not home at night.

"Handguns have a 15-day waiting period before you can pick them up. You can take the rifle or shotgun home the same day. . . . They also want a gun that's easy to use. . . . With a shotgun, you've just got to point."

Meanwhile, Fowler's Sport Center in Pasadena reported increased sales of .22- and .25-caliber pistols.

Police, observing these sales, cautioned that gun buyers should know how to use them.

"And if you decide you have to use it, you have to be absolutely sure to use it for a good reason, the protection of your life or someone else's," Lt. Santoro said.

"You don't want to shoot an innocent person. You have to live with that the rest of your life."

In addition to guns, residents are also seeking protection by buying more window and door locks.

Steve Broten, general manager of Ace Hardware in Arcadia, said he couldn't keep enough window locks in stock, and Roger Weiss, manager of Builders Emporium in Temple City, said customers had made a run on window and door locks, particularly dead bolts. Ole's Home Center in Pasadena also ordered more window and door locks to keep up with sales.

Those sales reflect the bizarre nature of the recent crimes.

"I trust my husband to take care of me, but I'm not even safe with him (now)," the Alhambra office worker said. "I was talking to some lady at a nightclub. She said, 'Don't worry. He's not after you. He's only after single women.'

"I said, 'Bull. He's after whoever he can get. He's just taking anyone at random. As long as he can get into your house.'"

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Los Angeles Times

8 inches; 259 words

THURSDAY, AUGUST 15, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000075411
FAX page #44

## Detectives Link 7th Slaying to 'Intruder'

By DAVID FREED

The March 17 fatal shooting of a Monterey Park woman has been linked to a series of six other recent slayings believed committed by the so-called "Valley Intruder," authorities said Wednesday.

Los Angeles County Sheriff's Lt. Dick Walls said the killing of Tsai-lian Yu, 30, came about an hour after another woman, Dayle Okazaki, 35, was found shot to death in her condominium in Rosemead, about three miles away.

Witnesses told authorities that a man walked up and shot Yu shortly before midnight as her car paused at a stop sign in the 500 block of Alhambra Avenue. The assailant drove away in another car.

"Based on the proximity to (the) Okazaki (murder) and the time of day it occurred, there are strong indications that (Yu's death) is connected to the others" in the intruder series, Walls said. "We're looking at everything and anything to see if it's related."

The lieutenant declined to provide additional details.

Detectives believe that Okazaki's slaying may have been the first in the series, which is being investigated by a six-agency law enforcement task force.

Okazaki's roommate, a 35-year-old woman, escaped after being accosted and shot in the hand as she returned home. Investigators said that the roommate hid behind a bush until the intruder left and then rushed into the condominium to find Okazaki dead on the kitchen floor.

Detectives have speculated that the intruder—a thin, curly haired man who sneaks through unlocked windows and doors to attack his sleeping victims— may be responsible for as many as a dozen slayings and 15 rapes, beatings and kidnapings this year, most in the San Fernando and San Gabriel valleys.

With Yu's death, seven murder cases and a non-fatal assault—in which a 16-year-old girl was bludgeoned in her Sierra Madre home—are now "definitely" linked to the same assailant, according to the task force.

*Times Staff Writer*

NOTE:
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

WEDNESDAY AUGUST 14, 1985, LOS ANGELES TIMES, MAIN NEWS, PART 1
COPYRIGHT 1985 / LOS ANGELES TIMES

"It's the type of work that isn't shown on television. . . . It takes longer than 60 minutes plus commercials."

Exhausting hours or not, Salerno clearly loves the work and the challenge.

A solid six-footer, he looks and acts the part of a veteran detective. He is slow-talking, deliberate and cool-headed.

A family man, Salerno abandoned college for police work "way back in medieval (times)." It's a decision he says he has never regretted.

"What appealed to me is it would be an exciting job," he said. "You weren't tied to any one spot and you dealt with people. . . . I want to stay right here. I want this case solved . . . soon."

*Times Staff Writer*

**Photo:**
Sgt. Frank Salerno

**Photographer:**
KEN LUBAS / Los Angeles Times

**Type of Material**
Profile

---

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

3 inches; 79 words

TUESDAY, AUGUST 20, 1985, LATE FINAL, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000077108
FAX page #38

# Man Wasn't 'Valley Intruder'

A four-hour search for a man resembling the "Valley Intruder" murder suspect was called off early today after homicide detectives determined that the man, who fled his car when he was stopped by a San Marino policeman, was not the intruder.

Los Angeles County Sheriff's Deputy John Broussard said authorities were still trying to locate the man, but evidence found in his small foreign car indicated that he was not the thin, curly-haired suspect believed responsible for a series of murders, rapes and beatings centered in the San Fernando and San Gabriel valleys.

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

14 inches; 467 words | WEDNESDAY AUGUST 21, 1985, METRO, PART 2, PAGE 6 | 000077570
| COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #36

## Two Trails Turn Cold in Search for 'Valley Intruder'

By DAVID FREED

Authorities investigating the so-called "Valley Intruder" slayings thought they had a break in the baffling case: a driver who had fled on foot from a San Marino policeman after a routine traffic stop closely resembled a composite drawing of the killer.

An all-out search was launched in the neighborhood around Huntington Drive and San Gabriel Boulevard where the driver melted into the night Monday. Roadblocks were erected. Four tracking dogs were called in. Thirty officers from several agencies went house to house while a sheriff's helicopter circled overhead, its bullhorn warning residents: "Stay inside, lock your windows and doors."

**Youth Is Cleared**

But the massive effort was in vain. The object of the manhunt, who surrendered about 4 a.m. Tuesday to Monterey Park police, turned out to be a frightened, 17-year-old youth from Monterey Park who had been driving his mother's car without permission.

Authorities said that evidence found in the car absolved the youth of any involvement in the series of slayings. Detectives, however, would not describe the nature of that evidence.

It was the second incident so far this week in which authorities initially thought that they were close to the thin, gap-toothed suspect with curly hair believed responsible for at least seven slayings and as many as 13 other rapes and beatings since March in the San Fernando and San Gabriel valleys.

In nearly every incident, people have been attacked in unfenced, poorly lighted homes by a man who sneaks through unlocked doors and windows.

On Monday night, a Los Angeles County sheriff's deputy walked into a pizza parlor on Lake Avenue in Pasadena and spotted a man resembling the widely circulated composite drawing of the intruder. The deputy called for help and other deputies soon arrived, Deputy John Broussard, a Sheriff's Department spokesman, said.

**Weapons Charges**

The man, identified as Gregory Raul Gayon, 46, was ordered outside. As he left, Gayon allegedly attempted to pull a pistol from his pants and the deputies disarmed him, Broussard said. Gayon was taken into custody on weapons-related charges.

While arresting deputies were hopeful that they had captured the intruder, investigators from a multi-agency police task force working on the case soon eliminated Gayon as a suspect.

"It seems that there was no correlation between either of these two suspects and the Valley Intruder," said San Marino Police Capt. Jack Yeske.

In addition to the drawing, made from information provided by survivors and witnesses of the intruder's attacks, the Sheriff's Department, which is coordinating the investigation, has received nearly 1,000 tips from citizens, many of whom are convinced they have seen the man.

"We are running into a lot of people who do bear a resemblance" to the drawing, Broussard said. "The sightings are becoming more and more common, and calls for service are up 10% to 50% throughout the sheriff's jurisdiction. All of the stations are extremely busy because every one of those calls is considered a priority."

Meanwhile, the county Board of Supervisors on Tuesday unanimously voted to expand its $10,000 intruder reward fund by accepting private donations. Under the plan, approved on a 3-0 vote, money deposited in the fund would be paid for information leading to the intruder's arrest and conviction.

*Times Staff Writer*

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

8 inches; 278 words    THURSDAY, AUGUST 22, 1985, LATE FINAL, MAIN NEWS, PART 1, PAGE 1    000077730
COPYRIGHT 1985 / LOS ANGELES TIMES    FAX page #34

## L.A. 'Intruder' Tied to Slaying in San Francisco

By ERIC MALNIC

Homicide investigators confirmed today that a weekend murder in San Francisco is linked to the recent "Valley Intruder" assault-killings in the San Gabriel and San Fernando valleys, Los Angeles County Sheriff Sherman R. Block announced.

Block declined to reveal how the attacks in cities 400 miles apart were linked, saying only that members of his special task force who went to San Francisco have determined that the crimes are "related."

Sheriff's Sgt. Frank Salerno, a veteran homicide investigator who helped solve the infamous "Hillside Strangler" murders in 1978 and 1979, said last week that his work on the strangler case taught him one thing:

"Most serial murders don't stop. They might relocate. They will kill again."

**Cunning and Dangerous**

Deputy John Broussard of the sheriff's information bureau today described the killer as "extremely diversified, cunning and very, very dangerous."

The Valley Intruder—described by survivors as a gap-toothed, curly-headed man in his late 20s or early 30s—is believed responsible for at least seven killings, several of them involving sexual attacks, and as many as 13 other rapes and beatings in the Los Angeles area since last March.

Now, investigators say, he is the prime suspect in the attack in San Francisco on accountant Peter Pan, 66, and Pan's wife, Barbara, 64.

San Francisco police say the Pans were shot by an intruder who apparently entered their Lakeside District home through an unlocked door or window, sometime between 10 p.m. Saturday and 10 a.m. Sunday. The assailant ransacked the home before fleeing, investigators said.

**Found by a Son**

The Pans were found Sunday morning by a son who stopped by for a visit. Peter Pan was pronounced dead at the scene. Barbara Pan was taken to San Francisco General Hospital, where she was reported in stable condition today.

Sheriff's deputies say that in the attacks here, the intruder usually entered through an unlocked door or window and usually ransacked the victims' homes.

*Times Staff Writer*

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

4 inches; 112 words

THURSDAY, AUGUST 22, 1985, MAIN NEWS, PART 1, PAGE 2
COPYRIGHT 1985 / LOS ANGELES TIMES
000077771
FAX page #32

# The Region

## ■ L.A. Checking S.F. 'Intruder' Slaying

Detectives from Los Angeles went to San Francisco to compare notes with Bay Area investigators about a weekend murder there said to fit the pattern of the "Valley Intruder" assault-killings that have terrorized the San Gabriel and San Fernando valleys in recent months. Accountant Peter Pan, 66, was shot to death and his wife, Barbara, 64, was shot and critically wounded by an assailant who entered their home through an unlocked downstairs door or window sometime between 10 p.m. last Saturday and 10 a.m. Sunday, when the crime was discovered by the couple's son. A San Francisco police spokesman said the method of entry was similar to that used by the Valley Intruder, who is believed responsible for as many as a dozen slayings and 15 rapes, beatings and kidnapings in the Los Angeles area this year.

**Type of Material**
Brief

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

40 inches; 1396 words    THURSDAY, AUGUST 22, 1985, SAN GABRIEL VALLEY, PART 9, PAGE 1    000078067
COPYRIGHT 1985 / LOS ANGELES TIMES    FAX page #28

## ON GUARD: ANGELS RUSH IN

# ANGELS: Volunteer Group Forms San Gabriel Valley Foot Patrol Unit

■ As Residents Worry Over 'Valley Intruder' Crimes, Volunteer Patrol Gets Recruits Ready for Action

By SUE AVERY

A few curious homeowners flicked on their outside lights and peeked out as a dozen men and women wearing red berets walked briskly, two abreast, along Burton Avenue. It was after 10 p.m., and residents on this quiet street in San Gabriel, edgy because of the so-called Valley Intruder and news of a rape in the area the night before, were caught off guard by the unusual nighttime activity.

The patrol was one of several that have been conducted by prospective members of the fledgling San Gabriel Valley chapter of the Guardian Angels. And by the time they got to Burton Avenue, it had been a long evening.

They had gathered at 7:30 at Arcadia County Park for two hours of fitness and self-defense training, as well as preliminary instruction in cardiopulmonary resuscitation and first aid. Most of the trainees were young men between the ages of 16 and 25, and five in the group were women, the oldest a 51-year-old mother from Monrovia.

The Monrovia woman, who asked not be be identified, said she got involved after attending a July 22 meeting in Sierra Madre called by members of the Los Angeles chapter of the Guardian Angels, a volunteer group that conducts unarmed patrols primarily in high-crime areas.

The group organized in 1979 to patrol subways in New York City, where muggings and purse-snatchings are common. It grew rapidly and now has 5,000 members in 59 chapters nationwide. It organized in Southern California in 1981, and now has chapters in South-Central Los Angeles, the Westside and Hollywood. Members generally patrol in heavily crime-ridden areas to guard against criminal assaults on innocent people or property.

The group serves chiefly as a visual deterrent, but if members witness serious crimes they try to make citizen's arrests and detain the suspects until police arrive, said Scott McKeown, coordinator of the group in Los Angeles county.

"We are not vigilantes," he said. "We don't carry weapons."

The Guardian Angels first came to the West San Gabriel Valley to patrol on July 11 at the request of two worried Arcadia residents who called asking for help. The group held the Sierra Madre meeting to introduce members to the community and to encourage local residents to set up a San Gabriel Valley chapter, McKeown said.

An orientation meeting was held July 26, and about 25 people are now in training. Most of the trainees, who come from South Pasadena, El Monte, Temple City, Arcadia, Monrovia, Sierra Madre and San Gabriel, appear to come from middle-class backgrounds, in comparison to what McKeown described as the widespread image of Guardian Angels as inner-city toughs.

The women, most in their late teens and early 20s, expressed concern over the crime wave and said they enjoyed the camaraderie of the group.

The Monrovia woman's motivation was somewhat different from that of the younger women trainees. "I asked them to talk to our Neighborhood Watch meeting, and then I decided to join the group," she said.

"On patrol I mostly have been talking to people and doing public relations," encouraging residents to accept the group's presence.

"And with the training I feel more in control and I feel I know how to handle myself."

**Others Patrol in Cars**

McKeown said that although the main focus of the Guardian Angels is foot patrol by younger people, in other areas of the country the group also has car patrol divisions manned by older people as an extension of Neighborhood Watch.

He said that after the San Gabriel Valley foot patrol division is established, he hopes to start car patrol.

But foot patrol is of primary interest to the younger trainees, who often become involved in the Guardian Angels through their friends. Among the current group of trainees are three 16-year-olds who attend Monrovia High School.

"I joined because I am interested in cleaning up the city," said Joe Russell, who was at his third training session. He persuaded his friend, Mike Knight, to enroll, and then another friend, Toby Zucco, joined them.

According to Danny Lewis, director of the Westside chapter of the Guardian Angels, who has been overseeing the training of recruits in the San Gabriel Valley, prospective Guardian Angels go through an open-ended series of training sessions held twice a week. The sessions involve strenuous workouts in physical fitness, self-defense techniques, citizen's-arrest procedures (including the use of handcuffs) and foot-patrol techniques.

They also learn the rules under which Guardian Angels operate nationwide. Training time varies, depending on fitness and maturity levels. Prospective members become Guardian Angels only after they have completed the training, sometimes in as little as four weeks.

**No Criminal Records**

Candidates for membership must be at least 16 years old and provide at least three personal references. They are interviewed and asked if they have criminal records. A minor juvenile offense might not preclude membership, but a felony record would. The group says the training program itself will screen out those who lack sufficient commitment or stamina. Trainees are subjected to verbal abuse as a test of temperament, hidden

biases and willingness to obey commands.

Trainees may be dropped for poor attendance, failure to keep up with the group, refusal to follow orders or showing up under the influence of drugs or alcohol or in possession of weapons.

The fitness training is rigorous, involving running, push-ups and sit-ups, and most of the trainees did not finish the required 35 push-ups.

After the two-hour sessions, trainees are given a few minutes to catch their breath while the leaders decide where to patrol.

On this night, the trainees were split into two groups of about a dozen, with a leader and two regular Guardian Angels assigned to each.

One group traveled by van to a shopping center in Temple City. Before lining up in formation, they frisked each other, searching for weapons and drugs, which Guardian Angels are forbidden to carry. No knives or large flashlights are allowed.

After lining up two abreast, with trainees in the middle and Guardian Angels equipped with walkie-talkies front and rear, the group set out. When Lewis yelled, "Double time!" it was a signal to run; when he yelled "Clear!" the group came to a halt.

Trainees walk on sidewalks or at the side of the road and are warned to avoid potential attackers by being alert not only to the street beside and behind them, but also to roofs.

They traveled at a fast walk south on Rosemead Boulevard to Broadway, where they headed toward San Gabriel. After an uneventful night, they regrouped in the park at 11:30 p.m.

**Training Speeded Up**

After going through this routine for several weeks, McKeown said, "some of the trainees are close to being ready (for membership). We are stepping up the normal training process because of this crisis and some have done eight patrols.

"Generally chapters start from a situation like this—it is typical to get community response to a particular crisis and when the crisis is over we will lose some members. But a core will stay," McKeown added.

"The first goal is to have people patrol their own community," Lewis said. "Then we have regional events to sustain the interest and sometimes members patrol other areas (where there is more crime activity)."

