## Story 1

**Newspaper:** BREEZE
**Date:** Sep 27, 1985
**Day of Week:** Friday
**Edition:** HOME
**Section:** NEWS
**Page:** A3
**Headline:** 68 counts in `Stalker' case; Ramirez charged in 14 deaths
**Byline:** Linda Deutsch
**Credit:** Associated Press writer

Night Stalker defendant Richard Ramirez was charged today with murdering 14 people during a series of slayings, rapes and kidnappings that terrorized Southern California earlier this year.

District Attorney Ira Reiner announced a total of 68 felony counts against the 25-year-old drifter from El Paso, Texas, including five attempted murders as well as various robberies, rapes and kidnappings.

The charges included eight filed earlier, which included one of murder. Reiner said the counts were based on 20 attacks with 28 victims, which occurred in Los Angeles County between June 27, 1984, and Aug. 8, 1985.

Ramirez, 25, also has been named in an arrest warrant for investigation of murder issued by authorities in San Francisco.

Besides the 14 slayings in the county, the charges included five counts of attempted murder, 19 of burglary, six of robbery, seven of rape, five of forcible oral copulation, seven of sodomy, three of committing lewd acts upon children, and two kidnappings.

Reiner listed the victims in chronological order, naming the first as Jennie Vincow, 79, of Eagle Rock, who was murdered either June 27 or June 28, 1984.

The last listed attack occurred Aug. 8 in Diamond Bar, when Elyas Abowath, 35, was shot to death. His 28-year-old wife was raped and assaulted during the 2 a.m. attack.

Ramirez had been charged Sept. 3 with one count of murder with special circumstances, which would make him eligible for the death penalty if convicted. He was also charged with two felony counts of burglary, two of robbery and one count each of rape, oral copulation and sodomy.

Ramirez was arraigned on the original charges Sept. 9, but he did not enter a plea because Deputy Public Defender Allen Adashek requested more time.

The original charges stem from the May 14 murder of William Doi, 66, and the sexual assault of his wife in their Monterey Park home, and a May 9 attack on Clara Cecilia Hadsall, 85, who was robbed in her Monrovia home.

A special task force pieced together evidence in an effort to identify the man with stained, gapped teeth who entered homes through unlocked doors and windows.

Print this Window using File > Print Document 17-8 Filed 12/17/08 Page 2 of 81 Page 2 of 106

Ramirez was arrested about 12 hours after Sheriff Sherman Block identified Ramirez as the Night Stalker suspect and released his photo to the media.

Reiner, whose comments were severely limited by a gag order imposed by the judge, refused to go beyond stating the new charges and the fact they had resulted from perusal of extensive police investigation files.

Reiner said he would not reveal the identities of those who were sexually assaulted because, "The surviving victims in this matter have already been through hell."


End-of-Story


---

## Story 2

**Newspaper:** BREEZE
**Date:** Sep 27, 1985
**Day of Week:** Friday
**Edition:** HOME
**Section:** NEWS
**Page:** A3
**Headline:** $10,000 reward offered in hunt for serial killer
**Byline:** Robert Knowles
**Credit:** Copley News Service


Convinced that a reward aided the capture of a suspect in the Night Stalker case, Los Angeles County supervisors Thursday put up a $10,000 for the arrest and conviction of a man who may have killed 10 prostitutes since last year.

Supervisor Kenneth Hahn suggested posting the reward to publicize the case involving a muscular black man who lures prostitutes into a car and then stabs or strangles them.

The victims may have included two Inglewood women, although police there say they're not convinced those slayings are connected to the deaths of eight prostitutes whose bodies were found in Los Angeles and Gardena.

"The fear of the Night Stalker and rewards offered by government agencies helped galvanize public sentiment," Hahn said, "and ultimately resulted in the arrest of a suspect."

Night Stalker suspect Richard Ramirez, implicated in 15 murders, was captured by residents of an East Los Angeles neighborhood. But deciding how to divide nearly $80,000 in reward money offered by Los Angeles County and city, Arcadia, San Francisco and private citizens remains a dilemma.

The use of government rewards in capital crimes has grown in recent years. Supervisors even posted a $5,000 bounty for the return of a gun which police thought Ramirez may have thrown away before his capture.

Supervisor Ed Edelman, the only attorney on the county board, repeated his
doubts about rewards Thursday, although he did not vote against Hahn's
motion.

"I have a mixed feeling about offering money for people to do their civic
duty," Edelman said. "People should be willing and able to come forward
with information, notwithstanding a reward."

Although none of the rewards offered by supervisors over the years has had
to be paid, Hahn insisted rewards put the public on the alert for
potential clues.


End-of-Story


## Story 3

**Newspaper:** BREEZE
**Date:** Sep 26, 1985
**Day of Week:** Thursday
**Edition:** HOME
**Section:** OP ED
**Page:** A19
**Title:** Thomas Elias
**Headline:** Latinos' apprehension of Ramirez lends support -- finally -- to Bird
**Art:** 1 drawing
**Story Type:** COLUMN


One of the controversial decisions that come so often from the California
Supreme Court has finally been redeemed. But it took a dramatic event like
the arrest of the suspected Night Stalker to demonstrate that the court
was right.

The ruling: Prosecutors may no longer systematically exclude
Spanish-surnamed people from juries.

Exclusion of Latinos from criminal juries trying cases involving other
Hispanics accused of serious crimes has been a routine prosecutorial
practice in California for more than 10 years. The presumption of many
deputy district attorneys has long been that Latinos will go easy on other
Latinos, making convictions harder to obtain and letting some criminals go
free.

When the state's high court made its ruling in the last week of August, it
seemed merely a bit more grist for the mill of the anti-Rose Bird
campaign.

Even though Bird didn't write the decision, she did concur in it. And it
was written by Cruz Reynoso, the court's lone Hispanic justice and another
of the three liberal court members whose normally routine re-election will

Print this window using HP ePrint

be severely challenged next fall.

The ruling was a landmark, for it put limits for the first time on prosecutors' ability to exclude any juror they wish by means of a peremptory challenge without giving a reason for the exclusion. Now defense lawyers will be able to prevent such peremptory challenges if they detect a pattern of systematic elimination of potential jurors with Spanish surnames.

Since Bird and her liberal colleagues in the court's majority had already alienated the state's prosecutors with a long string of decisions many interpret as "pro-criminal," the latest ruling seemed simply to be more ammunition for their opponents.

But then -- only three days later -- came the arrest of 25-year-old Richard Ramirez, suspected of being the Night Stalker, a killer who invaded dozens of homes, murdering 16 Californians and assaulting or raping 21 more.

Night Stalker victims were ethnically diverse, ranging from a Taiwanese native to whites in an upper-middle-class tract in Orange County.

But most of the victims lived in the eastern suburbs of Los Angeles. Although most weren't Hispanic, the largely Hispanic populace of suburbs like Rosemead and Monterey Park was terrified. Neighborhood vigilante groups were formed and hundred of Latino suburbanites took turns standing watch at night.

When Ramirez was finally arrested, it was principally through the efforts of those aroused Hispanics. The deputy sheriff who clamped handcuffs on him was also named Ramirez (not related to the suspect). The men who chased him down bore Spanish surnames like de la Torre and Pinon.

The central point they seemed to be making was that it made no difference to them that Ramirez also was Hispanic. As de la Torre applied a metal fencepost to the head of Ramirez, he clearly was in no mood to ease off just because Ramirez is a fellow Latino.

In fact, the entire Latino community surrounding the East Los Angeles barrio neighborhood where the arrest occurred was so overjoyed at the capture of the Spanish-surnamed suspect that a street carnival developed spontaneously outside the police station where the accused murderer was taken.

Nothing could have driven home the Bird court's point better than that incident: Not only were other Hispanics not inclined to go easy on the suspect because he shared their ethnic roots, they were likely to be tougher on him than anyone else would be. And if Hispanics can be tough on the Night Stalker suspect, why not also on other Hispanics?

So this is one ruling that very likely can't be used against Bird and her colleagues.


End-of-Story

Ex. 75, p. 826

## Story 4

**Newspaper:** BREEZE
**Date:** Sep 18, 1985
**Day of Week:** Wednesday
**Edition:** HOME
**Section:** NEWS
**Page:** C6
**Headline:** Gag order imposed in `Night Stalker' case
**Byline:** The Associated Press

A judge imposed a gag order Tuesday on public comment from all officials and witnesses in the "Night Stalker" case, shutting off information to the news media and public.

All documents in the case also were ordered sealed by Los Angeles Municipal Court Judge Elva Soper after she learned that reporters were reading subpoenas for medical records and information about molds taken of Richard Ramirez's poorly spaced teeth.

The order was sought by Deputy Public Defender Allen Adashek, with concurrence by Deputy District Attorney Philip Halpin.

The order for silence covers witnesses, law enforcement officials, attorneys and members of their staffs, along with court employees.

Officials also are barred from discussing the case outside court proceedings.

The teeth molds were made to aid police in tracing his movements prior to his arrest, authorities said.

Ramirez, 25, a drifter from El Paso, Texas, is charged with one of the 15 slayings attributed to a lone killer known as the Night Stalker. He is named in a warrant in another killing.

Victims and witnesses who have seen the killer told investigtors his most distinguishable characteristic is badly stained and rotten teeth.

Halpin obtained a court order Friday from Soper for the procedure. The impressions were taken the same day by Dr. Gerald Vale, chief of forensic dentistry for the Los Angeles County Coroner's Office, at the Los Angeles County Jail, where Ramirez is held in solitary confinement.

Also gathered were X-rays and photographs of Ramirez's teeth in particular positions, the court order said.

Authorities have said they believe a dentist in Los Angeles' Chinatown treated Ramirez, who was using an alias. The dentist provided investigators with a record of that patient's dental problems, one of their early clues in the case.

Halpin said the X-rays taken during the earlier dental treatment when compared with Friday's photographs "will help determine the defendant's whereabouts during the period in question."

In support of the court order, Halpin quoted a 1975 court case that
referred to tooth molds which "would be used to compare with the teeth
marks on the murder victims' bodies."

But sheriff's Lt. Dick Walls said none of the victims had bite marks.
Halpin declined further comment.

Adashek also has obtained two court orders, one to prevent any attorney
from visiting Ramirez in jail without the approval of Adashek or his
office, and the other barring visitors altogether without Adashek's
approval.

The first order apparently stemmed from last week's visit by El Paso
lawyer Manuel Barraza, who saw Ramirez at the request of his relatives.

End-of-Story

___

## Story 5

| | |
|---|---|
| Newspaper: | BREEZE |
| Date: | Sep 14, 1985 |
| Day of Week: | Saturday |
| Edition: | HOME |
| Section: | NEWS |
| Page: | B1 |
| Headline: | Night Stalker ammo found after Ramirez's arrival here |
| Credit: | AP |

LOS ANGELES -- Ammunition similar to that used in the last four Night
Stalker attacks was found at the downtown bus station a few hours after the
defendant in the serial murder case arrived there, a newspaper reported
Friday. "Distinctive" ammunition for a .25-caliber pistol was found in the
Greyhound terminal at Sixth and Los Angeles streets on Aug. 31, a few hours
after Richard Ramirez was chased and beaten by angry East Los Angeles
residents
and arrested, The Daily News of Los Angeles reported.

Authorities have said Ramirez, a drifter originally from El Paso, Texas,
arrived in the terminal from Arizona less than two hours before his
arrest.

Ramirez, 25, has been charged with one of 14 serial killings attributed to
the Stalker in the Los Angeles area and named in an arrest warrant for a
15th slaying in San Francisco.

He is being held without bail at Los Angeles County Jail. The lawyer
appointed to represent him could not be reached this morning to comment on
the report about the ammunition.

The newspaper said the base of the ammunition had a pink tinge, and it was

of a type that had not been manufactured for several years. The number of
bullets and the area where they were found was not disclosed.

Ammunition with a pink primer was used in several Night Stalker attacks,
according to court documents filed last week in Texas as part of a search
warrant request for the homes of Ramirez's sister and father.

Officials have said ballistics tests have linked a single .25-caliber
semiautomatic to the August slaying in San Francisco, another fatal
shooting that month in Diamond Bar, and the shooting of a Northridge
couple and a Mission Viejo man who survived.

Authorities are still seeking a small pistol, which they believe Ramirez
threw away while being chased in East Los Angeles, sheriff's Lt. Richard
Walls said Friday.

In another development, the Pasadena Star-News said it had obtained
records filed with the court that indicated authorities are investigating
eight child molesting cases they believe may be linked to the Night
Stalker.

Investigators earlier had said they were looking into four cases in which
young children were kidnapped and molested.


End-of-Story


---

## Story 6

|  |  |
|---|---|
| **Newspaper:** | BREEZE |
| **Date:** | Sep 13, 1985 |
| **Day of Week:** | Friday |
| **Edition:** | HOME |
| **Section:** | NEWS |
| **Page:** | A6 |
| **Headline:** | Ramirez family urged to dump defender |
| **Byline:** | The Associated Press |


A Texas lawyer asked by the family of "Night Stalker" defendant Richard
Ramirez to check into his case accused Ramirez's public defender in Los
Angeles on Thursday of mishandling the case.

"I'm making sure he gets a fair trial, then I will drop out," said Manuel
Barraza of El Paso, who isn't licensed to practice law in California.

Barraza said that when he returns to Texas he will advise Ramirez's family
to retain a private California attorney for Ramirez.

Ramirez, 25, a drifter from El Paso, has been charged with one of 14
serial killings linked to the Night Stalker in the Los Angeles area and
San Francisco. He is being held without bail at Los Angeles County Jail.

Deputy Public Defender Allen Adashek is assigned to Ramirez's case.

Barraza told reporters outside the jail that he had met with Adashek, but
that the attorney wasn't interested in evidence that Barraza said would be
helpful to Ramirez in some of the Night Stalker killings.  Barraza didn't
say what the evidence was.


End-of-Story


---

## Story 7

**Newspaper:** BREEZE
**Date:** Sep 11, 1985
**Day of Week:** Wednesday
**Edition:** HOME
**Section:** NEWS
**Page:** A10
**Headline:** Was gruesome `Night Stalker' package mailed to Texas?
**Byline:** The Associated Press


Eyes cut out of a "Night Stalker" murder victim may have been mailed to
defendant Richard Ramirez's sister in Texas, court documents say.

Investigators found more than 300 items allegedly stolen by Ramirez and
hidden inside the El Paso home of his sister, Rosa Flores, according to
Texas court documents cited Tuesday by Los Angeles newspapers.

"One victim's eyes were cut out in these murders," the affidavit said.
"They may have been mailed to the listed addresses."

No eyes were discovered during the search.

It was the first official confirmation that the Night Stalker may have
mutilated some of his victims.  News reports earlier said eyes may have
been gouged from victims and satanic rituals may have taken place at crime
scenes.

Investigators have downplayed devil worship in the wave of at least 30
attacks, at least 14 resulting in death, attributed to the Night Stalker.

But the affidavit also specified investigators were searching for satanic
materials such as writings or drawings that Ramirez may have mailed to his
relatives during the string of California serial killings.

"It's the longest search warrant I've ever seen," El Paso County Court at
Law Judge John Fashing said of the 55-page search warrant filed in Texas
by Los Angeles County sheriff's Detective Robert Perry.

The property was recovered last Wednesday from the home of Ramirez's
sister, Rosa Flores.  The home of his father, Julian Ramirez Sr., was also
searched last week, court records show.

"Ramirez has been known to walk and phone both Rosa (Flores) or his
father," the affidavit said, adding that "such information would show
where (Ramirez) was located when he either phoned or wrote the above
mentioned people."

The affidavit said investigators sought handguns, knives, double-edged
daggers, handcuffs and bloody clothing that may have been worn during the
slayings.

Late Monday, Ramirez insisted the Night Stalker is still loose and that he
is innocent, according to a family attorney who was shopping for a book or
movie deal to pay for his defense.

"He still maintains his innocence," Texas attorney Manuel Barraza said
after a jailhouse meeting with Ramirez late Monday.

Although Ramirez maintained his innocence to Barraza, he did not register
it formally in court hours earlier.  Municipal Court Judge Elva Soper
delayed taking a plea to murder and other counts from Ramirez until Sept.
27.


End-of-Story

---

## Story 8

Newspaper: BREEZE
Date: Sep 10, 1985
Day of Week: Tuesday
Edition: HOME
Section: NEWS
Page: A3
Headline: Ramirez claims innocence in `Night Stalker' slayings
Credit: AP
PhotoBy: AP
Captions: **Published:** Richard Ramirez with attorney Allen Adashek, left, during a court appearance.
Art: 1 pic


LOS ANGELES -- A talkative Richard Ramirez joked about how people are
frightened of him, but insisted he is innocent of the "Night Stalker"
slayings,
said the Texas attorney sent by Ramirez's family to assist him.

Although Ramirez maintained his innocence to El Paso attorney Manuel
Barraza late Monday at Los Angeles County Jail, he did not register it
formally in court hours earlier.

Municipal Court Judge Elva Soper delayed taking a plea to murder and other
counts from the 25- year-old Ramirez until Sept. 27 after his local
attorney, Deputy Public Defender Allen Adashek, said he needed more time

Ex. 75, p. 831

Print this Window using File> Print.

to prepare.

"There's so much material involved in this case, it's going to take a great deal of time to prepare," Adashek told reporters afterward, adding that intense publicity may make it difficult for Ramirez to get a fair trial in Los Angeles.

Ramirez spoke only one word -- "yes" -- during the brief hearing, when Deputy District Attorney Phil Halpin asked if he waived his right to a speedy hearing.

But he was outspoken later in a 45-minute meeting with Barraza, who flew to Los Angeles at the request of Ramirez's family in El Paso.

"He still maintains his innocence," Barraza told reporters afterward.

"He seems fine to me. Very talkative. He cracked a few jokes . . . things that I thought were sort of funny," Barraza said. "He said everybody was scared of him because they heard about the satanic aspect and that.

"He asked me what I believed in . . . if I believed in God. I said `yes.' "

The wave of Night Stalker attacks, including 14 killings during dozens of assaults since Feb. 8, have been tinged with satanism, evidence of ritualism and the use of devil worship symbols.

Ramirez told Barraza he wants him to represent him, but the attorney said he cannot afford to move to California, learn California law and get involved in the complex case. Barraza is not licensed to practice law here.

The attorney also discussed statements Ramirez made at his arrest, when he told officers, "It's me. It's me."

"What he was saying was, `I'm the Richard Ramirez you are looking for, not I'm Richard Ramirez the Night Stalker,' " Barraza said.

Barraza said the case should be moved out of Los Angeles because of extensive pretrial publicity stemming from the series of murders authorities have attributed to the Night Stalker.

Halpin said he would oppose attempts to move the trial because it would be expensive.

"I hope we can assume Mr. Ramirez will get a fair trial here in L.A.," he said.

Halpin also said evidence in the case is still being reviewed and any additional charges would be filed before Ramirez is scheduled to enter his plea.

Ramirez was captured by angry citizens on Aug. 31 in East Los Angeles and was charged last Tuesday with one count of murder and seven other felonies stemming from two early morning attacks in May in Los Angeles County.

Ramirez is being held without bail.

Authorities blame the Night Stalker for an attack in Mission Viejo.

Ex. 75, p. 832

Print this window using File > Print.

Bill Carns, who suffered gunshot wounds and whose girlfriend was sexually
assaulted Aug. 25, remained hospitalized Monday, but his condition was
upgraded from serious to fair, said a spokeswoman at Mission Community
Hospital.


End-of-Story


---

## Story 9

Newspaper: BREEZE
Date: Sep 09, 1985
Day of Week: Monday
Edition: HOME
Section: LOCAL
Page: B2
Headline: Stalker suspect's plea delayed; attorney requests more time
Byline: Richard Holguin
Credit: Associated Press write


LOS ANGELES -- The plea of Night Stalker defendant Richard Ramirez, accused
of one murder in a case that has included at least 14 deaths, was delayed
today by a judge after his attorney requested more time to prepare.

Ramirez, 25, stood silently, showing no emotion, as Deputy Public Defender
Allen Adashek asked Municipal Court Judge Elva Soper for the continuance
until Sept. 27. There was no objection from the prosecution, and Soper
granted the delay.

"There's so much material involved in this case, it's going to take a
great deal of time to prepare," Adashek said after the brief hearing.

Adashek said he had been contacted by El Paso, Texas, attorney Manuel
Barraza, who said he will go to Los Angeles this week to talk with Ramirez
at the request of his family in Texas.  Adashek said Barraza had not yet
arrived in Los Angeles.

The public defender said publicity surrounding the case might make it
difficult to get a fair trial in Los Angeles but said no decision has been
made on whether to seek a change of venue to move the case out of Los
Angeles.

"I hope we can assume Mr. Ramirez will get a fair trial here in L.A.,"
Deputy District Attorney Phil Halpin said.

The prosecutor said he expects Ramirez will be tried in Los Angeles.  He
said he would oppose the change of venue because of the cost.

Halpin also said any additional charges in the case would be filed before
Ramirez is scheduled to enter his plea.

"They are still investigating the cases to ascertain whether further

Ex. 75, p. 833

charges can be filed," Los Angeles County Sheriff's Deputy Rick Adams said Sunday. He said he could not predict when additional charges might be filed.

Ramirez was captured Aug. 31 in East Los Angeles and was charged Tuesday with one count of murder and seven other felonies stemming from two early morning attacks in May in Los Angeles County.

No plea was entered during the brief arraignment, so Ramirez was ordered to appear again today before the municipal court, which had refused to set bail.