Lewis believes that San Gabriel Valley residents have made a good start in forming their own Guardian Angels chapter, but training is only the beginning.

"Nobody has taken a major leadership role here yet," Lewis said. "Usually when we are setting up a new chapter we first get a training coordinator, then a patrol coordinator, then a chapter event coordinator, and then one person emerges as a leader."

"We hope to have this chapter on its own feet sometime next month but we still need a headquarters." McKeown said the group hopes someone will donate the use of a warehouse in a commercial area.

"I don't think a bunch of noisy Angels coming off patrol at 3 a.m. would be welcome in a residential neighborhood," he said.

**Reaction Is Mixed**

The Guardian Angels got a mixed reaction when they first came to patrol in middle-class San Gabriel Valley neighborhoods. Many residents of Arcadia, Sierra Madre and Monrovia, where the group has been patrolling nightly from 9 p.m. to 3 a.m. since the middle of July, have welcomed their presence, feeling it serves as a deterrent to crime.

But some law enforcement officials have been lukewarm to the group, especially when the members first arrive in an area.

"We have had no problem of them interfering with us in any way but I feel they are not effective walking our streets at night. They do better patrolling buses or subways," said Capt. Neal Johnson, acting chief of the Arcadia Police Department.

But in Los Angeles, where the group has been operating for four years, Lt. Dan Cook, spokesman for the Los Angeles Police Department, praised the group and its efforts.

"They have never caused us any problems and it was never their intention to be a vigilante group," he said. "We regard them as an extension of Neighborhood Watch and appreciate their work. We have no objection to them being here because we need their help."

Like local police, residents have mixed feelings about the group.

"My neighbors and I have seen them on the street and we like their presence," one Arcadia resident said.

"I wasn't even aware of them," said another. "I probably would have been frightened if I saw them because I would not have known who they were."

**'Like Tough Street Kids'**

A third attempted to sum up the feeling of the community.

"Some people view them negatively because Arcadia is a very conservative community and they look, talk and walk like big city kids. They look like tough street kids.

"People in Arcadia are not used to seeing strangers on the street. The kids mean well but their background makes people nervous," she added. "And nobody wants to admit we need them here. This is a totally new experience for us.

"People will be happier once they get to know them. And they will feel more comfortable if kids from the area get involved."

*Times Staff Writer*

**Photo:**
Steve Duncan uses Mickey Chakerian to show how to restrain a mugger.

**Photo:**
Danny Lewis, director of the Westside chapter of the Guardian Angels, has been training recruits in the San Gabriel Valley in physical fitness, self-defense and how to make a citizen's arrest.

**Photographer:**
LELAND HOLDER /
Los Angeles Times

**Photo:**
Danny Lewis demonstrates self-defense with Phillip Luvisi.

**Photo:**
Guardian Angels on patrol in a Rosemead neighborhood.

**Photo:**
Lewis, left, leads San Gabriel Valley Guardian Angel recruits in a physical training workout.

**Photo:**
'We are stepping up the normal training process because of this crisis and some (recruits) have done eight patrols.'

—Scott McKeown

Los Angeles County coordinator,

Guardian Angels

THURSDAY, AUGUST 22, 1985, LOS ANGELES TIMES, SAN GABRIEL VALLEY, PART 9

COPYRIGHT 1985 / LOS ANGELES TIMES

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

| 22 inches; 764 words | FRIDAY, AUGUST 23, 1985, MAIN NEWS, PART 1, PAGE 1 | 000078175 |
| | COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #26 |

## Slaying of S.F. Man Linked to Valley Intruder

By ERIC MALNIC

Homicide investigators have confirmed that a weekend slaying in San Francisco is linked to the recent "Valley Intruder" killings and assaults in the San Gabriel and San Fernando valleys, Los Angeles County Sheriff Sherman R. Block said Thursday.

The Sheriff's Department declined to reveal how the attacks in cities 400 miles apart were related, saying only that clues found there have convinced members of a special task force sent to San Francisco that there is a common denominator.

"We can't say that it is the same individual (who committed the San Francisco slaying), only that it is related," said Sgt. John Broussard of the Sheriff's Information Bureau. "It would be poor investigation to rule out copycats or additional suspects."

### Clues Withheld

Broussard said the clues found in San Francisco and evidence found here cannot be made public at this time for fear of compromising the continuing investigation.

The Valley Intruder—described by survivors as a gap-toothed, curly headed man in his late 20s or early 30s—is believed responsible for at least seven killings, and perhaps as many as a dozen, as well as 15 rapes, beatings and kidnapings in the Los Angeles area since last March.

Now, investigators say, he is the prime suspect in the attack in San Francisco on accountant Peter Pan, 66, and Pan's wife, Barbara, 64.

San Francisco police say the Pans were shot with a small-caliber weapon by an intruder who apparently entered their Lakeside District home through an unlocked door or window sometime between 10 p.m. Saturday and 10 a.m. Sunday. The assailant ransacked the

home before fleeing, investigators said, but they were unsure if anything had been taken.

The Pans were found Sunday morning by a son who stopped by for a visit. Peter Pan, an accountant, was dead at the scene. His wife was taken to San Francisco General Hospital, where she was reported in stable condition Thursday.

### Patrols Beefed Up

San Francisco police would release no further details of the investigation, but Capt. Diarmuid Philpott did say that 70 extra officers have been assigned to the Pan slaying and that patrols throughout the city have been increased.

Also, undercover officers were briefed at a meeting Thursday night on the modus operandi of the Valley Intruder, who usually slips into darkened homes through unlocked doors and windows, attacks victims as they sleep and then ransacks the home.

Some of those slain here were shot, others were stabbed or beaten. Several of those slain and assaulted were sexually abused, including at least one male.

### First Victim

The first killing attributed to the Intruder occurred March 17, when Dayle Okazaki, 35, was found shot to death in her condominium in Rosemead. About an hour later, investigators said, a man walked up to a car in which Tsai-lian Yu, 30, was sitting alone at an intersection in Monterey Park and shot her to death.

On June 1, Mabel Bell, 84, and her sister, Florence Lang, 81, were found severely beaten in their home in Monrovia. Mabel Bell died; Florence Lang is still convalescing in a nursing home.

On June 28, Patty Elaine Higgins, 32, was found dead at her home in Arcadia. Police said her throat had been slashed. Four days later, the body of another Arcadia resident, Mary Cannon, 75, was found in her home. Her throat also had been slashed.

### Killed While Sleeping

On July 20, Chainarong Khovanath, 32, was shot to death as he slept in his home in Sun Valley. His wife was assaulted and his 8-year-old son was

beaten. Two weeks after that, Elyas Abowath, 35, was shot to death in his home in Diamond Bar and his wife was assaulted.

"He is extremely diversified, cunning and very dangerous," Broussard said. The sheriff's sergeant warned that linking the intruder to a crime in the Bay Area does not mean that residents here should relax their vigilance.

"We're still telling people (here) to lock up and light up," Broussard said. "We don't want to give a false sense of security."

### Specific Trademark

While detectives have said nothing about the clues linking the attacks, Dr. Harvey Schlossberg, a forensic psychologist in New York, said clues in serial murder cases usually include some form of specific trademark left by the killer.

"Each killing is a lot like an artist's painting, based on the artist's needs and wishes, so there has to be some sort of element that ties them together," said Schlossberg, a former director of psychological services for the New York Police Department who worked on the so-called "Son of Sam" murder case. David Berkowitz pleaded guilty to the murders of six women and the attempted murders of seven other people in New York City in 1976 and 1977.

"In these serial murders, you have the same dynamic. Each one has the same touch that will distinguish it from anyone else's," Schlossberg said.

### Robbery Not Motive

An exception to this, he said, would be if the intruder's killings were motivated by the urge to rob. However, descriptions by police have not indicated that robbery was the primary motive.

In San Francisco, police Cmdr. Richard Klapp said investigators are concerned that the killer may strike again.

In Los Angeles, Sheriff's Sgt. Frank Salerno, a veteran homicide investigator who played a key role in the infamous "Hillside Strangler" murders in 1978 and 1979, said another attack would come as no surprise to him.

"Most serial murderers don't stop,"

FRIDAY, AUGUST 23, 1985, LOS ANGELES TIMES, MAIN NEWS, PART I 000078175 PAGE 2
COPYRIGHT 1985 / LOS ANGELES TIMES FAX page #27

he said. "They might relocate. They will kill again."

Times staff writers Bob Baker and Carol McGraw contributed to this story.

*Times Staff Writer*

**Photo:**
Peter Pan

**Photo:**
Reporter and detectives outside house where killing occured.

**Photographer:**
Associated Press

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Ex. 75, p. 433

# Los Angeles Times

22 inches; 785 words

SATURDAY, AUGUST 24, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078574
FAX page #24

## Ballistics Tests Tie Slaying in S.F. to 'Valley Intruder'

By ERIC MALNIC and MARK ARAX

At least three different forms of evidence link the "Valley Intruder" to killings in San Francisco and the Los Angeles area, it was learned Friday.

These links are said to be ballistics tests, messages scrawled on walls and a "distinctive" piece of evidence the killer leaves behind in the homes of his victims. Not all three types of evidence are found in each of the cases.

Meanwhile, at a news conference late Friday, Los Angeles County Sheriff Sherman R. Block said "We have now definitely tied 14 murders (including the one in San Francisco) to this individual and possibly as many as 33 individual cases that have occurred."

Before the announcement investigators had linked the killer to only seven deaths (five others were under investigation) and a total of 27 attacks, including 15 rapes, beatings or kidnapings. The sheriff said details of the additional murders and other crimes would be released late Friday.

San Francisco Mayor Dianne Feinstein told a news conference earlier in the day that the ballistics tests established the tie between a weekend homicide there and at least two of the 13 slayings in the San Fernando and San Gabriel valleys attributed to the killer.

A police official familiar with the investigation said the homicides in which the killer has used a weapon other than a gun are related by other "subtle but definite" evidence left behind in the homes of the victims. This evidence has been found in a majority of the cases and is "so distinctive" that it will enable police to rule out "copy cats," the official said.

**Message on Wall**

Other sources said another clue—a specific message scrawled on a wall—was found in both the home in which the San Francisco couple were attacked and in the home of at least one victim in the Los Angeles area.

In addition, members of the 50-member interagency team set up to investigate the case are known to be looking into other common factors—including the fact that many of the victims—"a disproportionate number," as one investigator put it—are of Asian descent.

The team has sent dental charts believed to be those of the killer to more than 3,000 dentists in the Los Angeles area. The charts were obtained from a dentist whose business card was found in a stolen automobile. Investigators believe that the car, recovered in March, had been used by the intruder during the abduction of a child. The dentist told police that the patient—who had used a phony name and address and had paid in cash—matched the description of the intruder. Investigators say little further evidence was recovered from the car.

The team is also continuing to check out reports that a maroon or brown 1978 Pontiac Grand Prix—possibly with a damaged right front fender—was spotted near the scene of a killing in Sun Valley. The team is discounting reports that a similar car was seen near the home of the San Francisco victims.

The Valley Intruder has been described by survivors as a curly haired man in his late 20s or early 30s with gapped and rotten teeth.

On Thursday, Block confirmed that the intruder had been linked to the weekend shooting in San Francisco that left accountant Peter Pan, 66, dead, and Pan's wife, Barbara, 64, in critical condition with a bullet wound in the head.

On Friday, Feinstein also announced a $10,000 reward for information leading to the conviction of the killer. The San Francisco reward is in addition to the $10,000 posted by the Los Angeles County Board of Supervisors and to two anonymous donations—$10,000 from one donor and $10 from another—to the

supervisors' reward. The city of Arcadia, where two slayings linked to the Valley Intruder occurred, has posted a $5,000 reward.

Responding to a reporter's question, Feinstein said a ballistics test was the key link between the San Francisco and Los Angeles-area attacks. A police official in Los Angeles said the tests showed that the gun used on the Pans was also used in two murders here—one in Sun Valley, the other in Diamond Bar.

Both Feinstein and the official declined to elaborate on the caliber of the gun or other specific findings, but the San Francisco mayor did appeal to the public for any leads in the case.

"Somewhere in the Bay Area, someone is renting a room, an apartment or a home to this vicious serial killer," Feinstein said, indicating a belief that the killer may still be in Northern California. Investigators in Los Angeles say he may have returned to the Southland.

A police official said the "subtle but definite" evidence that links the Los Angeles-area murders is something that's "common, but not kinky. . . ."

Sources close to the case have declined to describe the words scrawled on the walls other than to deny they were "Jack the Ripper," as reported by some news media. The FBI has prepared a psychological profile of the Valley Intruder based on information provided by Los Angeles County sheriff's deputies, Los Angeles police officers and other Los Angeles-area peace officers involved in the case.

On Friday, John Holford, public information officer for the FBI in San Francisco, said San Francisco police are providing additional information that will be sent to the FBI Academy in Quantico, Va., to flesh out the profile.

The contents of the profile have not been made public.

At his Friday news conference Block also criticized some police agencies and news organizations for releasing what he called "very crucial, sensitive" information regarding the search for the killer.

"This places our community in

SATURDAY, AUGUST 24, 1985, LOS ANGELES TIMES, METRO, PART 2
COPYRIGHT 1985 / LOS ANGELES TIMES

000078574 PAGE 2
FAX page #25

jeopardy . . . and it impedes our ability to go forward with our investigation," he said.

Times staff writers Mark A. Stein and Dan Morain contributed to this story.

*Times Staff Writers*

---

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

15 inches; 503 words | SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1 | 000078964
FAX page #19
COPYRIGHT 1985 / LOS ANGELES TIMES

**THE VALLEY INTRUDER**

# The Victims' Stories

■ A Path of Violence From the Southland to San Francisco

By CAROL McGRAW

The first to die was 34-year-old Dayle Okazaki.

Law officers combing through her Rosemead condominium on that cloud-shrouded March 18 morning believed that it was a single act of violence—one of the more than 1,000 homicides reported yearly in Los Angeles County.

Five months later, after a task force of law enforcement officers compared notes on 30 unsolved assaults and killings, it became chillingly apparent that they were looking at the work of a serial killer.

The Los Angeles County Sheriff's Department announced at a late night news conference Friday that the assailant has definitely been tied to 14 murders and 19 assaults. Previously, investigators had conclusively linked the killer to eight deaths and 15 assaults.

The victims newly identified by Sheriff Sherman R. Block include Joyce Nelson, William Doi, Lela and Max Kneiding and Vincent and Maxine Zazzara. The others are Dayle Okazaki, Tsai-Lian Yu, Mabel Bell, Patty Higgins, Mary Cannon, Chainarong Khovananth, Elyas Abowath and Peter Pan. The crimes linked Friday to the killer occurred weeks ago, and local law enforcement officials had strongly suspected a connection.

In an investigation larger than the one in the infamous 1977-78 Hillside Strangler case, detectives are going over every detail of the deaths, apparently at the hands of what one law officer called a "cunning and very, very dangerous" killer.

One of the victims was a student, another a special education teacher. Two were business executives and one a parking lot attendant.

Several were doting grandmothers, others lived alone. One contributed his time as a deacon in his church, another practiced meditation in his garden. One adored Glenn Miller records, another played the organ. One had been detained in a Japanese detention center in World War II.

They moved to California from many places: Pakistan, Italy, Pennsylvania, Kentucky. Five were Asians. Although their origins differed, they have become inextricably linked in death.

The Valley Intruder or Night Stalker, as detectives have dubbed him, preys mainly on the most vulnerable—children, women living alone, elderly couples. He has snatched at least two children off the streets, sexually assaulted them and let them go. He dragged one young woman from her car and shot her to death. Most often, however, he has crept through unlocked windows and doors before dawn, attacking while his victims slept. Several of the homes were ransacked and valuables were taken.

He has bludgeoned some victims, slashed others and shot still others to death. Victims who have lived to tell about the terrifying attacks have described their assailant as a 25- to 30-year-old man, 6 feet tall, slender, with curly hair and stained, gapped teeth.

The homes of his murder victims are surprisingly similar: All but one are small single-story residences with tidy front yards. Most are set serenely in look-alike middle-income neighborhoods within sight of freeways or within blocks of off-ramps. Almost all were painted shades of yellow.

The attacks were first clustered in the San Gabriel Valley—Arcadia, Monterey Park, Rosemead, Monrovia and Sierra Madre. In August, as law enforcement agencies and Neighborhood Watch groups in those areas were on the alert, the killer ranged further. Murder cases bearing his stamp cropped up along the freeway corridors of the foothills, in Glendale, Northridge, Sun Valley and Diamond Bar. And last week the swath of violence spread to San Francisco.

Here are the victims' stories, as pieced together from interviews with police, relatives and friends.