The charges stem from the May 14 slaying of William Doi, 66, and the attack of his wife in their Monterey Park home, and the May 9 attack on Clara Cecilia Hadsall, 85, who was robbed in her Monrovia home.

District Attorney Ira Reiner has said more charges may be filed against Ramirez, a drifter from El Paso whose penchant for heavy-metal rock music and references to devil worship have been described in court documents and detailed by friends and relatives.

"Assuming the evidence warrants, we will be filing additional charges within the next couple of weeks," Reiner said before the eight felony counts were filed last week.

About 30 victims and witnesses viewed Ramirez in a jailhouse lineup last week, but authorities refused to say if he had been identified.

Ramirez has been served with an arrest warrant stemming from the Aug. 17 slaying of Peter Pan, 66, in San Francisco.

A San Francisco police affidavit said symbols associated with satanism were found on a wall at the Pan home, but investigators in Los Angeles have refused comment on news reports that similar symbols were found at Southern California crime scenes.

The Night Stalker has been blamed for dozens of attacks, including 14 killings, since Feb. 8.

Authorities also blamed the killer for an attack in the Orange County community of Mission Viejo shortly before Ramirez' arrest.

Bill Carns, who suffered gunshot wounds and whose girlfriend was sexually assaulted in the Aug. 25 attack, remained hospitalized Sunday in serious but stable condition, said spokeswoman Olivia Tankersley at Mission Community Hospital.

End-of-Story

---

## Story 10

**Newspaper:** BREEZE
        **Date:** Sep 09, 1985

Ex. 75, p. 834

Print this window using File>Print.

**Day of Week:** Monday
**Edition:** STREET
**Section:** NEWS
**Page:** A3
**Headline:** Friend says Ramirez was cocaine addict
**Credit:** AP


NEW YORK -- Richard Ramirez, the suspect in California's series of "Night Stalker" slayings, was obsessed with satanism and strung out on cocaine, an acquaintance of his said in a magazine report published Sunday.

Donna Myers, concerned over Ramirez' behavior and his resemblance to police descriptions of the Night Stalker, told authorities her suspicions on Aug. 30, People magazine reported in its Sept. 15 edition.

Newspapers then published a mug shot of Ramirez, which led to his arrest in the wave of Night Stalker attacks, including 14 killings during dozens of assaults since Feb. 8.

Ramirez, 25, who was arrested Aug. 31, has been charged with one murder and seven other felonies. He was scheduled for arraignment today.

Myers said that when she first met Ramirez through friends in 1979, he already had a criminal record for possession of marijuana and supported himself in part by stealing cars, the magazine reported.

Several months before the Night Stalker slayings began, Ramirez started taking cocaine, People quoted Myers as saying.

"He had cut marks, you know, tracks running across his left arm," Myers said. "He broke off a needle in his arm, one day -- that's what he told me. He ran to the hospital and they cut the needle out for him. He got so hooked on cocaine he just got wigged out."

Meanwhile, People quoted her as saying, Ramirez began to worship the devil. Evidence of ritualism and the use of devil worship symbols reportedly have been found at attack scenes.

"He really got into it. He drew a Satanic star on the upper half of his arm. He drew a witch's star in circle on his stomach and wanted to get it tatooed on," she said.

"He would say Satan was a supreme being, like we worship God, Myers said.


End-of-Story

---

## Story 11

**Newspaper:** BREEZE
**Date:** Sep 08, 1985
**Day of Week:** Sunday

Ex. 75, p. 835

Edition: HOME
Section: OPINION
Page: A10
Headline: Changing image
Story Type: EDITORIAL

A well-deserved sense of pride and accomplishment is rising from a small
neighborhood in a Los Angeles barrio.

The source of this glowing enthusiasm is the six Boyle Heights residents
who did what law enforcement agencies were unable to do for more than a
year -- capture the suspected "Night Stalker."

What makes the capture of Richard Ramirez, wanted in connection with at
least 16 serial killings, remarkable is the effect it will have on the
barrio's image.

Often, barrio residents are perceived as being on the other side of the
law.  That perception was greatly diminished with the capture Sept. 1.

While Ramirez's exact movements before his capture are vague, the
beginning of the end for Ramirez on Hubbard Street is very clear.

Upon entering the close-knit neighborhood, an observant Hubbard Street
resident spotted Ramirez and called the police.  But before police arrived,
he allegedly tried to steal two cars and assaulted a woman.

Responding to screams, Manual de la Torre grabbed a steel fence post and
ran after the man who had punched his wife and tried to steal his car.  De
la Torre told police that he chased Ramirez for four houses, beating him
on the back and head until he fell.

By that time, de la Torre was joined by five other neighbors, who stood
guard over Ramirez until police arrived.

When asked by reporters if he felt like a hero, de la Torre said, "No, I
just did what anyone else would have done."

Modesty or not, de la Torre and his neighbors have done a great service.


End-of-Story


---

## Story 12

Newspaper: BREEZE
Date: Sep 08, 1985
Day of Week: Sunday
Edition: HOME
Section: NEWS
Page: A2

Ex. 75, p. 836

Print this Window using File > Print.

**Headline:** Short takes
**PhotoBy:** AP
**Captions: Published:** DANCIN' MACHINE -- Mr. Telebot, a $65,000 android, dances with unidentified partner to a Bruce Springsteen tune at the International Personal Robot Congress and Exposition in San Francisco.

**Art:** 1 pic

It may take a year or longer to decide who gets more than $80,00 0 in reward money set aside for the capture or conviction of a suspect in the Night Stalker serial murder case, officials said.

More than $45,000 of the reward money, including $20,126 from private contributors, $10,000 each from Los Angeles County and the state of California, and $5,000 from the city of Arcadia, will not be distributed unless there is a conviction, according to stipulations by donors.

Richard Ramirez, 25, is being held without bail and has been charged in one of the killings that terrified California residents. In addition to the Los Angeles area murder charge, he has been served with an arrest warrant for a killing in San Francisco.

The Night Stalker, an intruder who enters homes through unlocked doors and windows, is believed to have committed more than 30 attacks in which at least 14 people were killed.

TANKER FIRE -- A fire that engulfed two huge oil storage tanks in Gilbertown, Ala., and caused the evacuation of hundreds Saturday was started when a man looking for a friend who had fallen into one of the tanks lit a cigarette lighter, authorities said.

One person was killed, four or five firefighters were injured and about 500 people living within a half mile of the fire in this town of 800 near the Mississippi border were evacuated, said Lt. Roy Smith, a spokesman with the state Department of Public Safety.

C.F. Turner, 22, of Butler fell into one of the Hunt Oil Co. storage tanks about 1 a.m. Saturday while he and his date explored the facility, said Choctaw County Sheriff Donald Lolley late Saturday.

Turner's friend David Hendley, described as in his 20s, raced to the top of the tank with his date and peered into it, lighting his cigarette lighter, Lolley said.

DISSIDENT ROUNDUP -- Police took 64 dissidents from their homes in predawn raids Saturday following three days of demonstrations against Chile's military rule. The government said it might banish some of the detainees to internal exile.

Government spokesman Francisco Cuadra said the arrests were part of a clampdown on those involved in the demonstrations against President Augusto Pinochet and the looting that followed. Ten people were killed during the violence, and police arrested several hundred demonstrators in six cities.

The arrests Saturday were made by armed men showing Interior Ministry warrants.

All those seized were accused of violating national security. They were
taken to police headquarters where officers confirmed the arrests but did
not identify those held.

HIKERS SURVIVE -- Four hikers who spent three days in Glacier National
Park in up to 2 feet of snow hiked out safely to a road near the
Montana-Canadian border Saturday, officials said.

The four, believed to have only light jackets and sweaters, daypacks and
raisins for food, made it out to the Chief Mountain Road and were being
taken to park offices at St. Mary, said Assistant Park Superintendent Alan
O'Neill.

Two of the hikers were in the "early stages of hypothermia," he said.

The four, summer employees of a hotel in the park, were the objects of a
search by a dozen rangers who skied into the northeastern area of the
park, O'Neill said.

O'Neill identified them as Jody Watson, 19, of Stillwater, Minn.; Mary
Laura Mueggler, 19, of North Logan, Utah; David Vigee, 22, of Vestavia
Hills, Ala.; and Brett Blackwelder, 23, of Claxton, Ga. All worked at the
Glacier Park Lodge, a hotel in East Glacier run by a park concessionnaire.

$1 MILLION GRAB -- Two robbers wearing ski masks tied up the lone guard at
a Brinks Armored Car building in Providence, R.I., Saturday and scooped
more than $1 million from a vault, police said.

At least one of the robbers was armed with a handgun, said Lt. James
Higgins.

The guard, Joseph LaJoie, was bound hand and foot and pushed into a room
while the robbers went through the vault, said Maj. Milton Wilson, chief
of Providence detectives.

LaJoie managed to free himself and call police at 6:17 p.m. He was not
injured, Higgins said.

The two robbers were in the building for about 20 minutes and were
believed to have entered through a garage when LaJoie checked on a ringing
doorbell, the lieutenant said.

Higgins said police and the FBI were investigating whether the robbers
were former Brinks employees.

"The company has had union problems," Higgins said. "They've had quite a
lot of turnover in the past six months. It may have been someone who knew
the operation. You never know what keys are floating around."

KILLER BEES DESTROYED -- A sixth colony of "killer bees" has been found
and destroyed in Kern County, the state Food and Agriculture Department
said Saturday.

Tests late Friday confirmed the bees found in a commercial apiary near
Interstate 5 about seven miles southeast of the original find at Lost
Hills were Africanized.

The apiary contained 101 colonies, some of which are still being tested,
the department said.

Ex. 75, p. 838

Other apiaries within two miles of the infested colony will be kept under
a "hold order" to prevent removal of bees or honeycombs containing bees
until they can be retested in six weeks.

The first hive of "killer bees" was found in June at Lost Hills.  It is
believed to have been brought in on some oil well equipment.

RARE BIRD DIES -- What was believed to be the first rhino hornbill born in
captivity has died at New Orleans Audubon Zoo, officials said.

The chick died Aug. 26, two weeks after its mother hatched it in a whiskey
keg, rigged by zoo workers to simulate the tropical birds' natural mating
habitat, said Ronald Forman, executive director of the zoo.


End-of-Story


---

**Story 13**

Newspaper: BREEZE
Date: Sep 07, 1985
Day of Week: Saturday
Edition: HOME
Section: NEWS
Page: A3
Headline: Teen credited with `Stalker' clue rewarded
Byline: The Associated Press


A 13-year-old boy who reported a suspicious-looking car that helped
authorities find a suspect in the "Night Stalker" case has been rewarded
with a dirt bike and checks for $3,500.

The information provided by Joseph Romero III of Mission Viejo led
authorities to Richard Ramirez, the 25-year-old suspect in the serial
murders, Orange County Sheriff Brad Gates said at a news conference
Thursday.

In Sacramento, seven East Los Angeles residents credited with capturing
Ramirez Aug. 31 were honored by the Legislature and Gov. George
Deukmejian.

"There aren't many people who would do what you do," Deukmejian told the
seven.  "I add my thanks on behalf of all the people of California.  You
will be an example to others."

The Night Stalker has been blamed for more than 30 attacks, including at
least 14 fatal shootings, beatings and knifings since February.  Some
victims appeared to have been tortured or mutilated.

Ramirez, 25, has been charged in one of the Los Angeles slayings and
served with an arrest warrant stemming from a San Francisco killing.

Ex. 75, p. 839

Meanwhile, the lawyer representing Ramirez said he's approaching the case no differently than any other.

Deputy Public Defender Allen R. Adashek, who has been beseiged for comment about the notorious case, refused to discuss his conversations with Ramirez or the evidence against him.

"I'm trying to take it a day at a time and take things as they come," he said. "That's all I can do. I keep my personal feelings out of it and represent the client the best I can whether it's a misdemeanor or a multiple felony case."

The search for weapons used in dozens of savage attacks by the serial killer escalated Friday as authorities in several states worked to link unsolved crimes to the Night Stalker.

Romero on Thursday received a three-wheel, all-terrain vehicle, a check for $2,500 from Los Angeles Rams owner Georgia Frontiere and a $1,000 check from the sheriff's advisory commission.

The dirt bike was donated anonymously, Gates said.

The Southern California teen "provided us with the most important information . . . out of 2,000 phone calls" on the case, said the sheriff, who praised him for not being afraid to get involved.

Romero was working on a minibike Aug. 25 when he spotted someone walking by his garage and told his father, who called authorities. The boy gave sheriff's deputies a description of a suspicious car, including a prtial license number.

Shortly after that, the Night Stalker attacked a couple who lived a mile away, shooting a man in the head and raping his fiancee.

Authorities searching for the car found it abandoned in Los Angeles. A fingerprint found inside the vehicle was matched to Ramirez.

Romero and his family were held in protective custody until Ramirez was arrested. He was cornered by East Los Angeles residents who were angered when he allegedly tried to steal cars in their neighborhood.


End-of-Story

---

## Story 14

Newspaper: BREEZE
Date: Sep 06, 1985
Day of Week: Friday
Edition: HOME
Section: NEWS
Page: A3
Headline: $5,000 one-day reward offered for gun
Byline: Paul Pringle

Ex. 75, p. 840

Print this window using File > Print.

**Credit:** Copley News Service
**PhotoBy:** AP
**Captions: Published:** A search by sheriff's cadets along a Glendale Freeway onramp turned up "possible evidence."
**Art:** 1 pic

A missing gun considered crucial to the Night Stalker murder cases could be worth a bounty of $5,000 to whoever turns it in -- but only if the weapon is in the hands of authorities by midnight.

County Supervisor Pete Schabarum proposed the reward Thursday to "get the ball rolling" in the search for a small- caliber handgun believed used in several of the slayings linked to the Night Stalker.

Payment of the reward would require the approval of the full Board of Supervisors.

A Sheriff's Department spokesman, who applauded the reward offer, said it may mark the first time in local law enforcement that a bounty has been placed on a piece of evidence.

"We're certainly appreciative of this," said sheriff's Lt. Richard Walls. He said the gun is the "most important" missing piece of the puzzle in the Night Stalker investigation.

Several witnesses reportedly saw Night Stalker suspect Richard Ramirez clutching a handgun as he ran through their Boyle Heights neighborhood shortly before he was captured Saturday, according to police. However, no weapon was found on Ramirez when he was taken into custody, police said.

About 40 sheriff's cadets armed with metal detectors combed the neighborhood Wednesday, but failed to turn up the gun, which police say is either a .22-caliber or .25-caliber semiautomatic pistol.

Walls said Thursday investigators are "convinced" Ramirez discarded the gun in the neighborhood. "But there's always the possibility he had the time to bury it or stash it somewhere," the lieutenant added.

He said sheriff's officials have no plans to search the area again.

A spokeswoman for Schabarum said the midnight deadline was set for the reward because "we think someone in that neighborhood knows right now where that gun is."

Any weapon turned in would undergo ballistics tests to determine if it fired any of the bullets recovered from the Night Stalker murder scenes.

Anyone who brings the gun to authorities after the midnight deadline may still be eligible for a share of the $70,000 in rewards posted by the county, the city of Los Angeles, other government agencies and several private individuals, officials said.

Most of the reward money was posted for information leading to an arrest and conviction in the case. However, the $25,000 city reward was offered merely for help in capturing a suspect, and Mayor Tom Bradley said it may be doled out even before a trial gets under way.

Police have implicated the Night Stalker suspect in at least 14 slayings.

A .22-caliber pistol that police said had been used in at least one of the killings was recovered Wednesday in Tijuana.


End-of-Story

---

## Story 15

Newspaper: BREEZE
Date: Sep 06, 1985
Day of Week: Friday
Edition: HOME
Section: NEWS
Page: A3
Headline: Rush for publicity `incredibly foolish'
Notes: Richard Ramirez referred to as Ricardo Ramirez in text.


The politicians who honored seven East Los Angeles residents for capturing accused Night Stalker Ricardo Ramirez are "incredibly foolish," according to a Stanford University professor.

Stanford law professor Robert Weisberg said Thursday he believes a few politicians have judged Ramirez guilty even before he has had the chance to face a trial.

On Thursday, the Legislature and Gov. George Deukmejian honored the East Los Angeles residents credited with the capture of Ramirez.

State Sen. Art Torres, D-Los Angeles, sponsored the trip to the Capitol for the five men and two women who subdued Ramirez last week and presented each with a commendatory resolution in ceremonies in the ornate Senate chambers.

A few hours later, Deukmejian met briefly with the seven in his Capitol office, presenting cufflinks bearing the governor's seal to each of the men and pins to each of the women.

Los Angeles Mayor Tom Bradley has stated he hopes to distribute reward money to the seven before Ramirez stands trial.

"It's perfectly obvious that every politician in the state wants to reap the political benefits and the publicity," Weisberg said.  "Wrapping yourself in the anti-Ramirez cloak is better than supporting motherhood these days."

Since February, the Night Stalker has been blamed for more than 30 attacks, including at least 14 fatal shootings, beatings and knifings.

Ramirez has a slight chance of winning a change of venue from Los Angeles, said Weisberg, adding that publicity has been so wide spread it will be

Print this window using File > Print.

difficult for him to get a fair trial anywhere in the state.

"We're not playing judge and jury, we're talking about people who risked their lives," Torres said adding that "those types of actions ought to be commended."

Torres said he does not believe the Legislature's action will prejudice or ruin a case against Ramirez.

Bradley was unavailable for comment.


End-of-Story


---

## Story 16

| | |
|---|---|
| Newspaper: | BREEZE |
| Date: | Sep 06, 1985 |
| Day of Week: | Friday |
| Edition: | HOME |
| Section: | NEWS |
| Page: | A3 |
| Headline: | Police attempt to draw tighter net around Ramirez; Witnesses, survivors see `Stalker' suspect in lineup |
| Byline: | Dennis Anderson |
| Credit: | Associated Press writer |


LOS ANGELES -- About 30 survivors and witnesses of the attacks and serial killings that terrorized California got a close look at the man accused of being the "Night Stalker" during a jailhouse lineup.

"If you can imagine the most painful and distraught experience for people, that is what is going on (in the lineup)," sheriff's Lt. Dick Walls said late Thursday.

People who survived or witnessed Night Stalker attacks viewed the lineup, which included the man arrested in the assaults, Richard Ramirez, and "six or seven other folks who look like him," Walls said.

"What we all would hope is that someone would make some positive identification, and would identify evidence that would tie Ramirez to the crime scene," Walls said.

Sheriff's officials declined to say if anyone identified Ramirez.

The people gathered Thursday night at the Central Jail also viewed more than 2,000 items of recovered stolen property that authorities believe was taken by the Night Stalker.

In another development, a police officer said Ramirez allegedly made incriminating statements while being taken to the Hollenbeck police station following his arrest Saturday.

Ex. 75, p. 843

Print this window using File > Print.

Police Officer Dan Rodriguez declined to describe the alleged admissions in detail, but said Ramirez "appeared to be remorseful."

The statements came after East Los Angeles residents chased Ramirez and beat him when he allegedly attempted to steal a woman's car, Rodriguez said, adding that Ramirez seemed exhausted and terrified at the time of the arrest.

"At one point he raised his head and looked around toward the crowd and lowered his head and said, `I'm glad you got me,' " the officer said.

Ramirez's attorney, Deputy Public Defender Allen Adashek, said he had not read Rodriguez' report and therefore withheld comment.

The goods were turned in by people who bought them or received them as gifts from a man they believed to be Ramirez, Walls said, adding that he didn't immediately know if victims had identified any of the items.

The booty was mostly jewelry, but also included cameras, electronic equipment, clothing, videotapes and fine china.

The items were recovered in Los Angeles, San Francisco and El Paso, the hometown of Ramirez, 25, a drifter who has been charged with one count of murder in connection with the Night Stalker attacks. He also has been served with an arrest warrant for a killing in San Francisco.

Walls said some people at the lineup and property viewing came from San Francisco and El Paso, but he did not know how many. Many still suffered physical and emotional effects of the assaults, Walls said.

News organizations honored a request by the Sheriff's Department to stay away from the jail while the lineup started.

"What concerns us is the condition of some of our witnesses," Deputy Willie Miller said. "Some are under medical care, some are with nurses. We are afraid, as traumatized as they are, having to face news media prior to or after that might damage our case."

Police are reviewing all unsolved murders, rapes, molestations, kidnappings and attacks in Los Angeles since 1981, when Ramirez was thought to have moved to California from El Paso.


End-of-Story


---

## Story 17

Newspaper: BREEZE
Date: Sep 06, 1985
Day of Week: Friday
Edition: HOME
Section: NEWS
Page: A3

**Headline:** Police correct report on `San Pedro' arrest
**Story Type:** CORRECTION

Despite police reports Thursday that the Night Stalker suspect was
arrested last December in San Pedro, court officials now say Richard
Ramirez was actually nabbed on San Pedro Street in downtown Los Angeles.

Cmdr. William Booth confirmed to several news agencies that the
25-year-old suspected serial killer was found driving a stolen car in the
Harbor area Dec. 12, 1984, and that he ultimately admitted to a
misdemeanor auto theft charge.

Booth later amended the information when Harbor police, contacted by
reporters, could find no such report.

Acccording to Los Angeles Municipal Court records, Ramirez nearly collided
with a police squad car while driving a stolen Toyota Corolla station
wagon near San Pedro and 6th streets downtown.

Ramirez, who identified himself under the alias Richard Munoz Moreno, told
police officers he had borrowed the car from a man named Julio Romero at
the Greyhound Bus depot.

"I didn't steal the car," officers quoted him as saying.  "I sort of knew
the car was stolen."