*Times Staff Writer*

**Photo:**
Composite drawing of Valley Intruder.

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

5 inches; 178 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078961
FAX page #20

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

**THE VALLEY INTRUDER**

# JOYCE NELSON

■ Monterey Park, July 7

By CAROL McGRAW

Joyce Nelson, a petite 61-year-old Monterey Park grandmother, loved golf and Glenn Miller music. She lived alone in a white-shuttered house in a pleasant Monterey Park neighborhood, not far from where William Doi, Dayle Okazaki and Tsai-Lian Yu had been murdered.

In the weeks before she died, Nelson and a friend talked about the rash of murders in their community. "I was fussing at her, but she told me that people can't live their lives in fear."

For 32 years, Nelson had worked the production line at Coast Envelope Co. In earlier years, co-workers said, she did cartwheels daily down the aisle before work.

**Planned to Retire**

She and a friend, who also worked at Coast, planned to retire next year so they could spend more time playing golf.

She spent hours helping friends and family with chores and teaching her grandchildren how to play Scrabble. The week before she died, she went shopping with her 13-year-old granddaughter. The last time her family saw her was July 4, when she shared a big bag of fireworks.

On the night of July 6, she fell asleep on the couch watching television. Hours later, an assailant crawled through a window and bludgeoned her to death.

Several neighbors later told police that around 3 a.m. they had heard a dog barking, bushes rustling and a scream.

*Times Staff Writer*

**Photo:**
Joyce Nelson

**Type of Material**
Sidebar
Obituary

Los Angeles Times

8 inches; 257 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078960
FAX page #21

**THE VALLEY INTRUDER**

# MAX AND LELA KNEIDING

■ Glendale, July 20

By CAROL McGRAW

When Max Kneiding, who rarely missed a Saturday service, failed to show up for his deacon duties at the Glendale Seventh-day Adventist Church on July 20, the Rev. Arthur Torres was concerned.

Shortly before he began to preach, Torres was handed a note by an usher: Max and his wife, Lela, had been shot to death.

"I could hardly go on," Torres said. The tragedy hit the congregation hard, he said. "They were angry, they were upset, they had question after question—why would God let this happen to such good people?"

Kneiding, 68, who owned a service station, and Mrs. Kneiding, 66, who worked for the security force at Robinson's department store, had been high school friends in Iowa. They had been married 47 years.

A quiet, hard working man, Kneiding had a streak of the madcap. Friends fondly remember his "Maxiburgers" at back yard barbecues, the time he wanted to buy a ghost town and his forays in the stock market.

"Max liked to joke about his 'abilities' in the market," a friend said. "But he never did lose money. He just got a kick out of buying something at $2, watching it go up to $16, then watch it come back down again."

Mrs. Kneiding was a good match for her husband, friends said. She would call a friend for lunch—and drive 100 miles to a new spot. An avid Laker and Dodgers fan, if she had chores or a party when a game was on, she would lug along a portable TV and radio. In her spare time, she played the organ.

The Kneidings' three children and 13 grandchildren were the center of their lives. They left their door unlocked so family members could come and go.

Their assailant walked through the unlocked door.

Two weeks later, Torres took to the pulpit to address the Kneidings' family and friends.

"To try and give a rational explanation for an irrational act is to legitimize it," Torres said. "But we need not mourn as those who have no hope. . . ."

*Times Staff Writer*

**Photo:**
Max and Lela Kneiding

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

8 inches; 263 words          SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1          000078959
COPYRIGHT 1985 / LOS ANGELES TIMES          FAX page #22

## THE VALLEY INTRUDER

# DAYLE OKAZAKI

■ Rosemead, March 17

By CAROL McGRAW

Dayle Okazaki, two weeks shy of her 35th birthday, spent the evening of March 17 at her parents' house, watching a television movie and chatting about her boyfriend and recent promotion to traffic supervisor with Los Angeles County.

Born in Hawaii, the slightly built Miss Okazaki had attended local schools, including Pasadena City College. She was one of three children from a closely knit family.

She loved skiing, shopping and planning parties, making holidays of the most mundane occasions, her sister said. "It just made her happy to make other people happy. Whatever she bought she shared. When she went to the zoo, she bought everyone Panda pins. When she bought a gigantic bag of popcorn on sale, she divided it into 20 small containers to give to friends."

A co-worker recalled: "One time I told her I had to spend the weekend painting my house. Saturday morning she showed up on the doorstep, paint brush in hand."

Miss Okazaki had been taking classes in cake decorating, flower arranging, computer programing and, most recently, self-defense.

"We talked about how scary rape was and what we could do to protect ourselves," a friend said.

Miss Okazaki left her parents' home about 9 p.m. for her own in nearby Rosemead—a new condominium she had saved for several years to buy.

Her mother recalled warning her to drive carefully on the freeway because her car was not in good condition. Shortly after 10:45 p.m., an assailant sneaked into her home through a garage door and shot her several times. Her roommate was wounded in the assault but was able to phone for help.

When Miss Okazaki was buried at Rose Hills Memorial Park, there were so many mourners that additional seating had to be provided outside.

Her mother, who still cries at the mention of her daughter's name, said: "You think it won't happen to you. And when it happens to you, what can you say? It will never go away. The pain."

*Times Staff Writer*

**Photo:**
Dayle Okazaki

**Type of Material**
Sidebar
Obituary

NOTE:
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

8 inches; 280 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078958
FAX page #23

## THE VALLEY INTRUDER

# WILLIAM DOI

■ Monterey Park, May 14

By CAROL McGRAW

On the morning of May 13, William Doi, 65, drove to a Ford dealership and placed a down payment on a family van. That afternoon he told neighbors about the vehicle and talked excitedly about touring the state. He suffered a heart attack three years ago, and his wife had suffered a stroke, but both were feeling better and were looking forward to "living it up," he told them.

Early the next morning, an assailant crawled through an open window in their Monterey Park home, shot him in the head and assaulted his wife. Doi managed to telephone the emergency 911 number before losing consciousness. His call, which flashed his address on a police dispatcher's screen as he was dying, saved his wife's life, police said.

Doi, who had recently retired from his job as international sales manager at Santa Fe Trails Trucking Co., grew up in the Salinas Valley. He was placed with other Japanese Americans in an Arizona relocation camp during World War II and later joined the 442nd U.S. Army Regimental Combat Team, a highly decorated Japanese-American unit.

After the war he moved to Chicago, where he attended Northwestern University and worked as a shipping clerk to support his wife and baby. He moved steadily up the corporate ladder and in 1972 moved to California. "He was one of the hardest workers and best salesman I ever knew," a former boss said.

A witty and extroverted man, Doi belonged to the East Side Optimist Club. He liked golf and the Los Angeles Lakers and doted on his 4-year-old grandson, taking him to Japanese festivals, carnivals, the beach, his daughter said. Overhearing her conversation, her son sobbed: "I want my grandpa back. I want my grandpa back."

The Rev. Ken Yamaguchi of the Buddhist Church of San Francisco said he and Doi used to have rambling philosophical conversations.

"He worked hard and loved his Jaguar, Cadillac and nice home. But in spite of all that he told me several times that we have to share our lives and thoughts with each other . . . because in the end that's all we really have."

*Times Staff Writer*

**Photo:**
William Doi

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

7 inches; 228 words     SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5     000079007
COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #11

## THE VALLEY INTRUDER
# MABEL BELL

■ Monrovia, May 29

By CAROL McGRAW

Mabel Bell, 84, and her invalid sister, Florence Lang, 81, had spent the last 25 years in the modest home framed with roses and a white picket fence on the outskirts of Monrovia.

Living high above the San Gabriel Valley on a lonely winding road, they had only one close neighbor. Bell liked it that way, but her relatives worried.

Born in Kentucky, Ma Bell, as her family called her, moved to California 35 years ago. Widowed at an early age, she worked as a secretary for Vernon Tool Co. to support her two children. Mrs. Bell, not wishing her invalid sister to be institutionalized, took her into her home.

She was the center of the family, which included 12 grandchildren. Two of those she helped through college.

'Warm, Caring Person'

Although Mrs. Bell's health was deteriorating, she still drove her own car and played bridge several times a week.

Every year she sent a contribution to a fund to keep the Statue of Liberty in good condition.

"On one side she was the very practical business woman, on the other, a warm caring person," said a grandson, his voice hoarse with emotion. "I still can't talk about her."

Some time between May 29 and June 1, an assailant entered the home through an unlocked door and viciously beat both women. On the morning of June 1, a gardener, suspicious because of their open door, entered the tiny house and found the battered women lying in their bedrooms.

Mrs. Bell, whom friends called a "gutsy, independent old lady," clung to life for six weeks after the brutal assault but died of massive body trauma July 15.

Her sister survived, but relatives said she can no longer speak and will be hospitalized indefinitely.

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

4 inches; 138 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079006
FAX page #12

**THE VALLEY INTRUDER**

# CHAINARONG KHOVANANTH

■ Sun Valley, July 20

By CAROL McGRAW

The last time Chainarong Khovananth's sister saw her brother alive was on her daughter's birthday.

"He had been to Mexico and brought her back a beautiful leather jacket. He loved her like he did his own," she said tearfully.

Khovananth, a 32-year-old parking attendant who immigrated from Thailand 10 years ago, lived with his wife and two children in a small frame house that abuts a freeway in Sun Valley.

A quiet, friendly man, Khovananth loved to spend hours in his yard gardening.

An assailant stalked through that garden around 6 a.m. July 20, entering the house and fatally shooting Khovananth. He then tied up and beat Khovananth's wife, Somkid, and his 8-year-old son. Both survived. A 2 1/2-year-old daughter slept through the ordeal and was not harmed. Khovananth was buried with a deck of playing cards at his side, relatives said.

"He loved blackjack," his sister explained. "But it wasn't really the card game he liked. It was being with his family, friends . . . making them happy."

*Times Staff Writer*

**Photo:**
Chainarong Khovananth

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

6 inches; 202 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079005
FAX page #13

**THE VALLEY INTRUDER**

# PATTY ELAINE HIGGINS

■ Arcadia, June 27

By CAROL McGRAW

The first time the Monrovia School District's personnel director met Patty Elaine Higgins, she could not imagine how the quiet "frail-looking wisp of a woman" could possibly handle a roomful of aggressive special education students.

"But we found she had a confidence, inner spirit and strength that was amazing," the director said. "She spent a great deal of time, energy and dedication on her job."

Miss Higgins, 32, grew up in a small town near Pittsburgh. After graduating from college, she became a counselor for emotionally disturbed boys and later taught disabled students in Virginia.

She moved to California in 1979.

'Very Close Friends'

"Few people knew her well," one friend said. "She wasn't one that told life secrets the first time she met someone. But she had some very close friends who were very special to her."

On June 27, she worked late at Bradoaks School, decorating her room and getting ready for summer school.

She apparently arrived at mid-evening at the bungalow in Arcadia that she shared with her pet cocker spaniel. She had no next-door neighbors because her house stands between a real estate office and a construction site on a dimly lit street near Santa Anita Park. Higgins did not show up at school on July 2, and co-workers, concerned that she might be ill, asked a friend to check on her.

He found her partially clad body in the bathroom. Her throat had been slashed. Police believe that the murder occurred June 27 or 28.

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

5 inches; 170 words | SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5 | 000079003
COPYRIGHT 1985 / LOS ANGELES TIMES
FAX page #14

## THE VALLEY INTRUDER

# MARY LOUISE CANNON

■ Arcadia, July 2

By CAROL McGRAW

Mary Louise Cannon, 75, a widow, lived in Arcadia, less than two miles from where Miss Higgins was murdered.

Her husband died two years ago, and she had fought off two bouts of cancer. But she was an independent woman who had the strength to rebound.

Born on a farm near Downey, Cannon attended business school and married Darrel Cannon, a local horse trainer, and kept books for their business.

**Planning Overseas Trip**

Mrs. Cannon, who enjoyed needlepoint, her roses and visiting with her five granddaughters, had recently redecorated her house with new carpeting and furniture. She was looking forward to a trip to Australia with a senior citizens' group.

On July 1, she was in a minor traffic accident. Her car was damaged, and a police officer gave her a ride home.

The next morning a neighbor went into her house after finding that a screen had been pulled off a front window. He called police after he found belongings strewn about the place.

Police found Mrs. Cannon in the back of the house, with her throat slit.

Two months later, her son said that the horror of the murder really hit when he visited the house. "I saw all the fingerprint powder all over the walls and large chunks of her new carpeting dug up by police as evidence."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

4 inches; 127 words          SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5          000079002
                              COPYRIGHT 1985 / LOS ANGELES TIMES                     FAX page #15

## THE VALLEY INTRUDER

# ELYAS ABOWATH

■ Diamond Bar, Aug. 8

By CAROL McGRAW

The house perched on a hillside cul-de-sac in a relatively new neighborhood in Diamond Bar was not fenced and was poorly lit, police said. The murder took place about 4 a.m. Aug. 8.

Elyas Abowath, 35, was shot in the head shortly after the killer entered the house through an open door. His wife, Sakina, 28, was then assaulted. The two children were unharmed, and it was the 3-year-old son who went next door to tell neighbors, "Daddy isn't feeling well." Abowath was a Pakistani immigrant who worked for a computer company. He and his wife sometimes joined in barbecue parties at their neighbor's home.

In the aftermath of the tragedy, many area residents have barred their doors, locked their windows and have held slumber parties and all-night vigils to help them deal with the long hours before day.

"They were wonderful people; we won't say anymore," said close friends. "We're afraid to talk. So is the family."

*Times Staff Writer*

**Photo:**

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

6 inches; 186 words     SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5     000079000

COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #16

## THE VALLEY INTRUDER
# PETER PAN

■ San Francisco, Aug. 17

By CAROL McGRAW

"I *can* fly," Peter Pan told new acquaintances with a straight face when repeatedly quizzed about the similarity between his name and that of the story book character.

Pan, 66, who was born in Taiwan, attended the Wharton School in Philadelphia. He returned to Taiwan and worked for a railroad firm and later moved to Hong Kong, where he opened an import-export business.

Peter and Barbara Pan immigrated to California 16 years ago.

He enjoyed gardening. "He told me it was meditation for him," a friend said.

'Got Along Well'

Pan "was the first to arrive for work in the morning . . . was a hard-worker who did his job without complaint and got along well with co-workers," his boss said.

He kept a photograph of his 3-year-old granddaughter on his desk.

During the night of Aug. 17, an intruder entered the Pans' home in the Lakeside District of San Francisco through an unlocked window.

Pan and his wife, 64, were both shot in the head. They were found the next morning by one of their three children, who stopped by for a visit. Pan had died of his wounds. His wife, a bank clerk, is in stable condition at San Francisco General Hospital, where for 16 years her husband worked as an accountant.

"He was very proud to be an American," a friend said. "He always talked about how valuable freedom is."

He added: "He was a pacifist. He hated violence."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

| 5 inches; 178 words | SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1 | 000078966 |
| | COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #17 |

## THE VALLEY INTRUDER

# VINCENT AND MAXINE ZAZZARA

■ Whittier, March 27

By CAROL McGRAW

The bodies of Vincent Zazzara, 64, and his wife Maxine, 44, were found by a business acquaintance in their ranch-style Whittier home on the morning of March 29. Zazzara, who was shot in the head, was found lying on the living room couch with a bullet in his head. His wife was found in a bedroom. She had been stabbed to death. The assailant apparently entered through an open door sometime between March 27 and 29.

The Zazzaras had lived in the neighborhood, which abuts the 605 Freeway, for eight years. A retired investment counselor, he was owner of Circus Foods, a Whittier pizza parlor only blocks from his home. He had two daughters, three sons and four grandchildren. Mrs. Zazzara, a Downey attorney, had one daughter. She belonged to several civic organizations and was a member of Trinity Baptist Church in Downey, where she sang in the choir.

"They were very friendly, outgoing people," one neighbor said.

"He was always planting trees. After he moved in, he must have planted 75 of them around his house. He used to laugh about it with me and say he did it 'cause he liked to dig the holes," a friend said.

They were buried at Rose Hills Memorial Park, only a block away from their home.

That cemetery also became the final resting place of four other victims of the Valley Intruder.

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call: 800 LA TIMES, Ext. 74564.

Los Angeles Times

3 inches; 81 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES
000078965
FAX page #18

## THE VALLEY INTRUDER

# TSAI-LIAN YU

■ Monterey Park, March 17

By CAROL McGRAW

Police say that on the same evening, less than an hour after Miss Okazaki was murdered and less than two miles away in Monterey Park, the same assailant dragged Tsai-Lian Yu from her car and shot her repeatedly. He drove away from the lightly traveled, well-lit neighborhood, leaving his victim's car behind.

The 30-year-old student lived with her family in a middle-income neighborhood in Monterey Park.

Family members say her death is still a "very painful subject."

A sister said in Chinese that they did not want to talk about "this misfortune that has visited upon our family."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

COPYRIGHT 1985 / LOS ANGELES TIMES

"But we didn't hear or see anything until the sheriff's (deputies) came over at 8 (a.m.)."

"All of us leave our windows open," said Diane Cox, who with her husband and two children lives across the street. "Who would think this could happen in this area?"