A knife was found in his jacket pocket, the report said.

On Dec. 17, he pleaded no contest -- tantamount to a guilty plea -- and
was sentenced to 75 days in jail and two years probation.

The conviction came six months after the killing of an elderly Monterey
Park woman, which police linked to Ramirez after his fingerprint was found
in the apartment where she died.

End-of-Story

---

## Story 18

**Newspaper:** BREEZE
**Date:** Sep 05, 1985
**Day of Week:** Thursday
**Edition:** HOME
**Section:** NEWS
**Page:** A3
**Headline:** Bradley wants Stalker reward distributed; ACLU urges wait
**Byline:** Stephen Arrendell
**Credit:** Copley News Service

Ex. 75, p. 845

Print this Window using File>Print.

Los Angeles Mayor Tom Bradley says the "heroes of Los Angeles" should receive $75,095 in Night Stalker reward money now, but the American Civil Liberties Union said that would be tantamount to convicting suspect Richard Ramirez before he is tried.

Bradley, at a City Hall ceremony honoring six people who took part in Ramirez's capture, said the money should be distributed now "because we're satisfied, based on the evidence we have, (that this) is the right man."

The reward money has been offered by the state, Los Angeles and San Francisco counties, and the city of Los Angeles.

"I$think this is a matter which we can all agree that we need not wait for some automatic, arbitrary or legal standard," Bradley told reporters. "We believe that to wait for the full course of prosecution may not be necessary. This has nothing to do with whether or not he's tried and found guilty in the courts."

One who disagreed was Ramona Ripston, executive director of the Los Angeles chapter of the American Civil Liberties Union.

"People are innocent until proven guilty," she said. "If people can be convicted on the kind of evidence that leads to apprehension, you don't need a trial by jury."

Ramirez, a 25-year-old drifter, was charged Tuesday in Los Angeles Municipal Court with one count of murder and seven other crimes. District Attorney Ira Reiner said a "mountain of evidence" in the investigation of 14 slayings and at least 28 other attacks will be considered for additional murder charges against the Texas native captured in East Los Angeles Saturday morning.

Bradley, meanwhile, said he would send a letter to the other jurisdictions offering rewards to
urge them to "agree on the same standards" for awarding the money.

An ordinance passed Friday by the Los Angeles City Council specified that a $25,000 reward be used as an "added inducement or incentive for persons to come forth with information leading to the needed apprehension of the suspect." No mention is made in the ordinance of conviction.

Other jurisdictions offering rewards, however, require conviction before allocation.

"The state Penal Code is explicit that the ($10,000) reward not be made prior to conviction," said Kevin Brett, an aide to Gov. George Deukmejian. "The governor does respect due process, and the fact is that a trial date has not even been set."

A provision of the state Penal Code governs how any rewards in criminal cases coming from California's General Fund can be allocated. Local rewards are not subject to the code.

In San Francisco, Mayor Diane Feinstein's press secretary said "our ($10,000) reward was offered for information leading to the arrest and conviction. According to our ordinance, there has to be a conviction."

The Los Angeles County Board of Supervisors, meanwhile, has set up a panel of law enforcement officials and administrators to determine who is

eligible for shares of a $30,095 reward, which will be distributed only
upon conviction of a suspect in one or more of the killings.

After Bradley's comments, the Los Angeles City Council voted 10-0
Wednesday to ask staff to make recommendations as to how the city's
$25,000 reward should be distributed.  Councilman Howard Finn, who proposed
last week's reward ordinance and Wednesday's motion, said the city should
proceed now, "rather than wait for proof.  We should recognize the people
who did the work and endangered their lives."

Ripston, meanwhile, said she felt the eagerness of Bradley and the council
to distribute the reward money is indicative "of a general relief among
the population, which wants to believe that the Night Stalker has been
apprehended.  The problem is that no one knows for sure."


End-of-Story

---

## Story 19

**Oops:** September 5, 1985; A3: Police correct report on `San Pedro' arrest: Despite police reports Thursday that the Night Stalker suspect was arrested last December in San Pedro, court officials now say Richard Ramirez was actually nabbed on San Pedro Street in downtown Los Angeles. Cmdr. William Booth confirmed to several news agencies that the 25-year-old suspected serial killer was found driving a stolen car in the Harbor area Dec. 12, 1984, and that he ultimately admitted to a misdemeanor auto theft charge. Booth later amended the information when Harbor police, contacted by reporters, could find no such report. Acccording to Los Angeles Municipal Court records, Ramirez nearly collided with a police squad car while driving a stolen Toyota Corolla station wagon near San Pedro and 6th streets downtown. Ramirez, who identified himself under the alias Richard Munoz Moreno, told police officers he had borrowed the car from a man named Julio Romero at the Greyhound Bus depot. "I didn't steal the car," officers quoted him as saying. "I sort of knew the car was stolen." A knife was found in his jacket pocket, the report said. On Dec. 17, he pleaded no contest -- tantamount to a guilty plea -- and was sentenced to 75 days in jail and two years probation. The conviction came six months after the killing of an elderly Monterey Park woman, which police linked to Ramirez after his fingerprint was found in the apartment where she died.

**Newspaper:** BREEZE
**Date:** Sep 05, 1985
**Day of Week:** Thursday
**Edition:** HOME
**Section:** NEWS
**Page:** A1
**Headline:** `Stalker' suspect arrested in '84
**Byline:** Faye Fiore and Warren Robak
**Credit:** Staff writers


The Night Stalker suspect nearly collided with a patrol car and was
arrested for auto theft in San Pedro last December, months before
authorities linked him to a string of killings throughout the state,
police confirmed today.

Meanwhile, Los Angeles and San Francisco police reviewing dozens of

unsolved homicides, burglaries, kidnappings and molestations, have tied
25-year-old Richard Ramirez to the June 1984 killing of an elderly
Monterey Park woman.

Six months after that slaying, police had Ramirez in custody in San Pedro
where he was driving a stolen Toyota Corolla station wagon and nearly
careened into a Los Angeles Police Department squad car, according to
Cmdr. William Booth.

Booked under the alias Richard Munoz Moreno, he pleaded no contest to a
misdemeanor count of auto theft on Dec. 17 and was sentenced to 75 days in
jail. He was released Jan. 23, according to sheiff's deputies, and
allegedly resumed a pattern of at least 14 killings. He has been charged
with two so far.

The owner of the stolen Toyota, Jean Rivera of Monterey Park, said the
brown Toyota was snatched from their driveway last November as they sat in
the living room.

When it was returned about two weeks later, a valuable cassette deck was
untouched. But the automobile was cluttered with clothes, a knife, rock
music cassettes, bobby pins, hair barrettes, fruit and milk cartons. A gas
tank lock was broken and the car had been ticketed for parking violations
three times, according to Rivera and her husband, Louis.

It appeared more than one person had been living in the car during the
time it was stolen, said the husband, who delivered the items in a bag to
LAPD, which placed them in a lost-and-found holding.

"It's a very scary feeling to know that he took the car right off our
driveway," Mrs. Rivera said.

Ramirez's fingerprints allegedly were found at the site where Jennie
Vincow, 79, was discovered slain June 28, 1984, in her northeast Los
Angeles apartment, Police Chief Daryl Gates said. Her throat had been
slashed.

That finding indicates the string of slayings began as much as eight
months earlier than originally thought.

Investigators are "looking back on all of our homicides that had strange
circumstances," as long ago as 1981, Gates said.

He refused to elaborate on cases involving "strange circumstances," but
investigators have said such satanic symbols as drawings of inverted
pentagrams -- five-pointed stars -- were found at several crime scenes.

Court documents filed by San Francisco investigators claim Ramirez was
obsessed with satanism and the pentagram symbol.

Also Wednesday, sheriff's cadets scouring a section of northeast Los
Angeles for a gun believed dropped by Ramirez found six articles beside a
freeway, said sheriff's Deputy Lynda Edmonds. She refused to identify the
items.

A gun found by Night Stalker task force investigators in Tijuana, Mexico,
was being examined to see to determine if it was used in any attacks,
sheriff's deputies said.

Authorities have said a discarded pistol is a crucial to link several

killings.

Ramirez has declined to enter a plea to the charges.  He telephoned his
brother, Julian Ramirez Jr., after his arrest, and denied involvement in
the slayings, said his sister, Rosa Flores of El Paso, Texas.

"He laughed and then asked (Julian) how was the weather outside," she
said.  "And then he laughed some more and said he didn't do it.  That seems
a little psychotic to me."


End-of-Story


---

## Story 20

| | |
|---|---|
| **Newspaper:** | BREEZE |
| **Date:** | Sep 04, 1985 |
| **Day of Week:** | Wednesday |
| **Edition:** | HOME |
| **Section:** | NEWS |
| **Page:** | A11 |
| **Headline:** | 5 honored as heroes in capture of Stalker suspect |
| **Byline:** | Paul Pringle |
| **Credit:** | Copley News Service |


Carmelo Robles, a bashful man who spoke haltingly in the glare of
television lights, told Los Angeles County officialdom Tuesday he "might
have asked for more help" if he had known that the man he chased and
helped capture Saturday was the suspect in the 16 "Night Stalker"
slayings.

Robles, 42, and four other residents of a working class neighborhood in
East Los Angeles were honored as heroes by the Board of Supervisors on
Tuesday for their role in bringing to a dramatic end the most extensive
manhunt in the county's history.

"I feel very nervous," said Robles, who spoke in Spanish.  He clutched an
oversized plaque presented to him by the board during televised ceremonies
at the County Hall of Administration.  "But I also feel very happy."

"I felt braver than I've ever felt before," he added.  "But if I had known
who he was, I might have asked for more help when I chased him."

Honored along with Robles were Frank Moreno, 39, Jose Burgoin, 54, Manuel
De La Torre, 36, and Faustino Pinon, 59. The five pursued, pummeled and
subdued Richard Ramirez after the suspect allegedly punched De La Torre's
wife and twice tried to steal a car Saturday morning while fleeing in a
panic through their Hubbard Street neighborhood.

Ramirez was arraigned Tuesday before Municipal Court Judge Elva Soper on
one count of murder with special circumstances, two counts each of
burglary and robbery, and one count each of rape, oral copulation and

Ex. 75, p. 849

sodomy. The murder charge stems from the killing of a 66-year-old Monterey Park man.

Police said more charges will be filed. Soper set a Sept. 9 hearing for taking Ramirez's plea because the suspect did not enter one at the arraignment. Ramirez, 25, remains jailed without bail.

Sheriff's Deputy Andres Ramirez, who placed the suspect under arrest after being summoned by the Hubbard Street residents, was also saluted by the board.

"Half of my job was done by the time I got to the scene," the deputy said. "Basically, all I had to do was handcuff him."

Sheriff Sherman Block, who heads the interjurisdictional task force handling the Night Stalker case, said the teamwork of the eight local law enforcement agencies that investigated the slayings "certainly equals the cooperative and coordinating effort that occurred during the Olympics."

Block also said the Night Stalker posed "perhaps the most significant threat this community has ever faced from a single individual." He said the killer's method of attacking his victims in their homes made the Night Stalker more fearsome than serial murderers who have preyed on people in the street.

Meanwhile, the board set up a panel of administrators and law enforcement officials to determine who is eligible for shares of the county's $30,095 reward for information leading to the arrest and conviction of the Night Stalker. The county reward is the largest in a $70,000 pool funded by several government agencies and private donations.

Supervisor Pete Schabarum, who proposed establishing the panel, said the five Hubbard Street residents as well as other people who gave police information about the suspect's identity and car may be eligible for the reward.

The reward would only be doled out if the suspect is convicted of one or more of the Night Stalker killings, which took place over seven months and terrorized much of California.

Board members and sheriff's officials also Tuesday asked for the public's help in finding a handgun believed discarded by the suspect while he fled through the downtown area and East Los Angeles. The weapon is one of three guns that detectives say were used in the Night Stalker attacks.

End-of-Story

## Story 21

**Newspaper:** BREEZE
**Date:** Sep 04, 1985
**Day of Week:** Wednesday
**Edition:** HOME

NEWS

**Section:** NEWS
**Page:** A1
**Headline:** Single count of murder in `Stalker' case
**Byline:** Richard De Atley
**Credit:** Associated Press writer
**PhotoBy:** AP
**Captions: Published:** 1) Richard Ramirez, left, is lead into court for arraignment. 2) State Attorney General John Van de Kamp shows a fingerprint found on abandoned car.
**Art:** 2 pics (1 col)
**Notes:** First caption should read `led,' not `lead.'

LOS ANGELES -- Legs man- acled and hiding behind attorneys, Richard Ramirez was charged with one of the "Night Stalker" murders, but the district attorney said any other accusations in the serial killings must await a review
of evidence.

"Assuming the evidence warrants, we will be filing additional charges within the next couple of weeks," District Attorney Ira Reiner said Tuesday shortly before Ramirez, a 25-year-old drifter, was arraigned on eight counts stemming from the six- month string of slayings and assaults.

Ramirez, who could face the death penalty if convicted, was accused of a single count of murder and seven other felony counts including burglary, robbery and sexual assault.

The charges stemmed from two attacks in the San Gabriel Valley.  On May 14, William Doi, 66, of Monterey Park was killed and his wife attacked.  On May 9, 85-year- old Clara Cecilia Hadsall was robbed by a man who broke into her Monrovia home about 2:30 a.m.

The Night Stalker, who entered homes at night through unlocked doors and windows, has been linked to 14 killings, 21 assaults and four kidnap-child molestations, mostly in suburban valleys around Los Angeles, but as far south as Mission Viejo in Orange County and as far north as San Francisco.

Reiner said homicides, rapes, burglaries and robberies not previously linked to the killer are being investigated, but he did not elaborate.

Ramirez also has been served with arrest warrants from Orange and San Francisco counties.

The warrant from San Francisco alleges murder in the Aug. 17 shooting of accountant Peter Pan, 66, and the attempted murder of his wife, Barbara. The affidavit sworn by police for the warrant stated that ballistics experts determined that a bullet removed from Pan's body was fired from the same gun used in some of the killings in Southern California.

In another development, San Francisco police reportedly are investigating three other slayings earlier this year that may be linked to the killer.

Homicide inspector Mike Mullane said police are re-investigating the June 2 shooting of Edward Wild- gans, 29, as he slept in his Cow Hollow apartment.  A girlfriend, who was unharmed, gave a description of the attacker that matched Ramirez's general description, Mullane said.

Police are also re-examining the stabbings of sisters Christina Caldwell,

58, and Mary Caldwell, 70, found dead in their Telegraph Hill apartment on Feb. 20.

"We are investigating the two cases and others," said Lt. George Kowalski. "We know Ramirez was in San Francisco for periods of less than a week at a time back to November 1983.

In Orange County, Chief Deputy District Attorney James Enright said he would review reports before filing charges in the Aug. 25 attack in which Mission Viejo resident Bill Carns was shot three times in the head and his fiancee raped. Carns, 29, is in serious but stable condition but was able to sit up, eat solid foods and talk with his parents and fiancee, Dr. Juan Carlos Cobo said Tuesday.

Ramirez was captured Saturday by East Los Angeles residents after he saw his picture in newspapers and allegedly tried to steal cars for a getaway.

A native of El Paso, Texas, who traveled between Los Angeles and San Francisco, Ramirez recently lived in two Skid Row hotels here, where residents and workers remembered him as living on junk food, smoking marijuana and having a penchant for heavy-metal rock music.

At his brief arraignment, Ramirez hid his face behind two public defenders. He alternately shook his head and bobbed it up and down as Deputy District Attorney Philip Halpin read the charges against him.

Municipal Court Judge Elva Soper ordered Ramirez, who is being held without bail, to appear Sept. 9 to enter a plea.


End-of-Story

---

## Story 22

**Newspaper:** BREEZE
**Date:** Sep 03, 1985
**Day of Week:** Tuesday
**Edition:** HOME
**Section:** NEWS
**Page:** A12
**Headline:** Long line forming for `Night Stalker' reward
**Credit:** AP


LOS ANGELES -- Residents of the neighborhood where a mob captured the prime suspect in the 16 "Night Stalker" slayings are at odds over who nabbed the man and who deserves the $70,000 reward offered in the killings.

As many as six neighborhood residents claim credit for the capture of Richard Ramirez, 25, who was arrested Saturday after being chased and beaten. He was booked for investigation of murder.

Manuel De La Torre, 36, said he and neighbor Jose Burgoin, 55, were the

Ex. 75, p. 852

only ones who caught Ramirez.  The capture came after Ramirez allegedly
tried to steal a car from De La Torre's wife Angie, 29. She began to
scream, attracting the crowd that ran Ramirez down.

"Everybody else came to help when we already had him," De La Torre said.

If the reward money were divided among six people, De La Torre said, "I
will not get upset, but I think the man (Burgoin) and I are the only ones
entitled to it."

Burgoin agreed that he and De La Torre were responsible for Ramirez'
capture, but said his sons Jaime, 21, and Julio, 17, also participated.

"But I think it is premature to count the money because it hasn't been
offered to us," Burgoin said.  Jaime Burgoin said he had already inquired
about the $70,000, but police told him to check back today.

The reward money was offered by state, county and city governments and
private donors for information leading to the arrest and conviction of the
person responsible for the slayings and more than 20 assaults in
California since February.

De La Torre and Burgoins said the reward money would not create discord in
the neighborhood, but others disagreed.

Jose Perez, 30, De La Torre's neighbor, said just three people caught
Ramirez: Perez, his cousin Olegario Garcia and De La Torre.

"Burgoin was not even around when we started chasing him.  He and his sons
showed up when we already had him.  Why should they get any money?"  Perez
said.

Perez's aunt, Evangelina Gomez, 56, said the dispute could lead to
neighborhood friction.

"This (reward) is going to stir bad feelings in the neighborhood.  De La
Torre wants to keep all the money for himself and maybe give some to
Burgoin," Gomez said.


End-of-Story


## Story 23

**Newspaper:** BREEZE
**Date:** Sep 03, 1985
**Day of Week:** Tuesday
**Edition:** HOME
**Section:** NEWS
**Page:** A1
**Headline:** Arrest relieves lookalike `Stalker'
**Credit:** AP
**Captions: Published:** Carlton Bell
**Art:** 1 pic

SAN BERNARDINO -- Carlton Bell was more relieved than most people when a man was booked for investigation in the 16 "Night Stalker" slayings.

Bell, who in striking ways resembles the man arrested Saturday, recently spent several hours being questioned by investigators who noticed his appearance.  Police earlier had released sketches of the man sought in the killings.

"So they caught him?  That's great," Bell said.  "I'm very relieved . . . I was shaking, because people were looking at me like I was the Night Stalker."

Richard Ramirez, 25, was arrested in the string of attacks that have terrorized California residents this summer.

Bell, 23, has curly hair, as does Ramirez.  Ramirez is 6-foot-1 and weighs 155 pounds.  Bell said he is 6-foot-2 and 160 pounds.

Bell, a senior at California State University, San Bernardino, and assistant manager of Jeans West in the Central City Mall, was questioned Aug. 25 after sheriff's deputies asked him to step off a bus.

Bell said he recalled the police composite drawing of the killer.

"They said: `Do you know why we're questioning you?' I said, `The Night Stalker', and they said `Right,' " Bell said.

"He was so close to the composite drawing that we had to stop and ask questions," said San Bernardino sheriff's Sgt. Jimmy Watkins.

News reports quoted investigators as saying the killer wore a distinctive tennis shoe.

When Bell was questioned, he was carrying a pair of size 11 Reebok high-top sneakers.  He said detectives showed him a picture of the killer's size 10 footprint.

"After they showed me that, I was stunned," he said.  "I looked at the bottom of my Reeboks and it was the same style."


End-of-Story


_____


## Story 24

**Newspaper:** BREEZE
**Date:** Sep 03, 1985
**Day of Week:** Tuesday
**Edition:** HOME
**Section:** NEWS
**Page:** A1

**Headline:** Police probe Arizona links of Ramirez
**Credit:** AP

LOS ANGELES -- Richard Ramirez, the man arrested in the 16 Night Stalker slayings, may have visited relatives in Arizona before he took a bus to Los Angeles, saw his picture in a newspaper and fled, officials theorized.

"We thought this guy was real smart, but this just points out how incredibly arrogant he was," said a law enforcement source not identified in a story published today in an area newspaper.

The 25-year-old drifter was arrested Saturday when angry East Los Angeles residents chased and beat him after he allegedly tried to steal a woman's car.

Ramirez is being held without bail for investigation of murder.  He is under constant surveillance in a high-security section of Los Angeles County Jail, and county sheriff's officials declined to comment on his demeanor.

Prosecutors worked through the weekend to decide how much evidence they have and how many charges they will file against Ramirez.  They expect to file charges by early Wednesday, Chief Deputy District Attorney Gilbert Garcetti said.  The initial filing is required within two court days of arrest.

In Arizona, Tucson police Sgt. Paul Hallums said records indicate that Ramirez, the youngest of five children, had a brother living in Tucson as late as 1983. Police tried to find him Monday.

Police in Phoenix confirmed that Ramirez was in that city last week, but police Officer C.J. Hanselman said authorities were uncertain why he was there.

Ramirez arrived at the Greyhound depot in Los Angeles early Saturday, an unidentified security supervisor said.  Investigators had not determined by Monday evening which bus Ramirez took.

On Saturday afternoon, four officers confiscated a large brown tote bag that Ramirez apparently had left at the station, the supervisor said, adding that he did not know what was in the bag.

If Ramirez arrived in Los Angeles early Saturday morning, as authorities suspect, it may cast doubt on his connection with a double slaying in the Los Angeles suburb of Montclair that occurred hours before Ramirez's arrest.