"I'm shocked," she said. "Here we were last night with the windows open because of the heat. It's real scary."

Cox, who has lived on Chrisanta Drive for 13 years, said that as soon as she heard of the attack she felt the Valley Intruder had struck again, "and that's real frightening."

**Heard Woman Crying**

"We will put additional locks on our doors," she said. "The police said to keep our dog in the house at night."

A few doors away an elderly woman, who asked that she not be identified, said she heard a woman crying in the street about 2 a.m., but "I didn't go out." The woman placed no particular significance on the crying because "it was Saturday night," and there had been a party on the street earlier in the evening, she said.

The party, which included adults and children, had been at the Braffords and broke up at about 10 p.m., Jim Brafford said. He said neither Carnes nor the woman attended.

*Times Staff Writers*

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Serial Killer Shoots Man, Rapes Companion in Orange County
BILL BILLITER; MARK LANDSBAUM
*Los Angeles Times (1886-Current File)*; Aug 26, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. 3

# Serial Killer Shoots Man, Rapes Companion in Orange County

By BILL BILLITER and MARK LANDSBAUM, *Times Staff Writers*

A serial killer linked to 14 slayings in California struck early Sunday in Mission Viejo early Sunday, shooting a sleeping man in the head and raping his girlfriend, investigators for the Orange and Los Angeles county sheriff's departments said.

The early morning attack, which left the man in critical condition, occurred in the 24400 block of Chrisanta Drive in Mission Viejo. As in most other crimes attributed to the so-called "Valley Intruder" or Night Stalker, the residence is a single-story home in a peaceful, middle-class suburb close to a freeway.

"Due to evidence found at the scene, we definitely believe that is the Night Stalker," Orange County sheriff's spokesman Lt. Dick Olson said in a statement.

Officers said the intruder entered the house as the couple slept. The woman awoke to gunshots, officers said, and then was sexually assaulted. She was tied up but managed to escape and summon police after the assailant left.

Investigators would not release the names of the victims but said both are 29, neighbors identified the shooting victim as Bill Carns, who works for a business machine company in southern Orange County.

Carns was in critical condition late Sunday at Mission Community Hospital after emergency surgery for a gunshot wound, a hospital spokesman said. The woman was taken to Saddleback Community Hospital in Laguna Hills, where she was treated and released.

The assailant has been called the Valley Intruder because most of the crimes attributed to him occurred in the San Gabriel and San Fernando valleys. Law enforcement officials believe the series began in March and includes 21 assaults. The victims have been shot, stabbed and beaten. Sunday morning's assault was the first in Orange County and only the second outside of the suburban Los Angeles valleys.

**'Proves He's Back'**

The last confirmed attack was Aug. 17 in the Lakeside District of San Francisco, where the assailant fatally shot a man and critically wounded the man's wife. Officers speculated a few days later that the killer might again head back to Southern California.

Los Angeles County sheriff's Deputy Sam Jones said Sunday, "This proves he's back in the Southland."

Similarities between the Mission Viejo case and the method of operation in the previous crimes prompted immediate contact between the Orange County Sheriff's Department and the 50-member Valley Intruder task force set up by the Los Angeles County Sheriff's Department. At about 2:30 p.m. Sunday, both departments confirmed the link.

At 2:40 a.m. the Orange County Sheriff's Department received a call on the 911 emergency line from a woman who said her boyfriend had been shot, Olson said. When deputies and paramedics arrived, the woman said she had been "awakened by an assailant in the house this morning, and that when she woke up there was a male intruder in the house, in the room, and that he grabbed her and sexually assaulted her," Olson said.

"He then tied her up. And then he appeared to have gone through the house. He eventually left, and when he left she was able to get loose and call the emergency line."

Olson said the woman was so distraught that she could not give a clear description of her attacker. Olson declined to release any description the woman was able to give.

The Valley Intruder has been described

as 6 feet tall, slender, 25 to 30 years old, with curly hair and stained, gapped teeth.

Investigators have said he usually leaves a distinctive, but not publicly disclosed, trademark at the scene of his crimes. He also has twice left a scrawled message—the exact wording has not been disclosed—on walls of victims' homes.

**Takes Screen Off Open Window**

"I'm not aware of anything along those lines," Olson said of the Mission Viejo case.

The Valley Intruder usually enters by forcing a screen on an open window or door, Olson declined to say how the Mission Viejo attacker entered. But a 3-by-4-foot screen, which was bent as if it had been pried off a window, was found on the ground outside the house.

Most of the Valley Intruder's victims were living in homes painted in the middle range of the color spectrum, mostly yellow, cordoned off Sunday as occurred in a yellow house.

The house was cordoned off Sunday as investigators combed it for clues. Two cars parked in the driveway bore North Dakota license plates.

Frightened neighbors along the 24400 block of Chrisanta Drive buzzed with speculation at midday Sunday as they tried

to piece together what had occurred.

Few neighbors had gotten to know Bill Carns, a former resident of North Dakota who, they said, had bought the home about six months ago. Few of them knew anything about the woman.

However, his next-door neighbor, Jim Bradford, 35, an engineer at Burroughs Corp. in Mission Viejo, worked in the same office as Carns. "I know Bill, he's a heck of a nice guy," Bradford said, adding that Carns works in product assurance and support at the computer firm.

Bradford and his wife, Stella, rent their home and planned to move this Friday to a home they are buying. But after Sunday's attack, "my wife wants to move today," Bradford said. "My wife is beside herself with this thing."

"We were wondering why them and not us," said Bradford, holding his 2½-year-old daughter, Jessica.

Like many neighbors, the Bradfords had kept some windows open on the sultry Saturday night.

"All of us leave our windows open," said Diane Cox, who with her husband and two children lives across the street. "Who would think this could happen in this area?"

Reproduced with permission of the copyright owner.    Further reproduction prohibited without permission.

A-15

# Los Angeles Times

26 inches; 903 words     MONDAY, AUGUST 26, 1985, MAIN NEWS, PART 1, PAGE 1     000079290

COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #9

## Valley Intruder Assaults Two in Orange County

By BILL BILLITER and MARK LANDSBAUM

A serial killer linked to 14 slayings in California struck in Mission Viejo early Sunday, shooting a sleeping man in the head and raping his girlfriend, investigators for the Orange and Los Angeles county sheriff's departments said.

The early morning attack, which left the man in critical condition, occurred in the 24400 block of Chrisanta Drive in Mission Viejo. As in most other crimes attributed to the so-called Valley Intruder or Night Stalker, the residence is a single-story home in a peaceful, middle-class suburb close to a freeway.

"Due to evidence found at the scene, we definitely believe this is the Night Stalker," Orange County sheriff's spokesman Lt. Dick Olson said in a statement.

**Manages to Escape**

Officers said the intruder entered the house as the couple slept. The woman awoke to gunshots, officers said, and then was sexually assaulted. She was tied up but managed to escape and summon police after the assailant left.

Investigators would not release the names of the victims but said both are 29. Neighbors identified the shooting victim as Bill Carnes, who works for a business machine company in southern Orange County.

Carnes was in critical condition late Sunday at Mission Community Hospital after emergency surgery for a gunshot wound, a hospital spokesman said. The woman was taken to Saddleback Community Hospital in Laguna Hills, where she was treated and released.

The assailant has been called the Valley Intruder because most of the crimes attributed to him occurred in the San Gabriel and San Fernando valleys. Law enforcement officials believe the series began in March and includes 21 assaults. The victims have been shot, stabbed and beaten. Sunday morning's assault was the first in Orange County and only the second outside of the suburban Los Angeles valleys.

The last confirmed attack was Aug. 17 in the Lakeside District of San Francisco, where the assailant fatally shot a man and critically wounded the man's wife. Officers speculated a few days later that the killer might again head back to Southern California.

**'Proves He Is Back'**

Los Angeles County sheriff's Deputy Sam Jones said Sunday, "This proves he is back in the Southland."

Similarities between the Mission Viejo case and the method of operation in the previous crimes prompted immediate contacts between the Orange County Sheriff's Department and the 50-member Valley Intruder task force set up by the Los Angeles County Sheriff's Department. At about 2:30 p.m. Sunday, both departments confirmed the link.

At 2:40 a.m. the Orange County Sheriff's Department received a call on the 911 emergency line from a woman who said her boyfriend had been shot, Olson said. When deputies and paramedics arrived, the woman said she had been "awakened by gunshots in the house this morning, and that when she woke up there was a male intruder in the house, in the room, and that he grabbed her and sexually assaulted her," Olson said.

"He then tied her up. And then he appeared to have gone through the house. He eventually left, and when he left she was able to get loose and call the emergency line."

Olson said the woman was so distraught that she could not give a clear description of her attacker. Olson declined to release any description the woman was able to give.

The Valley Intruder has been described as 6 feet tall, slender, 25 to 30 years old, with curly hair and stained, gapped teeth.

Investigators have said he usually leaves a distinctive, but not publicly disclosed, trademark at the scene of his crimes. He also has twice left a scrawled message—the exact wording has not been disclosed—on walls of victims' homes.

"I'm not aware of anything along those lines," Olson said of the Mission Viejo case.

The Valley Intruder usually enters by forcing a screen on an open window or door. Olson declined to say how the Mission Viejo attacker entered. But a 3-by-4-foot screen, which was bent as if it had been pried off a window, was found on the ground outside the house.

Most of the Valley Intruder's victims were living in homes painted in shades of yellow—and the Orange County attack occurred in a yellow house.

The house was cordoned off Sunday as investigators combed it for clues. Two cars parked in the driveway bore North Dakota license plates.

Frightened neighbors along the 24400 block of Chrisanta Drive buzzed with speculation at midday Sunday as they tried to piece together what had occurred.

Few neighbors had gotten to know Bill Carnes, a former resident of North Dakota who, they said, had bought the home about six months ago. Few of them knew anything about the woman.

However, his next-door neighbor, Jim Brafford, 35, an engineer at Burroughs Corp. in Mission Viejo, worked in the same office as Carnes. "I know Bill, he's a heck of a nice guy," Brafford said, adding that Carnes works in product assurance and support at the computer firm.

Brafford and his wife, Sheila, rent their home and planned to moved this Friday to a home they are buying. But after Sunday's attack, "my wife wants to move today," Brafford said. "My wife is beside herself with this thing."

"We were wondering why them and not us," said Brafford, holding his 2 1/2-year-old daughter, Jessica.

Like many neighbors, the Braffords had kept some windows open on the sultry Saturday night.

"I was up until 11 trying to get the air conditioner fixed," Brafford said.

Ex. 75, p. 451

# Los Angeles Times

3 inches; 103 words      TUESDAY, AUGUST 27, 1985, MAIN NEWS, PART 1, PAGE 19      000079594

COPYRIGHT 1985 / LOS ANGELES TIMES      FAX page #6

## Police Seek Vehicle in Intruder Case

Law enforcement authorities issued an appeal late Monday night for assistance in locating a car seen leaving the scene of the latest attack by the so-called Valley Intruder or Night Stalker on a Mission Viejo man and his fiancee.

The vehicle was described as an orange Toyota station wagon with California license number 482 RTS. Anyone spotting the vehicle or who has information about it was asked to telephone Los Angeles County sheriff's investigators at 213-974-4341.

Meanwhile, William Carns, 29, whose shooting was linked to the intruder, remained in critical condition Monday at Mission Community Hospital.

Carns was shot in the head early Sunday morning as he slept, and his girlfriend was raped in their Mission Viejo home.

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Ex. 75, p. 452

# Los Angeles Times

32 inches; 1130 words | TUESDAY, AUGUST 27, 1985, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES | 000079542
FAX page #7

## 'Doesn't Meet Any Profile'

■ Valley Intruder Defies Serial Killers' Pattern

By BOB BAKER

In its apparently random attacks, the Valley Intruder has departed from the way serial killers usually operate, according to experts who have studied the behavior of such murderers.

The fact that the intruder's victims cannot be stereotyped—as well as the fact that the killer has used a variety of weapons and committed a variety of other crimes—make the complex murder investigation even more bedeviling.

"It doesn't meet any profile we've ever seen on a serial murderer," said one officer involved in the investigation of the 14 murders and 21 rapes, assaults and kidnapings in Los Angeles and Orange counties and San Francisco that have been linked to the killer.

"This guy's a rapist and a murderer who at one point was abducting small children and setting them free," the investigator said.

Serial killers—like Hillside Stranglers Kenneth Bianchi and Angelo Buono, "Son of Sam" killer David Berkowitz and Chicago murderer John Wayne Gacy—tend to methodically choose victims with symbolic features.

**Avenging 'Crimes'**

They do this, psychiatrists say, out of a desire to avenge the "crimes" they believe were committed against them during unhappy childhoods—in effect reversing roles to purge themselves.

For that reason, a number of researchers said in interviews, the diversity of this killer's victims is perplexing. They have included men and women of varied ethnic origins and have ranged from children and teen-agers to young, middle-aged and elderly adults.

Although investigators are not yet sure whether the killer first determines who lives in the houses he enters, researchers are convinced that a serial killer always looks for one special quality in his victims—no matter how random his crimes may appear.

Identifying that tendency "is a lot like going to a museum. If you know art, you can spot anything done by Picasso. It's a creation of that individual," said Dr. Harvey Schlossberg, a forensic psychologist and former New York Police Department director of psychological services. His cases included that of Berkowitz, who murdered six women and wounded seven other people in New York in 1976 and 1977.

For example, said Richard Rappaport, a Northwestern University psychiatrist, Theodore Bundy, who has been implicated in the murders of 40 young women in the United States, preferred "college-age girls with black hair parted down the middle;" convicted Atlanta murderer Wayne Williams was accused of targeting black children, and Gacy, convicted of 33 mutilation murders, preferred boys and young men.

However, "to know what makes it unrandom in hindsight is very easy," cautioned Dr. Martin Orne, a University of Pennsylvania psychiatrist who helped police debunk Bianchi's "multiple personality" defense before the Hillside Strangler trial. "While it's going on, it's often very difficult to tie together," Orne said.

"One of the big problems is that it can be hidden," said Robbie Robertson, a former Michigan state police captain who investigated the still-unsolved killings of four children in the Detroit area several years ago. The killer in California may be drawn by something "as insignificant as the bedroom window that was left open," he said.

This case is one of three-dozen active serial killer investigations in the United States, Justice Department officials said.

Justice Department officials believe that the phenomenon is reflected by the fact that although the number of murders in the country dropped by 3.2% last year, the share of murders for which no motive could be determined increased. The percentage of murders with unknown motives rose to 22.1% in 1984 from 20.9% in 1983, Justice Department official Robert Heck said.

**Mass Murderers**

As serial killings have received increased attention during the last several years, more social scientists have begun to study how the killers differ from mass murderers, who typically kill a number of people in one attack.

The answers they have found are chilling.

Unlike mass killers, who vent their anger psychotically, serial killers suffer from a dangerous form of personality disorder; they do not go through the sort of dramatic emotional breakdown that characterizes a mass murderer.

The serial killer has perfected what Dr. John Liebert, a Bellevue, Wash., psychiatrist, calls "the mask of sanity," the ability to fit into a community, escaping detection while planning his next move.

Rappaport, who has put together a psychological description of serial murderers based in part on the 65 hours he spent talking to Gacy, said the killer's violence is often the result of abuse or rejection during childhood. Fearful of expressing his anger, the child hides his unresolved negative emotions—for a while.

"These are personalities with a particular mix," said Liebert. "You have antisocial feelings—the inability to perceive another human being—plus feelings of grandiosity and sexual sadism. In a different mix, those components can lead to very narcissistic individuals who can be very creative, although they do not get along well in certain areas of life."

**Satisfying Sexual Drives**

The wrong mix produces, typically, a white male in his 20s or 30s who on the surface can be intelligent and charming but who is capable of satisfying his sexual drives only by murdering, researchers say.

Mired in narcissism—a stage of psychological development in which pleasure is taken exclusively in the self—he sees his victims not as people

COPYRIGHT 1985 / LOS ANGELES TIMES

but as "props for his pleasure," according to Park Elliott Dietz, an associate professor of law and psychiatry at the University of Virginia.

Although the killer's main impulse is to wipe out the image of the parent or other person who wounded him in childhood, most psychiatrists believe that he is at the same time murdering for sexual satisfaction.

"A serial killing is like a sex crime. There's a build-up of tension, and killing is like a release for him," Schlossberg said.

"There are people whose sexual needs are to kill—though it may not necessarily focus on women," said Orne.

Knives, strangulation and other forms of torture are frequently used because of the killer's desire to achieve intimacy with his victims—to hear their screams or watch their eyes, Rappaport said.

### A Crude Pattern

The Valley Intruder, however, has shot his victims to death as often as he has stabbed or bludgeoned them. There has been a crude pattern to his work: The first three crimes police have linked to the killer were abductions and sexual assaults of children in February and March in which the victims were set free. A high number of his subsequent crimes involved beatings and throat-slashings. The more recent crimes have involved shooting a man and raping his wife.