Montclair police expected members of the Night Stalker task force to review the deaths Monday or today, but task force members did not go to the city Monday, Los Angeles County sheriff's Deputy John Broussard said.

Garcetti refused to discuss reports that Ramirez has been linked to satanic activities.

News accounts have indicated that victims may have been mutilated, ritualistic feasts consumed in their homes, and an inverted pentagram -- a satanic symbol -- scrawled on walls.

Meanwhile, police sought the public's help again, this time in finding a gun they believe was used in some of the 16 slayings attributed to the Night Stalker since February.

"If we don't find (the gun), it may be impossible to link some of the homicides to the suspect," sheriff's Lt. Dick Walls said. The Sheriff's Department described the gun only as a small-caliber pistol.


End-of-Story

---

## Story 25

**Newspaper:** BREEZE
**Date:** Sep 02, 1985
**Day of Week:** Monday
**Edition:** HOME
**Section:** NEWS
**Page:** A3
**Headline:** Arresting officer had no idea of how big a pinch he made
**Byline:** City News Service


The Los Angeles County Sheriff's deputy who arrested the so-called Night Stalker said he was not a hero. "I was just doing my job," he said.

Deputy Andres Ramirez, assigned to the East Los Angeles Sheriff's station, was the first law enforcement officer on the scene Saturday where a group of angry citizens were holding Richard Ramirez, the alleged Night Stalker who is believed to be responsible for at least 16 murders in southern and northern California.

Ramirez, who is no relation to the suspect, is an unassuming man who has a solid background in law enforcement. His wife, Jeannie, also is a deputy sheriff at the East Los Angeles station, his brother is a deputy assigned to the Pico Rivera station and his brother-in-law is an officer with the West Covina Police Department.

Ramirez said he was on routine patrol around 9 a.m. Saturday when he received a radio call of a "415 fight possible man with a gun" on Hubbard Street.

It took him only 30 seconds to arrive, but a lot longer to realize who he had arrested.

"Several citizens were detaining him," Ramirez told reporters during a news conference at the downtown Hall of Justice.

One man told Ramirez the suspect had assaulted his wife, after which the deputy handcuffed the alleged Night Stalker, still unaware he had just arrested one of the most wanted men in recent history.

Ex. 75, p. 856

"He was very tired. He spoke in English when I asked him his name. He replied Ricardo Ramirez," the deputy said, as he faced reporters with his wife at his side.

It was the crowd who really recognized the suspect and then the deputy realized that the man resembled the photograph that had been widely publized in the press and circulated among law enforceement officers.


End-of-Story


---

**Story 26**

Newspaper: BREEZE
Date: Sep 02, 1985
Day of Week: Monday
Edition: HOME
Section: NEWS
Page: A3
Headline: Residents may get share of reward money
Byline: City News Service


Several Los Angeles residents who chased Richard Ramirez, the man suspected to be the so-called Night Stalker, and finally captured him Saturday might be eligible to receive a $70,000 reward, county officials said.

Ramirez was caught after several unsuccessful attempts to steal cars in the Eastside area.

A crowd of residents chased him down and held him for sheriff's deputies.

Supervisor Deane Dana said he thinks those citizens are eligible to receive the reward, a portion of which was put up by Los Angeles County.

"I would say the people who made the capture should share in the reward," Dana said.

Dana said he will ask the chief administrative officer and the Sheriff's Department on Tuesday to investigate who might be eligible for the reward.

Supervisor Mike Antonovich also said he felt the residents should share in the reward.

"I would say yes, definitely," he said. "They would be eligible for the reward," he added.

He said the Sheriff's Department should be asked to determine exactly who was involved in the capture.

Antonovich said he also would ask the Board of Supervisors at Tuesday's meeting to honor all those who were involved in the capture of the alleged

Night Stalker killer who is believed to be responsible for at least 16
murders.

"I will recommend they be honored.  They deserve to be recognized," he
said.


End-of-Story

---

## Story 27

**Newspaper:** BREEZE
**Date:** Sep 02, 1985
**Day of Week:** Monday
**Edition:** HOME
**Section:** NEWS
**Page:** A1
**Headline:** `Night Stalker' scrawled signs of the devil in victims' homes
**Credit:** AP


LOS ANGELES -- Symbols of devil worship were found in the homes of some
victims of the "Night Stalker," believed responsible for 16 slayings, and
the
prime suspect was obsessed with a heavy- metal song about a "Night
Prowler," according to news reports Sunday.

The suspect, Richard Ramirez, was arrested Saturday after he was chased
down and beaten by a group of residents in East Los Angeles when he
allegedly punched a woman and tried to steal a car.

Ramirez, 25, had had problems with drugs since his childhood in El Paso,
Texas, suffered epilepsy and was working as a street sweeper for the city
of Los Angeles, relatives told newspapers.

He was being held without bail Sunday after being booked for investigation
of one unspecified count of murder and for attempted auto theft and
assault.  He was not to be arraigned until Tuesday.

"He's being housed in one of the maximum-security cells at central jail,"
said Deputy Rick Adams, a Los Angeles County sheriff's spokesman.  "It's
for his own safety and the safety of the deputies."

Police identified and released a photograph of Ramirez on Friday night.
They identified him as the prime suspect in the Night Stalker series of 16
slayings and at least 21 assaults that has terrorized California since
Feb. 8. The victims were shot, bludgeoned, stabbed or had their throats
slashed by an assailant who sneaked into darkened homes through unlocked
doors or windows.

Pentagrams, five-pointed stars associated with witchcraft and devil
worship, were painted on walls in the homes of some of the Night Stalker's
victims, said unidentified sources quoted by Los Angeles newspapers and

television stations.

KABC also reported that the killer tried to gouge out the eye of at least
one victim and ate meals in some victims' homes.

Ray Garcia, 27, a former classmate of Ramirez who just moved to the East
San Francisco Bay community of El Sobrante from El Paso, told the San
Francisco Examiner that Ramirez was obsessed with satanic themes in the
rock band AC-DC's 1979 album, "Highway to Hell." The album cover depicts a
band member dressed as a devil, while another wears a pentagram-shaped
pendant.

Garcia said Ramirez's favorite song was "Night Prowler." The song says in
part: "Was that a noise out your window, or a shadow on your blind? And
you lie there naked, like a body in a tomb, suspended animation as I slip
into your room."

It was reported that in investigating one of the slayings, authorities
found a baseball cap bearing AC-DC's logo.

It was also reported that investigators last month searched an area of
East Los Angeles where they believed a satanic cult had met, and found
tennis shoe prints which matched prints found at some of the Night Stalker
crime scenes.

Police refused to confirm or deny the reports.

"I'm not going to make any comment about it," Los Angeles police spokesman
Lt. Dan Cooke said. "I have no idea where the information came from."

"I have no information at all as to any relationship with any satanic
rituals or whatever," said Adams.

The suspect's father, Julian Ramirez, told the El Paso Times he had not
seen his son in two or three years because drugs had caused them to grow
apart.

"I believe the marijuana he's been smoking put him out of control," the
elder Ramirez, an employee of the Santa Fe Railway, said in an interview
published Sunday in a copyright story.

Richard Ramirez's sister, Rosa Flores, told the Orange County Register
that her brother, the youngest of five children, began having problems at
12 when he started smoking marijuana and graduated to harder drugs,
including PCP, or phencyclidine hydrochloride. She said he also suffered
epileptic seizures periodically.

Saturday's arrest relieved the fears of many California residents, who had
begun to keep doors locked and outdoor areas well-lighted.

"Relieved? You bet I'm relieved. We can open the windows again. Do you
know how hot it's been with everything all closed up at night," said
Sandra Steele, a medical secretary in Arcadia, where two slayings were
attributed to the Night Stalker.

Schuyler Sprowles, spokesman for the Los Angeles County district attorney,
said Ramirez could be arraigned no earlier than Tuesday because of the
three-day Labor Day weekend, and "we can't even have an arraignment date
scheduled until the paperwork is transferred from the arresting agency."

Print this window using File>Print

Because some of the Night Stalker attacks occurred in Orange County and
San Francisco, "At this point it's presumptuous to suggest the district
attorney of Los Angeles County is the prosecuting agency," Sprowles said.


End-of-Story

---

## Story 28

**Newspaper:** BREEZE
**Date:** Sep 01, 1985
**Day of Week:** Sunday
**Edition:** HOME
**Section:** NEWS
**Page:** A1
**Headline:** Mob chases, captures `Night Stalker' suspect
**Byline:** Richard Holguin
**Credit:** Associated Press writer
**PhotoBy:** AP
**Captions: Published:** "Night Stalker" suspect is led into L.A. police station.
**Art:** 1 col pic


LOS ANGELES -- A man identified as the prime suspect in the 16 "Night
Stalker" slayings was arrested Saturday after a mob chased and beat him
when he
pulled a woman from her car and tried to steal the vehicle, police and
witnesses said.

"It's me!  It's me!  It's me!  I'm lucky the cops caught me," the man,
Richard Ramirez, shouted in Spanish as he was arrested, according to
witnesses who talked to television station KNBC.

Police Friday had identified Ramirez, 25, as the prime suspect in the
slayings and in 21 other nighttime attacks since February that had spread
fear throughout Southern California.

The capture ended an hourlong chase that began when shoppers at a liquor
store reported that Ramirez picked up a newspaper, looked at his
photograph on the cover, and fled, said Los Angeles Police Cmdr. William
Booth.

Police launched an air and ground search as calls continued, saying the
man was seen crossing the city line into unincorporated county territory,
where he finally was arrested.

"It seemed like alert citizens were reporting the suspect every step of
the way," said Booth.

At one point Ramirez ran through back yards, where at least one man struck
him with some barbecue utensils, Booth said.

Ex. 75, p. 860

Ramirez ended up in an East Los Angeles neighborhood, where he allegedly tried to steal a car, but crashed it into a house while trying to back it out of a driveway, said Booth.

He crossed the street and pulled Angie De La Torre, 29, from her car in front of her home and tried to grab her keys, witnesses said.

"He hit her in the stomach.  She fought back," said the woman's brother, Juan Hernandez, 17.  "She recognized him right away.  She screamed, `It's the killer, the killer!' "

As Ramirez tried to flee, neighbors emerged from their homes and joined in the fight, police said.

"We ran after him halfway down the street.  We cornered him," said a man who joined the mob five miles east of downtown Los Angeles.  "We just all gang tackled him . . . and we just held him down."

Sheriff's deputies took Ramirez for questioning to the Hollenbeck Station, where a surging crowd of about 500 jeering people gathered outside, shouting "Kill him!  Kill him!"

About 50 officers formed a human chain to protect the handcuffed Ramirez as he walked from the station to an unmarked police car for transfer to the main county jail.  While in the station, Ramirez was booked for investigation of murder, said police Lt. Dan Cooke.

Ramirez was kept at the station for five hours as police awaited reinforcements to ensure his safety during the move, said Cooke.  Two patrol cars and seven police motorcycles escorted the auto taking Ramirez to the jail.

Many in the crowd spoke of the fear they have lived under during the past months.

"He had all of us scared, with the doors and windows closed in such heat," said Efrain Mendoza, 44, one of the spectators gathered at the station.

The killer entered homes through unlocked doors and windows at night, bludgeoning, knifing, raping and shooting victims ranging in age from 16 to 83.

Most of the killer's attacks have been in Los Angeles County, but other victims lived as far away as San Francisco, about 400 miles north, and Orange County, 55 miles south.

Four kidnappings and molestations, involving children as young as 6, may also be linked to the killer, police said.

Ramirez suffered injuries on his head and one hand, said Cooke, but he declined to specify their extent.

Los Angeles County Fire Department Capt. Tom Robertson, who treated Ramirez for head injuries at the scene, said Ramirez vomited a few times, but his vital signs were stable and he was coherent.

An all-points bulletin had been issued late Friday for Ramirez, who police said lived in Los Angeles in recent years and frequented San Francisco.

Ramirez was believed to have come to California from El Paso, Texas,

police said in news conferences in Los Angeles and San Francisco.

The officers said Ramirez was considered armed and dangerous.

"We developed leads with information from Los Angeles and everything came together," San Francisco homicide Inspector Frank Falzon said Friday. "You bet we broke this thing."

Los Angeles County Sheriff Sherman Block said Friday he wanted Ramirez to know every police officer in the state was looking for him and "every citizen will now know exactly what this individual looks like."

Police Friday said a fingerprint found in a stolen car believed used in the most recent attack, which occurred Sunday in Orange County, helped authorities make their identification.

Ramirez was identified Saturday by fingerprints, said sheriff's Lt. Dick Walls.

Ramirez has used aliases, including Noah Jimenez, Richard Moreno, Richard Munoz, Nicholas Adame and Richard Mena, police said.

He was apparently a petty criminal, who police said escalated from gambling and drug offenses to rape and murder.

Ramirez's record included gambling violations, traffic offenses and drug possession, said Block. Ramirez was arrested by Los Angeles police as recently as December, but the nature of the offense was not immediately known.

There was nothing in Ramirez's criminal record to suggest the ferocity attributed to the killer, Block said. "He has a criminal record for relatively minor offenses."

A reward of more than $70,000 had been offered for information leading to capture and conviction of the man who committed the Night Stalker attacks.

Police Saturday declined to discuss who might receive the reward.

End-of-Story

---

## Story 29

Newspaper: BREEZE
Date: Sep 01, 1985
Day of Week: Sunday
Edition: HOME
Section: NEWS
Page: A1
Headline: Residents say suspect picked wrong community
Byline: Judy Smagula Farah
Credit: Associated Press writer
PhotoBy: AP

Ex. 75, p. 862

**Captions: Published:** 1) Jaime Burgoin, right, and brother Julio aided in capture. 2) Crowds converge on police station after arrest.

**Art:** 2 pics (1 col)

LOS ANGELES -- A woman screamed, "It's the killer!" and residents of a tightly bound Hispanic community chased and beat the man who police later booked for investigation of murder in the "Night Stalker" serial slayings.

Residents said Richard Ramirez, 25, chose the wrong neighborhood to allegedly try and steal a car in sweltering 90-degree heat Saturday morning.

Those familiar with the area, where bars cover most windows and street gang graffiti is scrawled over buildings, say neighbors watch out for their own.

On Saturday, it was Angie De La Torre who needed help.

The 29-year-old woman was leaving her house in the 3700 block of Hubbard Street about 9:30 a.m. to pick up a cake for her 3-year-old daughter's birthday party.

A man tried to grab her car keys as she stepped into her brown Ford Granada. They struggled and exchanged blows. Witnesses said the man pulled a knife.

"He hit her in the stomach. She fought back," said the woman's brother, Juan Hernandez, 17. "She recognized him right away. She screamed, `It's the killer, the killer.'

"My brother-in-law took a metal stick from the gate and started chasing him," Hernandez said of Manuel De La Torre, 35. "He hit him in the head three times. Somebody told him to stop hitting him because he probably would have killed him."

Across the street, the Burgoin family heard the commotion. Jose Burgoin, 55, ran to the woman's aid with his sons Jaime, 21, and Julio, 17, close behind him.

"He hit her and she hit him. My father pulled him off of her," said Jaime Burgoin.

Police later identified the arrested man as Ramirez, the primary suspect being sought in connection with 16 random murders and more than 20 rapes and assaults statewide since February.

"We didn't know it was him (the Night Stalker). We thought it was just a car thief," Burgoin said. "I threw him against the wall twice. When he tried to get up he said, `Let me go, let me go. There's a guy after me.' I said `no way.' "

Hernandez said Ramirez stuck his tongue out at his captors.

Mrs. De La Torre's 12-year-old sister, Blanca, got a look at Ramirez and made a face of disgust as she described him.

"He had something in his teeth, he had something on his nose," the girl

Print this window using File->Print.

said.

A police photo and composite drawing depicted the Night Stalker as having blackened, gapped teeth with a scar or cut between his eyes. Residents said Ramirez resembled the photo, but not the composite.

"They got him pretty bad. He was all bandaged up and kept spitting out blood," said Xavier Montes, a U.S. postal carrier who has worked in the neighborhood the past two years. "He was talking with police. He had big shoulders. He looked big."

Hours after Ramirez was arrested, the curious continued to crowd Hubbard Street to peer at the crime scene, cordoned off by police with yellow tape.

Vendors sold ice cream, which melted quickly in the heat. Gang members with tatoos strolled the street. Neighbors sat in their front yards and talked about the day's events, all saying they were relieved a suspect had been captured. Although the killer had not struck their neighborhood, they knew of him and had been scared. On nearby Indiana Avenue, traffic slowed as passengers in cars eyed the scene, five miles east of downtown Los Angeles.

"I felt relieved," Burgoin said. "A lot of the ladies thanked me. A lot of people asked me if I was scared. I don't know. Maybe it will hit me later."

"I guess he chose the wrong neighborhood to come to," Montes said.

He described a recent drive- by shooting and a recent murder in the neighborhood.

"This is the worst place you could pull a robbery. It looks like nobody's looking at you. But they are," Montes said.

"Everybody here knew of him," said resident David Avalos, 21. "It's a pretty tough neighborhood, everybody's pretty alert. They watch out for their families."

"If my dad's chasing someone, I'll help," Jaime Burgoin said.

The De La Torre family and Jose Burgoin were taken to police headquarters for questioning and were unavailable for comment.


End-of-Story


---

## Story 30

Newspaper: BREEZE
Date: Aug 31, 1985
Day of Week: Saturday
Edition: HOME
Section: NEWS

Ex. 75, p. 864

Print this window using File->Print.

**Page:** A1
**Headline:** Night Stalker suspect named; Police hunt 25-year-old man in 16 brutal California slayings
**Byline:** Dennis Anderson
**Credit:** Associated Press writer
**Captions: Published:** Richard Ramirez
**Art:** 1 drawing


LOS ANGELES -- The man wanted in 16 "Night Stalker" killings that have
spread terror throughout California was identified Friday night as Richard
Ramirez, law enforcement officials announced at a hastily called news
conference.

Ramirez, described as a 25-year- old unemployed Hispanic originally from
El Paso, Texas, has lived in the Los Angeles area for several years and
frequented the San Francisco area, said Los Angeles County Sheriff Sherman
Block.

He was believed to be using several aliases, including Noah Jimenez,
Richard Moreno, Richard Munoz, Nicholas Adame and Richard Mena, said
Block, who was flanked by Los Angeles Police Chief Daryl Gates and Orange
County Sheriff Brad Gates.

Ramirez was described as 6-foot- 1, 155 pounds, with black hair, brown
eyes, thick lips, bulging eyes and extreme decay of the upper and lower
front teeth.

El Paso police Sgt. Armando Nava said his department had no immediate
information on Richard Ramirez or exactly when he resided in El Paso.

"Right now we're just getting information on it.  We're getting a lot of
calls from everywhere.  The name is quite common. . . . The description is
quite common," he said.

The man wanted in connection with 16 slayings and at least 21 assaults in
the past seven months "is considered armed and extremely dangerous," said
Block, who added that an alert was posted to all law enforcement agencies
statewide.

The Night Stalker has entered homes through unlocked doors and windows at
night, bludgeoning, raping and shooting victims ranging in age from 16 to
83. Most of the attacks have been in Los Angeles County, but other victims
lived as far away as San Francisco.

Four kidnappings and molestations, involving children as young as 6 may
also be linked to the killer, police have said.

A reward for information leading to the capture of the attacker has
swelled to more than $70,000.

Ramirez was believed to be driving a green 1976 Pontiac Gran Prix with
license number 1LFA239. Under certain lighting conditions, the car appears
to be maroon, Block said.

"We made his identification on a combination of bits and pieces of
information, fingerprints; mug shots and arrest records were a part of
that pattern of information," Block said.

Ex. 75, p. 865

Ramirez had a prior arrest record, but it only involved minor drug violations, traffic tickets and gambling and didn't suggest that the man would escalate to the level of violence attributed to the Night Stalker, the sheriff said.

Block said he wanted Ramirez to know that every police officer in the state was looking for him.

"Every law enforcement officer in the State of California will be looking for him. Every citizen will now know exactly what this individual looks like," Block said.

Law enforcement officials, who have refused to divulge numerous details of the Night Stalker attacks, considered withholding the identity of the man they were seeking, Block said.

"We went through an agonizing, soul-searching discussion as to whether to proceed on this identification (for the news media)," Block said.

But after a conversation with the police chief of San Francisco, where an elderly man was killed and his wife attacked as they slept two weeks ago, the officials decided to publicize the name out of a concern for public safety, he said.


End-of-Story

Ex. 75, p. 866

# L.A. TIMES

# Los Angeles Times

13 inches; 432 words            TUESDAY, AUGUST 13, 1985, METRO, PART 2, PAGE 1            000074819
COPYRIGHT 1985 / LOS ANGELES TIMES            FAX page #50

## Latest Attack Is Not Believed Tied to 'Valley Intruder'

By DAVID FREED

The rape of an 84-year-old San Gabriel woman early Sunday may not have been the work of a late-night intruder being sought by a police task force in a countywide series of slayings and assaults, authorities believe.

Despite initial speculation that the intruder had struck again, there were few similarities between Sunday's incident and earlier attacks in which people have been shot, stabbed, raped and bludgeoned in their homes, Los Angeles County Sheriff Sherman Block said Monday.

The elderly woman's description of her assailant, as well as methods that attacker used, "lead us to believe that it may not, and probably is not, related" to the six or more murders and as many as 13 other non-fatal assaults linked to one person, the sheriff said.