"The theory is that the crimes committed by this guy escalated at some point," said Montebello Detective Randy Thomas.

Some researchers say the serial killer's deep-seated vulnerability and need to prove that he is not weak may make him interested in publicity about his case and may lead him to provoke police. Others believe that he receives progressively lesser amounts of satisfaction from each killing, possibly encouraging him to strike more frequently.

Detectives in this case have refused to describe the threads they believe tie the murders and assaults together. Interviews with sources familiar with the case indicate, however, that investigators have found at least one of three clues in each of the related incidents: similarity in firearms, messages scrawled on walls and a "distinctive" piece of evidence the killer leaves behind in the homes of his victims.

'An Advantage'

If that is true, Liebert said in an interview, police should consider themselves "very lucky. . . . If they've got something left behind, some presentation or staging (by the suspect), they've got an advantage."

Yet even that advantage may not offer much immediate help, Michigan's Robertson said.

"The evidence they've found is probably being gathered more to convict the person than to find him," Robertson said.

Times staff writer Mark Arax contributed to this story.

*Times Staff Writer*

---

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

14 inches; 493 words | WEDNESDAY AUGUST 28, 1985, METRO, PART 2, PAGE 1 | 000079902

COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #1

## New Night Stalker Sketch Adds Black Cap

By DAVID FREED and MARK LANDSBAUM

Police officials issued a new composite sketch of the so-called Night Stalker on Tuesday that shows him wearing a black baseball cap, which detectives believe he has frequently worn while committing 14 murders and 21 assaults since February.

Los Angeles Police Department spokesman Cmdr. William Booth declined to say why the cap was included in the updated drawing, except to note that "at times, he's been seen wearing a baseball cap. It's not something he just started wearing."

Sheriff's Lt. Dick Walls said the killer may have left a similar cap behind in the Rosemead condominium where he is believed to have killed his first victim, Dayle Okazaki, 34, on March 17.

Authorities said a navy blue cap found at the murder scene had a silver patch embroidered in red. The patch depicted a lightning bolt and the letters "AC-DC," the name of a popular heavy metal rock band.

Other features of the first drawing—the curly brown hair and gapped, badly stained teeth— were not changed in the composite issued Tuesday, nor was the physical description provided by witnesses and survivors. He is described as being of slim build, about 6 feet tall and 25 to 30 years old.

Police asked that the public clip and save published versions of the composite drawings. Booth suggested that people carry the clippings in cars so they could more readily recognize individuals resembling the killer.

"If they see somebody who looks like him, we'll come in a hurry," Booth said.

Meanwhile, authorities continued their search for a car seen by a witness in the Mission Viejo neighborhood where the Stalker is suspected of shooting a 29-year-old man and raping his girlfriend early Sunday. The car is believed to have been stolen Saturday night in Los Angeles' Chinatown, while its owner dined in a restaurant.

Authorities described the stolen car as an orange 1976 Toyota with the license plate 482 RTS. The witness reported seeing a car of the same make and color, but was able to remember only a partial license plate number of 482 T.

Police have asked the public's help in locating the auto.

So far, the Los Angeles County Sheriff's Department, which is coordinating a multi-agency hunt for the serial slayer, has received more than 2,000 tips in the case, including dozens of reported sightings of people resembling the suspect.

The most recent sighting came Tuesday afternoon in the San Gabriel Valley community of San Dimas, where sheriff's deputies searched a neighborhood after receiving reports of a man resembling the Stalker in a "mom and pop" grocery store.

The deputies, aided by a helicopter and tracking dogs, scoured the area around Gladstone Street and Amelia Avenue for nearly an hour before calling off the search, said Deputy Richard Shaw.

"Two citizens saw a man who they thought resembled the 'Valley Intruder,' but we didn't find him," Shaw said.

Sheriff Sherman Block suggested early in the investigation that "Valley Intruder" would be an appropriate nickname because of the killer's intrusive behavior in sneaking into darkened homes, and because the crimes occurred in the San Fernando and San Gabriel valleys.

However, the most recent slayings have occurred as far away as Mission Viejo in Orange County and in San Francisco.

More and more, the public, the news media and law enforcement officials— particularly those in the Police Department—have come to call the killer the "Night Stalker."

"You can't call him the Valley Intruder because he's not always hitting in the valley," said Lt. Dan Cooke, a Police Department spokesman.

*Times Staff Writers*

**Drawing:**
A police sketch of the killer.

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call: 800 LA TIMES, Ext. 74564.

# Los Angeles Times

| 22 inches; 776 words | SATURDAY, AUGUST 31, 1985, MAIN NEWS, PART 1, PAGE 1 | 000080863 |
| | COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #1 |

## Police Identify Stalker Suspect

■ 25-Year-Old L.A. Man Named in Seven-Month Spree of Killings

By DAVID FREED and CAROL MC GRAW

An all-points-bulletin was issued late Friday for Richard Ramirez, 25, of Los Angeles, suspected of being the "Night Stalker," whose seven-month career of kidnaping, rape and murder has spread fear from Orange County to San Francisco.

In a press conference held late Friday night at the Hall of Justice in Los Angeles Civic Center, Los Angeles County Sheriff Sherman Block, Los Angeles Police Chief Daryl Gates and Orange County Sheriff Brad Gates, said Ramirez has a "lightweight" criminal background—including conviction for drug possession and driving an automobile without the owner's permission. But now he is considered "armed and dangerous," Block said.

The suspect was identified through fingerprints by the multi-agency task force searching for the killer. Authorities Friday released a photograph taken Dec. 12, 1984, at the time of Ramirez' arrest by Los Angeles police on suspicion of driving a stolen vehicle.

### Resembles Drawing

The photo bears a striking resemblance to the composite drawing of a curly-haired man with yellow, gapped teeth on the official flyer for the night-prowling killer now blamed for at least 16 murders and two dozen rapes, assaults and other crimes.

The law enforcement officials said Ramirez is Latino, 6 feet, 1 inch tall, weighing 155 pounds, with black hair and brown eyes.

His most notable physical characteristic, they added, is "extreme decay" of his upper and lower teeth—an item also mentioned by several of the Night Stalker's surviving victims.

According to police records, Block said, Ramirez was born in El Paso, Tex., but has spent most of his adult life in Los Angeles and San Francisco, where he is known to have used the aliases "Richard Moreno," "Noah Jimenez," "Nicholaus Adem," "Richard Munoz," and "Richard Mena."

Block said authorities are also searching for Ramirez' automobile, a green, 1976 Pontiac Grand Prix bearing California license number 1LFA 239.

"We are satisfied," the sheriff said, "that we now know the identification of the individual known as the Night Stalker . . . all police agencies in California and surrounding states have been notified."

He said the photograph was issued and the suspect publicly identified—a contradiction of usual police and sheriff's policies—in the interest of public safety.

Addressing a sentence directly to Ramirez, Block added:

"You cannot escape. Every law officer and every citizen now knows exactly what you look like and who you are."

Task force investigators said it was fingerprints lifted from a Toyota station wagon that was stolen in Chinatown and found abandoned Tuesday in Los Angeles that led to positive identification of the suspect as Ramirez.

The Toyota had been spotted earlier in Orange County, near the scene of the most recent Stalker attack last Sunday.

### Pattern of Attacks

The murderer, whose victims have ranged from children to octogenarians, enters private residences in the early morning hours through unlocked windows or doors, authorities say. He immediately shoots any adult males in the home and then attacks the female occupants.

Some of the victims were strangled, others had their throats slashed. The majority were shot with either a .22-caliber revolver or a .25-caliber automatic.

Police have blamed the Night Stalker for 16 slayings in Rosemead, Monterey Park, Whittier, Monrovia, Arcadia, Glendale, Sun Valley, Diamond Bar, the Lake Merced district of San Francisco, Mission Viejo—and in two Los Angeles area locations not yet officially identified.

### Kidnaping Cases

He was also blamed for the kidnap-molestations of four children in the San Gabriel Valley.

Authorities believe that the Stalker last struck early that morning in a home in Mission Viejo. There, 29-year-old William Carns was shot three times in the head by an intruder who also raped Carns' 29-year-old girlfriend.

Carns remained in critical but slightly improved condition Friday night in a Mission Viejo hospital.

A witness in the neighborhood where the attack took place reported seeing an orange Toyota station wagon, but was able to remember only a partial license plate number of 482 T.

On Tuesday morning, an orange Toyota station wagon bearing the license plate 482 RTS was found abandoned in a lot at Chapman Park, a small shopping center at 6th Street and Alexandria Avenue in the Rampart area of Los Angeles. A resident notified police.

Detectives watched the car from hidden positions until after dawn Wednesday, hoping that whoever stole the Toyota would return. No one did.

The car was taken by flatbed truck Wednesday morning to Orange County, where sheriff's officials used a state-of-the-art laser and Superglue fumes to highlight fingerprints—even those that may have been partially wiped clean.

### 'Good' Prints

J. Larry Ragel, commander of the Orange County Sheriff's Forensic Science Services Division, reported that criminalists had found "good" prints on the car that did not match those of the car's owner, carpenter Bill Gregory of West Hollywood.

The prints were fed into the sheriff's computerized fingerprint file, which produced about 100 fingerprint sets bearing similarities to those lifted from the car. Officials said they also intended to send the lifted prints to the state Department of Justice, which has more than 1 million

sets of fingerprints on file.

"It's a long process to look at 100 prints by hand," Ragel said.

But the process was successful late Friday.

Times staff writers Steve Harvey, Deborah Hastings, Nancy Skelton and Ted Thackrey Jr. contributed to this article.

*Times Staff Writers*

**Photo:**
Night Stalker suspect Richard Ramirez, in police photograph

**Photo:**
Police artist's sketch of suspect in Night Stalker slayings.

**Photo:**
Los Angeles County Sheriff Sherman Block displays photo of Night Stalker suspect at a press conference, flanked by Orange County Sheriff Brad Gates, left, and Los Angeles Police Chief Daryl Gates. Authorities say suspect has used various aliases while living in California.

**Photographer:**
Mike Meadows / Los Angeles Times

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

61 inches; 2153 words          SUNDAY, SEPTEMBER 1, 1985, MAIN NEWS, PART 1, PAGE 1          000081191
COPYRIGHT 1985 / LOS ANGELES TIMES                    FAX page #3

## Citizens Capture Stalker Fugitive

■ East L.A. Residents Foil Suspect's Attempt to Elude Police Pursuit

By DAVID FREED and CAROL McGRAW

A 25-year-old drifter identified as the Night Stalker was chased, beaten with a steel rod and captured by angry citizens Saturday morning after he allegedly tried to steal a car in East Los Angeles.

Dazed and bloodied, Richard Ramirez was cornered at about 9 a.m. by four men unaware they were pursuing the man suspected of killing 16 people and assaulting at least 21 others in California.

"Thank God, you came," the beaten and exhausted Ramirez told an officer who took him into custody.

Less than 12 hours earlier, law enforcement authorities had publicly identified Ramirez as the Stalker, describing him in an all-points bulletin as possibly armed and dangerous.

When Ramirez walked into an East Los Angeles liquor store Saturday morning, he saw his photograph on the front page of a Spanish language newspaper. According to the liquor store clerk, Ramirez threw the paper down and bolted from the store. The clerk contacted police. But before they could catch up with him, citizens did.

After taking him into custody, authorities drove Ramirez to the Los Angeles Police Department's Hollenbeck station, where he was treated for head and wrist injuries, interrogated by detectives and then booked on suspicion of murder. He is being held without bail at the Central Jail.

"California can breathe a sigh of relief tonight," declared Los Angeles Mayor Tom Bradley, who went to the Hollenbeck station to congratulate police.

"I can't begin to tell you how proud we are of our citizens," Bradley said. "It is one of those beautiful stories."

With Ramirez's capture, some chilling new information emerged about the Night Stalker case.

Ramirez, according to sources close to the case, may have been involved in satanic worship.

**Pentagrams Discovered**

More than once, investigators said, they discovered spray-painted pentagrams on inside walls of victims' homes. Such symbols are said to be used by Satan worshipers to represent the devil's horns.

Authorities apparently made a tenuous connection between the Stalker and satanic worship in their investigation of the March 17 slaying of 35-year-old Dayle Okazaki. Authorities discovered a baseball cap in her Rosemead condominium that they believe the Stalker inadvertently left behind. On the cap was a logo for the heavy metal rock band AC/DC, which some believe is meant to be an acronym for "Anti-Christ, Devil's Child."

Authorities focused on AC/DC's 1979 "Highway to Hell" album, and its six-minute "Night Prowler" cut, which says in part: "What's the noise outside your window? What's the shadow on the blind? As you lay there naked like a body in a tomb, suspended animation as I slip into your room."

In determined pursuit of a devil-worshiper connection last month, sheriff's cadets searched the Skyline Drive area of La Habra Heights in East Los Angeles, where investigators believed a satanic cult had met. Distinctive tennis shoe prints were found, which matched shoe prints that were discovered at some Stalker crime scenes, sources said.

The Night Stalker spread terror throughout California this summer by sneaking into darkened houses through unlocked windows and doors to attack his sleeping victims. Some were shot to death with handguns. Three types were used: a .22-caliber revolver, a .22-caliber semi-automatic and a .25-caliber semi-automatic. Others were bludgeoned with a hammers or tire irons. Some were stabbed, and others had their throats slashed.

Investigators said they believe the Stalker used cotton work gloves in the attacks. They said he cut telephone wires once inside some of the houses. He attacked men first and usually shot them in the head. He then attacked women—in some cases raping and sodomizing them.

**Some Victims Tied Up**

Some victims were found tied up with extension cords. Some were restrained at the wrist with handcuffs. Others were immobilized with cuffs that fit around thumbs of both hands, sources said.

At one crime scene, a woman victim had her eyeballs gouged out, sources said.

The man suspected of these atrocities was first spotted clad in black jeans and a black, Jack Daniel's T-shirt at about 8:30 a.m. Saturday when he entered a small liquor store at 819 S. Towne Ave. and picked up a newspaper that had his picture on the first page.

Richard Ramirez threw the paper down, ran out of the store and boarded a bus, witnesses said.

Ramirez was sighted again at 8:42 a.m. walking in the 800 block of Mott Street. Several residents called police. When he reached Euclid Avenue and Garnet Street, police received another report of his sighting, and they dispatched seven squad cars to the scene.

**Tips From Residents**

Acting on tips from neighbors along the way, officers plotted the suspect's zigzag course, which took him to East Hubbard Street.

There, he tried to steal a red Ford Mustang. Failing that, he ran across the street, hit Angelina De La Torre, 28, in the stomach and tried to grab her keys as she was about to get in her car to go shopping.

Her husband, Manuel De La Torre, 32, ran out to the street in a rage and chased Ramirez, beating him as he ran with a steel rod.

Three of De La Torre's neighbors joined in a half-block foot chase and subdued Ramirez in front of 3732 E. Hubbard St., just east of the Los Angeles

SUNDAY, SEPTEMBER 1, 1985, LOS ANGELES TIMES, MAIN NEWS, PART 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081191 PAGE 2
FAX page #4

city line.

"I didn't realize it was him (the Stalker)," said Jaime Burgoin, 21, who helped capture Ramirez. "I was just doing it because he was messing around in our neighborhood."

Tina Pinon, 15, who lives on Hubbard Street, said that after his capture, Ramirez was forced to sit on a curbstone. She said Ramirez kept trying to get up and talk, but that Manuel De La Torre, held the steel bar near Ramirez's eyes, daring him to "Come on, move." Someone else kept telling Ramirez, "You don't have a right to talk."

It was not immediately known whether those who captured Ramirez would share in a $70,000 Stalker reward fund.

### Identified Friday Night

Saturday's arrest came on the heels of a late Friday night news conference in which Los Angeles County Sheriff Sherman Block, Los Angeles Police Chief Daryl F. Gates and Orange County Sheriff Brad Gates announced that they had identified Ramirez as the so-called Night Stalker.

A December, 1984, photograph of Ramirez, taken when he was arrested in Los Angeles on suspicion of driving a stolen car, was released to the public along with a physical description that matched the description of the Stalker provided by witnesses and survivors of his attacks.

Block told reporters that a positive identification of Ramirez had been made though exhaustive studies of fingerprints found on a stolen car and fingerprints taken of Ramirez in his many previous arrests. Ramirez, authorities said, is also known to have gone by several aliases, including "Richard Moreno," "Noah Jimenez," "Nicholaus Adame," "Richard Munoz" and "Richard Mena."

He also is known to call himself "Ricardo."

### Teeth Checked

At first, officers weren't sure if they had, in fact, arrested the Stalker suspect. At one point, police officers ordered Ramirez to open his mouth so that they could check his teeth. They were convinced of his true identity when he complied.

The Stalker's most notable facial feature, witnesses have said, is his widely-gapped, discolored front teeth. Sheriff's Lt. Dick Walls said that the 6-foot-1, 155 pound Ramirez "only has four or five teeth left." He decribed Ramirez as "emaciated."