Many of the incidents—dating back to February—have taken place in the San Gabriel and San Fernando valleys, leading Block to suggest Monday that the man they are seeking be dubbed the "Valley Intruder." Others in the media searching for an appropriate moniker have labeled the wanted man the "Valley Invader," "Walk-in Killer" and "Night Stalker."

Whatever his label, the assailant gains entry through open windows and unlocked doors to attack sleeping victims. Nearly all of the residences where attacks have occurred were poorly lighted and unfenced.

Investigators from the Sheriff's Department and the Los Angeles, Arcadia, Glendale, Monrovia and Monterey Park police departments are participating in a manhunt that Block described as "far more complex" than that mounted in the Hillside Strangler murders of the late 1970s. Block said

the six-agency task force is "growing every day" and probably now numbers more than 50 detectives.

The case thus far has baffled investigators, who invariably depend on a killer's *modus operandi*—a consistent pattern of behavior—to discover clues and make arrests. The pattern often involves a killer's preference for a particular type of weapon or victim.

"That's why this case is so mind-boggling," Block said. "There's no consistency at all."

Even in those cases where victims have been shot, a different gun apparently has been used, the sheriff noted.

The essential links between each episode have been the assailant's method of entry and the physical description offered by survivors and witnesses. The intruder has been described and depicted as a composite drawing as a thin man between 6 feet and 6 feet 2 inches tall and between 25 and 30 years of age. He has discolored front teeth that are widely gapped and curly brown hair.

In Sunday's incident, the elderly woman was attacked at about 5:30 a.m. in her one-story house. She did not get a good look at her assailant because he was wearing a mask, Block said. However, she described the man as considerably shorter than the individual wanted in the other crimes, he said.

The woman's description of his height—and the fact that the attacker did not exhibit a weapon, wore a mask and did not beat her—led investigators to discount the possibility that the crime was committed by the same person being sought by the task force, Block said.

*Times Staff Writer*

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

4 inches; 113 words     WEDNESDAY AUGUST 14, 1985, MAIN NEWS, PART 1, PAGE 19     000075114

COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #47

## County Posts $10,000 Reward for Information on Intruder

The Los Angeles County Board of Supervisors offered a $10,000 reward Tuesday for information leading to the arrest and conviction of the so-called Valley Intruder, blamed for at least 6—and possibly as many as 13—slayings and at least 15 rapes, beatings and kidnapings in the San Gabriel and San Fernando valleys.

Supervisor Pete Schabarum, in whose district most of the crimes have occurred, called the attacks "a countywide problem" that has spread fear to every community.

Police and Sheriff's Department investigators say the killer enters homes through open windows and unlocked doors, attacking victims while they sleep.

The male suspect is described as thin, at least 6 feet tall, between 25 and 30 years of age, with brown curly hair. Witnesses say he has stained front teeth that are widely gapped.

**Type of Material**
Sidebar

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

3 inches; 79 words            TUESDAY, AUGUST 20, 1985, LATE FINAL, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000077108
FAX page #38

## Man Wasn't 'Valley Intruder'

A four-hour search for a man resembling the "Valley Intruder" murder suspect was called off early today after homicide detectives determined that the man, who fled his car when he was stopped by a San Marino policeman, was not the intruder.

Los Angeles County Sheriff's Deputy John Broussard said authorities were still trying to locate the man, but evidence found in his small foreign car indicated that he was not the thin, curly-haired suspect believed responsible for a series of murders, rapes and beatings centered in the San Fernando and San Gabriel valleys.

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

15 inches; 503 words     SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1     000078964
COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #19

## THE VALLEY INTRUDER

# The Victims' Stories

### ■ A Path of Violence From the Southland to San Francisco

By CAROL McGRAW

The first to die was 34-year-old Dayle Okazaki.

Law officers combing through her Rosemead condominium on that cloud-shrouded March 18 morning believed that it was a single act of violence—one of the more than 1,000 homicides reported yearly in Los Angeles County.

Five months later, after a task force of law enforcement officers compared notes on 30 unsolved assaults and killings, it became chillingly apparent that they were looking at the work of a serial killer.

The Los Angeles County Sheriff's Department announced at a late night news conference Friday that the assailant has definitely been tied to 14 murders and 19 assaults. Previously, investigators had conclusively linked the killer to eight deaths and 15 assaults.

The victims newly identified by Sheriff Sherman R. Block include Joyce Nelson, William Doi, Lela and Max Kneiding and Vincent and Maxine Zazzara. The others are Dayle Okazaki, Tsai-Lian Yu, Mabel Bell, Patty Higgins, Mary Cannon, Chainarong Khovananth, Elyas Abowath and Peter Pan. The crimes linked Friday to the killer occurred weeks ago, and local law enforcement officials had strongly suspected a connection.

In an investigation larger than the one in the infamous 1977-78 Hillside Strangler case, detectives are going over every detail of the deaths, apparently at the hands of what one law officer called a "cunning and very, very dangerous" killer.

One of the victims was a student, another a special education teacher. Two were business executives and one a parking lot attendant.

Several were doting grandmothers, others lived alone. One contributed his time as a deacon in his church, another practiced meditation in his garden. One adored Glenn Miller records, another played the organ. One had been detained in a Japanese detention center in World War II.

They moved to California from many places: Pakistan, Italy, Pennsylvania, Kentucky. Five were Asians. Although their origins differed, they have become inextricably linked in death.

The Valley Intruder or Night Stalker, as detectives have dubbed him, preys mainly on the most vulnerable—children, women living alone, elderly couples. He has snatched at least two children off the streets, sexually assaulted them and let them go. He dragged one young woman from her car and shot her to death. Most often, however, he has crept through unlocked windows and doors before dawn, attacking while his victims slept. Several of the homes were ransacked and valuables were taken.

He has bludgeoned some victims, slashed others and shot still others to death. Victims who have lived to tell about the terrifying attacks have described their assailant as a 25- to 30-year-old man, 6 feet tall, slender, with curly hair and stained, gapped teeth.

The homes of his murder victims are surprisingly similar: All but one are small single-story residences with tidy front yards. Most are set serenely in look-alike middle-income neighborhoods within sight of freeways or within blocks of off-ramps. Almost all were painted shades of yellow.

The attacks were first clustered in the San Gabriel Valley—Arcadia, Monterey Park, Rosemead, Monrovia and Sierra Madre. In August, as law enforcement agencies and Neighborhood Watch groups in those areas were on the alert, the killer ranged further. Murder cases bearing his stamp cropped up along the freeway corridors of the foothills, in Glendale, Northridge, Sun Valley and Diamond Bar. And last week the swath of violence spread to San Francisco.

Here are the victims' stories, as pieced together from interviews with police, relatives and friends.

*Times Staff Writer*

**Photo:**
Composite drawing of Valley Intruder.

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

5 inches; 178 words          SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1          000078961
COPYRIGHT 1985 / LOS ANGELES TIMES                    FAX page #20

## THE VALLEY INTRUDER
# JOYCE NELSON

■ Monterey Park, July 7

By CAROL McGRAW

Joyce Nelson, a petite 61-year-old Monterey Park grandmother, loved golf and Glenn Miller music. She lived alone in a white-shuttered house in a pleasant Monterey Park neighborhood, not far from where William Doi, Dayle Okazaki and Tsai-Lian Yu had been murdered.

In the weeks before she died, Nelson and a friend talked about the rash of murders in their community. "I was fussing at her, but she told me that people can't live their lives in fear."

For 32 years, Nelson had worked the production line at Coast Envelope Co. In earlier years, co-workers said, she did cartwheels daily down the aisle before work.

**Planned to Retire**

She and a friend, who also worked at Coast, planned to retire next year so they could spend more time playing golf.

She spent hours helping friends and family with chores and teaching her grandchildren how to play Scrabble. The week before she died, she went shopping with her 13-year-old granddaughter. The last time her family saw her was July 4, when she shared a big bag of fireworks.

On the night of July 6, she fell asleep on the couch watching television. Hours later, an assailant crawled through a window and bludgeoned her to death.

Several neighbors later told police that around 3 a.m. they had heard a dog barking, bushes rustling and a scream.

*Times Staff Writer*

**Photo:**
Joyce Nelson

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call: 800 LA TIMES, Ext. 74564.

# Los Angeles Times

8 inches; 257 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078960
FAX page #21

## THE VALLEY INTRUDER
# MAX AND LELA KNEIDING

■ Glendale, July 20

By CAROL McGRAW

When Max Kneiding, who rarely missed a Saturday service, failed to show up for his deacon duties at the Glendale Seventh-day Adventist Church on July 20, the Rev. Arthur Torres was concerned.

Shortly before he began to preach, Torres was handed a note by an usher: Max and his wife, Lela, had been shot to death.

"I could hardly go on," Torres said. The tragedy hit the congregation hard, he said. "They were angry, they were upset, they had question after question—why would God let this happen to such good people?"

Kneiding, 68, who owned a service station, and Mrs. Kneiding, 66, who worked for the security force at Robinson's department store, had been high school friends in Iowa. They had been married 47 years.

A quiet, hard working man, Kneiding had a streak of the madcap. Friends fondly remember his "Maxiburgers" at back yard barbecues, the time he wanted to buy a ghost town and his forays in the stock market.

"Max liked to joke about his 'abilities' in the market," a friend said. "But he never did lose money. He just got a kick out of buying something at $2, watching it go up to $16, then watch it come back down again."

Mrs. Kneiding was a good match for her husband, friends said. She would call a friend for lunch—and drive 100 miles to a new spot. An avid Laker and Dodgers fan, if she had chores or a party when a game was on, she would lug along a portable TV and radio. In her spare time, she played the organ.

The Kneidings' three children and 13 grandchildren were the center of their lives. They left their door unlocked so family members could come and go.

Their assailant walked through the unlocked door.

Two weeks later, Torres took to the pulpit to address the Kneidings' family and friends.

"To try and give a rational explanation for an irrational act is to legitimize it," Torres said. "But we need not mourn as those who have no hope. . . ."

*Times Staff Writer*

**Photo:**
Max and Lela Kneiding

**Type of Material**
Sidebar
Obituary

NOTE:
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

8 inches; 263 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078959
FAX page #22

## THE VALLEY INTRUDER
# DAYLE OKAZAKI

■ Rosemead, March 17

By CAROL McGRAW

Dayle Okazaki, two weeks shy of her 35th birthday, spent the evening of March 17 at her parents' house, watching a television movie and chatting about her boyfriend and recent promotion to traffic supervisor with Los Angeles County.

Born in Hawaii, the slightly built Miss Okazaki had attended local schools, including Pasadena City College. She was one of three children from a closely knit family.

She loved skiing, shopping and planning parties, making holidays of the most mundane occasions, her sister said. "It just made her happy to make other people happy. Whatever she bought she shared. When she went to the zoo, she bought everyone Panda pins. When she bought a gigantic bag of popcorn on sale, she divided it into 20 small containers to give to friends."

A co-worker recalled: "One time I told her I had to spend the weekend painting my house. Saturday morning she showed up on the doorstep, paint brush in hand."

Miss Okazaki had been taking classes in cake decorating, flower arranging, computer programing and, most recently, self-defense.

"We talked about how scary rape was and what we could do to protect ourselves," a friend said.

Miss Okazaki left her parents' home about 9 p.m. for her own in nearby Rosemead—a new condominium she had saved for several years to buy.

Her mother recalled warning her to drive carefully on the freeway because her car was not in good condition. Shortly after 10:45 p.m., an assailant sneaked into her home through a garage door and shot her several times. Her roommate was wounded in the assault but was able to phone for help.

When Miss Okazaki was buried at Rose Hills Memorial Park, there were so many mourners that additional seating had to be provided outside.

Her mother, who still cries at the mention of her daughter's name, said: "You think it won't happen to you. And when it happens to you, what can you say? It will never go away. The pain."

*Times Staff Writer*

**Photo:**
Dayle Okazaki

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

| 8 inches; 280 words | SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1 | 000078958 |
|---|---|---|
| | COPYRIGHT 1985 / LOS ANGELES TIMES | FAX page #23 |

## THE VALLEY INTRUDER

# WILLIAM DOI

■ Monterey Park, May 14

By CAROL McGRAW

On the morning of May 13, William Doi, 65, drove to a Ford dealership and placed a down payment on a family van. That afternoon he told neighbors about the vehicle and talked excitedly about touring the state. He suffered a heart attack three years ago, and his wife had suffered a stroke, but both were feeling better and were looking forward to "living it up," he told them.

Early the next morning, an assailant crawled through an open window in their Monterey Park home, shot him in the head and assaulted his wife. Doi managed to telephone the emergency 911 number before losing consciousness. His call, which flashed his address on a police dispatcher's screen as he was dying, saved his wife's life, police said.

Doi, who had recently retired from his job as international sales manager at Santa Fe Trails Trucking Co., grew up in the Salinas Valley. He was placed with other Japanese Americans in an Arizona relocation camp during World War II and later joined the 442nd U.S. Army Regimental Combat Team, a highly decorated Japanese-American unit.

After the war he moved to Chicago, where he attended Northwestern University and worked as a shipping clerk to support his wife and baby. He moved steadily up the corporate ladder and in 1972 moved to California. "He was one of the hardest workers and best salesman I ever knew," a former boss said.

A witty and extroverted man, Doi belonged to the East Side Optimist Club. He liked golf and the Los Angeles Lakers and doted on his 4-year-old grandson, taking him to Japanese festivals, carnivals, the beach, his daughter said. Overhearing her conversation, her son sobbed: "I want my grandpa back. I want my grandpa back."

The Rev. Ken Yamaguchi of the Buddhist Church of San Francisco said he and Doi used to have rambling philosophical conversations.

"He worked hard and loved his Jaguar, Cadillac and nice home. But in spite of all that he told me several times that we have to share our lives and thoughts with each other . . . because in the end that's all we really have."

*Times Staff Writer*

**Photo:**
William Doi

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

7 inches; 228 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079007
FAX page #11

## THE VALLEY INTRUDER
# MABEL BELL

■ Monrovia, May 29

By CAROL McGRAW

Mabel Bell, 84, and her invalid sister, Florence Lang, 81, had spent the last 25 years in the modest home framed with roses and a white picket fence on the outskirts of Monrovia.

Living high above the San Gabriel Valley on a lonely winding road, they had only one close neighbor. Bell liked it that way, but her relatives worried.

Born in Kentucky, Ma Bell, as her family called her, moved to California 35 years ago. Widowed at an early age, she worked as a secretary for Vernon Tool Co. to support her two children. Mrs. Bell, not wishing her invalid sister to be institutionalized, took her into her home.

She was the center of the family, which included 12 grandchildren. Two of those she helped through college.
'Warm, Caring Person'

Although Mrs. Bell's health was deteriorating, she still drove her own car and played bridge several times a week.

Every year she sent a contribution to a fund to keep the Statue of Liberty in good condition.

"On one side she was the very practical business woman, on the other, a warm caring person," said a grandson, his voice hoarse with emotion. "I still can't talk about her."

Some time between May 29 and June 1, an assailant entered the home through an unlocked door and viciously beat both women. On the morning of June 1, a gardener, suspicious because of their open door, entered the tiny house and found the battered women lying in their bedrooms.

Mrs. Bell, whom friends called a "gutsy, independent old lady," clung to life for six weeks after the brutal assault but died of massive body trauma July 15.

Her sister survived, but relatives said she can no longer speak and will be hospitalized indefinitely.

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

4 inches; 138 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079006
FAX page #12

## THE VALLEY INTRUDER

# CHAINARONG KHOVANANTH

■ Sun Valley, July 20

By CAROL McGRAW

The last time Chainarong Khovananth's sister saw her brother alive was on her daughter's birthday.

"He had been to Mexico and brought her back a beautiful leather jacket. He loved her like he did his own," she said tearfully.

Khovananth, a 32-year-old parking attendant who immigrated from Thailand 10 years ago, lived with his wife and two children in a small frame house that abuts a freeway in Sun Valley.

A quiet, friendly man, Khovananth loved to spend hours in his yard gardening.

An assailant stalked through that garden around 6 a.m. July 20, entering the house and fatally shooting Khovananth. He then tied up and beat Khovananth's wife, Somkid, and his 8-year-old son. Both survived. A 2 1/2-year-old daughter slept through the ordeal and was not harmed. Khovananth was buried with a deck of playing cards at his side, relatives said.

"He loved blackjack," his sister explained. "But it wasn't really the card game he liked. It was being with his family, friends . . . making them happy."

*Times Staff Writer*

**Photo:**
Chainarong Khovananth

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

6 inches; 202 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079005
FAX page #13

## THE VALLEY INTRUDER

# PATTY ELAINE HIGGINS

■ Arcadia, June 27

By CAROL McGRAW

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

The first time the Monrovia School District's personnel director met Patty Elaine Higgins, she could not imagine how the quiet "frail-looking wisp of a woman" could possibly handle a roomful of aggressive special education students.

"But we found she had a confidence, inner spirit and strength that was amazing," the director said. "She spent a great deal of time, energy and dedication on her job."

Miss Higgins, 32, grew up in a small town near Pittsburgh. After graduating from college, she became a counselor for emotionally disturbed boys and later taught disabled students in Virginia.

She moved to California in 1979.
'Very Close Friends'

"Few people knew her well," one friend said. "She wasn't one that told life secrets the first time she met someone. But she had some very close friends who were very special to her."

On June 27, she worked late at Bradoaks School, decorating her room and getting ready for summer school.

She apparently arrived at mid-evening at the bungalow in Arcadia that she shared with her pet cocker spaniel. She had no next-door neighbors because her house stands between a real estate office and a construction site on a dimly lit street near Santa Anita Park. Higgins did not show up at school on July 2, and co-workers, concerned that she might be ill, asked a friend to check on her.

He found her partially clad body in the bathroom. Her throat had been slashed. Police believe that the murder occurred June 27 or 28.

*Times Staff Writer*

# Los Angeles Times

5 inches; 170 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079003
FAX page #14

## THE VALLEY INTRUDER
# MARY LOUISE CANNON

■ Arcadia, July 2

By CAROL McGRAW

Mary Louise Cannon, 75, a widow, lived in Arcadia, less than two miles from where Miss Higgins was murdered.

Her husband died two years ago, and she had fought off two bouts of cancer. But she was an independent woman who had the strength to rebound.

Born on a farm near Downey, Cannon attended business school and married Darrel Cannon, a local horse trainer, and kept books for their business.

**Planning Overseas Trip**

Mrs. Cannon, who enjoyed needlepoint, her roses and visiting with her five granddaughters, had recently redecorated her house with new carpeting and furniture. She was looking forward to a trip to Australia with a senior citizens' group.

On July 1, she was in a minor traffic accident. Her car was damaged, and a police officer gave her a ride home.

The next morning a neighbor went into her house after finding that a screen had been pulled off a front window. He called police after he found belongings strewn about the place.

Police found Mrs. Cannon in the back of the house, with her throat slit.

Two months later, her son said that the horror of the murder really hit when he visited the house. "I saw all the fingerprint powder all over the walls and large chunks of her new carpeting dug up by police as evidence."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

4 inches; 127 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079002
FAX page #15

## THE VALLEY INTRUDER

# ELYAS ABOWATH

■ Diamond Bar, Aug. 8

By CAROL McGRAW

The house perched on a hillside cul-de-sac in a relatively new neighborhood in Diamond Bar was not fenced and was poorly lit, police said. The murder took place about 4 a.m. Aug. 8.

Elyas Abowath, 35, was shot in the head shortly after the killer entered the house through an open door. His wife, Sakina, 28, was then assaulted. The two children were unharmed, and it was the 3-year-old son who went next door to tell neighbors, "Daddy isn't feeling well." Abowath was a Pakistani immigrant who worked for a computer company. He and his wife sometimes joined in barbecue parties at their neighbor's home.

In the aftermath of the tragedy, many area residents have barred their doors, locked their windows and have held slumber parties and all-night vigils to help them deal with the long hours before day.

"They were wonderful people; we won't say anymore," said close friends. "We're afraid to talk. So is the family."

*Times Staff Writer*

**Photo:**

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

6 inches; 186 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 5
COPYRIGHT 1985 / LOS ANGELES TIMES

000079000
FAX page #16

## THE VALLEY INTRUDER
# PETER PAN

■ San Francisco, Aug. 17

By CAROL McGRAW

"*I can* fly," Peter Pan told new acquaintances with a straight face when repeatedly quizzed about the similarity between his name and that of the story book character.

Pan, 66, who was born in Taiwan, attended the Wharton School in Philadelphia. He returned to Taiwan and worked for a railroad firm and later moved to Hong Kong, where he opened an import-export business.

Peter and Barbara Pan immigrated to California 16 years ago.

He enjoyed gardening. "He told me it was meditation for him," a friend said.

'Got Along Well'

Pan "was the first to arrive for work in the morning . . . was a hard-worker who did his job without complaint and got along well with co-workers," his boss said.

He kept a photograph of his 3-year-old granddaughter on his desk.

During the night of Aug. 17, an intruder entered the Pans' home in the Lakeside District of San Francisco through an unlocked window.

Pan and his wife, 64, were both shot in the head. They were found the next morning by one of their three children, who stopped by for a visit. Pan had died of his wounds. His wife, a bank clerk, is in stable condition at San Francisco General Hospital, where for 16 years her husband worked as an accountant.

"He was very proud to be an American," a friend said. "He always talked about how valuable freedom is."