Ramirez, who was born in El Paso, has a history of minor, nonviolent crimes, including drug offenses and driving stolen vehicles, authorities said. In addition to his arrests in Los Angeles, he has been picked up by police in Pasadena and Alhambra, officials said.

Despite the arrests, he has never spent a long term in prison and has been chronically unemployed, officials said.

The suspect has lived in California since 1981, in Los Angeles and in San Francisco before that, but officials have little knowledge of his background.

### No Driver's License

According to the California Department of Motor Vehicles, Ramirez has no driver's license but applied for and was given an identification card in 1981. Records show that he received more than one ticket for driving without a license but never paid them.

Ramirez listed his address in 1981 as 614 East 52nd St., just south of the USC campus near downtown Los Angeles. There is no such residence.

Ramirez applied for a new DMV identification card in 1983 and listed his latest home address as 3306 Eagle Rock Blvd. in the Glassell Park area in northeast Los Angeles. But no such street address exists—the closest address is a Romanian Orthodox church—and residents in the 3300 block of Eagle Rock Boulevard said Saturday they have no recollection of him.

"Of course, everybody knows (Ramirez) now," said the pastor of the church, Constantine Alexia, when shown a photograph of the suspect.

The location is within a mile of where a Glendale couple, Max and Lela Kneiding, were killed July 20 by the Stalker. It was in the same area that an abducted 8-year-old girl was released after she was sexually assaulted by the Stalker, authorities believe.

Word of Ramirez's arrest produced a carnival-like atmosphere outside the Police Department's Hollenbeck substation in the 3900 block of 1st Street, where Ramirez initially was taken and interrogated. Residents said they had not experienced as much excitement since last year, when actress Angie Dickinson filmed a movie in their neighborhood.

### Vendors Do Brisk Business

As soda and ice cream street vendors did a brisk business under a scorching sun, spectators gathered five and six deep on the curb and watched from windows to commend the police and condemn the suspect.

"I hope they give him the electric chair," said Alphonso Aguayo, 16. "That's what vicious killers deserve."

"Oh, he won't last in jail. They'll kill him," said housewife Carmen Villanueva.

Police eventually had to seal off the area in front of the police station because the crowd, estimated at more than 400, had grown so large and boisterous in waiting for a glimpse of the Stalker suspect.

At one point, spectators thought that a handcuffed man being brought into the station on another arrest was the suspect. They begin to push and shove and flail out at him as police raced him through the gate.

About 40 officers marched out of the building and cleared the street adjacent to the station's side entrance.

Officers arrested one unidentified man who was armed with a knife. The man claimed that the Stalker had killed his wife.

### Taken to Central Jail

The noisy crowd became quiet as Ramirez was quickly brought out the back door of the station and placed between two officers in the back seat of an unmarked brown police car at about 3:30 p.m. to be taken to Central Jail.

He ducked his head into his lap as he was driven through the gate.

The crowd then cheered loudly. One teen-age boy, who had stood on a wall for almost two hours to get a glimpse of the Ramirez, said, "He sure doesn't look mean. He looks just everyday, doesn't he?"

At a press conference held immediately after Ramirez's departure, Cmdr. William Booth, a Police Department spokesman, said Ramirez would be put in protective custody.

"We will make sure that man will survive to stand trial," he said.

Local law enforcement officials who have worked together for weeks to solve the Stalker series of violence congratulated themselves upon Ramirez's arrest. Assistant Sheriff Robert A. Edmonds could be seen hugging Sgt. Frank Solerno, a top Sheriff's Department homicide detective who helped coordinate the task force that has hunted the Stalker for weeks.

But officials in San Francisco also took credit for solving the case.

### Claim by S.F. Police

SUNDAY, SEPTEMBER 1, 1985, LOS ANGELES TIMES, MAIN NEWS, PART 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081191 PAGE 3
FAX page #5

"You bet we broke this thing," said San Francisco homicide Inspector Frank Falzon, smiling broadly. Falzon said he and his partner, Detective Carl Klotz, came up with the suspect's last name after "receiving statements from individuals from the East Bay who were able to give a last," Falzon said.

That aside, a crucial break in the case apparently came through the San Francisco police's investigation of a routine residential burglary Aug. 15 in that city's exclusive Marina's district, near the Presidio army base. The burglary at 3637 Baker St. occurred two days before the Stalker killed San Francisco accountant Peter Pan, 66, in Pan's Lakeside district home, about five miles away.

On a wall in Pan's house, investigators found a taunting signature scrawled in lipstick: "Jack the Knife."

Fingerprints found after the Aug. 15 Baker Street burglary apparently matched at least one print found on a stolen car spotted Aug. 25 in the Orange County community of Mission Viejo, near the scene of the most recent Stalker attack. Both prints matched those taken directly from Ramirez in previous arrests, according to sources close to the investigation.

**Evidence of Tenacity**

The second-story San Francisco burglary proved just how tenacious the Stalker could be.

Residents of the neighborhood in which the 11 p.m. break-in took place said Saturday that the burglar first went to a house being remodeled two doors away and crept into the darkened backyard, which was filled with old kitchen cabinets and heavy wooden scaffolding.

He grabbed a cabinet front and a 7-by-1 foot plank, dragged them both over one fence, through a second backyard, over a second fence and into the yard of the house he planned to break into. Using the cabinet front, he propped the plank against the side of the house scampering through an open, second-floor bathroom window, residents said.

The burglar made off with cash, jewelry and cameras, among other items.

On Saturday, black powder outlining fingerprints could still be clearly seen on the cabinet front.

Residents of the block, on which the president of Levi Strauss & Co. and other corporate executives live, said they saw a large, green American-built car, possibly a Cadillac, parked in front of the house on the night of the burglary,

but did not give it a second thought. Some authorities believe that the car might well have been the green Pontiac Grand Prix that Ramirez reportedly was seen driving in recent days.

**Strange Noises Heard**

Neighbors on Baker Street said they heard strange noises that night but attributed them to marauding raccoons.

San Francisco authorities said Saturday that, despite some rumors, Ramirez acted alone in his attacks.

"We're satisfied he is the *lone* Stalker," Falzon said in answer to a question about whether Ramirez had a partner. A partner was once mentioned as a possibility by police in San Francisco and in Los Angeles.

"Catching him is one thing," Falzon said. "Now the real detective work starts, trying to piece together all these cases."

On Saturday, the Night Stalker task force got information on still another possibly-related case. This one concerned an early morning incident in Montclair, 35 miles east of Los Angeles. Two men in a house there were shot to death by an intruder who gained entry through an open door, police said.

"It would be a relief if he is proven without a shadow of a doubt to be the Night Stalker," a relative of William Doi said of Ramirez. Doi's relation was a Monterey Park business executive who fell victim to the Stalker on May 14. "His arrest could never relieve the pain of the crimes he committed. What justice could exist for such a heinous crime?"

Times staff writers Mirna Alfonso, Bob Baker, Jerry Belcher, Steve Bloom, Peter H. King, Dan Morain, Nancy Skelton and Mark Stein contributed to this story.

*Times Staff Writers*

**Photo:**
Night Stalker suspect Richard Ramirez is led from police station where crowd gathered, below.

**Photo:**
Police hold back a line of spectators outside Hollenbeck station.

**Photographer:**
MONICA ALMEIDA /
Los Angeles Times

**Photo:**
Suspect Richard Ramirez, in jeans and black T-shirt, is escorted from the Hollenbeck police station on his way to county jail.

**Photographer:**
ELLEN JASKOL / Los Angeles Times

**Photo:**
Earlier, Ramirez, in police car, wore bandages around his head after East Los Angeles residents chased and captured him.

**Photographer:**
KNBC-TV photo via monitor

**Map:**
THE POINT OF ARREST,
MICKIE GARRETT / Los Angeles Times

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

32 inches; 1122 words

SUNDAY, SEPTEMBER 1, 1985, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081194
FAX page #6

## Neighbors Gang Up

### ■ Suspect Didn't Have a Chance Among Heroes

By JERRY BELCHER and NANCY SKELTON

Desperate and near exhaustion, Night Stalker suspect Richard Ramirez made a wrong turn when he dashed onto East Hubbard Street—unknowingly he had stumbled into a neighborhood of heroes.

Four citizens grabbed and subdued the suspected murderer after a 20-second footrace down the street, one of them pounding at him with a whip-like steel rod.

The heroes who captured Ramirez were Manuel De La Torre, 32, and three of his neighbors across the street, Jose Burgoin, 55, and his sons Jaime, 21, and Julio, 17.

Another hero was Faistino Pinon, 56, next-door neighbor of the Burgoins, who had fought off Ramirez when he tried to steal his daughter's car.

The suspected killer had invaded their quiet Eastside working-class neighborhood in a last frenetic attempt to steal a car and escape seven Los Angeles police patrol cars that had been chasing him for 20 minutes. A police helicopter also was following overhead.

When the four citizens finally gave up their captive to police, his dark hair was matted with blood— his scalp gashed by repeated slashing blows from a slender steel rod wielded by the enraged De La Torre.

As the first police patrol car pulled up, the bleeding suspect was begging his captors: *"Dejeme en paz! Dejeme en paz!"*—Spanish for "Leave me in peace!"

'Across the Street'

Summing up the mood of the predominantly Latino neighborhood, Eloise Cabral said she and her friends had been talking about the Night Stalker the evening before. "We were saying that if he got caught around here in East L.A. he'd probably get his butt beat up because all the guys around here all know about him. They would just love to get their hands on him. And now we wake up the next morning and find him across the street."

Ramirez had been on the run for more than four miles, dodging through alleys and backyards, stopping several times to try to break into cars, according to Los Angeles Police Sgt. Ed Esqueda, who directed the pursuit. The zigzag chase began at 8:50 a.m. when an unidentified citizen phoned Hollenbeck Division to report that a man matching the description of the Night Stalker was acting suspiciously at Euclid Avenue and Garnet Street.

Esqueda sent all available units in Hollenbeck Division after the suspect. As the black-and-white cars began to close in, the suspect apparently realized that they were after him and began his long, panicky sprint for freedom.

At one point, Esqueda said, he threatened a woman sitting in a parked car on the 800 block of Lorena Street with a knife but dashed away when a barber rushed out of his shop and confronted him.

It was shortly after 9 a.m. when he reached East Hubbard Street.

His first mistake was trying to steal a fire-engine red Mustang coupe from the driveway of Faistino Pinon's house at 3751 E. Hubbard St.

Pinon said he was about to begin working on the car, which belongs to his daughter. He had jacked up the front wheels and left the engine running. He was just about to crawl under the car to check the transmission, which he intended to repair.

The suspect—dressed in black with a Jack Daniel's T-shirt and dirty jeans—jumped into the car, threw it into reverse and gunned the engine. The car pulled off the jack and started to roll down the driveway.

'Had Him by the Neck'

Pinon said he leaped to his feet and ran quickly to the driver's side of the car. "I had him by the neck and was trying to pull the key out," he said. "But he had the car in reverse and he dragged me with him."

As Pinon struggled with the suspect, Ramirez threw the car into forward, dragging the older man along. "I got a gun! I got a gun!" the suspect yelled, but Pinon hung on, finally grabbing the steering wheel and forcing the car to veer to the left and stop against a tree beside the driveway.

At that point, Pinon said, the younger man gave up, jumped out of the Mustang and ran across the street.

Moments before, Angelina De La Torre, 28, had gotten into her car to go to buy candy for a *pinata* to be used at her daughter's birthday party later in the day. Her next-door neighbor, Lourdes Estupinan, 25, was in the passenger seat.

Angelina De La Torre said she had not yet closed the door when the slender man in black came toward her and demanded that she hand over the car keys. She shoved him with the car door, and when he fell back she lunged out. At the same time, Estupinan ran from the car screaming, "That's the Night Stalker! That's the Night Stalker!"

'Recognized the Eyes'

Still nervous and fighting back tears several hours later, Angelina De La Torre told a reporter that she at first thought the man was just an ordinary robber.

"Then I recognized the eyes (of the Night Stalker) from the news last night," she said. "I gave him the keys."

As she ran toward her house screaming for help, Jose Burgoin sprinted across the street and started pulling Ramirez out of the car. Manuel De La Torre, who had been working in the backyard of his home, arrived almost simultaneously. In his hand, he had a steel rod used to secure the chain-link fence of his front yard. He smashed Ramirez on the head—and the suspect took off running.

Jaime and Julio Burgoin then joined in the chase. Jaime—wearing a blue cap with a California Highway Patrol emblem on it—described what happened next:

"I seen him as soon as he left the brown car (the De La Torres'). . . . I was in the house. . . . I seen my dad chasing him so I got into it, too. . . . My dad is 55. For being his age he's in good shape."

As Ramirez attempted to escape his pursuers, De La Torre kept lashing at him with the steel rod. "Once he stopped, everyone just got him," Jaime Burgoin said. "The guy was hitting him with the bar—he just kind of stopped and looked back. I guess he was tired." Jaime said that De La Torre yelled to his wife: "Get my gun! Get my gun! I'll waste him right here!"

**Talked Out of It**

Angelina did in fact get her husband's pistol but was talked out of giving it to him by neighbors. Ramirez was captured in front of 3732 E. Hubbard St. With his captors surrounding him, he begged them to let him go.

"He said, 'C'mon let me go, there's these guys chasing me.' " Jaime said. "He seemed tired, just lost and dazed. Scared, you know."

Cabral, who lives across the street, said she heard the sounds of people fighting outside and went out to see what was happening.

"They had this guy sitting down against the fence, and he was hurt," she said. "He had blood on his forehead and on the back of his neck. When the policeman got him up and turned him around, we saw the back of him soaking in blood."

Jaime Burgoin said later that he did not realize the man he was chasing was the Night Stalker suspect until after the arrest. "Then I looked at him carefully," he said, "and that was him."

Asked later if he was frightened, Jaime said softly, "Not at all."

Wants to Join CHP

Burgoin, who works as a warehouseman, said his ambition is to become a California Highway Patrol officer. He said he has already applied to the CHP and is going soon for more testing.

"This might not look so bad," he said. "This might even help."

After the suspect's capture, the street took on an almost theatrical air, with police cars lining the curbs, television cameramen and neighbors milling around like extras in a crime movie. "Hey," shouted one exuberant boy, "I just saw myself on TV."

But Marina Vargas still seemed stunned. She carried a copy of the Spanish-language newspaper La Opinion with a big front-page picture of Ramirez. "It was him. It was him," she kept repeating in disbelief. "The same eyes, the same mouth."

Jaime Burgoin, a slender dark-haired young man with a serious demeanor, said the Night Stalker had been much on the minds of people in the neighborhood.

"Everyone's been kind of watching out for each other," he said. "Kind of a Neighborhood Watch, but informal."

Burgoin, his father and brothers, along with the De La Torres, were taken to Hollenbeck Station to be debriefed by detectives. When they left and when they returned, neighbors cheered, whistled and applauded. And one of Pinon's children chimed in, "Hey! You're a hero, dad."

Contributing to this story were Times staff writers Janet Rae-Dupree and Mirna Alfonso.

*Times Staff Writers*

**Photo:**
Angelina and Manuel De La Torre at police station. Manuel hit suspect with iron rod after he tried to steal Angelina's car.

**Photographer:**
Associated Press

**Photo:**
Jaime Burgoin, who helped capture suspect: "Once he stopped, everyone got him."

**Photo:**
Car behind fence is first one that Ramirez tried to steal Saturday on East Hubbard Street, police say. Below left is second one.

**Photographer:**
MIKE MEADOWS /
Los Angeles Times

**Type of Material**
Sidebar

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

16 inches; 550 words

SUNDAY, SEPTEMBER 1, 1985, MAIN NEWS, PART 1, PAGE 3
COPYRIGHT 1985 / LOS ANGELES TIMES

000081226
FAX page #8

## Survived Shooting

■ Arrest Ends Nightmare for Couple Who Lived

By THOMAS OMESTAD

The bullet holes they covered with putty. A hard scrubbing took care of the last traces of blood, and also the black powder left by the police fingerprint detail. Fear, however, proved to be a more stubborn remnant, and so Christopher and Virginia Petersen summoned a workman to their Northridge home to install an intricate burglar alarm system.

The worker showed up on Saturday, and there was some irony in that. Earlier in the day, the Petersens had learned that their chief source of terror—a man known to police as the Night Stalker—had been captured. No longer would they have to stay awake nights wondering if he would return to, as Christopher Petersen put it, "finish the job."

Virginia Petersen, 27, said she had tried to keep her emotions bottled up since the Aug. 6 attack that left both her and her husband wounded. On Saturday, as they sat in their house and watched the television bulletins, all those emotions tumbled out.

'A Bad Dream'

"I've cried more in the last four hours than I have in the last four weeks," she said. "Up until today . . . it was like a valve that was shut off.

"It makes it real now. The last month has been a bad dream."