He added: "He was a pacifist. He hated violence."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

5 inches; 178 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078966
FAX page #17

## THE VALLEY INTRUDER

# VINCENT AND MAXINE ZAZZARA

■ Whittier, March 27

By CAROL McGRAW

The bodies of Vincent Zazzara, 64, and his wife Maxine, 44, were found by a business acquaintance in their ranch-style Whittier home on the morning of March 29. Zazzara, who was shot in the head, was found lying on the living room couch with a bullet in his head. His wife was found in a bedroom. She had been stabbed to death. The assailant apparently entered through an open door sometime between March 27 and 29.

The Zazzaras had lived in the neighborhood, which abuts the 605 Freeway, for eight years. A retired investment counselor, he was owner of Circus Foods, a Whittier pizza parlor only blocks from his home. He had two daughters, three sons and four grandchildren. Mrs. Zazzara, a Downey attorney, had one daughter. She belonged to several civic organizations and was a member of Trinity Baptist Church in Downey, where she sang in the choir.

"They were very friendly, outgoing people," one neighbor said.

"He was always planting trees. After he moved in, he must have planted 75 of them around his house. He used to laugh about it with me and say he did it 'cause he liked to dig the holes," a friend said.

They were buried at Rose Hills Memorial Park, only a block away from their home.

That cemetery also became the final resting place of four other victims of the Valley Intruder.

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

3 inches; 81 words

SUNDAY, AUGUST 25, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078965
FAX page #18

## THE VALLEY INTRUDER

# TSAI-LIAN YU

■ Monterey Park, March 17

By CAROL McGRAW

Police say that on the same evening, less than an hour after Miss Okazaki was murdered and less than two miles away in Monterey Park, the same assailant dragged Tsai-Lian Yu from her car and shot her repeatedly. He drove away from the lightly traveled, well-lit neighborhood, leaving his victim's car behind.

The 30-year-old student lived with her family in a middle-income neighborhood in Monterey Park.

Family members say her death is still a "very painful subject."

A sister said in Chinese that they did not want to talk about "this misfortune that has visited upon our family."

*Times Staff Writer*

**Type of Material**
Sidebar
Obituary

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

"But we didn't hear or see anything until the sheriff's (deputies) came over at 8 (a.m.)."

"All of us leave our windows open," said Diane Cox, who with her husband and two children lives across the street. "Who would think this could happen in this area?"

"I'm shocked," she said. "Here we were last night with the windows open because of the heat. It's real scary."

Cox, who has lived on Chrisanta Drive for 13 years, said that as soon as she heard of the attack she felt the Valley Intruder had struck again, "and that's real frightening."

**Heard Woman Crying**

"We will put additional locks on our doors," she said. "The police said to keep our dog in the house at night."

A few doors away an elderly woman, who asked that she not be identified, said she heard a woman crying in the street about 2 a.m., but "I didn't go out." The woman placed no particular significance on the crying because "it was Saturday night," and there had been a party on the street earlier in the evening, she said.

The party, which included adults and children, had been at the Braffords and broke up at about 10 p.m., Jim Brafford said. He said neither Carnes nor the woman attended.

*Times Staff Writers*

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Rape of Woman, 84, Not Believed Tied to So-Called 'Intruder'
DAVID FREED
*Los Angeles Times (1886-Current File);* Aug 13, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. OC_A6

**688**

# Rape of Woman, 84, Not Believed Tied to So-Called 'Intruder'

By DAVID FREED, *Times Staff Writer*

The rape early Sunday of an 84-year-old San Gabriel woman may not have been the work of a late-night intruder being sought in a series of slayings and assaults, Los Angeles County authorities believe.

Despite initial speculation that the intruder had struck again, there were few similarities between Sunday's incident and earlier attacks in which people have been shot, stabbed, raped and bludgeoned in their homes, Los Angeles County Sheriff Sherman Block said Monday.

The elderly woman's description of her assailant, as well as methods the attacker used, "lead us to believe that it may not, and probably is not, related" to the six or more murders and as many as 13 other non-fatal assaults linked to one person, the sheriff said.

Many of the incidents—dating back to February—have taken place in the San Gabriel and San Fernando valleys, leading Block to suggest Monday that the man they are seeking be dubbed the "Valley Intruder." Others in the media searching for an appropriate moniker have labeled the wanted man the "Valley Invader," "Walk-in Killer" and "Night Stalker."

Whatever his label, the assailant gains entry through open windows and unlocked doors to prey upon sleeping victims. Nearly all of the residences where attacks have occurred were poorly lighted and unfenced.

Investigators from the Sheriff's Department and the Los Angeles, Arcadia, Glendale, Monrovia and Monterey Park police departments are participating in a manhunt that Block described as being "far more complex" than that mounted in the Hillside Strangler murders of the late 1970s. Block said the six-agency task force is "growing every day" and "probably" numbers more than 50 detectives.

But the case thus far has baffled investigators, who invariably depend on a killer's *modus operandi* —a consistent pattern of behavior —to discover clues and make arrests. The pattern, called an "MO" in law enforcement parlance, often involves a killer's preference for a particular type of weapon or victim.

"That's why this case is so mind-boggling," Block said. "There's no consistency at all."

The essential links between each episode have been the assailant's method of entry and the physical description offered by survivors and witnesses. The intruder has been described and depicted in a composite drawing as a thin man between 6 feet and 6 feet, 2 inches tall and between 25 and 30 years of age. He has discolored front teeth that are widely gapped and curly brown hair.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Merchants Report Upsurge in Sale of Firearms and Locks as News of Serial Murders Spreads
Los Angeles Times (1886-Current File); Aug 15, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986) pg. E1

*Merchants Report Upsurge in Sale of Firearms
and Locks as News of Serial Murders Spreads*

# A Fearsome Intruder Has San Gabriel Valley in Uproar

By GARY LIBMAN

A San Gabriel-area nurse is livid at the "Valley Intruder."

"I have two guns in the house," she said. "If he came to the door, I'd kill him."

In fact San Gabriel Valley residents are so upset by the killer who enters unlocked homes at night and may be responsible for six slayings and 16 rapes, beatings and kidnappings in the San Gabriel and San Fernando valleys that they refuse to give their names in interviews.

A Monrovia man says that every night at 1 a.m. he wakes his 1-year-old daughter and drives to pick up his wife at the restaurant where she works. Since the killings became known, his wife is afraid to walk alone the few feet from the restaurant to the lot where she parks.

**Locking Selves in Bedroom**

An Alhambra woman says that when her husband goes to work each night she and her 3-year-old daughter shut the windows and lock themselves in the bedroom.

"I have a phone and a bathroom," she said. "So there's no need to come out."

A Monrovia professor recently moved his daughter from a downstairs to an upstairs apartment in that city, while a South Pasadena bartender says that in her bungalow complex one of the seven women over 65 stays up each night of the week to watch for the intruder.

People are "buying the hell out of window

people who want to form neighborhood watches. Before the murders, calls for new watch groups had been rare.

The San Gabriel-area nurse said she is particularly angry at the intruder "because you're not even safe in your own home. It feels like a violation of privacy even though you haven't been accosted.

"I've heard he's carrying a gun and I don't know if it's true," she said, "but mine (a

> *'I have a strong sense of person and property and a short fuse when they're violated.'*

.12-gauge shotgun and a .44-caliber magnum pistol) are loaded. My profession is healing, but I have a very strong sense of person and property and a short fuse when they're violated."

The attacks have cut across all age and sex lines.

The professor, wearing shorts while visiting an Arcadia shopping mall, said he moved to Los Angeles about 10 years ago, at the time of the Hillside Strangler.

"It was very fearful to us and our daughters, who were teen-agers," he said.

"But this seems even more horrendous

Blocked due to copyright.
See full page image or
microfilm.

Lock sales are up in response to the "Valley Intruder" crimes. Here, Steve Broten, Arcadia hardware store manager, helps Cindy Wallace make a choice.

locks," and husbands are buying guns for wives as residents react to a possible serial killer who seems more fearsome because he attacks in the home and without a discernible pattern, police say.

"It's not like reading in the paper that it's happening back East," Detective Edward Winter of the Arcadia Police Department said. "When it starts happening in your town it makes you stop and think about it. That's what our citizens are doing.

"We hear a lot of people say 'I'm not sleeping well. I'm scared to death. I want to get an alarm.' I can't say it's quite a panic, but people are concerned."

"We're getting more calls from people who notice things," Lt. Joseph Santoro, commander of the community relations and crime prevention bureau of the Monterey Park Police, said. "In the past they might have rationalized what they saw and not called us."

Santoro said the police are doing 15 to 25 inspections daily for people who want to know if their homes are properly secured. They normally do eight to 10. The police are also receiving about three calls a day from

because of the fact that this person goes into people's homes. He's going into your sanctuary, your private place. That's very frightening to me, and he's doing it in such a diabolical way.

"He's not striking the same way twice and he's making it very difficult for the police, I'm sure."

The burly Monrovia man who picks up his wife after work, wearing jeans and a T-shirt and sipping a beer at an Arcadia bar, said that when his two dogs bark while he sleeps at night "I get my hockey stick and prowl the house.

"If you hear noise and you don't wake up and wonder about it (in this situation), something's wrong with you," he said.

"I used to have the windows open at night because I don't have air conditioning. Now I get home and open the windows and I get all the air I can and then shut them. At about 3:30 it's so hot you're choking."

An Alhambra office worker said that her husband used to work part time at night but stopped because she was petrified to be

Please see INTRUDER, Page 18

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Ex. 75, p. 886

# INTRUDER: Valley in Uproar

## Continued from Page 1

alone. "I used to come home (and relax)," she said. "Now I come home and check all the rooms.

"During the summer when my husband would go off to work at night I used to leave the back door and the windows open. Now I'll sit in the house sweating but I won't open those doors. I'll sit in front of a fan and go wet my head.

"I was so scared that I had my husband buy me a stun gun," she said. The gun shoots two electrically charged darts that enter the skin and immobilize the body.

Turner's Sporting Goods in West Covina reported an increase in gun sales, but it was selling more than stun guns; it was doing a brisk trade in .12-gauge shotguns with an 18-inch barrel on sale at $149.99. This is a legal weapon, not "sawed off." However, it is 10 inches shorter than the standard shotgun.

"Husbands are getting them for their wives," store manager Mike Battistoni said. "A lot of husbands are not home at night.

"Handguns have a 15-day waiting period before you can pick them up. You can take the rifle or shotgun home the same day. . . . They also want a gun that's easy to use. . . . With a shotgun, you've just got to point."

Meanwhile, Fowler's Sport Center in Pasadena reported increased sales of .22- and .25-caliber pistols.

Police, observing these sales, cautioned that gun buyers should know how to use them.

."And if you decide you have to use it, you have to be absolutely sure to use it for a good reason, the protection of your life or someone else's," Lt. Santoro said.

"You don't want to shoot an innocent person. You have to live with that the rest of your life."

In addition to guns, residents are also seeking protection by buying more window and door locks.

Steve Broten, general manager of Ace Hardware in Arcadia, said he couldn't keep enough window locks in stock, and Roger Weiss, manager of Builders Emporium in Temple City, said customers had made a run on window and door locks, particularly dead bolts. Ole's Home Center in Pasadena also ordered more window and door locks to keep up with sales.

Those sales reflect the bizarre nature of the recent crimes.

"I trust my husband to take care of me, but I'm not even safe with him (now)," the Alhambra office worker said. "I was talking to some lady at a nightclub. She said, 'Don't worry. He's not after you. He's only after single women.'

"I said, 'Bull. He's after whoever he can get. He's just taking anyone at random. As long as he can get into your house.'"

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Ex. 75, p. 887

Family of Slain Woman Offers $10,000 Reward
*Los Angeles Times (1886-Current File);* Aug 21, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. V_A12

# Family of Slain Woman Offers $10,000 Reward

The family of an elderly woman who was beaten, raped and murdered in her South Los Angeles home last week is offering a $10,000 reward for information leading to the arrest and conviction of her killer.

Mary Emanuele, 71, was beaten, raped and strangled Aug. 13 at her home at 1432 West 85th St. by someone who had broken in and was apparently waiting for her, a relative who asked that his name not be used said Tuesday. Although nearing her 72nd birthday, Emanuele continued to work full time at a May Co. warehouse because she enjoyed her job, the relative added.

Los Angeles police declined to discuss specifics of the case, but said it was a break-in and was not believed to be connected to the so-called "Valley Intruder," who is suspected in a series of walk-in attacks in the San Fernando and San Gabriel valleys.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Ex. 75, p. 887A

# Los Angeles Times

4 inches; 112 words      THURSDAY, AUGUST 22, 1985, MAIN NEWS, PART 1, PAGE 2      000077771

COPYRIGHT 1985 / LOS ANGELES TIMES      FAX page #32

# The Region

### ■L.A. Checking S.F. 'Intruder' Slaying

Detectives from Los Angeles went to San Francisco to compare notes with Bay Area investigators about a weekend murder there said to fit the pattern of the "Valley Intruder" assault-killings that have terrorized the San Gabriel and San Fernando valleys in recent months. Accountant Peter Pan, 66, was shot to death and his wife, Barbara, 64, was shot and critically wounded by an assailant who entered their home through an unlocked downstairs door or window sometime between 10 p.m. last Saturday and 10 a.m. Sunday, when the crime was discovered by the couple's son. A San Francisco police spokesman said the method of entry was similar to that used by the Valley Intruder, who is believed responsible for as many as a dozen slayings and 15 rapes, beatings and kidnapings in the Los Angeles area this year.

**Type of Material**
Brief

**NOTE:**
May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

VALLEY NEWS
Al Martinez
*Los Angeles Times (1886-Current File);* Aug 15, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. V_A7

## VALLEY NEWS



# Al Martinez

The face haunted her, so she bought a shotgun. It cost $129.

## A Faint and Eerie Rustling

She has lived alone for the past, 18 years in a modest home in Arleta, surrounded by memories. Pictures of a husband who died in his sleep on a rainy night in October. A chipped gold-plated baseball trophy from a son who now lives in Chicago. An afghan from a daughter in Oregon.

The small living room glows faintly from the single light of a table lamp, leaving patches of shadow in the corners. The drapes are tightly drawn, shutting out what remains of the pale, fading day. The room is cast in the colors of the past, sepia-toned, amber-tinted.

As I enter her home, I am struck not so much by the somber nature of the room as I am by the harsh, metal lines of its newest addition.

Mary Crawford owns a shotgun.

It sits propped against a dark-wood plank that divides an entryway from living room, in clear view of anyone at the door. She makes no reference to the weapon as she leads me in, turning down the sound of the old Sylvania television set. Its picture plays in silence.

She had been watching the news. And the news these days led a man they call the Night Stalker.

"I have some root beer," she says, disappearing for a moment into a kitchen to the right of the living room. Her voice comes to me as I settle in an easy chair her husband once favored. "It's Hires."

In a moment she emerges with two tall glasses. The burden seems almost too great and I find myself wondering how an old lady who can barely lift two glasses is ever going to be able to fire a shotgun.

She sits across from me and smiles, and then allows me into her terror.

Mary Crawford isn't her real name. She makes me promise I will disguise her identity and insists on approving the name I use. Crawford is as good as any.

She is 76 years old. Her back is bent from a mugger's assault a decade ago. A young man beat her senseless when she refused to give up her purse.

The attack left her in terror of the night, imprisoned by the fear that the mugger could strike again. He was out there, she knew, crouched in a doorway, hiding behind a wooden fence at the corner, waiting in the shadows of a pepper tree.

"And now this," she says, gesturing toward the silent television set. John Schuberk, Tricia Toyoda. She stares at them for a moment, certain they are discussing the Night Stalker. "My God," she says. We also call him the Valley Intruder. He strikes in the silent, eerie time before dawn, killing and raping, a composite face in the blurred horror of the attack, thin-lipped, wild-eyed.

Mary Crawford is certain she has seen him. So are hundreds of others who, like Mary, have telephoned the police. Sheriff Sherman Block says, "There's a killer out there."

"He was in a car in the parking lot at Vons," Mary remembers. "He stared at me, then was gone." Jimminy Cricketts." She indicates with a gesture the speed of his departure.

The face haunted her, so she bought a shotgun. It cost $129. Mary lives on Social Security and on what her son and daughter send her occasionally. The shotgun is a sacrifice.

I prod gently. Has she ever fired one before? No. Has she ever fired any weapon? No. I doubt that she can, either physically or psychologically. Victims face immense odds. Decent people find it difficult to cause injury. Madmen don't.

Mary sips at her root beer. Every painful movement emphasizes age and frailty. A picture her alone, a large grey cat curled up at the foot of her bed. The cat's head jerks up suddenly, listening. Hands reach through a partly opened window.

"I have never slept too well," Mary Crawford is saying. Has she read my thoughts? "Now I don't sleep at all."

The poet Aeritius wrote, "To him who is in fear,

everything rustles." Shadows form faces. A breeze whispers the hushed footfall of a maniac. Some-*thing's out there, something's coming.*

Mary telephoned me when there seemed no one else to call. The police were checking. Neighbors were busy. Grown children were far away.

I can offer little solace but to say that an army of detectives is searching for the Night Stalker. Of 8 million people in the county, the immense likelihood is he will not be a victim.

But still. . . .

"Have you ever been afraid?" she asks, smiling slightly from embarrassment.

"Yes," I say, remembering the war in Korea. "But we learn to live with our fears."

"It isn't fair," she says.

"No it isn't," I say.

The news breaks for a commercial. Youth dances across the screen in a lively pirouette. Strong muscles flex and tense, smiles dazzle.

The world rustles around us. Old ladies listen. Eyes widen; hearts pound. *Have we come down like years to twilight, for this? Have we weathered the hard days only to fear the gentle night?*

I can't answer that.

The most I can do, Mary Crawford, is ponder the madness that brings terror like a dream-sound into our quiet homes, and to feel sadness beyond measure that sometimes the faint and haunting rustle in the darkness is real.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Los Angeles Times

24 inches; 842 words     WEDNESDAY AUGUST 14, 1985, MAIN NEWS, PART 1, PAGE 1     000075049
COPYRIGHT 1985 / LOS ANGELES TIMES     FAX page #48

# Veteran Detective Leads Search for 'Valley Intruder'

## ■ Homicide Cop Is Perfect Man for the Job

By ROXANE ARNOLD

Sheriff's Sgt. Frank Salerno, the lead detective in the so-called "Valley Intruder" case, is everybody's idea of a good homicide cop.

"You don't want this guy following you," said one former sheriff's investigator. "Sooner or later, he's successful."

"He's as good as you can get," added Detective Sgt. Bill Williams of the Los Angeles Police Department.

The 46-year-old Salerno, who joined the Sheriff's Department in 1961, has "worked homicide" for almost 10 years. He has tracked down the flimsiest of clues in cases almost nobody remembers and, a few years back, played a key role in an investigation few can forget----the notorious Hillside Strangler case, the sex slayings of 10 young women and girls in 1977 and 1978.

Salerno's latest quarry is described as a curly haired man with stained, widely gapped teeth who slips through unlocked doors and windows before dawn to attack his victims as they sleep. At least six killings and 15 rapes, beatings and kidnapings in the San Gabriel and San Fernando valleys are being linked to the killer.

The many months spent in the late 1970s working on the Hillside Strangler case "is going to be a great advantage in working a case like this," Salerno said. "We've got other investigators who have also worked the Hillside case."

A key lesson has to do with the behavior of serial killers.

"Bianchi (Kenneth Bianchi, one of the two killers in the Hillside case) proved one thing, and that is: most serial murderers don't stop. They might relocate. They will kill again.

"I would expect he (the Valley Intruder) would again."

About 50 investigators from six local police agencies have been drawn into the task force established last week to track down the killer. The challenge of the task force will be to coordinate and keep track of the each of the thousands of slivers of information that could mean something important.

Already, investigators have received more than 1,000 leads and tips to check, ranging from the caller who sighted a stranger resembling a composite sketch of the killer to the tipster who named a friend as a possible suspect.

A major flaw in the massive Hillside Strangler probe was that too often such information was not shared and that some investigators were not fully informed, those close to the case said.

At the height of that exhaustive investigation, a task force that swelled to 162 officers from the Los Angeles and Glendale police departments and the Sheriff's Department was established to track down the more than 10,000 clues that surfaced. Although the information gathered was fed into a computer, the data was not cross-indexed and obvious connections, at least in the case of Bianchi, were missed.

Bianchi, for example, was interviewed by investigators on separate occasions, but each time the questioning officers were unaware that Bianchi had crossed their path before.

"There were so many 'clue clowns,' I think they called them," complained Katherine Mader, a defense attorney for Angelo Buono, the second Hillside Strangler killer. "Bianchi was interviewed three times by different law enforcement officers and gave statements that were never followed up on. . . . They (the task force) would parcel out clues, but they wouldn't have enough coordination."

In the current investigation, all information is being cross-indexed, Salerno said.

"You learn as you go along," he said of the Strangler investigation. "I think naturally because of the amount of information that came in on that case, mistakes are going to be made. . . . You learn from your mistakes."

"No doubt about it," Salerno added. "One of the major (improvements) is cross-indexing. We're trying to accomplish more correlation and exchange of information between the various agencies that are working. It's almost a daily contact between the investigators, and also meetings and briefings."

The fact that so many police agencies are involved poses problems that go beyond exchanging massive amounts of information.

"You have different methods of reporting, of handling evidence, of interviewing," Salerno said. "You have to try and overcome that . . . to make sure nothing falls through."

But even with streamlined techniques, he said, the Intruder case may not be easily solved. He said the investigation may prove even more complex than other serial killings, including the Hillside Strangler case. The motivations of this killer are harder to pin down.

"Whenever you work a case, either a serial case or one that takes a lengthy period of time, the investigator develops in his own mind the type of individual he is looking for," Salerno said.