Now they were able to talk about the attack:

The couple had been sleeping in the master bedroom of their single-story home when the gunman pushed a pistol into Virginia Petersen's face. She sat up in bed screaming, was struck by one shot and fell back. She moved to shield her husband, but the gunman shot him in the neck.

Dazed and not believing they had been shot, Virginia Petersen asked her husband, "Did he hit us with a stun gun?"

"No," her husband answered, "it's a starter gun. This is a sick joke."

At that moment, as their assailant still stood over their bed, they felt a wave of blood oozing from their heads.

Petersen then charged the intruder, dodging two more shots. The gunman fled through the same door he entered.

The couple rushed to their 4-year-old daughter, who had been sleeping in another room and was left unharmed. After telephoning police, they piled into their camper and sped to a hospital.

What they remember most about the attack was the way the assailant lingered.

"He could have finished us off then," said Petersen, 38. "But he just watched us. They say he likes to watch them suffer."

The Petersens spent one night in the hospital. He had been hit in the neck and she in the head. Although it was a small-caliber gun, authorities said it was "amazing" they had survived the point-blank attack.

Their case was investigated by the Night Stalker task force, and Virginia Petersen said the picture released by police Friday of 25-year-old suspect Richard Ramirez looked like the man who had attacked them.

It was only last Tuesday that they felt comfortable enough to return to their home. At first there had been talk of moving, but the Petersens decided against it.

"This is our home," Petersen said Saturday. "We've had a lot of good times here. We're very happy."

"I wasn't going to let somebody ruin my life," Virginia Petersen added. They still carry some tangible reminders of the attack. He has a bullet lodged in his neck, pointing upward; doctors said it would be too risky to attempt to surgically remove it. She has trouble moving her right arm, and it hurts when she chews food.

Their daughter seemed withdrawn after the attack, but she has improved. The parents had been telling the little girl for several days that the Night Stalker was arrested.

"Now that is a reality," Virginia Petersen said, "and we can tell her the truth."

Even with the arrest, they expect it will take time for the emotional wounds to heal.

"We'll never again sleep with an open window," Virginia Petersen said.

". . . I still wonder how we were chosen among millions of people. It always happens to somebody else. You pick up the paper and it's somebody else miles away."

And what do they wish for their attacker?

"I just want to see justice done," Virginia Petersen said. "I don't feel he deserves any better than he gave to us."

*Times Staff Writer*

NOTE:
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Los Angeles Times

15 inches; 521 words

SUNDAY, SEPTEMBER 1, 1985, MAIN NEWS, PART 1, PAGE 3
COPYRIGHT 1985 / LOS ANGELES TIMES
000081233
FAX page #9

# Suspect's Dad Puts Blame on Drug Use

EL PASO—Drugs caused a rift between father and son more than three years ago, but Julian Ramirez still found it hard Saturday to believe his son could be the brutal Night Stalker serial killer.

"Oh, my God," he told the El Paso Times in a copyrighted story for Sunday's editions.

Richard Ramirez, 25, who grew up in El Paso, was arrested Saturday and booked for investigation of murder in the Night Stalker slayings.

**Interview in Spanish**

Julian Ramirez, in an interview conducted in Spanish at his home in El Paso's Lower Valley, said he learned on television Friday night that his son was wanted by California police, but he didn't immediately understand the accusations.

He said he has not seen Richard in two or three years and that drugs had caused them to grow apart.

"I believe the marijuana he's been smoking put him out of control," said the elder Ramirez, an employee of the Santa Fe Railway in El Paso.

"There was a break between us. He didn't want to do what we told him to," Ramirez said.

"It was like this. 'I'm your father, and I tell you not to use drugs. And you want to keep using them. Do you understand?' "

'What Can We Do?'

Of the murder allegations, Julian Ramirez said, "In my heart, I can't believe he would have arrived at that. But if the authorities there have proof, what can we do?"

The elder Ramirez said he didn't plan to go to Los Angeles to visit his son, who is being held without bond until a hearing, or try to help in his son's legal defense.

"No," he said. "I don't have the money. In a case this heavy, it would be very difficult.

"How can I tell you it doesn't hurt? We haven't been in contact, but he's still my son."

Although he said his son was a "good boy," Julian Ramirez described Richard as "stubborn."

"When he wanted to do something, he did it. He wanted to go to L.A., and he went," he said.

**Left for Los Angeles**

When the younger Ramirez was 18, he left home for Los Angeles and returned only sporadically for visits, his father said. He said he last saw his son two or three years ago when his son dropped in for a visit.

The younger Ramirez was arrested three times by El Paso police, records show. The first arrest occurred in 1977, when he was 17. Subsequent El Paso arrests were in 1979 and 1982. All were on charges of possession of less than two ounces of marijuana.

Until four years ago, the Ramirez family lived in Central El Paso. Richard attended the Old Lincoln School, now the Lincoln Community Center, but dropped out of school when he was 14, six months before he was to have finished the ninth grade, his father said.

Julian Ramirez and his wife, Mercedes, have since moved to the Lower Valley, and their daughter, Rosa Ramirez, lives in the house in central El Paso.

Alma Gaytan, a schoolmate of Richard Ramirez's and one-time next-door neighbor, said Ramirez was an average student in elementary school who fell in with a group of students in junior high who used drugs.

'Some Bad Influences'

"Growing up he was an average student. But in junior high, he got in with some bad influences," said Gaytan, 25.

Maria Arredondo, another neighbor, said Richard was a quiet boy who kept to himself and didn't have many friends.

"He was quiet and always stayed at home. They (the family) kept to themselves. Just good morning, good night, that's all," she said.

When asked if he remembered any indication his son might have emotional problems that could lead to the crimes attributed to the Night Stalker, Julian Ramirez blamed El Paso schools for the availability of drugs to students.

"In the schools, it's easily available. And then afterward, they (students) look for it," he said.

The elder Ramirez said he was born in Mexico but is a resident alien in the United States. His wife; sons, Julian Jr., Ignacio and Roberto, and daughter, Rosa, are El Paso natives.

*Associated Press*

**Type of Material**
Wire

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

25 inches; 877 words

SUNDAY, SEPTEMBER 1, 1985, MAIN NEWS, PART 1, PAGE 30
COPYRIGHT 1985 / LOS ANGELES TIMES

000081255
FAX page #10

# A Chronology of the Night Stalker's Spree

By BOB BAKER

*Here is a chronology of the 16 murders and some of the two dozen assaults police believe were committed by Night Stalker suspect Richard Ramirez, along with other key developments in the case:*

Early 1985: Two people are slain in undisclosed parts of Los Angeles. Later, police will link these slayings to the Night Stalker. The locations and dates have still not been revealed.

Feb. 25: A 6-year-old Montebello girl is taken from a bus bench near school while waiting for an older sister. She tells police that she was carried away in a zippered garment bag, sexually assaulted and dropped off in the Silver Lake area.

March 11: A 9-year-old Monterey Park boy is kidnaped from his home at night, sexually assaulted, then left in Elysian Park, near Silver Lake.

March 17: Dayle Okazaki, 34, is killed, and her roommate, Maria Hernandez, is wounded in an attack in their Rosemead condominium.

March 17: Two miles from Okazaki's home, Tsal-lian Yu, 30, of Monterey Park, is pulled from her car near her home and shot several times. She dies the next day.

March 20: An Eagle Rock girl is kidnaped and sexually molested by a man who breaks into her family's home at night.

March 27: Vincent Zazzara, 64, a retired investment counselor, is beaten to death and his wife, Maxine, 44, is stabbed to death by an attacker who enters their ranch-style Whittier home through an open door. Their bodies are found by a business acquaintance two days later.

May 14: William Doi, 65, is shot to death in his Monterey Park home by an assailant who crawls through an open window. Doi, whose wife is assaulted, manages to telephone the emergency 911 number before losing consciousness—a call that police later said saved his wife's life.

May 29: Mabel Bell, 84, and her invalid sister, Florence Lang, 81, are beaten in their Monrovia home, high above the San Gabriel Valley on a narrow, winding road. The women are found four days later by a gardener. Bell dies July 15.

June 27: Patty Elaine Higgins, 32, is slain in her Arcadia home. Her throat is slashed.

July 2: Less than two miles from Higgins' home, Mary Louise Cannon, 77, of Arcadia, who had fought off two bouts of cancer, is murdered. Her throat is slashed.

July 7: Joyce Nelson, 61, is beaten to death in the Monterey Park home where she lives alone.

July 11: More than 600 residents jam a Monterey Park Neighborhood Watch meeting, anxious over the murders in their hometown and other nearby San Gabriel Valley communities. Police say they cannot yet connect the murders to a single suspect.

July 20: Chainarong Khovananth, 32, is slain in his Sun Valley home. His wife is beaten and raped, and their 8-year-old son is beaten. An estimated $30,000 in jewels and cash are stolen. Police are given a clue: A witness tells them the suspect fled in a maroon-colored Pontiac Grand Prix with a damaged right front fender.

July 20: Max Kneiding, 68, and his wife, Lela Ellen, 66, are shot to death in their Glendale home.

Aug. 6: Christopher Petersen, 38, and his wife, Virginia, 27, are both shot in the head in their Northridge home and survive.

Aug. 8: Elyas Abowath, 35, is shot to death in his Diamond Bar home. His wife is beaten. Their two children, ages 3 and 3 months, are not harmed. Later in the day, Los Angeles County Sheriff Sherman Block tells reporters that the attack on the Abowaths is the latest in a series of six killings that authorities have linked to the same suspect. It is the first public revelation that a serial killer is loose in Southern California.

Aug. 10-11: Reports of crimes made by citizens to LAPD's Communications Division, which processes emergency crime calls, jump more than 15% during the weekend, apparently because of anxiety over news of the Night Stalker's attacks. Gun shops report increased sales.

Aug. 13: The Los Angeles County Board of Supervisors offers a $10,000 reward for information leading to the arrest and conviction of the Night Stalker.

Aug. 14: Sheriff's investigators say they now believe that the Night Stalker is responsible for a seventh slaying, the March 17 shooting of Tsal-lian Yu in Monterey Park.

Aug. 17: In the first killing outside Southern California, Peter Pan, 66, is shot and killed in bed in his San Francisco home. His wife, Barbara, 64, is shot and beaten but survives. The house is ransacked.

Aug 20: A four-hour search in San Marino for a man resembling the Night Stalker is called off after homicide detectives find that the man, who fled in his car when he was stopped by a police officer, was not the Stalker.

Aug. 22: Homicide investigators announce that they believe the Night Stalker was responsible for the Aug. 17 slaying of Peter Pan. A day later, they link an additional seven murders to the Night Stalker, bringing the total to 14. They also indicate that at least three different forms of evidence link the Night Stalker to the Southern California and San Francisco killings: ballistic tests, messages scrawled on walls and a "distinctive" but undisclosed piece of evidence the killer has left behind in the homes of his victims. Meanwhile, San Francisco Mayor Dianne Feinstein announces that her city is offering a $10,000 reward.

Aug. 25: Bill Carns, 29, is critically injured—shot in the head while sleeping in his Mission Viejo home. His 29-year-old fiancee is raped.

Aug. 28: In what police call a "significant break," a stolen 1976 orange Toyota station wagon that had been spotted near the scene of the Mission Viejo attack is found abandoned on a Los

COPYRIGHT 1985 / LOS ANGELES TIMES

Angeles street. Meanwhile, the Los Angeles City Council offers a $25,000 reward for the Stalker's arrest and conviction, and Gov. Deukmejian announces the state will offer $10,000 more.

Aug. 29: Investigators say they have found "good" fingerprints on the stolen Toyota, thanks to a laser examining device. Meanwhile, they announce that they have linked the two murders that occurred early in the year to the Stalker, making a total of 16.

Aug. 30: Police issue an all-points bulletin for the arrest of a suspect—Richard Ramirez, whom they identify as being the thin, curly-haired man known as the Night Stalker. They make public a photograph of Ramirez.

Aug. 31: Police arrest Ramirez, taking him into custody after he is captured and beaten by angry citizens who grab him on an East Los Angeles street after he reportedly tries to steal a woman's car.

*Compiled by BOB BAKER, Times Staff Writer*

**Type of Material**
Sidebar
Chronology

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

A-25

| ORANGE COUNTY |

# Los Angeles Times

22 inches; 754 words

SUNDAY, SEPTEMBER 1, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081260
FAX page #12

## Laser Plays Key Role in Stalker Arrest

■ Sheriff's High-Tech Criminal Lab Called 'a Hero' in Investigation

By ANDY ROSE

A state-of-the-art laser beam that detects fingerprints helped to identify Night Stalker suspect Richard Ramirez, but Frank Fitzpatrick, a criminalist with the Orange County Sheriff's Department who helped operate the device, calmly deflected praise Saturday after Ramirez was arrested.

Fitzpatrick, chief criminalist in the department's Identification Bureau, said he is happy that his group is winning recognition for use of the laser—unique among West Coast law enforcement agencies—as well as a sophisticated array of other laboratory equipment.

"It's my bureau that's the hero. It makes me feel great," Fitzpatrick said. "We had upwards of eight people working around the clock (in shifts) trying to do all the work."

Fitzpatrick and forensic specialist Becki Morgan scanned a Toyota station wagon that Ramirez allegedly stole before the most recent attack, in Mission Viejo, and then abandoned in Los Angeles, using the hand-held, argon ion laser machine designed to pick up fingerprints that are otherwise invisible.

The prints were fed into a computerized fingerprint file, which produced about 100 sets bearing similarities. The prints were later matched with those of Ramirez, police said.

"I think the greatest feeling you have is for the whole identification bureau. We go out to crime scenes—about 300 a year—and it isn't as apparent all the time as it is in a case like this," said Fitzpatrick. "It makes the members of our bureau feel great that their contribution is being recognized."

Fitzpatrick said that the case appears to have caused more widespread fear than other murders.

"It may not be the biggest in terms of numbers of deaths, but it certainly is in terms of the fear he has instilled in the community," he said. "My wife has been very nervous about it. She can sleep now and so can I.

'Worried About It'

"Everyone's been worried about it. It's all anyone talks about. Plus it's invading your castle. It's not like the Freeway Killer, where you had a guy picking up young men. The community can't necessarily relate to that. But this was someone breaking into homes."

Starting at noon Wednesday, Fitzpatrick and forensic specialist Morgan spent about 14 hours going over the stolen Toyota station wagon. Fingerprints of those people who might have had some contact with the car were collected and a process of elimination was begun until prints matching those of Ramirez were isolated, police said. Fitzpatrick wouldn't say where the prints were found or how they were matched with those of the suspect.

The high-powered laser, which resembles a flashlight attached to a 200-pound machine, makes faint fingerprints glow yellowish-white under its ray. Users wear goggles that block out the laser's blue-green beam and make the prints more visible.

Fiber-Optic Wand

The device has a "series of mirrors where argon gas is ionized and creates light—a very pure light that goes through a fiber-optic wand," Fitzpatrick said. A six-inch area is covered by the beam and evidence of fingerprints is obtained through photographs taken by a 35-millimeter camera equipped with special filters.

The Orange County Sheriff's Department is the only West Coast police agency using a laser, said Fitzpatrick,

and one of about 30 departments across the nation. Local police departments and those in other counties working on special cases such as the Night Stalker often use Fitzpatrick's bureau in their investigations.

A spokesman for the Los Angeles Sheriff's Department said that a proposal to purchase a laser is being considered. Orange County purchased its laser about a year ago.

Fitzpatrick said that cases such as the Night Stalker may spur more cities and counties to consider using lasers. "One of the problems is that a lot of people aren't aware that a big-ticket item like this—it cost $35,000—really can deliver," he said. "We're fortunate that the sheriff and the supervisors believed that it would."

News of Arrest

Fitzpatrick, a native of New York City who moved to Orange County 10 years ago, heard the news of the suspect's arrest from friends while conducting a garage sale.

"Some neighbors were watching the Angels game and saw the news reports. They came over and told us about it," he said.

He revealed little excitement about the arrest and said the news wouldn't change his schedule, which called for a quiet day at home. "I plan on finishing up my garage sale. That's about it."

The Night Stalker case is believed to involve 16 murders from San Francisco to Orange County in which the killer entered homes in early morning, shot any men and attacked the women. The most recent attack in the seven-month spree was the one last Sunday in Mission Viejo, where William Carns, 29, was shot three times in the head and his girlfriend, also 29, was raped.

Bystanders Attacked

Ramirez, 25, was arrested about 9:30 a.m. Saturday when he allegedly tried to steal a car in East Los Angeles. Failing that, said Los Angeles Police Department officials, he attempted to

Ex. 75, p. 467

SUNDAY, SEPTEMBER 1, 1985, LOS ANGELES TIMES, METRO, PART 2
COPYRIGHT 1985 / LOS ANGELES TIMES

steal another car and apparently struck the female driver, but the woman's husband and bystanders attacked and held him for police.

Fitzpatrick's state-of-the-art bureau has received high praise from police officials. "Orange County has the best, most sophisticated equipment on the West Coast," said Willie Wilson, a Los Angeles Police Department spokesman. "We do not have (a laser) or anything like it."