"This is a much more complex individual as far as trying to get a handle on what kind of psychological profile he has. . . . The diversity makes it tough and then when you throw in random victims, which are the most difficult of cases to solve, you've really got your hands full."

Already, Salerno, his partner, Gil Carrillo, and the other 20 to 25 sheriff's investigators assigned to the case are working marathon shifts, sifting through myriad pieces of information.

Salerno is coming close to duplicating the seven-day weeks he worked for months during the Strangler investigation, but he says he is just one of many working those same grueling hours.

Investigators, he said, "are running out of shoe leather. . . . It's just good old-fashioned police work where people are going out knocking on doors and talking to people.

# Los Angeles Times

22 inches; 785 words

SATURDAY, AUGUST 24, 1985, METRO, PART 2, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078574
FAX page #24

# Ballistics Tests Tie Slaying in S.F. to 'Valley Intruder'

By ERIC MALNIC and MARK ARAX

At least three different forms of evidence link the "Valley Intruder" to killings in San Francisco and the Los Angeles area, it was learned Friday.

These links are said to be ballistics tests, messages scrawled on walls and a "distinctive" piece of evidence the killer leaves behind in the homes of his victims. Not all three types of evidence are found in each of the cases.

Meanwhile, at a news conference late Friday, Los Angeles County Sheriff Sherman R. Block said "We have now definitely tied 14 murders (including the one in San Francisco) to this individual and possibly as many as 33 individual cases that have occurred."

Before the announcement investigators had linked the killer to only seven deaths (five others were under investigation) and a total of 27 attacks, including 15 rapes, beatings or kidnapings. The sheriff said details of the additional murders and other crimes would be released late Friday.

San Francisco Mayor Dianne Feinstein told a news conference earlier in the day that the ballistics tests established the tie between a weekend homicide there and at least two of the 13 slayings in the San Fernando and San Gabriel valleys attributed to the killer.

A police official familiar with the investigation said the homicides in which the killer has used a weapon other than a gun are related by other "subtle but definite" evidence left behind in the homes of the victims. This evidence has been found in a majority of the cases and is "so distinctive" that it will enable police to rule out "copy cats," the official said.

**Message on Wall**

Other sources said another clue—a specific message scrawled on a wall—was found in both the home in which the San Francisco couple were attacked and in the home of at least one victim in the Los Angeles area.

In addition, members of the 50-member interagency team set up to investigate the case are known to be looking into other common factors—including the fact that many of the victims—"a disproportionate number," as one investigator put it—are of Asian descent.

The team has sent dental charts believed to be those of the killer to more than 3,000 dentists in the Los Angeles area. The charts were obtained from a dentist whose business card was found in a stolen automobile. Investigators believe that the car, recovered in March, had been used by the intruder during the abduction of a child. The dentist told police that the patient—who had used a phony name and address and had paid in cash—matched the description of the intruder. Investigators say little further evidence was recovered from the car.

The team is also continuing to check out reports that a maroon or brown 1978 Pontiac Grand Prix—possibly with a damaged right front fender—was spotted near the scene of a killing in Sun Valley. The team is discounting reports that a similar car was seen near the home of the San Francisco victims.

The Valley Intruder has been described by survivors as a curly haired man in his late 20s or early 30s with gapped and rotten teeth.

On Thursday, Block confirmed that the intruder had been linked to the weekend shooting in San Francisco that left accountant Peter Pan, 66, dead, and Pan's wife, Barbara, 64, in critical condition with a bullet wound in the head.

On Friday, Feinstein also announced a $10,000 reward for information leading to the conviction of the killer. The San Francisco reward is in addition to the $10,000 posted by the Los Angeles County Board of Supervisors and to two anonymous donations—$10,000 from one donor and $10 from another—to the

supervisors' reward. The city of Arcadia, where two slayings linked to the Valley Intruder occurred, has posted a $5,000 reward.

Responding to a reporter's question, Feinstein said a ballistics test was the key link between the San Francisco and Los Angeles-area attacks. A police official in Los Angeles said the tests showed that the gun used on the Pans was also used in two murders here—one in Sun Valley, the other in Diamond Bar.

Both Feinstein and the official declined to elaborate on the caliber of the gun or other specific findings, but the San Francisco mayor did appeal to the public for any leads in the case.

"Somewhere in the Bay Area, someone is renting a room, an apartment or a home to this vicious serial killer," Feinstein said, indicating a belief that the killer may still be in Northern California. Investigators in Los Angeles say he may have returned to the Southland.

A police official said the "subtle but definite" evidence that links the Los Angeles-area murders is something that's "common, but not kinky. . . ."

Sources close to the case have declined to describe the words scrawled on the walls other than to deny they were "Jack the Ripper," as reported by some news media. The FBI has prepared a psychological profile of the Valley Intruder based on information provided by Los Angeles County sheriff's deputies, Los Angeles police officers and other Los Angeles-area peace officers involved in the case.

On Friday, John Holford, public information officer for the FBI in San Francisco, said San Francisco police are providing additional information that will be sent to the FBI Academy in Quantico, Va., to flesh out the profile.

The contents of the profile have not been made public.

At his Friday news conference Block also criticized some police agencies and news organizations for releasing what he called "very crucial, sensitive" information regarding the search for the killer.

"This places our community in

# Los Angeles Times

26 inches; 903 words   MONDAY, AUGUST 26, 1985, MAIN NEWS, PART 1, PAGE 1   000079290
COPYRIGHT 1985 / LOS ANGELES TIMES   FAX page #9

## Valley Intruder Assaults Two in Orange County

By BILL BILLITER and MARK LANDSBAUM

A serial killer linked to 14 slayings in California struck in Mission Viejo early Sunday, shooting a sleeping man in the head and raping his girlfriend, investigators for the Orange and Los Angeles county sheriff's departments said.

The early morning attack, which left the man in critical condition, occurred in the 24400 block of Chrisanta Drive in Mission Viejo. As in most other crimes attributed to the so-called Valley Intruder or Night Stalker, the residence is a single-story home in a peaceful, middle-class suburb close to a freeway.

"Due to evidence found at the scene, we definitely believe this is the Night Stalker," Orange County sheriff's spokesman Lt. Dick Olson said in a statement.

### Manages to Escape

Officers said the intruder entered the house as the couple slept. The woman awoke to gunshots, officers said, and then was sexually assaulted. She was tied up but managed to escape and summon police after the assailant left.

Investigators would not release the names of the victims but said both are 29. Neighbors identified the shooting victim as Bill Carnes, who works for a business machine company in southern Orange County.

Carnes was in critical condition late Sunday at Mission Community Hospital after emergency surgery for a gunshot wound, a hospital spokesman said. The woman was taken to Saddleback Community Hospital in Laguna Hills, where she was treated and released.

The assailant has been called the Valley Intruder because most of the crimes attributed to him occurred in the San Gabriel and San Fernando valleys. Law enforcement officials believe the series began in March and includes 21 assaults. The victims have been shot, stabbed and beaten. Sunday morning's assault was the first in Orange County and only the second outside of the suburban Los Angeles valleys.

The last confirmed attack was Aug. 17 in the Lakeside District of San Francisco, where the assailant fatally shot a man and critically wounded the man's wife. Officers speculated a few days later that the killer might again head back to Southern California.

### 'Proves He Is Back'

Los Angeles County sheriff's Deputy Sam Jones said Sunday, "This proves he is back in the Southland."

Similarities between the Mission Viejo case and the method of operation in the previous crimes prompted immediate contacts between the Orange County Sheriff's Department and the 50-member Valley Intruder task force set up by the Los Angeles County Sheriff's Department. At about 2:30 p.m. Sunday, both departments confirmed the link.

At 2:40 a.m. the Orange County Sheriff's Department received a call on the 911 emergency line from a woman who said her boyfriend had been shot, Olson said. When deputies and paramedics arrived, the woman said she had been "awakened by gunshots in the house this morning, and that when she woke up there was a male intruder in the house, in the room, and that he grabbed her and sexually assaulted her," Olson said.

"He then tied her up. And then he appeared to have gone through the house. He eventually left, and when he left she was able to get loose and call the emergency line."

Olson said the woman was so distraught that she could not give a clear description of her attacker. Olson declined to release any description the woman was able to give.

The Valley Intruder has been described as 6 feet tall, slender, 25 to 30 years old, with curly hair and stained, gapped teeth.

Investigators have said he usually leaves a distinctive, but not publicly disclosed, trademark at the scene of his crimes. He also has twice left a scrawled message—the exact wording has not been disclosed—on walls of victims' homes.

"I'm not aware of anything along those lines," Olson said of the Mission Viejo case.

The Valley Intruder usually enters by forcing a screen on an open window or door. Olson declined to say how the Mission Viejo attacker entered. But a 3-by-4-foot screen, which was bent as if it had been pried off a window, was found on the ground outside the house.

Most of the Valley Intruder's victims were living in homes painted in shades of yellow—and the Orange County attack occurred in a yellow house.

The house was cordoned off Sunday as investigators combed it for clues. Two cars parked in the driveway bore North Dakota license plates.

Frightened neighbors along the 24400 block of Chrisanta Drive buzzed with speculation at midday Sunday as they tried to piece together what had occurred.

Few neighbors had gotten to know Bill Carnes, a former resident of North Dakota who, they said, had bought the home about six months ago. Few of them knew anything about the woman.

However, his next-door neighbor, Jim Brafford, 35, an engineer at Burroughs Corp. in Mission Viejo, worked in the same office as Carnes. "I know Bill, he's a heck of a nice guy," Brafford said, adding that Carnes works in product assurance and support at the computer firm.

Brafford and his wife, Sheila, rent their home and planned to moved this Friday to a home they are buying. But after Sunday's attack, "my wife wants to move today," Brafford said. "My wife is beside herself with this thing."

"We were wondering why them and not us," said Brafford, holding his 2 1/2-year-old daughter, Jessica.

Like many neighbors, the Braffords had kept some windows open on the sultry Saturday night.

"I was up until 11 trying to get the air conditioner fixed," Brafford said.

# Los Angeles Times

40 inches; 1396 words      THURSDAY, AUGUST 22, 1985, SAN GABRIEL VALLEY, PART 9, PAGE 1      000078067

COPYRIGHT 1985 / LOS ANGELES TIMES      FAX page #28

**ON GUARD: ANGELS RUSH IN**

# ANGELS: Volunteer Group Forms San Gabriel Valley Foot Patrol Unit

■ As Residents Worry Over 'Valley Intruder' Crimes, Volunteer Patrol Gets Recruits Ready for Action

By SUE AVERY

A few curious homeowners flicked on their outside lights and peeked out as a dozen men and women wearing red berets walked briskly, two abreast, along Burton Avenue. It was after 10 p.m., and residents on this quiet street in San Gabriel, edgy because of the so-called Valley Intruder and news of a rape in the area the night before, were caught off guard by the unusual nighttime activity.

The patrol was one of several that have been conducted by prospective members of the fledgling San Gabriel Valley chapter of the Guardian Angels. And by the time they got to Burton Avenue, it had been a long evening.

They had gathered at 7:30 at Arcadia County Park for two hours of fitness and self-defense training, as well as preliminary instruction in cardiopulmonary resuscitation and first aid. Most of the trainees were young men between the ages of 16 and 25, and five in the group were women, the oldest a 51-year-old mother from Monrovia.

The Monrovia woman, who asked not be be identified, said she got involved after attending a July 22 meeting in Sierra Madre called by members of the Los Angeles chapter of the Guardian Angels, a volunteer group that conducts unarmed patrols primarily in high-crime areas.

The group organized in 1979 to patrol subways in New York City, where muggings and purse-snatchings are common. It grew rapidly and now has 5,000 members in 59 chapters nationwide. It organized in Southern California in 1981, and now has chapters in South-Central Los Angeles, the Westside and Hollywood. Members generally patrol in heavily crime-ridden areas to guard against criminal assaults on innocent people or property.

The group serves chiefly as a visual deterrent, but if members witness serious crimes they try to make citizen's arrests and detain the suspects until police arrive, said Scott McKeown, coordinator of the group in Los Angeles county.

"We are not vigilantes," he said. "We don't carry weapons."

The Guardian Angels first came to the West San Gabriel Valley to patrol on July 11 at the request of two worried Arcadia residents who called asking for help. The group held the Sierra Madre meeting to introduce members to the community and to encourage local residents to set up a San Gabriel Valley chapter, McKeown said.

An orientation meeting was held July 26, and about 25 people are now in training. Most of the trainees, who come from South Pasadena, El Monte, Temple City, Arcadia, Monrovia, Sierra Madre and San Gabriel, appear to come from middle-class backgrounds, in comparison to what McKeown described as the widespread image of Guardian Angels as inner-city toughs.

The women, most in their late teens and early 20s, expressed concern over the crime wave and said they enjoyed the camaraderie of the group.

The Monrovia woman's motivation was somewhat different from that of the younger women trainees. "I asked them to talk to our Neighborhood Watch meeting, and then I decided to join the group," she said.

"On patrol I mostly have been talking to people and doing public relations," encouraging residents to accept the group's presence.

"And with the training I feel more in control and I feel I know how to handle myself."

**Others Patrol in Cars**

McKeown said that although the main focus of the Guardian Angels is foot patrol by younger people, in other areas of the country the group also has car patrol divisions manned by older people as an extension of Neighborhood Watch.

He said that after the San Gabriel Valley foot patrol division is established, he hopes to start car patrol.

But foot patrol is of primary interest to the younger trainees, who often become involved in the Guardian Angels through their friends. Among the current group of trainees are three 16-year-olds who attend Monrovia High School.

"I joined because I am interested in cleaning up the city," said Joe Russell, who was at his third training session. He persuaded his friend, Mike Knight, to enroll, and then another friend, Toby Zucco, joined them.

According to Danny Lewis, director of the Westside chapter of the Guardian Angels, who has been overseeing the training of recruits in the San Gabriel Valley, prospective Guardian Angels go through an open-ended series of training sessions held twice a week. The sessions involve strenuous workouts in physical fitness, self-defense techniques, citizen's-arrest procedures (including the use of handcuffs) and foot-patrol techniques.

They also learn the rules under which Guardian Angels operate nationwide. Training time varies, depending on fitness and maturity levels. Prospective members become Guardian Angels only after they have completed the training, sometimes in as little as four weeks.

**No Criminal Records**

Candidates for membership must be at least 16 years old and provide at least three personal references. They are interviewed and asked if they have criminal records. A minor juvenile offense might not preclude membership, but a felony record would. The group says the training program itself will screen out those who lack sufficient commitment or stamina. Trainees are subjected to verbal abuse as a test of temperament, hidden

biases and willingness to obey commands.

Trainees may be dropped for poor attendance, failure to keep up with the group, refusal to follow orders or showing up under the influence of drugs or alcohol or in possession of weapons.

The fitness training is rigorous, involving running, push-ups and sit-ups, and most of the trainees did not finish the required 35 push-ups.

After the two-hour sessions, trainees are given a few minutes to catch their breath while the leaders decide where to patrol.

On this night, the trainees were split into two groups of about a dozen, with a leader and two regular Guardian Angels assigned to each.

One group traveled by van to a shopping center in Temple City. Before lining up in formation, they frisked each other, searching for weapons and drugs, which Guardian Angels are forbidden to carry. No knives or large flashlights are allowed.

After lining up two abreast, with trainees in the middle and Guardian Angels equipped with walkie-talkies front and rear, the group set out. When Lewis yelled, "Double time!" it was a signal to run; when he yelled "Clear!" the group came to a halt.

Trainees walk on sidewalks or at the side of the road and are warned to avoid potential attackers by being alert not only to the street beside and behind them, but also to roofs.

They traveled at a fast walk south on Rosemead Boulevard to Broadway, where they headed toward San Gabriel. After an uneventful night, they regrouped in the park at 11:30 p.m.

**Training Speeded Up**

After going through this routine for several weeks, McKeown said, "some of the trainees are close to being ready (for membership). We are stepping up the normal training process because of this crisis and some have done eight patrols.

"Generally chapters start from a situation like this—it is typical to get community response to a particular crisis and when the crisis is over we will lose some members. But a core will stay," McKeown added.

"The first goal is to have people patrol their own community," Lewis said. "Then we have regional events to sustain the interest and sometimes members patrol other areas (where there is more crime activity)."

Lewis believes that San Gabriel Valley residents have made a good start in forming their own Guardian Angels chapter, but training is only the beginning.

"Nobody has taken a major leadership role here yet," Lewis said. "Usually when we are setting up a new chapter we first get a training coordinator, then a patrol coordinator, then a chapter event coordinator, and then one person emerges as a leader."

"We hope to have this chapter on its own feet sometime next month but we still need a headquarters." McKeown said the group hopes someone will donate the use of a warehouse in a commercial area.

"I don't think a bunch of noisy Angels coming off patrol at 3 a.m. would be welcome in a residential neighborhood," he said.

**Reaction Is Mixed**

The Guardian Angels got a mixed reaction when they first came to patrol in middle-class San Gabriel Valley neighborhoods. Many residents of Arcadia, Sierra Madre and Monrovia, where the group has been patrolling nightly from 9 p.m. to 3 a.m. since the middle of July, have welcomed their presence, feeling it serves as a deterrent to crime.

But some law enforcement officials have been lukewarm to the group, especially when the members first arrive in an area.

"We have had no problem with them interfering with us in any way but I feel they are not effective walking our streets at night. They do better patrolling buses or subways," said Capt. Neal Johnson, acting chief of the Arcadia Police Department.

But in Los Angeles, where the group has been operating for four years, Lt. Dan Cook, spokesman for the Los Angeles Police Department, praised the group and its efforts.

"They have never caused us any problems and it was never their intention to be a vigilante group," he said. "We regard them as an extension of Neighborhood Watch and appreciate their work. We have no objection to them being here because we need their help."

Like local police, residents have mixed feelings about the group.

"My neighbors and I have seen them on the street and we like their presence," one Arcadia resident said.

"I wasn't even aware of them," said another. "I probably would have been frightened if I saw them because I would not have known who they were."

**'Like Tough Street Kids'**

A third attempted to sum up the feeling of the community.

"Some people view them negatively because Arcadia is a very conservative community and they look, talk and walk like big city kids. They look like tough street kids.

"People in Arcadia are not used to seeing strangers on the street. The kids mean well but their background makes people nervous," she added. "And nobody wants to admit we need them here. This is a totally new experience for us.

"People will be happier once they get to know them. And they will feel more comfortable if kids from the area get involved."

*Times Staff Writer*

**Photo:**
Steve Duncan uses Mickey Chakerian to show how to restrain a mugger.

**Photo:**
Danny Lewis, director of the Westside chapter of the Guardian Angels, has been training recruits in the San Gabriel Valley in physical fitness, self-defense and how to make a citizen's arrest.

**Photographer:**
LELAND HOLDER /
Los Angeles Times

**Photo:**
Danny Lewis demonstrates self-defense with Phillip Luvisi.

**Photo:**
Guardian Angels on patrol in a Rosemead neighborhood.

**Photo:**
Lewis, left, leads San Gabriel Valley Guardian Angel recruits in a physical training workout.

**Photo:**
'We are stepping up the normal training process because of this crisis and some (recruits) have done eight patrols.'

—Scott McKeown

Los Angeles County coordinator,

Guardian Angels

THURSDAY, AUGUST 22, 1985, LOS ANGELES TIMES, SAN GABRIEL VALLEY, PART 9
COPYRIGHT 1985 / LOS ANGELES TIMES

000078067 PAGE 3
FAX page #30

**NOTE:**

May not be reproduced or
retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

# Los Angeles Times

22 inches; 764 words

FRIDAY, AUGUST 23, 1985, MAIN NEWS, PART 1, PAGE 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078175
FAX page #26

## Slaying of S.F. Man Linked to Valley Intruder

By ERIC MALNIC

Homicide investigators have confirmed that a weekend slaying in San Francisco is linked to the recent "Valley Intruder" killings and assaults in the San Gabriel and San Fernando valleys, Los Angeles County Sheriff Sherman R. Block said Thursday.

The Sheriff's Department declined to reveal how the attacks in cities 400 miles apart were related, saying only that clues found there have convinced members of a special task force sent to San Francisco that there is a common denominator.

"We can't say that it is the same individual (who committed the San Francisco slaying), only that it is related," said Sgt. John Broussard of the Sheriff's Information Bureau. "It would be poor investigation to rule out copycats or additional suspects."

**Clues Withheld**

Broussard said the clues found in San Francisco and evidence found here cannot be made public at this time for fear of compromising the continuing investigation.

The Valley Intruder—described by survivors as a gap-toothed, curly headed man in his late 20s or early 30s—is believed responsible for at least seven killings, and perhaps as many as a dozen, as well as 15 rapes, beatings and kidnapings in the Los Angeles area since last March.

Now, investigators say, he is the prime suspect in the attack in San Francisco on accountant Peter Pan, 66, and Pan's wife, Barbara, 64.

San Francisco police say the Pans were shot with a small-caliber weapon by an intruder who apparently entered their Lakeside District home through an unlocked door or window sometime between 10 p.m. Saturday and 10 a.m. Sunday. The assailant ransacked the

home before fleeing, investigators said, but they were unsure if anything had been taken.

The Pans were found Sunday morning by a son who stopped by for a visit. Peter Pan, an accountant, was dead at the scene. His wife was taken to San Francisco General Hospital, where she was reported in stable condition Thursday.

**Patrols Beefed Up**

San Francisco police would release no further details of the investigation, but Capt. Diarmuid Philpott did say that 70 extra officers have been assigned to the Pan slaying and that patrols throughout the city have been increased.