*Times Staff Writer*

**Photo:**
Frank Fitzpatrick

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

32 inches; 1142 words

MONDAY, SEPTEMBER 2, 1985, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081606
FAX page #14

## Other Serial Slayings Tinged by Satanism

■ Elements of Devil Worship in Stalker Case May Not Be Factors in Motivation, Experts Caution

By BOB BAKER

Richard Ramirez, suspected by police in the 16 Night Stalker slayings, is the latest in a small group of American murder suspects whose crimes have been associated with satanism.

The revelation that spray-painted pentagrams—a distinctive satanist symbol—had been found on the walls of the homes of some of Ramirez's alleged victims added an ominous edge to an already gruesome string of killings.

Bolstering the satanist connection was the discovery of a baseball cap, left at the scene of a Rosemead killing attributed to the stalker, that contained the logo of a popular heavy-metal rock group that has been accused of injecting devil-worshiping sentiments into its music.

**Classmate's Observation**

A San Francisco newspaper quoted a former El Paso, Tex., classmate of Ramirez as saying that the suspect was obsessed with what he believed were satanic themes in the music of the band AC/DC. Ramirez was particularly attracted to the band's 1979 hit album "Highway to Hell," said Ray Garcia, 27, of El Sobrante, Calif. The album's cover depicts a band member wearing devil's horns, and one of the songs included is titled "Night Prowler."

Several authorities familiar with serial murderers and cults cautioned Sunday, however, that it would be a mistake to draw conclusions about a murder suspect's motivation on the basis of such evidence.

"Anybody who is going to serially murder a number of people is probably a little unusual, and what he develops an interest in isn't going to automatically connect" with the slayings themselves, said Richard Ofshe, a sociologist at the University of California, Berkeley, who specializes in studying what he calls "thought reform and social control in extremist or fanatic organizations."

James Alan Fox, a Northeastern University criminal justice professor and author of a recent book on mass murderers, said "a small but insignificant number of mass murderers" have invoked satanism to explain their crimes.

"But the one thing you really can't figure out is to what extent it is used as an excuse," Fox said. "Some people may actually have convinced themselves that these executions are necessary.

"I don't know anybody who believes that Satan has anything to do with murder," Fox said. If a killer claims the devil made him do it, "either he is faking or using it as an excuse or he is psychotic. And keep in mind that incidents of psychosis—people hearing voices, for example—are rare in all kinds of murder, particularly in serial murders. Most serial killers are sane. They don't hear voices. They don't have consciences, but that doesn't mean they're diseased."

Probably the most celebrated recent case of a supposedly demon-driven killer was the "Son of Sam" case, in which David Berkowitz was convicted of murdering six people in New York.

After his arrest in 1977, Berkowitz claimed that "legions of Satan's henchmen" had ordered him to shoot people in isolated areas of Brooklyn, Queens and the Bronx. Within a year, while awaiting sentencing, he was occasionally describing himself as a born-again Christian. And a year after that, he gave a prison interview in which he admitted making up the satanic influence.

The killings were "motiveless and senseless," Berkowitz said, and his tales of taking death orders from demons or from a dog owned by his neighbor Sam Carr (hence the name "Son of Sam") were "baloney."

**Too Early to Tell**

A law enforcement source familiar with the details of the Night Stalker investigation said Sunday that it is too early to tell if the killings were associated with satanism.

Meyer Lightman, a Van Nuys social worker who has studied Satan worshipers and those involved in witchcraft, said he doubts that Ramirez was a member of an organized devil-worshiping cult.

"Usually you have pretty consistent ritual in anything to do with cults, and I don't see any consistency" in the pattern of killings, rapes and other assaults that Ramirez is suspected of committing, Lightman said. "This guy just sounds to me like a . . . pathological person looking for glory and who got himself caught."

Sociology professor Ofshe added, "It wouldn't surprise me if the person who did this had some unusual notions about what they were doing and if that notion was something they created all by themselves, without any outside input," possibly to justify the crimes after they began.

Modern satanism dates from an "occult revival" that took place in the 19th Century. It includes practices that in previous centuries had been attributed to witches and sorcerers and has attracted followers who range from theologians intrigued by the belief's preaching of self-indulgence to sadomasochists who use it to justify sexual assaults, animal sacrifices and human bloodletting.

Anger, Frustration

Satanist worship has strong overtones of anger and frustration toward the Judeo-Christian God. A distinctive liberal "wing" is the Church of Satan, founded in San Francisco in 1966 by Anton Szandor LaVey, a former animal trainer and carnival organist. LaVey's brand of satanism emphasizes gratification of man's physical or mental nature and asserts that Satan represents dominant values in America. By the late 1970s, the church claimed 10,000 members.

Social worker Lightman said satanists are often people "extremely alienated" from society, people who have "enormous amounts of inner rage which could get channeled by a charismatic

COPYRIGHT 1985 / LOS ANGELES TIMES

figure," such as Charles Manson, whose followers were convicted of nine Southern California murders committed in the late 1960s.

(Ironically, as in the Night Stalker case, rock music was intertwined with the Manson killings. Manson used a Beatles song, "Helter Skelter," as the title of his self-styled philosophy that saw gruesome killings as a way to provoke a racial holocaust that would see blacks emerge triumphant.)

Public awareness of satanism appears to have increased because of the persistent complaints by Christian groups and other organizations that the dark philosophy has been subtly introduced in many rock music lyrics and by allegations that satanism has been a factor in other highly publicized crimes. For example:

- Earlier this year, child witnesses in the McMartin Pre-School molestation case testified that they were forced to participate in satanistic rituals in which black-robed individuals chanted and killed animals on an altar. One of the Manhattan Beach preschool's students said he was forced to drink blood. Defense attorneys have said that the children were making up the allegations.

- For the last year, a law enforcement task force has investigated allegations that as many as 75 adults have taken part in satanic child molestation rings in Bakersfield and have engaged in cannibalistic killings of infants. Children have told counselors stories of rituals involving swords, knives, robes and the dismemberment of animals. No remains of a body have been found, however, and no children supposedly slain by the cults have been reported missing.

- In Toledo, Ohio, Sheriff James Telb ordered remote fields and woods dug up in search of possible human remains three months ago after he received information from three "reasonably reliable sources" that a satanic cult of 200 people had presided over killings and mass burials. No bodies were found.

- And in a 1984 Long Island, N.Y., case, the drug-induced killing of a 17-year-old boy was initially attributed by police to part of a "satanic ritual" in which the boy was kicked, beaten and forced to declare his love for Satan before being killed. Six months later, however, both the prosecutor and defense lawyers said the killing simply grew out of a pervasive use of violence-inducing hallucinogens.

Such cases illustrate a major problem in evaluating the influence of satanism, sociology professor Ofshe said.

"There's nothing—nothing I know of—pinned down," he said. "There are so often stories suggesting that people have seen children killed in the midst of a satanic ritual—they're all over the place—but somehow the bodies never get found."

Contributing to this story were Times staff writers David Freed and Carol McGraw and Times research librarian Doug Conner.

*Times Staff Writer*

**Photo:**
Green 1976 Pontiac Grand Prix owned by Richard Ramirez was found Sunday in 100 block of East Avenue 23 in Lincoln Heights.

**Photographer:**
MIKE MEADOWS / Los Angeles Times

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call: 800 LA TIMES, Ext. 74564.

# Los Angeles Times

28 inches; 968 words

MONDAY, SEPTEMBER 2, 1985, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000081608
FAX page #16

## Stalker Suspect Isn't Talking

■ Ramirez Described as Passive and Compliant

By ROBERT W. STEWART and DAVID FREED

Night Stalker suspect Richard Ramirez has remained silent during detectives' questioning about 16 slayings and 21 assaults that in recent weeks sowed fear from Mission Viejo to San Francisco, authorities told The Times on Sunday.

"He's not talking," one law enforcement source said of Ramirez, 25, who was chased, clubbed and captured Saturday by angry East Los Angeles residents after he allegedly tried to steal a car in their Hubbard Street neighborhood.

Ramirez, whose most distinctive feature is rotting teeth, was spotted about 12 hours after authorities identified him as the Night Stalker suspect and released a mug shot to newspapers and television stations.

Law enforcement officials who have observed the 6-foot, 1-inch, 155-pound suspect since his arrest described him Sunday as passive and compliant and said he has not confessed to the crimes.

Booked on suspicion of one unspecified murder, Ramirez is being held without bail in a high-security section of Los Angeles County Jail where he is under constant surveillance, a Sheriff's Department official said. Originally from El Paso, Ramirez has reportedly lived in the Los Angeles area in recent years.

Investigators from the Los Angeles County Sheriff's Department, which coordinated the investigation, met Sunday and will meet again today with officials of the Los Angeles County district attorney's office to "discuss what evidence they have and the specific charges that will be considered," said Chief Deputy Dist. Atty. Gilbert I. Garcetti.

He said he anticipates a decision on "what if any charges will be filed" by late Tuesday.

Based on the information available, Garcetti said, he anticipates that Ramirez will be charged with at least one crime, although he said he could not be more specific. Authorities are required to release a suspect or file charges after he has been held for two court days.

"There are some things they (investigators) are still working on, which by the time we make our decision they hope to have," Garcetti said, refusing to elaborate.

Deputy Dist. Atty. Philip Halpin of the special trials unit has been assigned to review the evidence and, if charges are filed, prosecute the case, Garcetti said. Halpin has been working for about a month with the law enforcement task force that has investigated the killings.

Meanwhile, the Sheriff's Department reported that one important bit of physical evidence has been found and that another remains missing.

Ramirez's automobile, a green 1976 Pontiac, was found Sunday parked in the 100 block of East Avenue 23 in Lincoln Heights, a sheriff's spokesman said.

Another sheriff's spokesman asked the public's help in finding a pistol believed to belong to the suspect.

Sheriff's Lt. Dick Walls said neighbors who helped to capture Ramirez after a chase in East Los Angeles reported that he was carrying a small-caliber handgun of the type known to have been used in several of the Night Stalker murders.

That gun was not in Ramirez's possession when he was taken into custody, and a search by deputies armed with metal detectors failed to disclose any trace of it. Walls asked any person having knowledge of the weapon to call the sheriff's homicide division at (213) 974-4341.

### Obsession With Song

A Northern California man who said he attended school with Ramirez in El Paso was quoted in Sunday's edition of the San Francisco Examiner as saying that Ramirez was obsessed with what he believed to be satanic themes in the music of the rock group AC/DC's 1979 album "Highway to Hell."

More than once, authorities said, they have found satanic symbols scrawled on walls in the homes of victims.

The classmate, Ray Garcia, 27, told the Examiner that Ramirez had either painted or tattooed a pentagram on the palm of one hand. A pentagram is a five-sided star believed by some to symbolize the devil's horns.

Garcia also described Ramirez as a "junk food addict."

"All he would ever eat were chocolates and Pepsi," Garcia was quoted as saying. "He would never brush his teeth. I used to tell him to close his mouth or brush his teeth."

The killings and assaults that authorities have attributed to the Night Stalker began early this year but were not pubicly linked until Aug. 8. Most of the attacks occurred in the San Gabriel and San Fernando valleys, although the two most recent incidents occurred elsewhere.

Police in Montclair, about 32 miles east of Los Angeles, said they are not discounting the possibility that the Night Stalker might have killed his 17th and 18th victims early Saturday, just hours before Ramirez's arrest.

### Two Bodies Found

The bodies of two men who had been shot to death were found in their home in the suburban San Bernardino County community after a party.

"There's been a whole lot of speculation," Sgt. Greg Flannery of the Montclair Police Department said of a possible connection. "We're not discounting it as being a possibility. We're also not pursuing it as a sole (theory)," he added.

No satanic markings were found in the Montclair home, Flannery said.

Although most of the Night Stalker crimes occurred in Los Angeles County, authorities in Orange County suspect that the same person committed an Aug. 25 shooting and rape in Mission Viejo.

The man shot in that incident was

MONDAY, SEPTEMBER 2, 1985, LOS ANGELES TIMES, MAIN NEWS, PART 1
COPYRIGHT 1985 / LOS ANGELES TIMES

reported in improved condition Sunday. A spokeswoman for Mission Community Hospital said that William Carns, 29, who had been in critical condition with a gunshot wound in his head, had been upgraded to "serious but stable condition" although he remained unconscious.

Fingerprints lifted from a stolen car spotted near the scene of the Mission Viejo attack and found at the scene of a routine burglary in San Francisco on Aug. 15 led Los Angeles and San Francisco authorities to identify Ramirez as the Night Stalker suspect.

San Francisco police, who are taking credit for first identifying Ramirez, suspect him of at least one murder and a burglary in their community. San Francisco investigators arrived in Los Angeles on Sunday, said Deputy Mike Kenyon of the Los Angeles County Sheriff's Department. Kenyon said he does not know if they questioned Ramirez.

James G. Enright, Orange County's chief deputy district attorney, said Sunday that he expects that Los Angeles County authorities will make a decision on filing criminal charges in their jurisdiction before contacting Orange County authorities about charges there.

No one was sure, meanwhile, who would get the $70,000 reward offered for Ramirez's capture.

Various authorities have speculated that all the people who took part in the chase that led to his arrest might be eligible; others that it might belong to those who identified him or to individuals who physically restrained Ramirez before sheriff's deputies arrived.

It was suggested that the Sheriff's Department might have to make the decision.

Deputy Rick Adams of the sheriff's information bureau said Sunday night that no such determination had yet been requested.

*Times Staff Writers*

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Ex. 75, p. 472

Los Angeles Times

13 inches; 455 words

MONDAY, SEPTEMBER 2, 1985, MAIN NEWS, PART 1, PAGE 3
COPYRIGHT 1985 / LOS ANGELES TIMES

000081636
FAX page #18

# 'I'm No Hero. . . . Citizens Did All the Work'

■ Deputy Minimizes His Role in Arrest

By DAVID FREED

Los Angeles County Sheriff's Deputy Andres Ramirez has not quite decided what to do with his handcuffs. He may frame them and hang them on his wall. Now, when asked, he holds them up with outstretched arms, as he would a trophy fish.

And he beams.

The highlight of his 4 1/2-year law enforcement career occurred Saturday, when he was the first officer to handcuff and arrest the man suspected of being the Night Stalker. Their chance encounter on an East Los Angeles sidewalk, where the suspect had already been beaten into submission by irate citizens, is believed to have ended a seven-month crime spree that, near its end, terrorized an entire state.

The suspect in custody, Richard Ramirez, 25, and the man who arrested him share their last name (they are not related), their ethnic heritage and even their age. Richard Ramirez's arrest in the 3700 block of Hubbard Street took place four blocks from where Deputy Ramirez grew up on Downey Road.

Call it ironic or call it fate.

Seemed Slightly Humored

On Sunday, the young deputy seemed slightly amused by the media attention lavished upon him for helping culminate one of the most intense manhunts in California history. In an episode filled with heroes, he scoffed when asked if he deserved any credit.

"I'm no hero," he told reporters with genuine modesty. "My job was already done. All I had to do was handcuff (the suspect) and tell him, 'You're under arrest.' The citizens did all the work."

The deputy said he was on routine patrol early Saturday when he received a report of a fight, possibly including a man with a gun, in the 3700 block of Hubbard Street. He soon found Richard Ramirez surrounded by four angry men who had chased and beaten the suspect for allegedly trying to steal a parked car 200 yards away.

Deputy Ramirez said he thought that the beaten man resembled a photograph of the Night Stalker suspect he had in his patrol car. However, the deputy said, he thought little about the possibility that the man was the same person wanted in connection with 16 killings.

The deputy slapped the handcuffs on and patted down the suspect, finding neither weapons nor identification. He asked the suspect his name—"Ricardo Ramirez" was the response—and said nothing further to him.

"He was very tired, and he was hurt and mumbling," Deputy Ramirez said. "It appeared that he was relieved. I never drew my weapon. I never had to."

A crowd of 40 to 50 civilians gathered. So too did several Los Angeles police officers who had tracked the suspect to where he was finally subdued, just beyond the city limits. As the suspect was placed in a city police car, the crowd grew hostile and began to advance, Deputy Ramirez said.

"People were pointing fingers, saying, 'It's him; it's the Night Stalker,' " the deputy said. "I told them to back off," and they did. The police car drove away with the suspect and the deputy's handcuffs.

It was not until hours later, after Richard Ramirez's fingerprints were taken at the Police Department's Hollenbeck station, that Deputy Andres Ramirez—whose wife, brother and brother-in-law are police officers—learned of his role in law enforcement history.

That's when he got his cuffs back.

"I may bronze them," he said Sunday with a smile. "But for now, I'm just going to admire them for a while."

*Times Staff Writer*

**Photo:**
Deputy Andres Ramirez with his prized handcuffs: "Job was already done."

**Photographer:**
LORI SHEPLER / Los Angeles Times

**Type of Material**
Profile

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.