Also, undercover officers were briefed at a meeting Thursday night on the modus operandi of the Valley Intruder, who usually slips into darkened homes through unlocked doors and windows, attacks victims as they sleep and then ransacks the home.

Some of those slain here were shot, others were stabbed or beaten. Several of those slain and assaulted were sexually abused, including at least one male.

**First Victim**

The first killing attributed to the Intruder occurred March 17, when Dayle Okazaki, 35, was found shot to death in her condominium in Rosemead. About an hour later, investigators said, a man walked up to a car in which Tsal-lian Yu, 30, was sitting alone at an intersection in Monterey Park and shot her to death.

On June 1, Mabel Bell, 84, and her sister, Florence Lang, 81, were found severely beaten in their home in Monrovia. Mabel Bell died; Florence Lang is still convalescing in a nursing home.

On June 28, Patty Elaine Higgins, 32, was found dead at her home in Arcadia. Police said her throat had been slashed. Four days later, the body of another Arcadia resident, Mary Cannon, 75, was found in her home. Her throat also had been slashed.

**Killed While Sleeping**

On July 20, Chainarong Khovanath, 32, was shot to death as he slept in his home in Sun Valley. His wife was assaulted and his 8-year-old son was

beaten. Two weeks after that, Elyas Abowath, 35, was shot to death in his home in Diamond Bar and his wife was assaulted.

"He is extremely diversified, cunning and very dangerous," Broussard said. The sheriff's sergeant warned that linking the intruder to a crime in the Bay Area does not mean that residents here should relax their vigilance.

"We're still telling people (here) to lock up and light up," Broussard said. "We don't want to give a false sense of security."

**Specific Trademark**

While detectives have said nothing about the clues linking the attacks, Dr. Harvey Schlossberg, a forensic psychologist in New York, said clues in serial murder cases usually include some form of specific trademark left by the killer.

"Each killing is a lot like an artist's painting, based on the artist's needs and wishes, so there has to be some sort of element that ties them together," said Schlossberg, a former director of psychological services for the New York Police Department who worked on the so-called "Son of Sam" murder case. David Berkowitz pleaded guilty to the murders of six women and the attempted murders of seven other people in New York City in 1976 and 1977.

"In these serial murders, you have the same dynamic. Each one has the same touch that will distinguish it from anyone else's," Schlossberg said.

**Robbery Not Motive**

An exception to this, he said, would be if the intruder's killings were motivated by the urge to rob. However, descriptions by police have not indicated that robbery was the primary motive.

In San Francisco, police Cmdr. Richard Klapp said investigators are concerned that the killer may strike again.

In Los Angeles, Sheriff's Sgt. Frank Salerno, a veteran homicide investigator who played a key role in the infamous "Hillside Strangler" murders in 1978 and 1979, said another attack would come as no surprise to him.

"Most serial murderers don't stop,"

Ex. 75, p. 895

FRIDAY, AUGUST 23, 1985, LOS ANGELES TIMES, MAIN NEWS, PART 1
COPYRIGHT 1985 / LOS ANGELES TIMES

000078175 PAGE 2
FAX page #27

he said. "They might relocate.  They will kill again."

 Times staff writers Bob Baker and Carol McGraw contributed to this story.

*Times Staff Writer*

**Photo:**
Peter Pan

**Photo:**
Reporter and detectives outside house where killing occured.

**Photographer:**
Associated Press

---

**NOTE:**
May not be reproduced or retransmitted without permission. For permission, call: 800 LA TIMES, Ext. 74564.

ERIC MALNIC; MARK ARAX
*Los Angeles Times (1886-Current File);* Aug 24, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. SD24

# 'Valley Intruder' Leaves His Mark

## Tests Link Slayings in San Francisco and Los Angeles

By ERIC MALNIC and MARK ARAX, *Times Staff Writers*

At least three different forms of evidence link the "Valley Intruder" to killings in San Francisco and the Los Angeles area, it was learned Friday.

These links are said to be ballistics tests, messages scrawled on walls and a "distinctive" piece of evidence the killer leaves behind in the homes of his victims. Not all three types of evidence are found in each of the cases.

San Francisco Mayor Dianne Feinstein said the ballistics tests established the tie between a weekend homicide there and at least two of the seven slayings in the San Fernando and San Gabriel valleys attributed to the killer.

A police official familiar with the investigation said the homicides in which the killer has used a weapon other than a gun are related by other "subtle but definite" evidence left behind in the homes of the victims. This evidence has been found in a majority of the cases and is "so distinctive" that it will enable police to rule out "copy cats," the official said.

### Message on Wall

Other sources said another clue —a specific message scrawled on a wall—was found in both the home in which the San Francisco couple were attacked and in the home of at least one victim in the Los Angeles area.

In addition, members of the 50-member interagency team set up to investigate the case are known to be looking at other common factors—including the fact that many of the victims—"a disproportionate number," as one investigator put it—are of Asian descent.

The team has sent dental charts believed to be those of the killer to more than 3,000 dentists in the Los Angeles area. The charts were obtained from a dentist whose business card was found in a stolen automobile. Investigators believe that the car, recovered in March, had been used by the intruder during the abduction of a child. The dentist told police that the patient —who had used a phony name and address and had paid in cash —matched the description of the intruder. Investigators say little further evidence was recovered from the car.

### Suspicious Car Spotted

The team is also continuing to check out reports that a maroon or brown 1978 Pontiac Grand Prix —possibly with a damaged right front fender—was spotted near the scene of a killing in Sun Valley. The team is discounting reports that a similar car was seen near the home of the San Francisco victims.

The Valley Intruder—described by survivors as a curly haired man in his late 20s or early 30s with gapped and rotten teeth—is considered a suspect in at least 27 attacks in the Los Angeles area since mid-March. Identified as the prime suspect in seven slayings, he is considered a possible suspect in as many as five more and is believed responsible for 15 rapes, beatings and kidnapings.

On Thursday, Los Angeles County Sheriff Sherman R. Block confirmed that the intruder had been linked to the weekend shooting in San Francisco that left accountant Peter Pan, 66, dead. and Pan's wife, Barbara, 64, in critical condition with a bullet wound in the head.

### Additional Reward Posted

On Friday, Feinstein called a news conference to announce a $10,000 reward for information leading to the conviction of the killer. The San Francisco reward is in addition to the $10,000 posted by the Los Angeles County Board of Supervisors and to two anonymous donations—$10,000 from one donor and $10 from another—to the supervisors' reward. The city of Arcadia, where two slayings linked to the Valley Intruder occurred, has posted a $5,000 reward.

Responding to a reporter's question, Feinstein said a ballistics test was the key link between the San Francisco and Los Angeles-area attacks. A police official in Los Angeles said the tests showed that the gun used on the Pans was also used in two murders here—one in Sun Valley, the other in Diamond Bar.

Both Feinstein and the official declined to elaborate on the caliber of the gun or other specific findings, but the San Francisco mayor did appeal to the public for any leads in the case.

"Somewhere in the Bay Area, someone is renting a room, an apartment or a home to this vicious serial killer," Feinstein said, indicating a belief that the killer may still be in Northern California. Investigators in Los Angeles say he may have returned to the Southland.

A police official said the "subtle but definite" evidence that links the Los Angeles-area murders is something that's "common, but not kinky. . . ."

Sources close to the case have declined to describe the words scrawled on the walls other than to deny they were "Jack the Ripper," as reported by some news media. The FBI has prepared a psychological profile of the Valley Intruder based on information provided by Los Angeles County sheriff's deputies, Los Angeles police officers and other Los Angeles-area peace officers involved in the case.

On Friday, John Holford, public information officer for the FBI in San Francisco, said San Francisco police are providing additional information that will be sent to the FBI Academy in Quantico, Va., to flesh out the profile.

The contents of the profile have not been made public.

**Times staff writers Mark A. Stein and Dan Morain contributed to this story.**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*Los Angeles Times (1886-Current File);* Aug 15, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. SD2

# *The State*

# Slaying Tied to 'Intruder'

The March 17 fatal shooting of a Monterey Park woman has been linked to a series of six other recent slayings believed committed by the so-called "Valley Intruder," authorities say. Los Angeles County Sheriff's Lt. Dick Walls said the killing of Tsai-lian Yu, 30, came about an hour after another woman, Dayle Okazaki, 35, was found shot to death in her condominium in Rosemead, about three miles away. Witnesses told authorities that a man walked up and shot Yu shortly before midnight as her car paused at a stop sign. The assailant drove away in another car. "Based on the proximity to (the) Okazaki (murder) and the time of day it occurred, there are strong indications that (Yu's death) is connected to the others" in the intruder series, Walls said. "We're looking at everything and anything to see if it's related." The lieutenant declined to provide additional details. Detectives believe that Okazaki's slaying may have been the first in the series.

**San Jose's city attorney** resigned shortly after the City Council voted to oust him. Robert J. Logan, who has been San Jose's chief legal adviser since 1977, quit after a 6-5 council vote to fire him, a move that had the support of Mayor Tom McEnery. McEnery and other council members would not discuss the reasons for their apparent displeasure with Logan, whose tenure in the $91,000-a-year job has at times been shaky, and he has come under fire for missing meetings and being out of town frequently. Last week, two of his top assistants resigned. Logan, who was the youngest man to hold the city attorney job when he assumed office at age 33, had no comment.

**A federal appeals court** reversed the attempted murder and robbery convictions of a San Quentin inmate, saying that he "was denied communication with the outside world" in his effort to prepare his own defense. Johnny B. Milton was convicted of robbery and three counts of attempted murder in a 1978 robbery of a San Francisco bar and a knife slashing attack on three bar employees. Milton attempted to act as his own attorney when a San Francisco Superior Court judge, the late Walter Calcagno, refused to replace his public defender. Milton claimed that a conflict of interest existed on the part of his court-appointed attorney. In order to prepare his own defense in 1978, Milton was permitted six long distance phone calls and seven local calls per day, but was not given a telephone directory by jailers so he was unable to acquire an expert witness and an investigator authorized by the court. The U.S. 9th Circuit Court of Appeals ordered that Milton be released.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Los Angeles Times

14 inches; 493 words      WEDNESDAY AUGUST 28, 1985, METRO, PART 2, PAGE 1      000079902
COPYRIGHT 1985 / LOS ANGELES TIMES      FAX page #1

# New Night Stalker Sketch Adds Black Cap

**By DAVID FREED and MARK LANDSBAUM**

Police officials issued a new composite sketch of the so-called Night Stalker on Tuesday that shows him wearing a black baseball cap, which detectives believe he has frequently worn while committing 14 murders and 21 assaults since February.

Los Angeles Police Department spokesman Cmdr. William Booth declined to say why the cap was included in the updated drawing, except to note that "at times, he's been seen wearing a baseball cap. It's not something he just started wearing."

Sheriff's Lt. Dick Walls said the killer may have left a similar cap behind in the Rosemead condominium where he is believed to have killed his first victim, Dayle Okazaki, 34, on March 17.

Authorities said a navy blue cap found at the murder scene had a silver patch embroidered in red. The patch depicted a lightning bolt and the letters "AC-DC," the name of a popular heavy metal rock band.

Other features of the first drawing—the curly brown hair and gapped, badly stained teeth— were not changed in the composite issued Tuesday, nor was the physical description provided by witnesses and survivors. He is described as being of slim build, about 6 feet tall and 25 to 30 years old.

Police asked that the public clip and save published versions of the composite drawings. Booth suggested that people carry the clippings in cars so they could more readily recognize individuals resembling the killer.

"If they see somebody who looks like him, we'll come in a hurry," Booth said.

Meanwhile, authorities continued their search for a car seen by a witness in the Mission Viejo neighborhood where the Stalker is suspected of shooting a 29-year-old man and raping his girlfriend early Sunday. The car is believed to have been stolen Saturday night in Los Angeles' Chinatown, while its owner dined in a restaurant.

Authorities described the stolen car as an orange 1976 Toyota with the license plate 482 RTS. The witness reported seeing a car of the same make and color, but was able to remember only a partial license plate number of 482 T.

Police have asked the public's help in locating the auto.

So far, the Los Angeles County Sheriff's Department, which is coordinating a multi-agency hunt for the serial slayer, has received more than 2,000 tips in the case, including dozens of reported sightings of people resembling the suspect.

The most recent sighting came Tuesday afternoon in the San Gabriel Valley community of San Dimas, where sheriff's deputies searched a neighborhood after receiving reports of a man resembling the Stalker in a "mom and pop" grocery store.

The deputies, aided by a helicopter and tracking dogs, scoured the area around Gladstone Street and Amelia Avenue for nearly an hour before calling off the search, said Deputy Richard Shaw.

"Two citizens saw a man who they thought resembled the 'Valley Intruder,' but we didn't find him," Shaw said.

Sheriff Sherman Block suggested early in the investigation that "Valley Intruder" would be an appropriate nickname because of the killer's intrusive behavior in sneaking into darkened homes, and because the crimes occurred in the San Fernando and San Gabriel valleys.

However, the most recent slayings have occurred as far away as Mission Viejo in Orange County and in San Francisco.

More and more, the public, the news media and law enforcement officials— particularly those in the Police Department—have come to call the killer the "Night Stalker."

"You can't call him the Valley Intruder because he's not always hitting in the valley," said Lt. Dan Cooke, a Police Department spokesman.

*Times Staff Writers*

**Drawing:**
A police sketch of the killer.

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.

Intruder Look-Alike Spotted on Amtrak
MARK LANDSBAUM; LANIE JONES
Los Angeles Times (1886-Current File); Aug 27, 1985; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. OC_A1

# Intruder Look-Alike Spotted on Amtrak

## Trail Lost in Delay in Notifying Police; Demand High for Guns, Locks and Dogs

### By MARK LANDSBAUM and LANIE JONES, *Times Staff Writers*

Hours after the serial killer known as the Valley Intruder shot a man and for the fourth time raped his girlfriend, a man matching his description was spotted Sunday evening on a Los Angeles-bound Amtrak train as it approached the Santa Ana depot.

The 6-foot, curly-haired passenger, carrying two suitcases, wearing jeans, a cowboy hat and a "white cowboy-type shirt," stepped off the train when it stopped in Santa Ana at about 6:30 p.m., witnesses said.

However, due to an apparent oversight, it was another 90 minutes before anyone advised the

---

Random attacks of the Valley Intruder make him hard to stereotype. (Part I, Page 1.)

---

Santa Ana Police Department, by which time the possible suspect was long gone, railroad and police spokesmen acknowledged Monday.

It may never be known whether the man spotted on Amtrak train 583 from San Diego actually is the one described by authorities as in his 20s or 30s with unruly, curly hair and gapped, badly stained teeth and who has been linked to 14 slayings in California.

The Amtrak man, under investigation Monday, is but one of 2,000 tips and numerous reported sightings passed on to a multi-agency police task force.

However, railroad authorities

felt the sighting was important enough to forward it to police. And so it was with Sunday's attacks in Mission Viejo—the 34th and 35th linked to the serial killer—Orange County residents, like those in the San Fernando and San Gabriel valleys and San Francisco before them, were buying guns and dead bolt locks to fortify their homes and protect themselves.

The man spotted Sunday may have boarded the Amtrak train at San Clemente or San Juan Capistrano—both only a short distance from Mission Viejo, where Bill Carns, 29, was shot in the head while he slept at about 2 a.m. the same day.

(Carns remained in critical condition at Mission Community Hospital, Mission Viejo, late Monday. His girlfriend, also 29, was raped and later treated and released at Saddleback Community Hospital, Laguna Hills.)

About five minutes before the train arrived in Santa Ana, a female passenger preparing to disembark was standing near the door when "a gentleman fitting the description (of the killer) . . . stepped into the vestibule," said Mike Martin, spokesman for Santa Fe Southern Pacific Corp. in Los Angeles.

The woman, a Mission Viejo resident whom officials declined to identify, sought out a Santa Fe brakeman, who waited until the train pulled into the station to report it to someone who could look for himself.

"Both were in agreement that he had one of the Mission Viejo people

**Please see TRAIN, Page 7**



Kai Fong, owner of Joe's Sporting Goods in Mission Viejo, says he had one of his busiest days ever, with people lined up when he

opened. He said he sold 10 handguns and two shotguns as a result of the attack on two Mission Viejo people Sunday.

*MARK BOSTER / Los Angeles Times*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Ex. 75, p. 899A

# TRAIN: Man Described as Night Stalker



This composite sketch of the so-called Valley intruder was drawn by police artists from descriptions by some victims.

Continued from Page 1

this guy was the Valley Intruder," Martin said.

"The brakeman proceeded to search for the conductor, but by then the train was at a stop at the Santa Ana depot, and before the brakeman could explain to the conductor what was going on, this person (suspect) is getting off," Martin said.

Complicating the situation, "the woman got off, too," Martin said.

About nine minutes later, "when they stopped at Anaheim, the conductor got off and talked to the Amtrak ticket agent on duty and told him what the situation was and instructed him to call the police and that the police should go to the Santa Ana platform area," Martin said.

"They had to roll the train so the conductor got back on," he said.

"Apparently whoever was talked to, did not call any authorities or did (call) and didn't get through," Martin said.

(Anaheim and Santa Ana police said Monday they were unaware of receiving such a call at that time on Sunday. The ticket clerk on duty Sunday could not be reached for comment Monday.)

## Passed On to Sheriff

Martin and an Amtrak police spokesman said the Amtrak security officers in Los Angeles first learned of the sighting when the conductor told them about it—after the train arrived there at 7:35 p.m.

The information was forwarded to Santa Ana Police Sgt. Don Blankenship at 8:10 p.m., who said Monday that he passed it on to the Orange County sheriff's investigators.

"It seems impossible to determine at this point whether he was the one or not," Santa Fe's Mike Martin said late Monday. "But maybe knowing that he travels by train is something significant."

Los Angeles County Assistant Sheriff Robert A. Edmonds said the Mission Viejo case had been "definitely linked" to the other attacks based on similarities in the method and the time of entry and physical evidence, but he declined to say what the evidence is.

Orange County sheriff's investigators continued Wednesday to collect evidence inside the home, which was cordoned off with yellow police tape. Two deputies, standing guard outside the home to keep gawkers from trampling over potential evidence in the yard, said people had driven by the house much of the day.

## Line at Gun Shop

At Mission Viejo convenience stores, gas stations and banks there was nervous conversation among strangers about the attack.

When Kai Fang opened for business at his Mission Viejo gun shop Monday morning, he found a line of customers waiting.

By 1 p.m. Fang, who owns Joe's Sporting Goods, the only store that sells guns in Mission Viejo, had sold 10 handguns and two shotguns, making this one of his busiest days ever.

"Usually our customers are sporting types, but today they're scared. They want home protection," he said.

In addition to guns, residents of the peaceful, middle-class community—and people from communities around Orange County—were buying door locks, iron security gates and security systems Monday.

"Everybody and his brother that should have put them (dead bolt locks) on a long time ago wants them today," said Claire Carr, co-owner of R.J. Carr Locksmith of Mission Viejo.

"Almost everyone has mentioned it (the attack). Carr said. "I think we're all quite terrified."

Lt. Dick Olson, spokesman for the Orange County Sheriff's Department, said Monday that the department's phones had been

busy with calls from concerned residents.

"People are telling us they're installing security devices on their homes," he said. "We think it's good, but it's a shame that it takes an event like this to alert people."

Christy Keener, secretary at South County Lock and Safe, San Juan Capistrano, said, "The phone's been ringing off the hook this morning, which is just what my husband predicted last night after the news of the shooting in Mission Viejo. The people are calling here asking for a little bit of everything (in forms of security), but mostly they're seeking dead bolts." At Cliff's Gunsmithing in Santa Ana, owner Cliff Lapiers said he had received 20 phone inquiries Monday.

At the Iron Man, a South Laguna firm which installs ornamental bars and grates, owner Larry Moore said he could not meet the demand.

"People want window guards. And they want them today," he said. Moore, a Mission Viejo resident, said he and his wife normally sleep with firearms and feel safe, but some of his employees were nervous. And he had heard of one Mission Viejo man who was sleeping in 110 heat "with all the doors

and windows locked."

Even the Orange County Humane Society was busy Monday. "Usually it's our smaller dogs that have been going but now it's our big dogs," receptionist Linda Haven said. She said people have been calling and saying they'll stop by after work to look at the society's German shepherds, Dobermans and pit bulls.

## Window Locks Sold Out

Hardware stores near Mission Viejo reported a run on locks, and one store, Builder's Emporium in El Toro, had sold out of its window locks by mid-morning Monday.

Security firms were also busy. Mike Reagor, manager of Sea Coast Security Systems in Costa Mesa, reported "a good 60-70% increase in calls, one right after the other, mostly from San Clemente, San Juan Capistrano, Newport, Mission Viejo, Laguna."

They were calling, Reagor said, because "with all the craziness and this weirdo running around," they wanted added protection.

All day Monday a steady stream of traffic moved slowly past the yellow stucco house at 24411 Chrisanta Drive where the couple were attacked. Among those stopping to stare at the home were two Mission Viejo boys who rode their bicycles over for a look.

## 'Locked the Whole House'

Both said they were still worried that "the Night Stalker" might strike in their neighborhood again. When he went to bed Sunday, Tony Tuber, 13, said he had "locked the whole house," turned on the backyard light and "put broomsticks in the doors," but was still worried.

His friend Chris Van Horn, 15, had also been worried when he went to bed Sunday, even though his father slept on the couch. The dog barked a lot Sunday night, Chris said, and every time the dog barked, he was scared.

Contributing to the preparation of this story were Times staff writers Bill Billiter, Mercida Dodson, David Freed and Nancy Wride.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.