Daily News

VALLEY EDITION ★ Monday, September 2, 1985 Copyright 1985 Daily News 25c COPY

# Auto, gun found in Stalker probe

By ARNIE FRIEDMAN and MICHAEL SZYMANSKI
Daily News Staff Writers

Los Angeles sheriff's deputies Sunday found the 1976 green Pontiac Grand Prix and one gun believed used by the Night Stalker.

But they still were looking for another weapon Richard Ramirez is believed to have thrown away Saturday as he was being chased by residents down an East Los Angeles street.

The discovery of the car came Sunday in the Lincoln Heights area. Deputies said it had been spotted near the scene of the killing of a Sun Valley man on July 20.

Authorites would not say where they found a gun, but they were searching in the area near Indiana Avenue and Interstate 5 for a .25-caliber weapon believed used in four of the slayings.

Meanwhile, it was learned Ramirez spent the last couple of days in Arizona, returning to Los Angeles at 7 a.m. Saturday

Please see PROBE Pg. 9

RICHARD RAMIREZ
Suspected in 14 killings

# Growing up tough

## Ramirez traded school for the streets

By KAREN E. KLEIN
Daily News Staff Writer

- Symbols of devil's worship were left by the Night Stalker during some of his murders, authorities say . . . . . Page 9
- Northridge couple may never recover from their encounter with the Night Stalker . . . . . Page 10

EL PASO, Texas — Richard Ramirez, the man believed to be the Night Stalker, grew up a skinny, solitary youngster in a tough neighborhood of this West Texas border town.

What he learned on the streets influenced him far more than what he learned during an abbreviated and troubled fling in the schools.

Through a series of interviews with family members, former school administrators, teachers, neighbors, classmates and the El Paso police, the Daily News has pieced together a picture of the formative years of the man suspected of the 14 slayings that set many Californians on edge.

By junior high, they say he became a constant marijuana user and a heavy metal music fan who blasted his neighborhood — La Roca, the Rock in Spanish — with his Black Sabbath records.

"He was always talking about breaking into houses or motels and taking TVs," said Eddie Gonzales, 30, who was a neighbor when Ramirez, known commonly as Ricky, lived in El Paso.

And a former classmate, who asked that his name not be used, spoke of the nickname Ramirez's activities earned him: "Dedos" — Spanish for fingers — be-

Please see RAMIREZ Pg. 8

Cecil Yates/Daily News

Rosario Alconez, 71, is lifted from the operating table by Drs. Mark Swanson, left, and Stephen Chang. Chang flies to Mexico about eight times a year to do free surgery on poor villagers. He and other surgeons help as many as eight villagers a day regain sight.

# Deadly Elena shifts course, batters coast

Daily News Wire Services

CEDAR KEY, Fla. — Unpredictable Elena, after being stalled at sea for two days, strengthened to a major hurricane with sustained winds of 125 mph Sunday and headed toward the Gulf Coast, where the second evacuation in four days was ordered.

More than 400,000 people in Florida's Panhandle and coastal areas of Alabama, Mississippi and Louisiana were told to flee the storm.

Apalachicola, Fla., was already being battered by high waves and winds of nearly 100 miles an hour when the center of the storm was 40 miles away.

By late Sunday, Elena had picked up speed and was heading toward the New Orleans area, said Mark Zimmer, a forecaster with the National Hurricane Center said. The storm had spent much of the day heading for the western end of the Panhandle.

Hurricane warnings were extended westward from Yankeetown, below Florida's Panhandle, to Grand Isle, La., about 50 miles south of New Orleans. The warnings, which covered New Orleans, included more than 500 miles of coast.

The storm was moving west-northwest at 12 to 15 mph early Monday, after moving north-northwest at about 10 mph for much of Sunday, the center said.

"It's moving right along on a track that would bring it in very near New Orleans around midday tomorrow (Monday)."

Please see ELENA Pg. 5

# Flying surgeon gives villagers

# S. Africa freezes loan repayments

From page 1

# 'He always wanted things the easy way'

RAMIREZ from Pg. 1

cause of his reputation as a petty thief.

Though some former school administrators had a difficult time Saturday remembering much specific information about Ramirez, by Sunday it seemed that everyone in El Paso knew about the infamous former resident.

The El Paso Times, in a copyright story Sunday, featured a front-page interview with his father, Julian, who still lives in El Paso. Ramirez's father and his mother, Mercedes, were in seclusion late Saturday and Sunday. He is an employee of the Santa Fe Railway, and she is a housewife.

Rosa Ramirez, Ricky's sister, said that her parents were under sedation and could not talk about their son.

A family neighbor said Mrs. Ramirez has had heart trouble in recent years.

Rebecca Ramirez, the wife of Richard Ramirez's brother, Ignacio, said: "Everybody was very shocked by the news, and we're all a little confused about what really happened."

But amid the family's confusion, one thing was clear Sunday.

"Our parents are parents, no matter what happens — and they still love him," she said. But they still were not sure whether they will go to Los Angeles, where their son is being held in jail.

"It's a question mark," Rebecca Ramirez said. "They don't know right now if they would be of any help in Los Angeles or not. And they don't know if they could afford the trip."

The family moved out of La Roca about four years ago to a more modern tract neighborhood east of central El Paso.

Francisco Salas, who has lived for 20 years in the neighborhood where Ricky grew up, explained: "I think they were ashamed of the boy and all the trouble he caused. That's why they left."

□ □ □

Ricky Ramirez grew up in a close-knit Catholic neighborhood about a half mile from the Mexican border. It is an economically poor section of El Paso.

'RICKY' RAMIREZ
1976 high school photo

The houses are small and close together, and there are few secrets from neighbors.

Ricky was the youngest of the five children born to Julian and Mercedes Ramirez, who were described by neighbors as traditional, strict and sometimes uncompromising parents.

Ricky was not a leader, and this trait made him susceptible to the influences of some of the tough boys who lived in La Roca, said Irene Tovar, a former assistant principal at Thomas Jefferson High School.

Ricky attended that school for a little more than a year. In the middle of his sophomore year, he dropped out, former neighbor Salas said.

"After he tried marijuana, he couldn't leave it alone," Salas said in Spanish. "The friends he made didn't help much."

And Gonzales, the neighbor who remembered Ramirez's boasts about being a thief, remembers: "He always wanted things the easy way. he was always looking to get something for nothing."

It takes but one word for Joe Mena, who lives on Ledo Street across from the house where Ramirez grew up, to describe how he remembers Ricky: Loner.

El Paso police need an extra word to summarize what they remember about Ramirez: three arrests.

Two of those were for petty theft, and the other was for an offense that the police department's ledger doesn't describe, except to say it was not major.

None involved violence.

Instead, these records and recollections of those who knew him suggest a young man who was more often close to the edge of trouble than actually in it.

At Jefferson High, for example, Ramirez was a fringe member of a local gang called San Juan, Gonzales said.

"He hung around with them, basically just to party," Gonzales said. "That was what he did. He hung out with people just to see what he could get out of them."

Dick Schuller, a shop teacher at Thomas Jefferson High, said Ramirez and his friends had a driving need for revenge against anyone that they felt had wronged them, intentionally or not.

Schuller remembered an assistant principal who expelled some of Ramirez's friends from school.

"They came back and broke out all the windows to his car," Schuller said.

□ □ □

On Sunday, he was noticed in a big way in his old hometown.

Nohemi Navarrate, 20, said she started to cry when she saw Ramirez's picture on television and learned he had been arrested in the Night Stalker killings.

"I can't believe it was him," she said, on the verge of tears. "He was kind and generous and ... thoughtful. Sure, he hung around by himself sometimes and he had his faults, like everybody, but I'm sure he would never want to hurt anybody."

Gonzales was far less generous: "When I heard about it, I was not too shocked. If he would have stayed around here, he would not have done it — everybody knew him too well.

"But when he went to L.A., I figured he could have done just about anything."

## Stalker scrawled satanic symbols

By ARNIE FRIEDMAN
Daily News Staff Writer

Symbols of devil worship, including a painted pentagram and the gouging out of the eyes of one of his victims, were left by the Night Stalker during some of his murders, authorities said Sunday.

With the arrest of Richard Ramirez, who is believed responsible for at least 14 murders, more details about the slayings became available from investigators.

Investigators appeared divided as to whether Ramirez actually was a devil worshiper or if he was following a fad related to heavy metal music.

Pentagrams — a five-pointed star associated with devil's worship — were painted on the walls in homes of some of the victims, authorities said. The eyes of Maxine Zazzara were gouged out by her killer after the 44-year-old Whittier woman had been stabbed to death, authorities said.

Also, the words "Jack the knife" were scrawled on the walls of a San Francisco house where the Night Stalker is believed to have killed accountant Peter Pan and wounded Barbara Pan. The message was written with Mrs. Pan's lipstick.

Authorities were at a loss to explain what the message meant.

The issue of Satanism came up because of the pentagrams.

While some officers said they thought Ramirez had been involved with devil worship, another disputed this, calling it a fad.

"I think he dabbled in it," the officer said, "because he's young and listens to heavy metal rock music. It's camp and faddish, like punk (music). ... (They) think they're tough and macho."

Speculation on the Night Stalker's involvement with satanism cropped up last week, when it was learned a cap with the logo of "AC/DC," a heavy metal band, was found at one of the murder sites. Some say the initials stand for anti-Christ, devil's child.

Adding to the speculation were reports that a search of an East Los Angeles area where satanic cults met revealed tennis shoe prints that matched those seen at some of the Night Stalker crime scenes.

Dea Lucas, who heads the Church of Satan in Van Nuys, disputed claims that the Night Stalker was satanic.

She said the Church of Satan strictly forbids any acts of violence.

# GOING OUT OF BUSINESS

OPEN TODAY
10 A.M. to 6 P.M.

CLOSING DOWN PERMIT #112021
HANDMADE ORIENTAL RUGS

Due to financial difficulty, CASPIAN ORIENTAL RUGS has ceased their operations of selling HANDMADE ORIENTAL RUGS on the road. Entire inventory, plus others, will be available for liquidation at A.A & A LIQUIDATORS, INC. We will honor all Caspian credits.

FIRST COME - FIRST SERVED

THIS AD MUST BE PRESENTED
SPECIAL 4'6x2'3 DHURRIE RETAIL $200 $19
ONE PER CUSTOMER

OPEN LABOR DAY WEEKEND
Sat., Sun., Mon. 10-6

| Size | Rug | Retail Price | Sale Price |
|---|---|---|---|
| 6'x3' | Fine Chinese | $950 | $275 |
| 9'x6' | Cherry Blossom | 1,850 | 575 |
| 13'x10' | 90 line fine Chinese | 5,750 | 1,890 |
| 10'x7' | Fine Chinese | 2,950 | 599 |
| 12'2x9'1 | Fine Hashmiri Kashan | 26,775 | 8,950 |
| 5'x3' | Herz | 550 | 150 |
| 6'x4' | Fine Decorator Dhurrie | 375 | 65 |
| 9'x6' | Fine Decorator Dhurrie | 700 | 175 |
| 12'x9' | Fine Chinese | $4,500 | $857 |
| 12'x9' | Herz | 3,350 | 1,250 |
| 12'x9'3 | Doubleknot Bokhara | 5,650 | 1,825 |
| 9'7x6'4 | Fine Kashan | 9,650 | 3,350 |
| 12'4x9' | Tabriz | 7,550 | 1,950 |
| 8'5x5'3 | Fine Tabriz | 3,100 | 950 |
| 5'6x3'3 | Beluche | 575 | 150 |
| 5'x3'2 | Silk Kashmiri | 5,750 | 1,850 |

THESE ARE A FEW EXAMPLES OF THE LARGE SELECTION IN OUR STORES

# AA&A LIQUIDATORS, INC.

LARGEST SELECTION OF HANDMADE PERSIAN & CHINESE RUGS ALL SIZES & COLORS
Rugs from Roumania, China, Iran, Pakistan, Turkey, Egypt, Afghanistan & India.

SHERMAN OAKS 14141 Ventura Bl. | PASADENA 908 E. Colorado Bl. 818-304-8394 | LOS ANGELES 213-479-1791 | TORRANCE

60 TO 80% OFF

From page 1

Inves... press... for 2...

PROBE from Pg. 1

...board a Greyhound b... ...ware he had been ...ent ...night before as the ... Night Stalker who had ...zed California with ... slayings.

Sheriff's officials also ...o 14 the number of kill... ...lieved linked to the Nigh... ...r. Two, which had bee... by Los Angeles police ... remained unidentified, ... on the list in error, offic... Sunday night.

Los Angeles ... called Phoenix police on ... asking them to contac... possible associates of Ra... an effort to determine h... ...ments in the Phoenix are...

Sgt. Dean Benson of t... ...nix Police Department ... was given three names ... Los Angeles police. H... not reveal the names, bu... detectives would attemp... ...tact the people on Mond...

The 25-year-old drifte... ...tive of El Paso, Texas, ... past Greyhound security ... unnoticed, out of the ... across from the Los Ang... ...lice Department's Centr... ...sion station and boarded ... ...ern California Rapid ... District bus for the area... downtown where he ... ...tured, said Sheriff's ... Sgt. Frank Salerno.

In effect, Ramirez ... right into the interstive ... that had been launched ... less than 12 hours earl... Salerno, lead investigat... Night Stalker task force...

Members of the task f... trying to determine if Ra... responsible for any crim... Phoenix area during t... that he said he was there ... no said in an interview.

"It's really early on" ... Phoenix investigation. ... still checking," Salerno ...

Salerno said Rami... talked with task force i...

Case 2:07-cv-08310-BRO Document 17-13 Filed 12/17/08 Page 2 of 33 Page ID #:4312

From page 1

# Investigators press search for 2nd pistol

PROBE from Pg. 1

aboard a Greyhound bus, unaware he had been identified the night before as the suspected Night Stalker who had terrorized California with up to 14 slayings.

Sheriff's officials also reduced to 14 the number of killings believed linked to the Night Stalker. Two, which had been added by Los Angeles police but had remained unidentified, were put on the list in errot, officials said Sunday night.

Los Angeles investigators called Phoenix police on Sunday asking them to contact three possible associates of Ramirez in an effort to determine his movements in the Phoenix area.

Sgt. Dean Benson of the Phoenix Police Department said he was given three names by the Los Angeles police. He would not reveal the names, but he said detectives would attempt to contact the people on Monday.

The 25-year-old drifter, a native of El Paso, Texas, walked past Greyhound security guards unnoticed, out of the depot across from the Los Angeles Police Department's Central Division station and boarded a Southern California Rapid Transit District bus for the area east of downtown where he was captured, said Sheriff's Homicide Sgt. Frank Salerno.

In effect, Ramirez walked right into the intensive manhunt that had been launched for him less than 12 hours earlier, said Salerno, lead investigator in the Night Stalker task force.

Members of the task force are trying to determine if Ramirez is responsible for any crimes in the Phoenix area during the time that he said he was there, Salerno said in an interview.

"It's really early on" in the Phoenix investigation. "We're still checking," Salerno said.

Salerno said Ramirez has talked with task force investigators following his arrest Saturday morning. But the homicide detective said the suspect has not admitted involvement in any crimes.

... find the best cases against Ramirez for his arraignment, which could be next Thursday.

Also, witnesses in a small gun shop in San Pablo near San Francisco said that they saw Ramirez Friday afternoon trying to buy a gun in the store.

The public defender's office has been assigned to Ramirez's case, said Garza. Until then, he remains in solitary confinement at the jail.

Ramirez was caught by citizens less than 12 hours after a nationwide manhunt was launched, and he was positively identified by police Saturday. Some of the citizens beat the El Paso native, whose most notable feature was described as stained, gapped teeth.

At a Sunday press conference, the sheriff's deputy who arrested the suspected Night Stalker talked about the crowd. Deputy Andres Ramirez, 25, has the same last name and is the same age as the suspect, but they are not related. Deputy Ramirez said he arrested the suspect only four blocks from the house the deputy grew up in in the East Los Angeles neighborhood.

Holding up the handcuffs he used to arrest the suspect, Deputy Ramirez said: "I'm going to admire them awhile, then I'm going to bronze them . . . They're going to be framed on the wall."

Deputy Ramirez comes from a family of police officers, including his wife, Jeannie, who said: "I'm very proud of him. Somebody had to get him (suspect Ramirez), and I'm glad that Andy did."

The couple said they had felt personal fear in their home during the time of the Night Stalker attacks, and both have guns.

Modest about his "hero" status, Deputy Ramirez said he was proud of the citizens of East Los Angeles.

"My job was done. All I had to do was stand there, say 'You are under arrest,' and handcuff him — take him into custody," he said. "The citizens did all the work, physically."

When he arrived on the scene.

Scott Garrity/Daily News

The Los Angeles County Sheriff's Department task force examines a car believed to be that used by the Night Stalker in at least one of his attacks. The car was found late Sunday in the Lincoln Heights area. Investigators would not say whether they found any firearms.

Eyes Examined...and Glasses or Contact Lenses in ONE HOUR*

Other doctor's prescriptions filled
- Union Plans Honored
- Medi-Cal Accepted
- Hablamos Espanol
- Sleep-in Lenses Our Specialty
- NO APPOINTMENT NECESSARY

*In Most Cases

Eyes Examined by Computer
"No Guesswork, No Confusion"

"Expect The Best From Us"

DR. BARRY BLEECK

Our Computerized Eye Examination Aids in Determining The Right Prescription For Glasses And Contact Lenses.

Eye Exam Includes:
Computer Exam
Glaucoma Test
Biomicroscopy
(Slit Lamp Test)

Phoenix area during the time that he said he was there, Salerno said in an interview.

"It's really early on" in the Phoenix investigation. "We're still checking," Salerno said.

Salerno said Ramirez has talked with task force investigators following his arrest Saturday morning. But the homicide detective said the suspect has not admitted involvement in any crimes.

Salerno, who was a lead investigator in the Hillside Strangler serial murder case in the late 1970s, confirmed Ramirez had no idea he had been identified by authorities as the Night Stalker killer when he arrived.

Salerno also said sheriff's officials believe there were a total of 30 attacks, including 14 killings. Somehow, two other homicide-related cases were added to the list, he said.

It wasn't until about 8:30 a.m. when he entered a liquor store east of downtown Los Angeles, picked up a newspaper, saw his photograph and name in the paper and ran from the store that he realized he had been named as a suspect, witnesses told police. "He panicked," Salerno said.

Authorities are trying to determine where Ramirez lived while in Los Angeles.

"We've never had an address for this guy," Salerno said. "This guy hopped from flea bag hotel to flea bag hotel."

On Sunday, Ramirez, was in solitary confinement for his own protection during his first day in Central Jail, sheriff's deputies said.

"He is in the high security part of the jail," said Los Angeles County Sheriff's Deputy Joe Garza. "He is in solitary for security reasons, not for reasons of punishment."

Meanwhile, police detectives from San Francisco and Los Angeles are compiling evidence to ing the time of the Night Stalker attacks, and both have guns.

Modest about his "hero" status, Deputy Ramirez said he was proud of the citizens of East Los Angeles.

"My job was done. All I had to do was stand there, say 'You are under arrest,' and handcuff him — take him into custody," he said. "The citizens did all the work, physically."

When he arrived on the scene, Deputy Ramirez saw half a dozen people surrounding the bleeding suspect. The suspect tried to mumble something to the crowd that he was in pain, the deputy said.

"The crowd got bigger as more police cars arrived. And a lot of them began yelling out he looks like the Night Stalker," the deputy said.

"It was an angry crowd," he added. "They were mad. They were making threats at him. They were pointing their fingers."

The crowd became a little hostile, he said. "I thought it was best to get him out as soon as possible."

A member of the multi-agency Night Stalker task force, when asked if suspect Ramirez was involved in a satanic cult answered: "Probably."

Five-pointed stars known as pentagrams were painted on the walls of homes belonging to some of the victims. Also, a hat was found at one of the scenes with AC/DC on it, which is a heavy metal rock group that sings songs with satanic lyrics.

Another possibly related case was still being investigated by Montclair Police Sunday. Two men in a house in Montclair were shot to death by an intruder who walked through an open door.

A Montclair detective said that the connection of these two killings to the other Night Stalker cases appeared unlikely.

SAVE NOW at Bethanis "THE CRAZY GREEK"

COOL... COOL... COOL

Carrier®

EZ to Install
3 SPEED FAN
5400 BTU
5 YEAR WARRANTY PARTS & LABOR

ONLY AIR CONDITIONER $299

Bring this coupon • Exp. 9/6/85

SAME LOCATION 37 YEARS
(213) 849-4244

Bethanis "THE CRAZY GREEK"
433 N. GLENOAKS BL. BURBANK
TELEVISION • APPLIANCES • MICROWAVES • AIR CONDITIONERS

COUPON COUPON COUPON COUPON

◦ Medi-Cal Accepted
◦ Hablamos Espanol
◦ Sleep-in Lenses Our Specialty
◦ NO APPOINTMENT NECESSARY
*In Most Cases

Computer Exam

"Expect The Best From Us"

DR. BARRY BLEECK
OPTOMETRIST

Los Angeles (OPEN SUNDAY)
842 South Broadway (213) 627-9771
NEXT TO ORPHEUM THEATER... FREE PARKING, SYSTEM AUTO PARKS

Woodland Hills
21835 Ventura Blvd. (818) 883-9562
WARNER PLAZA, NEXT TO VONS

R•E•A•C•H•I•N•G O•U•T

**Your Community Resource Center**
Information and activities to help you
• achieve and maintain good health
• become a better health care consumer

NU-MED HealthSource
**SEPTEMBER**

A community service of Nu-Med, Inc., in sponsorship with Valley Park Medical Center and West Park Hospital.

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource; AIDS - ACQUIRED IMMUNE DEFICIENCY SYNDROME 7:30 - 9 P.M. @ HealthSource | 4 | 5 | 6 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource | 7 |
| 8 | 9 | 10 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource; Lecture @ HealthSource Living With Arthritis 7:30 P.M. to 9 P.M. | 11 HeartSaver Class @ Valley Park Medical Center 6 to 10 P.M. | 12 | 13 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource | 14 Back To School Good Health Check @ West Park Hospital 9 A.M. to 3 P.M. |
| 15 | 16 | 17 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource; Aging: How To cope With Another Birthday @ HealthSource 7:30 P.M. to 9 P.M. | 18 | 19 Vitamins: Facts, Fiction & Fallacies @ HealthSource 1 P.M. to 2 P.M. | 20 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource | 21 |
| 22 | 23 | 24 Senior Exercise Class @ HealthSource 8:30 A.M. to 9:30 A.M.; @ HealthSource Impotency & the Aging Process @ HealthSource 7:30 P.M. to 9 P.M.; Alcohol Awareness For Seniors @ HealthSource 3 P.M. to 4 P.M. | 25 | 26 | 27 Senior Exercise Class 8:30 A.M. to 9:30 A.M. @ HealthSource; Nutrition/Weight @ HealthSource 10 A.M. to 11 A.M. | 28 |
| 29 | 30 W.V. SENIOR CONCERNS @ HealthSource - 9 A.M. | | | | | |

Open 9 A.M. to 5 P.M.
Monday through Friday.
Your visits and inquiries are welcome.
Conveniently located:
22323 Sherman Way #9
Canoga Park

Call (818) 999-6060
for a free schedule
of events

1,000 STORES

OFF
UGS
We buy rugs
Trade-ins welcome

DRIVE THRU
CONVENIENCE
that you get fast service, top quality a full range of expert photo services—all without leaving your car

NP-308

prints, as below thru Friday

and printing of process when you your roll at a participating ... any Offer expires

CODE A

Case 2:07-cv-08310-BRO Document 17-13 Filed 12/17/08 Page 5 of 33 Page ID #:4315

# Northridge pair may never recover from Stalker attack

By HECTOR GONZALEZ
Daily News Staff Writer

Christopher and Virginia Peterson may never recover, physically, emotionally or financially, from their one-minute encounter with the Night Stalker in their Northridge home, the couple said Sunday.

Already, their notions of privacy have been altered forever. Now, their perception of "security" rests in an elaborate security system Mrs. Peterson's brother installed Saturday.

"I still have flashbacks of that night. I remember it all, the trigger being pulled, the chase through the house, everything," Christopher Peterson said.

The Petersons were attacked early on the morning of Aug. 6 by the Night Stalker who, police say, entered through an unlocked back door. In an encounter that took less than a minute, the intruder shot both Christopher and Virginia in their heads. Incredibly, both survived.

When the couple heard Saturday that the prime suspect in the case, Richard Ramirez, had been captured, "it was like a burden had been lifted. We felt good," Mrs. Peterson said. But the couple remain cautious.

"We just hope and pray it's the same guy," she said.

The Petersons have not yet been asked by police to help identify Ramirez as the man who attacked them. But the man whose picture appeared in newspapers and was flashed on television "looked more like how I described him to police than the composite drawing that was put out," she said.

Even if Ramirez is the same man who attacked them, Christopher said his capture will not ease the emotional strain he and his wife have suffered over the last four weeks.

Their 4-year-old daughter still wakes up screaming at night, Mrs. Peterson said.

"It's getting a little better; I can sleep now," she said. "When he attacked that couple in Mission Viejo, though, I couldn't sleep for three days."

There also is physical pain, the aftereffects of the bullet wounds both sustained. Because the bullet punctured her palate, Mrs. Peterson has trouble opening her mouth, and eating "anything that doesn't come with a straw is pretty impossible."

Mr. Peterson put his finger to his temple to show where the bullet entered — the spot is now covered by his grayish-black beard — then traced its path around to the back of his neck, where the bullet still is lodged.

"It (the bullet) went right around in a horse-shoe shape and ended up pointing straight up toward the ceiling," he said and smiled.

He has lost a lot of mobility in his neck and occasionally there is a persistent ringing in his ears.

"The pains have gotten worse since the attack," Mrs. Peterson said. "The doctors say part of it is because of the emotional strain, but the physical pain is real."

Because of the pains, both physical and emotional, the couple have not been back to work since the attack.

LEO'S STEREO
$1500.00 CREDIT
ON APPROVED CREDIT
Labor Day WEEK-END SALE
FREE
EMERGENCY AUTO LIGHT FOR YOUR CAR
WITH PURCHASE OF ANY CAR STEREO
JET SOUND
JET SOUND ELECTRONICS
IN DASH AM/FM STEREO CASSETTE PLAYER WITH AUTO STOP, LOCKING FAST FORWARD/EJECT, LO DISTANCE SWITCH
ONLY
28.88
CROWN
ULTRA MINI STEREO CASSETTE PLAYER WITH AUTO REVERSE HEADPHONES
ONLY
10.00
LIMITED SUPPLY
SPORTSTER
SANYO
RP45
MINI AM/FM STEREO RADIO WITH MINI HEADPHONES
ONLY
9.92
$24.95
CAR STEREO
SONY
AUTO REVERSE
AM/FM STEREO RECEIVER WITH AUTO REVERSE, AMS, SYSTEM EQ., LED DIAL DISPLAY
98.00
KAWASAKI
GRAPHIC EQUALIZER AMPLIFIER WITH 190 + 190 W. OF POWER
16.78
ASPEC
2 WAY SUPER SLIM 4"X6" DOOR MOUNT SPEAKER
ONLY
12.00
PAIR
STEREO RADIO
JVC
FM/AM HEADPHONES STEREO RADIO
24.88
VOLUME CONTROL, FM STEREO INDICATOR
13" COLOR TV
NAME BRAND
13" COLOR TV
NAME BRAND
VHS VIDEO RECORDER
PORTABLE
NAME BRAND
AM/FM PORTABLE

## Briefly

### Teens tell of drug

NEW YORK — One ... school students admits to ... at least once a week, and ... smoked marijuana, accord... vey published in Septem... Circle magazine. The s... Circle and the nation... source Institute for Drug ... says drug and alcohol ... ing into grammar schools ... was started in 1981, compl... and involved more than ... 18-year-olds in 21 states ... in the Southeast, the maga...

### Inmates torch ...

CORK, Ireland — Abou... some wielding pickaxes ar... seized control of the Spike ... compound off the Irish ... and set it afire, leaving ... the prison a smoldering ... said. Riot-equipped police ... Irish soldiers, moved in to ... at the minimum-security p... rorist convicts are housed ... pound.

### Fall kills queen's ...

WINDSOR, England — ... who played for Queen El... the Windsor Castle chap... falling more than 30 feet f... dow of a building in the ... police said Sunday. Buck... said the queen was "shoc... dened" by the death of ... Porter, 43, who was deput... St. George's Chapel and ... 24 Queen's Choristers. He ... sic director at St. Geor... which has been on ... Windsor Castle for mo... years. Police Inspector ... said he believed no fou... volved.

### Lotto winner held

NEW CITY, N.Y. — A ... $1 million in the state ... years ago has been indicte... of stealing from his sister... in-law's convenience store ... said. Stephen Francis, 36, ... Friday on a charge of ... grand larceny for allege... $6,280 from the store in S... said Rockland County Dist... Kenneth Gribetz. Fr... $1,001,942 in November 19... to game and has been rece... payments of $44,222 whic...

# Daily News

VALLEY EDITION Tuesday, September 3, 1985 Copyright 1985

# Wreck of Titanic found, searchers sa

By WILLIAM J. BROAD
New York Times News Service

NEW YORK — A team of American and French researchers was reported Monday to have found the hulk of the luxury liner Titanic south of Newfoundland.

After combing the site with new undersea robots, the team was able to verify the ship's identity with cameras and sonar early Sunday morning, according to American and French officials. A French announcement said the wreck was found at a depth of more than 12,000 feet.

The discovery came more than 73 years after the luxury liner, said to be unsinkable, struck an iceberg on its maiden voyage and went down with the loss of more than 1,500 lives. The ship was the biggest and most luxurious liner of its day.

Dr. Robert D. Ballard of the Woods Hole Oceanographic Institution in Massachusetts, the leader of the joint expedition, said in a ship-to-shore interview that pieces of the ship were found early Sunday morning. One account located the wreck 370 miles south of Newfoundland, but there were conflicting figures.

The Titanic's wreckage had eluded at least three teams that set out to find it. Searchers have come back with only dim, tantalizing hints. The American-French team was working in the general area where the Titanic was believed to have gone down, generally put at 41 degrees 46 minutes north latitude, 50 degrees 14 minutes west longitude.

In an announcement, the Institute for Research and Exploitation of the Sea, a French government organization, said the wreck was positively identified by a French-made submarine sonar system and American-made underwater cameras.

The American part of the expedition, financed by the National Geographic Society, is based aboard the oceanographic survey ship Knorr, built for the Navy. The ship, 244 feet long, tows Woods Hole's robot submarine Argo, equipped with video and still cameras.

"We went smack d boiler," Ballard said.

"We came on it ea he said. "It was just on top of it. Our initi citement, then a cor to realize we had fou 1,500 people had died

For "a lot of us wh for so many years, th on more than a sh said. He said it se

Please

# Stalker

## Ramirez ticketed days before arrest

By ARNIE FRIEDMAN and RICK ORLOV
Daily News Staff Writers

Richard Ramirez was stopped by police in central Los Angeles and cited for a traffic violation — but was not recognized from composite drawings — shortly before the last Night Stalker attack on a Mission Viejo couple, authorities said Monday.

Ramirez was ticketed for driving a motorcycle without a license by a Los Angeles police officer within a week of the Aug. 25 attack in which Bill Carns of Mission Viejo was seriously wounded and his fiancee was raped, said an investigator close to the case.

The information grew out of the Night Stalker Task Force's effort to reconstruct details of the 25-year-old drifter's life during the days and weeks prior to his arrest. An Los Angeles police spokesman would not confirm the report.

Ramirez was captured Saturday by residents of Boyle Heights in East Los Angeles when he apparently panicked after seeing his photograph published in local newspapers as the Night Stalker suspect.

A small caliber handgun linked to some of the Night Stalker attacks was found after his arrest, an investigator said.

Please see STALKER Pg. 9

## Suspect survived as Skid Row loner

By DOLORES WOOD
Daily News Staff Writer

Night Stalker suspect Richard Ramirez spent much of the last two months as a quiet loner in Skid Row hotels in Los Angeles where even his street-hardened acquaintances were somewhat spooked by the thin young man's manner and the bizarre gleam in his eyes.

But they never dreamed he might be a suspect in 14 brutal slayings.

The fetid air is hot and close along Main Street where police say Ramirez lived for weeks, perhaps months. The gutters are filled with trash, and transients often sleep wherever they drop along the filthy sidewalks.

Ramirez stayed at least 1½ months at the

Please see SKID ROW Pg. 6

Associated Press

Residents were allowed to return Monday to Florida's coastal communities after Hurricane Elena moved north. Two inspect the damage at Indian Rocks Beach, just north of St. Petersburg.

# Elena finally storms ashore

Associated Press

BILOXI, Miss. — Hurricane Elena finally howled ashore along the Mississippi coast Monday with winds up to 122 mph, ripping off roofs, uprooting trees, flooding highways, slinging telephone poles and leaving almost 300,000 customers without power.

Despite the damage, no serious injuries were reported as the season's fourth hurricane made landfall after zigzagging around the Gulf of Mexico for four days. Earlier the storm contributed to three deaths in Florida.

More than a half-million people were evacuated in Florida, Alabama, Mississippi and Louisiana after Elena reversed course off the coast of Florida on Sunday and headed northwest with winds of 125 mph.

The hurricane's highest sustained winds quickly dropped after it hit land here just before 8 a.m. By late afternoon winds were down to about 40 mph, just above tropical storm strength, and all hurricane warnings were discontinued along the coast.

At 6 p.m. EDT, the storm's center was about 55 miles north of Baton Rouge, La., and it was moving west-northwest at around 15 mph.

Curfews were set in at least five stricken communities, and National Guard troops were called out in Mississippi and Louisiana. Several dozen of the 2,000 National Guard troops called out in Florida over the weekend re-

Please see ELENA Pg. 5

# Reaga pushe tax pl

## Effort dub 'fall offen

By BERNARD WEINRAUB
New York Times News Service

INDEPENDENCE, Mo. — saying "I'm back and rarin' to g for an income tax overhaul M attack on the current system a able and unproductive."

In a campaign-style Labor marked the opening of an intens his program, Reagan stood in f statue of Harry S. Truman in t Square and repeatedly linked t the populism that epitomized T cy.

"Our fair-share tax program the American people and a big nomic power for people who've l for generations," Reagan said i drenched square.

"I think Harry would be plea the crowd of several thousand ionists and others. He said his pr efit middle-class and working- was opposed by special interests

The speech Monday began w officials call "the fall offensive, advisers say could be a pivotal dency. Reagan plans a trip per few months to press for his plan

The proposal has drawn crit and elsewhere. Members of the writing committees say they hearted support for the plan a last month but would support it

The critics say the tax plan class and gives considerable reli

Please se

**Weather**

Fair except for early morning low clouds, clearing in the afternoon. Cooler days with highs today in the low to mid 80's. Overnight lows in the mid 60's. Air quality will range from good to very unhealthful throughout the Southland. Details in News, pg. 12.

# State suspends psychologist in client-sex case



From page 1

# Lessons from earlier cases helped guide Stalker probe

By B. J. PALERMO and RICK ORLOV
Daily News Staff Writers

*'The biggest problem is trying to keep . . . evidence secret'*

Lessons learned from other serial killing cases helped investigators in the hunt for the Night Stalker and may play an important role in the prosecution of suspect Richard Ramirez.

There are key similarities — and some differences — between the Night Stalker case and investigations into other killers who terrorized Los Angeles, including the Hillside Strangler, the Skid Row Slasher and the Freeway Killer.

The very nature of serial killers and their obscure motivations, the number of crime scenes, the overlapping jurisdictions, the large number of law-enforcement officers involved and the numerous tips from the public combine to make investigation and prosecution a complicated and lengthy process. The result is the defense is often well armed.

"When you go to trial, there are a lot of red herrings that a defense attorney will inject to point suspicion away from the defendant," said Roger N. Boren, a Los Angeles Superior Court judge and former deputy district attorney who prosecuted the Hillside Strangler case.

The question of how much manpower should be devoted to a case is one of the most important issues for police.

At its peak in late 1977 and early 1978 more than 100 officers were assigned to the Hillside Strangler Task Force in the Los Angeles Police Department alone. Other police jurisdictions added perhaps another 50 investigators.

Thousands of tips were phoned in to police agencies — so officers never were able to check out all of them.

In fact, officers later said that the name of Kenneth Bianchi, who eventually confessed to the murders, was in their files, but they didn't have time to question him during the heat of the investigation.

In a retrospective assessment of the Hillside Strangler Task Force, Police Chief Daryl F. Gates said too many people were being given bits of information, resulting in a number of officers having some information but not enough to help investigators in their efforts to solve the killings.

In contrast, the size of the Night Stalker Task Force was kept small — although at least seven law-enforcement agencies were involved in the investigation.

The Los Angeles County Sheriff's Department, which served as the lead agency, never had more than 35 officers involved.

For the LAPD, the investigation this time was kept in the Robbery-Homicide Division. During the course of most of the Night Stalker hunt, eight LAPD detectives were assigned to the case. It was only in the last week that it was expanded to include 20 officers.

Serial murder cases, in which several victims are killed in succession, are often marked by a confusion of law-enforcement agencies and jurisdictions, often resulting in a kind of tug-of-war over who gets to prosecute the case.

"In the Bonin case, there was jealousy and hostility, with agencies trying to work the various cases and competing, so to speak," said Deputy District Attorney Sterling E. Norris, who successfully prosecuted Bobby Joe Maxwell in the Skid Row Slasher murders of 1978-79 and William Bonin who was convicted in 1982 as the Freeway Killer.

"It was a multi-county, multi-agency problem, and there is no provision in the law that says when we have this someone is in command."

Just as serious in prosecuting serial murder cases is their notoriety. Public interest is so high they generate massive publicity.

"The biggest problem is trying to keep certain evidence secret," Norris said. "The more agencies you have involved and the more people you have speaking on it, the greater the risk."

"Sometimes the press runs away with the story, and the law-enforcement agencies themselves overblow them. It makes it difficult for a prosecutor who has to put evidence on the stand to support these charges."

Based on their experience with other serial killings, detectives in the Night Stalker case attempted in several ways to restrict the release of information they felt would hurt their effort.

Throughout the Night Stalker investigation, detectives shut themselves off from questions, referring all inquiries to public information officers who also were given limited information.

On those occasions where significant information was released, some officials complained about the damage it was doing to their investigation.

For instance, following the San Francisco killing of accountant Peter Pan, Sheriff Sherman Block publicly castigated Mayor Diane Feinstein for saying ballistic tests proved the slaying was the Night Stalker's work.

Last week when a special LAPD bulletin carrying the Night Stalker composite drawing was released, detectives privately complained that it contained too much information.

As in the Night Stalker case, investigators in the Skid Row Stabber case also withheld information from the public until the arrest of Bobby Joe Maxwell, a devil worshipper who left a sinister message during a spree that left 10 transients dead in 1978-79.

"I am Luther. I kill winos to put them out of their misery," he said.

In the Night Stalker case, investigators did not release the fact that a Satanic symbol, a five-pointed star — called a pentagram — in a circle, was left at some murder scenes until suspect Richard Ramirez was in custody.

"Publicity is the good and the bad we have to have," said Boren, who prosecuted Angelo Buono in the Hillside Strangler case.

"You get a lot of witnesses who come forward who think they saw something, but it wasn't affiliated with the case," said Boren.

Because of these problems, the district attorney's office became involved early in the Night Stalker case, said Chief Deputy District Attorney Gilbert Garcetti.

"I have assigned an attorney to work with the investigators in response to the Sheriff's Department calling me and asking if we could provide an attorney who would be handling the case," Garcetti said.

"We all want to be sure the investigation will be done absolutely correctly."

But for all the risks of public exposure, there also are benefits.

When the 25-year-old Ramirez was identified as the prime suspect in the Night Stalker case late Friday and his photograph released, the discovery was the result of combined efforts of law-enforcement agencies in three counties acting on key information provided by the public.

And once the photo was released, it was the public — alerted to what the suspect looked like — that recognized Ramirez and actually captured him in East Los Angeles.

Michael Goulding/Daily News

Alfredo Layva, a waiter in Margarita's Place, said that when Night Stalker suspect Richard Ramirez ate at the diner, he "looked at people like he was scared or something."

# Suspect lived in Skid Row hotels

SKID ROW from Pg. 1

Hotel Cecil, a $15-a-night room at 640 S. Main. Investigators said he also stayed at the $12-a-night Hotel Huntington at 752 Main St., where registers aren't kept and the hotel clerk didn't remember him.

He occasionally ate at a Mexican restaurant on the corner of Main and 7th streets and picked up a Pepsi or a beer at a store near the corner.

Raoul Enriques, a switchboard operator who doubles as a bartender and waiter at the Hotel Cecil, was the only person known to have spoken more than a few words with Ramirez.

"He never bothered me," Enriquez said Monday. "He respected me a lot. He told me I worked too much, and I told him he should get a job.

"I couldn't sleep when the police showed me his picture, because I didn't believe it. I thought about . . . how I talked to him alone at 10:30 in the nights, and he never did nothing."

Enriquez, 36, lived next to Ramirez on the hotel's 14th floor, and would see him occasionally in the hallways. He said he often heard Ramirez playing heavy-metal rock music over the hotel-room radio and could smell the marijuana that the young man habitually smoked.

Ramirez, a native of El Paso, Texas, told Enriquez he was from Juarez in Chihuahua, Mexico, a town just across the border from El Paso.

"He smoked a lot of pot every day," Enriquez said. "He asked me if I wanted pot, but I don't do that stuff. I told him, 'You're crazy man. This music is crazy.'

"He just smiled and said, 'You're crazy, too.' "

The two men had a casual relationship until somewhere around mid-August when the curly-headed loner became increasingly nervous and his behavior more disconcerting, Enriquez said.

"He would stay in his room, sometimes for a few days. I don't know why he don't go out. I think, 'How does he eat?' Sometimes he would be in there for three or four days, and I say, 'Maybe he died.' "

Ramirez's presence worried the maid who had to clean his room, Enriquez said.

"She told me, 'I'm scared because this guy smokes too much pot,' " Enriquez said. "Sometimes I would come out of my room to watch her when she went in there."

Ramirez often stopped at Margarita's Place on the corner of 7th and Main streets for soft drinks, shakes and a chocolate milk drink called champurado, workers said.

"I saw him too many times," said waiter Alfredo Layva. "His eyes looked like trouble most of the time."

He said Ramirez was always dressed in black and carried a black bag. He often wore dark glasses and a black cap, Layva said.

Ramirez would eat standing up in the restaurant rather than sitting at the counter with other customers and would nervously eye the people on both sides of him, Layva said.

"He would order little things, like a soft taco," he said. "I would say, 'What do you want?' and he would tell me that. He never said nothing else.

"Sometimes he paid for his order and leave it on the table. He don't eat nothing. He never smiled. He looked at people like he was scared or something."

Larry Gaj, a clerk in Mike's Market, a small grocery store on 7th Street, said Ramirez used to buy food and drinks.

"I never really gave him much of a second look. He was more or less like a loner," Gaj said.

"He never said anything. He would pick up a Pepsi or some ice cream or a beer and ask how much. He paid mostly in small change, then he would leave.

"What I did notice about him was his hair looked like a jungle. It was all this wild stuff. I don't think he ever did anything with it."

Quit
smoking
on your own?
EVERY SMOKER REALLY BELIEVES
HE OR SHE CAN QUIT "COLD TURKEY!"
but... only a few - 10% - make it!
told us the same story "I've tried to quit on my own—but
then something happens and it's back to smoking!"
Don't procrastinate! Do it right! Call Schick now!
Schick's unique program can help you lose

ONE MAN CA
BODY S

From page 1

# Police investigate Ramirez's travels

STALKER from Pg. 1

Authorities issued a public appeal Monday for help in finding a second gun. They believe Ramirez threw it away during the chase that led to his arrest. Task force investigators suspect it could be a .25 caliber handgun used in the four most recent shootings in Northridge, Diamond Bar, San Francisco and Mission Viejo.

Ramirez was being held without bail Monday in Los Angeles County Jail on suspicion of murder in connection with the 14 slayings and 16 assaults linked by sheriff's investigators to the Night Stalker. Investigators said he has made no confession. His arraignment is expected to be Wednesday or Thursday.

Investigators disclosed that information developed independently by detectives in Los Angeles and San Francisco led to identifying Ramirez as a suspect.

An investigative source said one key piece of information was a caller's tip to Los Angeles police last week that Ramirez was using a sixth alias — Richard Contreras. Ramirez's other aliases were Noah Jimenez, Richard Moreno, Nicholaus Adame, Richard Munoz and Richard Mena, deputies said.

Authorities believe Ramirez went to Phoenix sometime after the last Night Stalker attack — possibly with a stopover in Tucson first — before returning to Los Angeles Saturday morning, about two hours before his arrest. Phoenix police have been asked to check on three people who may have been in contact with Ramirez.

(In Phoenix, Daily News staff writer Karen Klein reported that a saleswoman identified Ramirez and recalled seeing him browse through her gift shop in the Phoenix Greyhound Bus Terminal Friday night.

("I figure he didn't bother me, and there's a guard around most of the time anyway," she said. "He looked like any regular traveler. He just looked around. He didn't buy anything. He did look like he was kind of dirty.")

Lompoc police said Monday that they assisted in the investigation when they were contacted Aug. 26 by a family who said they had bought some jewelry in San Francisco from a longtime family acquaintance named Rick. The family said Rick told them the jewelry was stolen from a house in the East Bay area, police said.

Lompoc Police Chief J.D. Smith said the family thought the man matched the composite drawing of the Night Stalker and contacted authorities. Smith said the information was passed on to Los Angeles and San Francisco authorities.

San Francisco authorities said they were able to come up with Ramirez's last name based on information from a burglary in the East Bay area. Fingerprints found at the scene of the burglary were similar to those found at the home where San Francisco accountant Peter Pan was slain and his wife was wounded three days later, police said. The attack on the Pans has been tied to the Night Stalker.

There continued to be confusion over how many killings have been linked to the Night Stalker.

Sheriff's Sgt. Frank Salerno, lead investigator of the Night Stalker task force, said investigators believe there are 14 slayings linked to the Night Stalker. Two additional slayings were mistakenly added by the Los Angeles Police Department in a public information release, he said.

Cmdr. William Booth, LAPD spokesman, said Monday he could not provide any further clarification.

"The information in the bulletin was a collaborative effort between the captains of the two homicide divisions," Booth said. "There might be some answers that I'm not in a position to know.

"When it was handed to me, we had discussed it considerably. I asked if it had been blessed by our buddies in the sheriff's department. I was told 'yes.' "

A determination of what charges will be filed is not expected until later in the week as investigators review the evidence with prosecutors. Prosecutors are expected to hold their first substantive meeting today.

Chief Deputy District Attorney Gilbert Garcetti said the initial filing will be made by Wednesday and probably will not include all the charges.

"We will make our decision based on available evidence at the time we have to charge," he said. "But based on the ongoing process of uncovering evidence, we expect additional charges later if the evidence warrants."

Sheriff's Capt. Bob Grimm said investigators will continue their work to gather evidence. "Whatever is filed won't be the final result," he said. "We'll continue to investigate."

Ramirez remains isolated in the protective custody section of county jail for his own protection. Warrants from Orange County and San Francisco, accusing him of murder, have been served on him and he has had at least one meeting with an attorney from the public defender's office.

Deputy Public Defender Paula Ogren said Ramirez met briefly with an attorney on Saturday following his arrest, and his legal rights were outlined. She said no determination had been made on whether the public defender's office will represent Ramirez.

It was not known if the $70,000 reward offered by government agencies and private donations will be paid to the residents of Hubbard Street in Boyle Heights who captured Ramirez.

County supervisors have asked the county counsel to determine if the residents are eligible to share the reward.

Investigators continued their inspection of a 1976 Pontiac Grand Prix that was seen at one of the murder sites. Officials would not disclose if any evidence was recovered when the car was found.

Motorists continued to drive by the area. Residents put several posters on fences with a five-pointed star containing the names of people who live nearby.

Protect Your I
"The Beauty and
Ornamental
Window Guard
Doors Enclosu
Gates-Hand. I
Pipe Railings-Spi
& Metal
Custom Design
Financing A
Call
Area (2
COMMERCIAL
RESIDENTIAL
274-IR

Weight

It Works
It's Prove
It's Quicl

Join now for $10. And

Last year, Weight Watchers millions of people lose milli before.

This year, the Weight Watc Program made it easier by that helped make losing we

So, come join the Weight W Program September 3rd th

Weight \

NO Restrictions
$129
to Dallas/Ft. Worth
$125
to Kansas City
to Washington $219
For reservations call 1-800-BRANIFF or your travel agent.
BRANIFF
BELIEVE IT!
Fares are subject to change but you can always expect the best low fares in the air
© Braniff 1985

LOWEST PRICES GUARANTEED
52"
WOOD BLADES
3 SPEED REVERSE
ANTIQUE BRASS FINISH
LIGHTS EXCLUDED
ONLY
$29.95
UNBELIEVABLE
SUMMER
CLEARANCE
SIMILAR TO ILLUSTRATION
52" HUGGER
3 Speed
Forward &
Reverse
Lights excluded
$39.95
5-OAK CANE BLADES
Antique
or
Brass Finish
3 Speeds
Lights Excluded
$49.95
WE ALSO CARRY
CASABLANCA · HUNTER · BICCAR · KDK · CONCORD
DISCOUNT SALES
WOODLAND HILLS
22878 Ventura Blvd.
(818) 340-4677
BURBANK/SUN VALLEY
8426 Sunland Blvd.
(818) 353-2742
LANCASTER
336 E. Ave. "I"
(805) 945-0284

NEW REGISTRANTS SHOU
TIMES LISTED
AGOURA
NORTH HOL

workers ... early reti...

Dodgers 4, Tigers ma...

# Daily News

Wednesday, September 4, 1985

Copyright 1985 Daily News 25c COPY

Associated Press

A Los Angeles County deputy sheriff leads Richard Ramirez, left, into the county Criminal Courts building where he was arraigned on charges relating to the Night Stalker case.

# Night Stalker suspect faces murder count

By B.J. PALERMO
Daily News Staff Writer

Richard Ramirez, the 25-year-old drifter accused of being the Night Stalker, was arraigned Tuesday on charges of murder, rape, robbery and burglary.

Ramirez, dressed in a blue county jail jumpsuit, ducked his head behind two public defenders to avoid the cameras of news photographers and the gaze of the capacity crowd when he was brought into court.

On the advice of Chief Deputy Public Defender Dave Meyers, Ramirez did not enter a plea but answered in a clear voice when he acknowledged who he was and agreed to a delay in holding his preliminary hearing.

He was ordered held without bail by Municipal Court Judge Elva Soper and told to return Sept. 9 to enter a plea.

Ramirez was charged with a total of eight counts involving the May 14 slaying of William

Please see RAMIREZ Pg. 8

## Stalker case gun found in Tijuana

By ARNIE FRIEDMAN and RICK ORLOV
Daily News Staff Writers

A .22-caliber handgun linked to the slaying of a Night Stalker victim was recovered last Saturday in Tijuana by Los Angeles County sheriff's detectives, sources close to the investigation said Tuesday.

Also, in mid-June, after the Night Stalker had claimed five of his 14 murder victims, a Los Angeles police officer stopped Richard Ramirez, now facing charges in the case, but lost him in a foot chase in the Glassell Park area, investigators said.

Please see GUN Pg. 10

# Gorbachev hints at flexibility on arms

## Senators told 'Star Wars' could threaten progress

By SERGE SCHMEMANN
New York Times News Service

MOSCOW — A delegation of eight United States senators met for 3½ hours Tuesday with Mikhail S. Gorbachev and said afterward that the Soviet leader had indicated the possibility of flexibility by his side at the Geneva arms talks.

According to the leader of the delegation, Sen. Robert C. Byrd, D.-W.Va., Gorbachev said that Moscow was prepared to make some "radical proposals" on strategic and medium-range weapons if the United States agreed to prohibit the "militarization of outer space," a Soviet phrase that covers both the so-called that he was prepared to accept "fundamental research." Nunn noted, however, that Gorbachev appeared to define fundamental research "very narrowly."

The statements by Gorbachev echoed several suggestions made by him and other Soviet officials over the summer, and seemed to follow a pattern of informal soundings outside the formal negotiations in Geneva, which resume Sept. 19.

According to American experts, none of the Soviet suggestions about deep cuts in Moscow's arsenal, or about permitting some "Star Wars" research, have been made in Geneva. And the State Department has urged that if the Russians

1 city

ty Council's Committee of an out-of- equires Los ictims of do- me as any

$149,500 in $50,000 to tered wom-

other plain- ach in dam-

le is what is

being beat the police in an inter- it was an- nd it's sick-

Donna B. e she be- y a 50-50 awsuit be- presented police had

pect

ay 3 by Los puties, who the assault

y hearing, fied that Al- le she was April 13. was a vice er into his

to a police an said Al- te area.

Dennis McCarthy

# Stalker left legacy of fear in suburbia

Cautiously, the windows are opening up again — the first concrete sign that life is getting back to normal in the suburbs.

The man suspected of being the Night Stalker is behind bars and for the first time in months, a lot of frightened people are getting a good night's sleep.

So what now? Do we forget the terror one man seemingly spread throughout California with such arrogant ease?

Do we write him off as an aberration — a freak who somehow fell through the cracks, temporarily making life tenuous in suburbia?

I doubt it. The Night Stalker's reign of terror touched too many people too directly to end with the capture of one man.

It made us look at how vulnerable our lives are, how easily we could be cowed and held-prisoner inside our own homes.

But probably the most important aspect to come out of stalker hysteria is that he forced us to look at protecting ourselves with maybe more than a baseball bat or kitchen knife.

The Night Stalker armed a lot of middle-class people who were never armed before — people who wanted nothing to do with guns in the home.

### Guns return to closet shelf

What will they do with their weapons now? Throw them away? Doubtful.

It is much more likely they will put them high on the closet shelf to await the arrival of the next Night Stalker. They will take the chance that none of the horror stories about having a gun in the house will happen to them.

As one cop put it, "The Night Stalker set gun control back 10 years in this city."

He's right, of course. As I mentioned in an earlier column, the Night Stalker almost had me buying a gun, and I hate them.

Mike of Westlake — a gun owner and sport shooter for 43 years — reminded me of that Tuesday. For safety reasons, he asked me not to use his last name.

"Having seen your own neighbors arming themselves, perhaps you can now see that all gun owners are not pot-bellied, beer-swilling, ultra-conservative, guffawing, mindless creeps," Mike said.

"We have jobs, families, responsibilities, fears, hopes, dreams, virtues and faults, just like car owners, cigarette smokers, (both groupings statistically more life threatening than guns) and most other folks."

And now, thanks to the Night Stalker, thousands more home owners who always thought protection was only a telephone call and a few seconds away — now know better.

### Guns for self-protection

"You say you hate guns, Dennis, and perhaps some of the victims (of the Night Stalker) did, too. That hatred blinded them to the possibility that they might one day need a gun for their own personal safety.

"Now there is hope for the first time that you and others are seeing another facet of gun ownership — self protection," Mike said.

"You see, Dennis, the police are not pledged to protect anyone. You have no access to the police unless a crime has already been committed or is being committed.

"Even if that were not true, there are not enough police anyway. In the final analysis, no one can be responsible for our personal safety but ourselves.

"We have only ourselves to count on. That must have sunk into your mind because even you are considering owning a gun," Mike said.

"I enjoy a sport called target shooting with rifle and handgun. But if my life is in danger in my own home, then my sporting equipment is also my last available measure of self defense.

"There is no time for police and there is no negotiating," Mike said.

It is a chilling conclusion. No time for police and no negotiating — just action. You either have the means to protect yourself and your family, or you don't.

Today, like it or not — the Night Stalker has put the means in thousands more hall closets and under mattresses.

*Dennis McCarthy's column appears daily except Saturday and Monday.*

# Holiday death toll lowest in 10 years

By JAMES W. SWEENEY
Daily News Staff Writer

California had its safest Labor Day weekend in 10 years with only 47 traffic deaths, authorities said Tuesday.

The highway death toll was down nearly 50 percent from 1983, when 69 people died in traffic accidents. Nine deaths were reported in Los Angeles County during the three-day holiday period that ended at midnight Monday. There were 14 in the county in 1984.

"This is the lowest since 1975" when 43 people were killed, said CHP spokesman Kent Milton.

Nationwide, there were fewer highway deaths than in 1984. Traffic accidents killed 415 people, according to figures compiled by the National Transportation Safety Board.

Last year, there were 441 highway deaths during the Labor Day weekend, which is considered the heaviest traffic period of the summer, Milton said. The highest toll was in 1968, when 688 people were killed.

Death and arrest figures for the weekend were compiled from 6 p.m. Friday until midnight Monday.

The CHP reported 2,338 drunken driving arrests statewide — including 554 in Los Angeles County — during the holiday weekend. The figures were down from 2,515 — 615 in Los Angeles County — last year, said Sgt. Mark Lunn.

"We'd like to think the number of drivers under the influence was down (because) there were fewer drunken driving arrests," Milton said.

"I'm extremely happy that deaths were down locally," Lunn said. "But last year, we made a record 2,515 drunken driving arrests in the state, so the drop this year may be misleading. There were still an awful lot of people driving drunk."

In Orange County, CHP spokesman Paul Caldwell said 126 people were arrested on suspicion of drunken driving, five less than last year. For the second straight year, there were no traffic deaths.

The CHP had extra officers on the road statewide and operated drunken driving roadblocks in Sacramento and Bakersfield, Lunn said. San Bernardino County sheriff's deputies also set up their area's first roadblocks.

"Underwriting it all, there sometimes is an unexplained drop that statisticians will tell you is expected variation," Milton said.

# Learning a lesson

George A. Reynolds III/Daily News

California State University, Northridge, issued more than 13,000 student parking stickers for this semester, but only 5,800 spaces are available. After a few weeks, things settle down, officials say.

# Permits don't guarantee space

By TONY KNIGHT
Daily News Staff Writer

Fall classes began Tuesday at California State University, Northridge, with the inevitable traffic jams that come from issuing more than 13,000 parking permits for the school's 5,800 student parking spaces.

As the usual first-day crush reached its peak at about 8 a.m., many new students discovered that buying a campus parking permit doesn't guarantee a parking space.

"It's still first come, first served," said Sgt. Robert Daniero, a campus traffic officer for the past five years. "There's no guarantee that you'll get a space. We refer to it (the permit) as a hunting license."

Not all of the 13,000-plus students with parking decals descended on the campus Tuesday morning, Daniero said. But he said the large number of students looking for parking spaces in the morning always causes traffic jams and missed classes during the first two or three weeks of the semester.

The university enrolled 27,715 students for the 1985 fall semester, 560 more than last fall. Final totals on the number of parking decals sold this fall are not in, but they are expected to equal last year's sales of nearly 14,000 permits, Daniero said.

This year a parking permit costs $33.75, up from last year's $22.50. The frustrating experience of paying that much for a parking permit and not being able to find a space on the first day of school hits the incoming freshmen especially hard, Daniero said.

"They're going to go home and tell Mommy, 'Hey, I couldn't find a parking space,'" Daniero said. "Then they'll come to me and say, 'Hey, I spent $33.75, and I can't find a space and I missed my class.' And I have to listen to this for the first three weeks."

Judith Elias, director of public affairs, said the problem is caused when large numbers of students come to school early during the first weeks of the semester to arrange for transfers, drop classes or just establish where their classrooms are. The parking situation eases after the initial crowding, she said.

"There is always enough parking once things settle down," Elias said.

The recent construction of apartment buildings on vacant lots near campus that once served as unofficial parking lots has added to the parking problem, Daniero said.

"There were some vacant lots that would hold 200 to 500 cars," he said, "but now they've built something on it."

Campus police are not writing tickets this week for cars parked illegally in campus lots. Next week, they will begin issuing citations that carry $18 fines for parking in student lots without a decal or parking outside marked spaces.

# 6-year term ordered for child abuse

By ROBERT BALLENGER
Daily News Staff Writer

An adult counselor at a Lake View Terrace foster care home was sentenced to six years in prison Tuesday for sexually abusing five boys under his care.

Edward Lamar Burgess, 27, pleaded guilty Aug. 6 to five of the 26 counts of child molesting, oral copulation and sodomy filed against him.

San Fernando Superior Court Judge Dana Senit Henry ordered Burgess to prison for three counts of oral copulation, including one with a child under 16; one count of sodomy; and one count of lewd conduct with a child under 16.

After his release from prison, Burgess, as a convicted sex offender, will be required to register with police and notify authorities of his whereabouts.

Burgess worked at the Youth Haven foster placement home in Lake View Terrace from Feb. 1 to July 6 as a counselor and houseparent.

During that time, according to court records, Burgess made sexual advances toward boys aged 10 to 17 under his care. Some of them had been placed in the home as the victims of previous sexual abuse.

Although complaints began surfacing about Burgess, it was not until one of the boys under his care ran away from Youth Haven to return home that sufficient evidence was found to investigate and file charges, authorities said.

In the probation report filed with the court, Burgess said he had done nothing wrong but decided to plead guilty because forcing the boys to testify against him would "further damage them."

Deputy District Attorney Kenneth A. Loveman, who prosecuted Burgess, said one of the boys under Burgess' care suffered seizures, apparently as an effect of having been sexually abused.

The probation report recommended against parole for Burgess, even though this was his first offense.

The report noted the victims were vulnerable to Burgess's advances, and the crimes involved several victims.

"He molested five boys under his supervision," the probation report stated. "These children were all placed in a group home because of emotional problems, and the defendant took advantage of his position to involve himself in sexual activity with them.

"The defendant accepts no responsibility for his actions and completely denies his involvement in sexual activity with any of these children. State prison is mandatory in order to protect the community," the report said.

# Governor opens WAR on arson

By BILL GILSON
Daily News Staff Writer

While announcing a statewide war against arsonists, Gov. George Deukmejian added some kindling of his own Tuesday to Los Angeles Mayor Tom Bradley's gubernatorial campaign fire.

Deukmejian joined with federal, state and county fire officials to begin what they called WAR — Wildland Arson Response — to track down people who intentionally start fires in forest areas.

Although he refused to be drawn into a prolonged media debate over Bradley's claims that the governor is shortchanging the public in handling the current prison overpopulation problem, Deukmejian said the mayor's comments were "politics" and "outlandish statements."

Bradley claimed Monday — while refusing to acknowledge that he sought the Democratic nomination to run for governor next year — that Deukmejian's prison construction program "is a fiasco, it's a joke, it's an embarrassment."

"It's too bad he's being so reckless with the facts," Deukmejian replied.

The governor said his opponent in the 1980 gubernatorial election had made "deliberate misstatements" about the use of bond money when he knew additional prison beds were being provided with the funding available.

"The mayor did nothing to help us in finding a site in Los Angeles County for a state prison," he said.

Deukmejian said he was dealing with a "recycled Tom Bradley" and that the public probably was not concerned about political campaigning this early.

"The campaign (for governor) is a long way off," he said. "I don't know who my opponent might be. I don't think the average person is concerned about who is campaigning when the election is more than 14 months from now."

In the meantime, the governor appeared to be campaigning himself. He hugged Smokey the Bear and posed for pictures with Los Angeles Raiders players to publicize the campaign against arsonists.

He said the program would be aided by a new computer system that links fire departments throughout the state.

Bob Halvorsen Daily News

Gov. Deukmejian tries on "Arsonbusters" cap given him by Dave Stalls at ceremonies that launched a statewide drive to crack down on arsonists

# Bill allows jail for drivers who refuse testing

By DIRK WERKMAN
Daily News Capital Bureau

SACRAMENTO — Drunken drivers who refuse to take a blood alcohol test could go to jail for as long as 18 days under a bill the Legislature sent to Gov. George Deukmejian on Tuesday.

The first time that a motorist refuses to take a test and later is convicted of drunken driving, the person would go to jail for 48 hours under the bill, AB 331 by Assemblyman Richard Katz, D-Panorama City.

A second offender would spend 96 hours in jail under the Katz bill while a third offender faces 10 days behind bars and a fourth or subsequent offender would be jailed for 18 days.

"We have to let drunk drivers know that they won't beat the system any more by refusing to provide a sample showing their blood alcohol level," Katz said.

He said during the last three years approximately 90,000 drunken drivers, often on the advice of their attorneys, have refused to take the tests in the hope the refusal would lessen their chances of being convicted.

Final legislative action on the bill came on a 77-0 vote by the Assembly.

In a related development, the state Senate approved a bill that would require people who have been convicted twice or more of drunken driving, and were caught with a blood alcohol level of 0.20 percent or more, to go to jail for 10 days.

From page 1

# Ramirez arraigned on eight counts, including murder

RAMIREZ from Pg. 1

Doi, 66, of Monterey Park, the rape of Doi's wife and the robbery of their home, as well as the May 9 robbery of Clara Cecilia Hadsall of Monrovia.

Prosectuors are alleging special circumstances in the Doi slaying, which could lead to the death penalty or life in prison without possibility of parole if Ramirez is convicted.

Murder charges also were filed against Ramirez in San Francisco for the Aug. 18 slaying of accountant Peter Pan and the attack on his wife, Barbara. There is a chance all cases in San Francisco and Orange County will be consolidated against Ramirez, Los Angeles County Sheriff Sherman Block said.

A .22-caliber handgun recovered in Tijuana Saturday, the day Ramirez was arrested, has been linked to the Doi murder, investigators said. It is the only killing linked to that weapon and investigators continue the search for a second gun believed used in some of the 13 other homicides of which Ramirez is suspected.

Officials have issued a plea for public help in finding the other gun believed thrown away by Ramirez as he was being chased down an East Los Angeles street by residents before his arrest.

Deputy District Attorney P. Phil Halpin said charges were filed against Ramirez to meet a legal deadline. Additional charges from the sheriff's office and Los Angeles Police Department probably will be filed as evidence in the other slayings and 16 attacks attributed to the Night Stalker is developed, he said.

"There are a number of homicides, attempted homicides, sexual assaults, burglaries and robberies that are under investigation," District Attorney Ira Reiner said at a news conference just prior to Ramirez' court appearance. "We have sufficient evidence to convince us that the majority of these crimes were, in fact, committed by the same person."

But Reiner cautioned against

Bob Halvorsen/Daily News

From left: District Attorney Ira Reiner, Detective Gil Carrio, Deputy District Attorney P. Phil Halpin and Sheriff's Homicide Sgt. Frank Salerno answer questions regarding the prosecution and continuing investigation of the Night Stalker case.

to the Night Stalker were committed by one person.

"We are still developing evidence and additional investigation is taking place," Reiner said. "Assuming the evidence warrants, we will be filing additional charges within the next couple of weeks."

Law-enforcement officials have said they have linked 14 murders to the Night Stalker who beat, shot, stabbed, raped or slashed the throats of his v...... after entering their homes at night through open doors or windows.

But Ramirez so far is charged only with attacks on the Dois of Monterey Park and the robbery of Hadsall, an 85-year-old Monterey Park woman.

On May 9, a man entered Hadsall's home through a kitchen window, appeared in her bedroom at about 2:30 a.m. and shined a flashlight in her eyes. Ramirez is charged with burglary and robbery in that incident.

On May 14, the Night Stalker entered the Doi's home between 4 a.m. and 5 a.m., shot and killed the 66-year-old man, raped his wife and robbed the couple, investigators said. Ramirez is charged with murder, robbery, rape and other sex crimes in that case.

"There is a mountain of evidence" still to investigate, Reiner said. "These are horrible crimes. Many investigators who went to the scene have described it as the most grotesque they have seen in their experience."

However, Reiner said the suspicion that Ramirez may have been involved in a satanic cult or some form of devil worship is not being taken seriously. He would not speculate on a motive for the crimes.

Sheriff's Homicide Sgt. Frank Salerno, the lead investigator in the case, said the identification of Ramirez by San Francisco authorities last week was "a major break. But it was also breaking down here in Southern California at the same time," he added.

Salerno, who also worked on the Hillside Strangler killings, described the Night Stalker as a "cunning" killer who worked alone.

"It is the most important and the most difficult case I have worked," Salerno said. "It is the most complex, because of the diversity of the crimes and the suspect himself ... and a number of things I can't comment on at this time."

Although investigators refused to discuss evidence, Halpin said the charges filed Tuesday are based on physical evidence, not witnesses' accounts. Victims and witnesses have not been shown photographs of Ramirez and probably will be asked to identify him in a lineup, he added.

Halpin, 48, was assigned to the case early in the investigation.

"I would prefer, for purposes of presentation of this case in the courtroom, that no photographs of this suspect had been distributed," Halpin said. "That's something the defense is going to use.

"But the plain facts are the fellow was apprehended the day after the pictures hit the press," added Halpin, who has worked 21 years in the district attorney's office.

As Ramirez was escorted from a Sheriff's Department van into the courthouse through a basement doorway, a small shaved spot on his head could be seen. It was a wound inflicted Saturday when he was battered on the head with a steel rod by one of the men who caught and held him until a sheriff's deputy arrived.

"I think eventually there's no doubt he would have been caught," Salerno said. "But without the help of the citizens he would not have been caught so quickly."

Daily News staff writers Arnie Friedman and Rick Orlov contributed to this story.

Open Daily 9-9, Sun. 10-7
Wed. thru Sat., Sept. 4-7, 1985
MasterCard VISA
Kmart®
MSC-70

# Man fitting Ramirez' description was jailed for car theft

By B.J. PALERMO
Daily News Staff Writer

A man who fit the description, was from the same hometown and used one of the known aliases of the Night Stalker suspect was sentenced in December to 75 days in county jail for the theft of a car from a Monterey Park driveway.

Although a sheriff's spokesman said Tuesday night there was a strong likelihood the man sentenced and jailed was Richard Ramirez, he stopped short of positively identifying him as the Night Stalker suspect.

The man who was sentenced to jail was Richard Munoz Moreno, a 6 foot 1 inch, 155-pound 25-year-old Hispanic from El Paso, Texas, according to documents filed in Los Angeles Municipal Court.

Ramirez, 25, who is from El Paso, is 6 foot 1 inch tall, weighs 155 pounds and uses several aliases, including Richard Munoz and Richard Moreno, authorities said.

Los Angeles County Sheriff Sherman Block said Friday that Ramirez had been arrested for car theft last December. Block released a photograph he identified as Ramirez that shows that he was booked in a Los Angeles police jail Dec. 12, the same date Moreno was arrested and booked for car theft.

Ramirez was arraigned Tuesday on eight felony charges, including the murder of William Doi, robbery, burglary, rape and other sex crimes. Other killings he is suspected of committing from San Francisco to Mission Viejo still are being investigated, and more charges could be filed later, authorities said.

The murder of Doi, 66, and the rape of his wife occurred in Monterey Park, where investigators believe the Night Stalker also committed two other slayings.

Moreno was arrested in San Pedro for stealing a 1975 brown Toyota that belonged to Louis Rivera of Monterey Park. Investigators, during the extensive search for Ramirez, said he seemed to prefer imported cars, especially Toyotas.

A breakthrough in the search for the Night Stalker was the discovery of an orange 1976 Toyota that yielded one of Ramirez' fingerprints and helped lead to his identification as a suspect in 14 killings.

That car reportedly was spotted by witnesses after the most recent Night Stalker attack, in Mission Viejo on Aug. 25.

The Los Angeles Police Department arrest report described Moreno as having hypodermic needle marks on both arms.

Moreno was arrested in San Pedro after he nearly crashed the stolen automobile into an LAPD patrol car, police said in their arrest report.

Rivera, owner of the stolen car, said Tuesday that he was shocked that his Toyota may have been stolen by the man who is the suspected serial killer.

Daily News staff writer Anita Friedman contributed to this story.

# Residue of Stalker warrants

## Police recover stolen goods

By RICK ORLOV
Daily News Staff Writer

A great deal of property stolen from victims of the Night Stalker has been recovered by Sheriff's deputies since the identification of Richard Ramirez as the killer responsible for 14 deaths, Sheriff Sherman Block said Tuesday.

Block said the stolen property was recovered in Los Angeles County after a number of search warrants was served. The recovery came after Ramirez was identified last Friday, he added.

Other property believed stolen by Ramirez has been recovered in San Francisco.

Block also said inquiries have been made by law enforcement agencies from other western states to determine if Ramirez was responsible for slayings in their jurisdictions. The sheriff termed this a routine request once a nationwide advisory goes out about a killer.

His comments came after the Los Angeles County Board of Supervisors honored five residents of an East Los Angeles neighborhood who chased down Ramirez after he reportedly was seen trying to steal several cars.

The residents honored were Frank Moreno, Jose Burgoin

ZODYS
COMMERCE AND SUN VALLEY
WAREHOUSE STORES ONLY

8144 SUNLAND BLVD., SUN VALLEY
TELEPHONE (818) 768-7702
STORE HOURS: MONDAY THRU FRIDAY 11 A.M. TO 8 P.M.
SATURDAY — 10 A.M. TO 6 P.M. • SUNDAY — NOON TO 6 P.M.

5555 E. OLYMPIC BLVD., CITY OF COMMERCE
TELEPHONE (213) 724-6381
STORE HOURS: MONDAY THRU FRIDAY 11 A.M. TO 8 P.M.
SATURDAY — 10 A.M. TO 6 P.M. • SUNDAY — NOON TO 6 P.M.

Back-To-School Specials

COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 139.97

REMOTE CONTROL
COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 179.97

Emerson
DIRECT ACCESS TUNER
COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 188.97

TOSHIBA
ELECTRONIC TUNING
COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 249.97

SYLVANIA
KEYBOARD ELECTRONIC TUNE
COLOR CONSOLE TELEVISION
WAREHOUSE SALE PRICE 449.97

PRICES EFFECTIVE THRU MONDAY SEPTEMBER 9, 1985

HURRY IN FOR BEST SELECTION
QUANTITIES ARE LIMITED TO STOCK ON HAND!
ITEMS IN THIS AD AT SUNLAND AND COMMERCE
WAREHOUSE OUTLET STORES ONLY

Hotpoint

...and witnesses have not shown photographs ...ez and probably ... to identify him in a ... added.

...in, 48, was assigned to the ...rly in the investigation ...ould prefer, for purposes ...entation of this case in the ...om, that no photographs ...suspect had been distrib... ...Halpin said. "That's some... ...e defense is going to use ...the plain facts are the fi... ...apprehended the day af... ...pictures hit the press," ...Halpin, who has worked ...in the district attorney's...

...mirez was escorted from ...f's Department van into ...thouse through a base... ...orway, a small shaved ...his head could be seen. It ...ound inflicted Saturday ...e was battered on the ...h a steel rod by one of ...who caught and held ...a sheriff's deputy ar...

...k eventually there's no ...e would have been ...Salerno said. "But with ...help of the citizens he ...t have been caught so...

...s staff writers Arnie Fried... ...ck Orlov contributed to this...

# Residue of Stalker warrants

## Police recover stolen goods

By RICK ORLOV
Daily News Staff Writer

A great deal of property stolen from victims of the Night Stalker has been recovered by Sheriff's deputies since the identification of Richard Ramirez as the killer responsible for 14 deaths, Sheriff Sherman Block said Tuesday.

Block said the stolen property was recovered in Los Angeles County after a number of search warrants was served. The recovery came after Ramirez was identified last Friday, he added.

Other property believed stolen by Ramirez has been recovered in San Francisco.

Block also said inquiries have been made by law enforcement agencies from other western states to determine if Ramirez was responsible for slayings in their jurisdictions. The sheriff termed this a routine request once a nationwide advisory goes out about a killer.

His comments came after the Los Angeles County Board of Supervisors honored five residents of an East Los Angeles neighborhood who chased down Ramirez after he reportedly was seen trying to steal several cars.

The residents honored were Frank Moreno, Jose Burgoin, Manuel de la Torre, Austino Pinon and Carmelo Robles. Deputy Sheriff Andres Ramirez also was honored for making the arrest of the suspect.

The supervisors also voted to create a panel of county officials from the sheriff's department, chief administrative office and county counsel's office to determine if these people will be eligible for the county's share of a $70,000 reward fund.

Along with private donations, the county was offering a reward fund of $35,095. Other rewards have been offered by Gov. George Deukmejian, Orange County and San Francisco. Los Angeles city officials are expected to ask the Police Department to determine who should be eligible for its $25,000 reward.

Block again requested public help in recovering a gun authorities say Ramirez was seen tossing away while he was being chased down Hubbard Street in the East Los Angeles area.

"We had people out there contacting residents in an area search," Block said. "Our people are confident the weapon is out there."

Investigators think the gun may have been picked up by someone. They hope it is a .25-caliber handgun that has been linked to the last four attacks of the Night Stalker.

Investigators now are trying to backtrack to try to find where Ramirez traveled during the past several months, whether he was arrested under any of the aliases he is said to have used and to learn as much as possible about what might have turned him into a serial killer.

The sheriff added that some of the behavior of the Night Stalker does follow an FBI psychological profile that was prepared in the case. However, there also were some differences, he said.

Part of the difficulty confronting officers in the Night Stalker killings was the randomness of the victims and the different way crimes were carried out.

"In some cases there were murders, in some cases not," Block said. "In some cases goods were taken and the houses weren't ransacked or they were ransacked and goods taken or they were ransacked and nothing taken."

Ramirez did not have any money when he was arrested, Block said, adding that in the July 20 Sun Valley case that is under investigation $30,000 in cash and jewels were taken.

88 Ea.
House Plants

...7¢
Vitamin B-1

...ower
67

# ZODYS
## COMMERCE AND SUN VALLEY WAREHOUSE STORES ONLY

8144 SUNLAND BLVD., SUN VALLEY
TELEPHONE (818) 768-7702
STORE HOURS: MONDAY THRU FRIDAY 11 A.M. TO 8 P.M.
SATURDAY — 10 A.M. TO 6 P.M. • SUNDAY — NOON TO 6 P.M.

5555 E. OLYMPIC BLVD., CITY OF COMMERCE
TELEPHONE (213) 724-6381
STORE HOURS: MONDAY THRU FRIDAY 11 A.M. TO 8 P.M.
SATURDAY — 10 A.M. TO 6 P.M. • SUNDAY — NOON TO 6 P.M.

Back-To-School Specials

COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 139.97

Capehart
REMOTE CONTROL COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 179.97

Emerson
DIRECT ACCESS TUNER COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 188.97

TOSHIBA
ELECTRONIC TUNING COLOR PORTABLE TELEVISION
WAREHOUSE SALE PRICE 249.97

KEYBOARD ELEC... COLOR CONSOL... 44...

PRICES EFFECTIVE THRU MONDAY SEPTEMBER 9, 1985

HURRY IN FOR BEST SELECTION! QUANTITIES ARE LIMITED TO STOCK ON... ITEMS IN THIS AD AT SUNLAND AND COMM... WAREHOUSE OUTLET STORES ONLY

Hotpoint
15 CU. FT. TWO DOOR NO-FROST REFRIGERATOR
WAREHOUSE SALE PRICE 349.97 WHITE

excellence
SPACE SAVER 10 CU. FT. COMPACT REFRIGERATOR
WAREHOUSE SALE PRICE 199.97 WHITE

Glenwood
30" EASY CLEAN GAS RANGE
WITH DELUXE DARK GLASS OVEN DOOR
WAREHOUSE SALE PRICE 269.97

Whirlpool
Hotp...
LARGE CAP... 2-SPEED 3-... WASHE...
319...

SAMSUNG
12" DIAG. MEAS. BLACK & WHITE PORTABLE TV
WAREHOUSE SALE PRICE 44.88

SUPER CAP... 2-SPEED 4-... AUTOMA... WASHE... WITH GAS... WITH AUTOMATIC...
WAREHOUSE SALE... 649...

PILOT
AM/FM STEREO CASSETTE RACK MUSIC SYSTEM
INCLUDES 8-TRACK TAPE PLAYER ALSO
WAREHOUSE SALE PRICE 449.97

5" DIAG. MEAS. AC/DC B & W PORTABLE TV
WITH AM/FM RADIO
WAREHOUSE SALE PRICE 69.97

VERSA-DIAL PUSHBUTTON WALL/DESK PHONE
WAREHOUSE SALE PRICE 18.88

500 WATT SPA... MICROWAV...
WAREHOUSE SALE PRICE 94...

HITACHI
AM/FM CASSETTE RECORDER
WAREHOUSE SALE PRICE 28.88

Panasonic
AM/FM STEREO RADIO CASSETTE RECORDER
WAREHOUSE SALE PRICE 49.97

LASONIC
AM/FM STEREO CASSETTE RECORDER
WAREHOUSE SALE PRICE 119.97

SONY
YOUR CHOICE SONY T-120 OR L-750 BLANK VCR TAPES
WAREHOUSE SALE PRICE 4.79 EACH

PERS... STEREO...
ZODYS COUPON

*THE WAREHOUSE OUTLET STORES ARE A BARGAIN HUNTER'S PARADISE. SELECT FROM FLOOR DEMOS, CANCELLED LAYAWAYS, DUPLICATES, PRIOR YEAR ITEMS, SCRATCH AND DENT ITEMS, CUSTOMER EXCH... SERVICED ITEMS, ONE-OF-A-KIND, SOME NEW IN BOXES, OVER-STOCKS & SPECIAL PURCHASES. ALL MERCHANDISE COMES WITH A FULL FACTORY WARRANTY. ZODYS WAREHOUSE OUTLET STORES ARE A FI... LOCATION FOR OUR 23 ZODYS STORES LOCATED IN CALIFORNIA AND NEVADA. ALL MERCHANDISE IS FULLY WARRANTEED BY THE MANUFACTURER AS WELL AS ZODYS GUARANTEE OF SATISFACTION. WE OFFE... AND ACCEPT MASTER CARDS AND VISA. LAYAWAY ALSO AVAILABLE. DELIVERY CAN BE ARRANGED AT A SMALL ADDITIONAL CHARGE.

From page 1

Associated Press

State Attorney General John K. Van de Kamp shows the partial print lifted from a car seen near a Night Stalker murder scene, left, and Richard Ramirez's file print. A $22 million computer system that still is being finished matched the two fingerprints.

# Computer credited with identifying Stalker

By DIRK WERKMAN
Daily News Capital Bureau

SACRAMENTO — A $22 million computer system that still is not completed provided the key to identifying Richard Ramirez as the Night Stalker suspect, Attorney General John K. Van de Kamp said Tuesday.

Van de Kamp said the computer "cracked the case" at 11:09 a.m. last Friday by matching a fingerprint found on a Toyota in Orange County to one taken by the Los Angeles Police Department when Ramirez was arrested in December 1984 on grand theft and controlled-substance charges.

Ramirez was at the top of a list of 10 possible Night Stalker suspects whose prints were pulled out by the Department of Justice's computerized fingerprint identification system, called Cal-Id.

For the past few months, officials have been feeding into the giant computer the fingerprints of approximately 380,000 people convicted or arrested for a variety of crimes.

When the system is completed in 1988, it will contain the fingerprints of 1.5 million people, Van de Kamp said.

Until last Friday, the system had not even been tested.

After setting the system up, state officials have been placing the fingerprints of 11,000 people a day into the computer.

Van de Kamp said that last Wednesday Orange County sheriff's investigators found a partial fingerprint on a stolen car that had been seen leaving the scene of the last Night Stalker murder.

A detective brought the fingerprint to Sacramento, and state officials decided to shut down the system, stop putting new prints into it, and insert the Orange County fingerprint to see if it matched anything in the system.

But once the search process began, it took the system only three minutes to print out the Ramirez' print and nine others, with Ramirez's print on top, Van de Kamp told reporters.

The print then was compared up with the LAPD's more detailed set, and the identification was made.

Later that night Los Angeles County Sheriff Sherman Block made public the identification of Ramirez and the fact that he was a suspect.

Although local police and sheriff's departments are not yet able to hook up to the state computer, final legislative approval is expected soon for SB 190 by Sen. John Foran, a measure that would appropriate $8¼ million to link the state with local jurisdictions.

# Suspect was lost in earlier pursuit

GUN from Pg. 1

It marked the first of two incidents in which Los Angeles police had stopped Ramirez while [illegible] him into custody, sources said.

Late last month, a patrol officer cited Ramirez in central Los Angeles for driving a motorcycle without a license, apparently not recognizing his resemblance to a composite drawing of the Night Stalker.

There was no widely circulated composite at the time of the June incident.

Moreover, the stolen car Ramirez, 25, was driving at that time led police to a dentist who had treated him for his badly decayed teeth, investigators said.

The weapon recovered in Tijuana has been connected to the slaying of William Doi, 66, and the rape of his wife May 14 at their Monterey Park home. Ramirez, a 25-year-old drifter from El Paso, Texas, was charged Tuesday with the murder of Doi, the rape of his 64-year-old wife and the robbery of their home.

Information developed by sheriff's investigators led them to Tijuana for the gun. No explanation was given for how the weapon wound up in Tijuana.

Ramirez was arrested on the same day in East Los Angeles after residents captured him following a wild foot chase, but sources insisted the recovery of the gun was not linked to the arrest.

Members of the Night Stalker Task Force are looking for two other weapons, including a .25-caliber handgun believed used in the last four attacks attributed to the serial killer.

Investigators suspect that the .25-caliber pistol could have been the gun witnesses reported seeing Ramirez discard along his would-be escape route Saturday. Repeated searches have failed to turn up that gun.

The police foot pursuit of Ramirez came in mid-June. After being stopped for an undisclosed reason, Ramirez apparently fled from the car and managed to elude police. The [illegible] out to be stolen, sources said.

Investigators have said stolen Toyotas have been used in at least a few of the Night Stalker crimes, including an Aug. 25 attack, the most recent in the series, that left a Mission Viejo [illegible]

Inside the car, found off the Glendale Freeway near Eagle Rock Boulevard, was a business card from a Los Angeles dentist.

Authorities have said the dentist had treated Ramirez under one of the Night Stalker suspect's several aliases and provided investigators a record of his dental problems. One of the main identifying features of the Night Stalker was his badly stained, gapped and missing teeth.

Police staked out the dentist's office, after learning Ramirez had an appointment for a follow-up visit, sources said. However, he never returned.

Before Ramirez' arrest, the dentist had been given police protection following news reports that dentists countywide had been given copies of the dental records, and warned that they may be visited by the Night Stalker, officials have said.

Commander William Booth, LAPD spokesman, declined direct comment on the disclosures.

"We're not going to engage in any reconstruction in the life and times of Ramirez," Booth said. "We just think the place for that to come out is as the court trial unfolds.

In other developments Tuesday, Phoenix police began to search through records dating back three years to see if any crimes in the Arizona city could be linked to the Night Stalker suspect.

Daily News Staff Writer Karen E. Klein contributed to this story.

L.A. LIFE

To beat autumn heat, Southland falls for cotton

SPORTS

Daily News

VALLEY EDITION ★ Thursday, September 5, 1985 25c COPY

Copyright 1985 Daily News

# Ramirez tied to 15-month-old killing

By JEFF SNYDER and ARNIE FRIEDMAN
Daily News Staff Writers

Night Stalker suspect Richard Ramirez struck 15 months ago in Glassell Park where his fingerprints were found at the apartment of a 79-year-old woman whose throat was slashed, Los Angeles Police Chief Daryl F. Gates said Wednesday.

The disclosure of the earliest suspected Night Stalker killing came as San Francisco police confirmed that three unsolved Bay area slayings — the stabbings of two sisters in February and the fatal shooting of a man in June — are under investigation for possible links to Ramirez.

As the search for evidence against Ramirez continued, the Los Angeles County Sheriff's Department said six articles were found by a squad of 60 cadets combing the area near the Glendale Freeway and the York Boulevard on-ramp in northeast Los Angeles.

Authorities refused to identify the items.

"The task force had information that he (Ramirez) might

Please see RAMIREZ Pg. 16

## 6 items found in Stalker search

By ARNIE FRIEDMAN and RICK ORLOV
Daily News Staff Writers

Sheriff's investigators recovered six items in the bushes of a Glendale Freeway on-ramp Wednesday in a search related to a Night Stalker attack.

Officials would not say what was found nor what led investigators to the site.

The search was concentrated at the York Boulevard on-ramp of the freeway in the Eagle Rock-Glassell Park area.

"We found some evidence and we're not going to comment on what it is," said a member of the sheriff's Night Stalker task force.

"The task force had information that he (the Night Stalker)

Please see SEARCH Pg. 16

## Lottery sales to start Oct. 3

LEGAL CALIFORNIA LOTTERY TIMETABLE
NOV. 6 1984
Voters approve California lottery at Nov. 6 general election.
DEC. 7 1984
Gov. George Deukmejian to name commission and executive director by Dec. 7.
MAR. 21 1985
135 DAYS
Commissioners were to be given 135 days from the date of the election to complete work for the games.
MAR. 21 1985
Tickets were to go on sale March 21.
ACTUAL CALIFORNIA LOTTERY TIMETABLE

## Comparable worth ruling overturned

Associated Press

SAN FRANCISCO — The nation's first statewide "comparable worth" ruling was overturned Wednesday by a federal appeals court, which said the state of Washington did not have to offer women equal pay for jobs of equal worth.

"Neither law nor logic deems the free market a suspect enterprise," said the 9th U.S. Circuit Court of Appeals in reversing a decision that could have

A three-member panel of the appeals court said federal laws banning sex discrimination in employment do not require an employer to provide equal pay for different jobs, even if the employer's own studies say the jobs have the same value.

In holding the state liable for damages in 1983, U.S. District Judge Jack Tanner had cited a study commissioned by the state government showing a 20 percent salary gap between workers in predominantly female and

From page 1

# Investigators find 6 items in Stalker search

SEARCH from Pg. 1
might have traveled that route," said Lt. Dick Walls, Sheriff's Department spokesman.

The area is not far from where Richard Ramirez, now in custody and accused of being the Night Stalker, fled from Los Angeles police last June 15 after he was stopped while driving a stolen car, authorities said.

Police Chief Daryl F. Gates on Wednesday confirmed that Ramirez eluded capture twice in the past 2¼ months when stopped for violations by LAPD traffic officers.

Both incidents occurred before Ramirez, a 25-year-old drifter, was identified as the prime suspect in a string of 15 killings and possibly as many non-fatal attacks across Southern California and in San Francisco.

Gates, however, acknowledged that a composite drawing of the Night Stalker, bearing a resemblance to Ramirez, had been circulated widely by the time of the second traffic stop in downtown Los Angeles on Aug. 26.

"There was simply no recognition on the part of the officers that he might be a (Night Stalker) suspect," Gates said Wednesday.

He said an accident investigation officer cited Ramirez, who didn't provide his real name in either incident, for what Gates said was an equipment violation on the motorcycle Ramirez had been driving at the time.

Gates said police later learned the motorcyclist was Ramirez.

The police chief said Ramirez initially was stopped for a traffic violation off the Glendale Freeway near Eagle Rock on June 15. While the patrol officer was either asking for Ramirez' identification or writing a ticket, a police radio broadcast indicated the motorist's car had been stolen, Gates said.

"The officer recognized he had the suspect in custody, but the suspect ran from him," Gates said.

# Stalker suspect tied to earlier killing

RAMIREZ from Pg. 1
have traveled that route," said Lt. Dick Walls, a Sheriff's Department spokesman. "That's all they'll tell me."

Sources close to the investigation said the search did not relate to Wednesday's announcement of a 15th killing linked to the Night Stalker but stemmed from one of the attacks being probed by a multiagency task force spearheaded by the Sheriff's Department.

The area is close to several sites linked to the Night Stalker investigation, including the Glendale home of Maxson and Lela Kneiding, who were found fatally shot on July 20, and the house where an 8-year-old Glassell Park girl was abducted from her bedroom. The girl later was found wandering on a Glendale street, the victim of a sexual molestation.

Ramirez, a 25-year-old transient who is a native of El Paso, Texas, so far has been charged with murder in the shooting deaths of William Doi May 14 in Monterey Park and Peter Pan August 18 in San Francisco. Ramirez currently is a suspect in 14 other killings in Los Angeles County, sheriff's investigators have said.

Detectives in Los Angeles and San Francisco are reviewing a string of unsolved slayings, burglaries, kidnapping and molestations dating back at least to 1981 for possible ties to Ramirez, who is known to have lived in both areas during that time period.

More than 30 attacks, including the 15 homicides, are under investigation, said homicide Sgt. Frank Salerno, who is coordinating the task force operation.

A police source close to the investigation said about 200 unsolved killings will be examined citywide in Los Angeles for possible ties to Ramirez.

Hundreds more across the county will be studied by the Sheriff's Department as investigators look for fingerprint comparisons and similarities in the Night Stalker style of attacks, sheriff's officials said.

A San Francisco police lieutenant said about 60 unsolved killings will be reviewed in the Bay area.

In the latest killing linked to the Night Stalker, police said Ramirez' fingerprints were matched Tuesday afternoon to one print found on the window screen of Jennie Vincow's apartment on Chapman Street in Glassell Park.

Gates said the assailant had removed the screen, entered through an unlocked window and slit the elderly woman's throat. The victim's body also bore several stab wounds, Gates said, adding she was found by her son on June 28, 1984, in her ground floor apartment.

"I'm very pleased that the man who committed the crime was caught," said Vincow's son, Jack, who lives in the same apartment building.

Neighbors said they ha[illegible] ly forgotten about Vincow's killing and never suspected that the Night Stalker might be linked to the slaying.

"We never thought about it, really," said Soledad Zavala. "Now that it comes out, sure, it fits the pattern."

"It was kind of weird," the neighbor said. "We couldn't figure it out.

"She was an old lady. She didn't have anything taken from her apartment," Zavala added.

Gates confirmed the woman had little of value in her apartment and said investigators have not been able to determine if anything was stolen.

All the other slaying victims had been attacked in single-family homes except Dayle Okazaki, 34, who was shot to death March 17 in her Rosemead condominium.

The three unsolved San Francisco slayings have "some similarity" to the Night Stalker's method of operation in other killings, said Lt. George Kowalski, who heads the San Francisco Police Department's homicide bureau.

Detectives are reviewing evidence in the Feb. 21 killings of Christina Caldwell, 58, and her sister Mary, 70, who were found stabbed to death in their Telegraph Hill apartment, he said.

Kowalski said the killer entered the ground floor of the sisters' two-story apartment through an unlocked door or window — the same pattern that authorities believe Ramirez used in other slayings.

The apartment was "somewhat ransacked," said Kowalski, indicating a pattern found by investigators in most of the other Night Stalker cases.

In addition to the double murder, Kowalski said investigators are scrutinizing the June 4 slaying of Edward Wildgans, 29, and the attack on his 25-year-old girlfriend as they slept in their apartment on 1882 Filbert St.

The woman, identified as Kathy Moore, described the assailant who entered through an unlocked, rear window as a Caucasian man who is probably Hispanic, he said.

Kowalski said Ramirez, using several aliases, is known to have stayed at the Bristol Hotel in the city's Tenderloin district during the time of the Pan killing.

Two pentagrams, five-pointed stars sometimes associated with satanism, were found scrawled on a bathroom wall and another wall in a room Ramirez stayed in, he said.

Satanic symbols, including a pentagram, were found painted on walls in the homes of several Night Stalker victims, police said.

A .22-caliber gun that authorities have linked to the killing of Doi, 66, was found in Tijuana, Mexico, last Saturday — the same day that Ramirez was arrested in East Los Angeles.

Ramirez, who is being held without bail in Los Angeles County Jail, was also charged with the rape of Doi's wife and the robbery of their Trumbower Street home.

Two small-caliber pistols that were used in other Night Stalker killings have not been recovered, authorities said.

A ring that could be a potentially significant piece of evidence in the San Francisco investigation turned up in Ogden, Utah, according to Ogden Police Chief Joe H. Ritchie.

On Aug. 31, the day Ramirez was captured, an Ogden man gave police a 10-carat gold ring that he received as a gift from a friend during a vacation in San Francisco, Ritchie said.

The friend who gave the Utah man the ring said he got the ring from "Rick" Ramirez, the nickname used by the Night Stalker suspect, Ritchie said.

# Ramirez spent 6 weeks in L.A. jail for auto theft

By B.J. PALERMO
Daily News Staff Writer

The Night Stalker suspect was in Los Angeles County Jail for the six weeks preceding a spree of brutal murders that began in February, law enforcement officials confirmed Wednesday.

Richard Ramirez, charged with murder, robbery and rape in two of the attacks attributed to the Night Stalker, is the man who was arrested by Los Angeles police under the alias Richard Munoz Moreno on Dec. 12, said LAPD Commander William Booth.

The jail booking photo of the man who called himself Moreno was the photograph released by law enforcement officials Friday, when Ramirez was identified as a suspect in the Night Stalker killings.

According to documents filed in Los Angeles Municipal Court, Ramirez, using the alias Moreno, was arrested by police in San Pedro when he nearly drove a 1975 brown Toyota Corolla station wagon into an LAPD patrol car. The car, police said in their arrest report, had been stolen from a Monterey Park man, Louis Rivera.

Sheriff Sherman Block had dated the beginning of the Night Stalker's spree at Feb. 8, but police announced Wednesday they have connected a June 1984 slaying to the same serial killer.

Ramirez, who was arrested on suspicion of felony auto theft, pleaded no contest on Dec. 17 to a misdemeanor violation and was sentenced to 75 days in jail minus eight days he had served. But he was released on Jan. 23, a Sheriff's Department spokesman said.

The police report describes the man arrested as a 24-year-old transient from El Paso, Texas, who had hypodermic needle marks in both arms. He was driving without a license, police said.

The arrest report also listed the alias Richard Munoz, one of several names police said Ramirez has used.

Rivera told the Daily News he was at home the evening of Nov. 30 when his car was stolen from his driveway by a thief who pried the left window open and used his own Toyota key to start the car.

When the Toyota was returned to him in January, Rivera said, he found it cluttered with items that included a jacket, a knife and a tape cassette of rock music.

Rivera, who turned the items over to police, said the car also was littered with bobby pins, hair barrettes and clothing, as well as fruit and milk cartons.

It appeared more than one person had been living in his car since it was stolen, Rivera said.

Between Nov. 30 and Dec. 12, when Ramirez was arrested, Rivera received three citations for Ramirez's traffic violations, Rivera added.

SINGER® ALL

Daily News

VALLEY EDITION Friday, September 6, 1985 25¢ COPY

Copyright 1985 Daily News

# Mahony reign begins

## Manning aides resign posts

By IRA RIFKIN
Daily News Religion Writer

Archbishop Roger M. Mahony began to reshape the bureaucracy of the nation's largest Roman Catholic jurisdiction Thursday as he set a tone of social justice and interfaith dialogue during the public celebration of his installation as spiritual leader of the Los Angeles archdiocese.

Mahony announced he had accepted the resignations of three key church officials who were closely identified with his predecessor, Cardinal Timothy Manning.

Resigning were monsignors Clement Connolly, John A. Rawden and Benjamin G. Hawkes.

Mahony also said he would initiate detailed studies of the archdiocese's assets, estimated to be worth more than $1 billion, and school system, which instructs more than 350,000 students.

"The church is sent to every language and every tradition, Spanish and English, Vietnamese and Hungarian, and this inculturation stands as her continual challenge," Mahony said during the elaborate public ceremony at St. Vibiana's Cathedral.

"But perhaps above all, the church is sent to the poor," Mahony told more than 1,500 church representatives, interfaith leaders and public officials assembled in the 109-year-old downtown church that serves as the official seat

Please see MAHONY Pg. 14

Roger W. Vargo/Daily News

Property believed stolen by the Night Stalker is guarded by Sheriff's Deputy Thomas Martin. The investigators in the case are trying to connect the items with Stalker suspect Richard Ramirez.

# Night Stalker victims view police lineup

By RICK ORLOV
and HECTOR GONZALEZ
Daily News Staff Writers

Thirty people who survived or witnessed Night Stalker attacks got a chance late Thursday to take a look at the man suspected of being the serial killer.

Men, women and children — some still suffering physical and emotional effects — showed up at the ... County Central Jail to view the lineup that included Richard Ramirez, the 25-year-old drifter, sheriff's officials said.

The witnesses and survivors observed Ramirez and "six or seven other folks who look like him," said Lt. Dick Walls, a Sheriff's Department spokesman.

Sheriff's officials refused to disclose if Ramirez had been picked out of the lineup and, if so, by how many people.

- Some new heroes emerge as police give details of the capture of Night Stalker suspect Richard Ramirez. . . . . . . . . . . . . Page 8
- Police in several cities are looking at unsolved murders to see if there might be a link to the Night Stalker slayings. . . . . . . . . . . . Page 9

Walls said the lineup and a ... porters at the request of victims.

Those who attended the lineup later looked at more than 2,000 pieces of jewelry, televisions and video recorders that were displayed in the rear of the jail in order to see if any of the valuables were theirs, Walls said.

The items had been turned in by people who had bought them or received them as gifts from a man they believed to be Ramirez, Walls said.

Please see LINEUP Pg. 9

# Officer says Ramirez implicated self

By ARNIE FRIEDMAN
and RICK ORLOV
Daily News Staff Writers

Richard Ramirez, drenched with sweat and sick to his stomach, expressed remorse and made incriminating statements while being taken to a police station after his arrest, a police officer said Thursday.

Los Angeles Police Officer Dan Rodriguez, who took Ramirez back to the Hollenbeck Division station, said the 25-year-old drifter made a number of statements to him that can be used against the Night Stalker suspect as evidence. He declined to discuss those statements.

*'He was feeling sorry and by the comments that he made to me, it furthered my belief that he appeared to be remorseful, sorry for all the incidents.'*

**Los Angeles Police Officer Dan Rodriguez**

Authorities had not previously acknowledged that Ramirez had made incriminating statements to police.

The suspect's attorney, Deputy Public Defender Allen Adashek, said he had not yet read Rodriguez' account of Ramirez' statements and would withhold comment.

Rodriguez said he believes Ramirez showed remorse after becoming the target of the public's preoccupation with catching the Night Stalker.

"He was feeling sorry, and by the comments that he made to me, it furthered my belief that he appeared to be remorseful, sorry for all the incidents," said Rodriguez, an 18½-year LAPD veteran.

"Initially, as I approached him, he immediately yelled out, 'It's me, it's me,'" Rodriguez said. "He lowered his head toward his knees and appeared to be concealing his face from the crowd.

"At one point he raised his head and looked around toward the crowd and lowered his head and said, 'I'm glad you got me.'"

Please see RAMIREZ Pg. 9

# FDA says one gay sex act

# Tax plan

R... IT! ... ner ... ice ... on! ... n we show ... irs, ottom- ... s, section- ... decorator ... nd spring

OFFICE FURNI...

# New heroes in chase emerge

## Three East L.A. men were first to spot Stalker suspect, alert police

By ARNIE FRIEDMAN and RICK ORLOV
Daily News Staff Writers

While the East Los Angeles residents who captured Richard Ramirez continued to be honored Thursday in Sacramento, police officers involved in the chase told of another group of citizen-heroes.

That earlier trail of the man suspected of being the Night Stalker began at the Greyhound bus depot downtown last Saturday and brought Ramirez racing briefly through the lives of several other people.

Details of that new aspect emerged Thursday in interviews with police officers involved in the arrest of the 25-yer-old Ramirez.

Octavio Ramos, Ramon Martinez and Juan Gallo were reading newspaper reports identifying Richard Ramirez as the Night Stalker suspect last Saturday when they saw a man who looked like his photograph walk past their house.

The three jumped in their car and began following the man. At one point he turned, looked at them and shouted, "What the hell do you want?"

One of his pursuers jumped out of the car to call police. The man suspected of being the Night Stalker had turned up in East Los Angeles.

A half-hour later, Ramirez would be chased through the streets of the city, across backyards and beaten before other residents irate over his attempt to steal a car would catch him and hold him for police.

Ramirez was first recognized on Olympic Boulevard shortly after he stepped off a Greyhound bus from Arizona and read in a Spanish-language newspaper that he had been identified as the suspected Night Stalker, said a police source close to the Ramirez investigation.

Apparently in a panic, the 25-year-old drifter from El Paso, Texas, boarded a Southern California Rapid Transit District bus headed east on Ninth Street, but was spotted while aboard and jumped off at Soto Street, police said.

Jose Luis Villegas/Daily News

From left, Octavio Ramos, Officer Dave Strandgren, Ramon Martinez and Officer Cary Ricard played roles in Richard Ramirez's capture.

When it was over, at 9:10 a.m. Saturday, a sweating Ramirez sat on a curb, tucked his head between his legs and became ill, said Officer Dave Strandgren of the Los Angeles Police Department's Hollenbeck Division.

"As soon as we saw him sitting there, it was obvious he looked just like the mug shot," Strandgren said. "He had injuries to the back of his head and was sweating heavily.

Sheriff's Deputy Andres Ramirez already had handcuffed the suspect. "The deputy said, 'We have a 415 (disturbing the peace) here.'" Strandgren said. "I told him, 'No, you have the stalker here.' He didn't know who he had.

"When he (Ramirez) was sitting in our car, Sgt. (Ed) Esqueda asked him what his name was and he said Richard Avila," Strandgren said. "He had a plastic I.D. card — a hospital medical card within his wallet. That wasn't one of the aliases we had been told about.

"Our sergeant then asked him again and he said, 'I'm Richard Ramirez. It's me, it's me, it's me.'"

Ramirez has been charged with two of the slayings attributed to the Night Stalker — in Monterey Park and San Francisco — and seven counts of robbery, burglary, rape and sodomy. Law enforcement officers throughout the western states are re-examining hundreds of unsolved cases to see if Ramirez might be connected to any other killings besides the 13 in Los Angeles County and one each in San Francisco and Orange County, authorities have said.

Officer Cary Ricard, who works patrol in Hollenbeck, said he first heard a call at 8:42 a.m. that Ramirez had been spotted by Ramos, Martinez and Gallo.

Other sightings of Ramirez also were being phoned in to police, including one from Rachel Navarro, 16, who works as a part-time clerical helper at the Hollenbeck station.

Ricard said she told officers that Ramirez tried to open the screen door and inner door of her house.

"The girl, her mother and a younger brother rushed to the front door and slammed it," Ricard said. "They did recognize him and yelled out in Spanish, 'That's the Night Stalker.'"

In response to the calls, a massive LAPD search for Ramirez was waged on the ground and in the air.

Ricard said Ramirez darted in and around almost all of the southern part of the Hollenbeck Division in the area east of downtown Los Angeles during his nearly 30-minute effort to elude residents and police.

Strandgren said a large crowd started to gather as paramedics treated Ramirez for his injuries.

"The crowd started getting bigger and bigger," he said. "Obviously, because of the gravity of the situation, we wanted to move him from the scene as quickly as possible."

Strandgren said there was no dispute with the sheriff's deputy over which agency should take custody of him.

"I told him that we'd been pursuing him for 2½ to 3 miles," he said. "We were just trying to catch up with him and that's who he have."

Ricard added that Ramirez had crossed about 150 feet into county territory when residents caught up with him.

Strandgren said Hollenbeck officers believe the three East Los Angeles men who initially alerted police deserve some consideration for a portion of the $70,000 reward offered for capture of the Night Stalker.

"These citizens should be acknowledged for the sighting because they were the ones who first (spotted) him, followed him and ended up calling us," said Capt. Joe DeLaDurantey, Hollenbeck patrol commander.

# Night Stalker witnesses view Ramirez in lineup

LINEUP from Pg. 1

The goods, loaded on three tables, were recovered by authorities from crimes in Los Angeles County, San Francisco and El Paso, Tex., Ramirez' hometown, Walls said. He refused to say what, if any, property was identified Thursday night.

Afterward, Walls told reporters the property had not been officially designated as evidence in the Night Stalker case.

"What we have here is property that investigators believe had been handled at one time or another by Ramirez," Walls said.

Some of the property was obtained through search warrants served at locations that Walls declined to specify. Most of the property, however, "came from individuals who came forward to provide it to investigators," he said.

Walls said he didn't know if the six items recovered in a search by sheriff's cadets Wednesday on a Glendale Freeway on-ramp were on display for those attending the lineup.

Meanwhile, it was learned Los Angeles police recovered a number of items in a backpack Ramirez was believed to have dropped in a back yard while being chased through East Los Angeles prior to his arrest Saturday.

An officer involved in the chase said the bag contained binoculars, a radio, music tapes, a black leather jacket and brown cloth or cotton gloves. All of the items were turned over to investigators.

Investigators have said that the Night Stalker is believed to have worn cotton work gloves to prevent leaving fingerprints.

It also was learned that officials are looking for a knife as well as a gun in the East Los Angeles area where Ramirez was captured.

Daily News staff writer Arnie Friedman contributed to this story.

WAREHOUSE SELLOUT!
CAR SEAT COVERS
WOOLTEX® THE SUPERIOR SEATCOVER
LIMITED TIME OFFER! BRING THIS AD!!
ALL OUR PURE WOOL, TOP QUALITY 3/4 INCH PILE WOOLTEX® MACHINE WASHABLE TUMBLE DRY
SHEEPSWOOL CARSEAT COVERS
(Some styles as Low as $14.95)
$39.95 EA.
Cash & Checks
HI-LO BACK BUCKETS, 60/40 SEATS FULL FITS, CUSTOMS! FOR EUROPEAN, JAPANESE & U.S. MODELS
IMMEDIATE + FREE INSTALLATION
MON.-SAT. 11 AM-5 PM SUN. 11 AM-3 PM
405 FREEWAY TO SHERMAN WAY EAST, LEFT ON SEPULVEDA, RIGHT ON SATICOY, LEFT ON BURNET
TRAVEL GEAR, INC.
(818)787-7700
7718 BURNET AVE., VAN NUYS

Reading BUSINESS TODAY pays big dividends.

SEE NEW COMPUTER IN ACTION!
Best Basic Ever Written! Runs Thousands C-64, C-128, and CPM Programs — Free Demos Now!
And when you buy your system from ComSoft you get FREE COMPUTER LESSONS. Check us out. ComSoft offers the BEST DEAL IN TOWN on Commodore 64 and Commodore 128 Systems. And ComSoft has the WORLD'S LARGEST SELECTION OF COMMODORE SOFTWARE. 50% OFF on SuperBase - 60% off on MultiPlan — 50% off on Omniwriter, 50% off on lots of Educational programs — loads of other super super specials while they last! REPAIRS. FREE SOFTWARE DEMOS. Open 11-7 Tues through Sat — Closed Sun-Mon

FREE LEGAL ADVICE

Tiempo Ra
Steel belte
Tiempo rac
reputation.
Guarantee
To keep your
replace the
or 4,000 whic
or
S
Oil, lube and
in tip top condit
tion and filter
result in extra
selected stores
location nearest



# Police officer reports implicating remarks

RAMIREZ from Pg. 1

Rodriguez, 41, was assigned to bring Ramirez in from where he had been arrested Saturday after a group of East Los Angeles residents chased down the man accused of being the Night Stalker.

Rodriguez said he immediately recognized Ramirez from the photograph that had been handed out during the morning roll call. Investigators had identified Ramirez as the Night Stalker suspect the previous day.

The 25-year-old Ramirez was put in the back of the black-and-white police car as a crowd of about 75 people began to gather around to get a look at the man suspected in at least 15 slayings in California, Rodriguez said. Ramirez was formally charged with two murders and seven other counts this week. If convicted of the murders, he could be sentenced to death.

"I could overhear some of the men (saying), 'They ought to kill him now,'" Rodriguez said.

"I remember it distinctly. I also could see that more males were kind of walking at a rapid pace and some I could even see running. I don't know what their intentions were, but the crowd overall was orderly and just merely wanted to see the suspect we had in custody."

As officers drove away with Ramirez, "the crowd cheered and clapped their hands and shouted hooray, that type of thing. That's the first time in my 18½ years that I experienced a crowd of that magnitude being so receptive and feeling joy for the apprehension of an individual like that."

Ramirez continued to be ill in the car, Rodriguez said, but appeared to compose himself as they began the five- or six-minute ride to the Hollenbeck station.

"I told him that he was in our custody, to relax and it would soon be over, that we were taking him to the station. And I kept insisting it would soon be over; that everything would be all right."

Rodriguez said Ramirez spoke to him in English.

"Most of the time he was kind of moving about, uneasy.... He appeared to be totally exhausted from running. He was sweating profusely. His hair was drenched with sweat. His clothing was disarrayed."

Rodriguez stayed with Ramirez for the 30 minutes it took for Night Stalker task force members to arrive.

"When I took him to the interview room, I tried to compose him as much as possible," Rodriguez said. "I made him feel at ease, and I offered him some water. He accepted the invitation rapidly. He said, 'Thank you, officer.' He was quite polite to me."

Ramirez did tell Rodriguez that he had gone to the East Los Angeles area to get away from people who had spotted him.

"He said, 'Apparently they recognized me and started chasing me,'" Rodriguez said.

"At one point or another, he stated, 'I'm glad you got me.' It indicated to me that 'I'm glad I'm here with you because so many people have been chasing me, and at least I'm in good hands with you. I'm safe.'"

While there were no parting words between Rodriguez and Ramirez, there was a brief acknowledgement between the two.

"As he was coming out of the police station (to be taken to county jail) ... I was the officer who opened the doors of the car," Rodriguez said. "He looked at me, gave me a smile — a gesture of thanks, if you will. Nods were exchanged. No conversation...."

Summertime
FAN & LAMP
SPECIALS!!
FREE
WALL CON
& LIGHT
WITH THESE
SALE
$199.00
FOUR SEASONS®
MODEL #4666-T
48" OR 40"
COMPUTERIZED FAN
WITH INTELI-TOUCH®!
NEW! COMPUTERIZE
48" AMERICAN BREEZE
REAL OAK BLADES!
$39.98
BANKER'S LAMP
Green or Amber
Cased Glass
NOW $36.62
LIFETIME WARRANTY
FAN INCLUDES
16" HIGH
LEADED GLASS
TIFFANY
COMPLETE
WITH BASE
SALE
$26.60
DOUBLE WALL SCONCE $11.99
SINGLE WALL SCONCE $5.99
3-LITE
CEILING FIXTURE
NOW $13.99

# 4 cities checking unsolved killings for Stalker links

By JAMES W. SWEENEY
Daily News Staff Writer

Police in four more western cities Thursday said they are looking at unsolved killings to see if there might be a link to Night Stalker suspect Richard Ramirez.

Ramirez is suspected of at least 14 killings in Southern California, the Bay area and, possibly, Arizona.

Santa Fe, N.M., police are actively comparing evidence from at least two killings there with material collected by Los Angeles police detectives, Santa Fe police spokesmen said.

Police in San Diego, Salt Lake City and Reno, Nev., said they plan to meet with Night Stalker task force detectives after they complete their investigation of killings in Southern California.

Three unsolved slayings in San Francisco are being examined to see if there is a link to Ramirez. Police in Phoenix and Tucson, Ariz., already are looking into unsolved killings for possible links to Ramirez.

The 25-year-old drifter from El Paso, Texas, who lived in Los Angeles and San Francisco, may have traveled to Arizona where police believe his brother lived until at least 1983.

Because Ramirez is suspected of committing crimes — including murders, rapes, robberies and assaults — in a broad area for as long as 15 months, police throughout the west have been checking their files for cases resembling the Night Stalker attacks in Los Angeles and San Francisco.

"As of now we are investigating a couple of female-involved homicides," Santa Fe Police Chief Assistant Dave Leyba said. But the cases have not been definitively linked to the Night Stalker slayings.

Santa Fe police Lt. Gilbert Ulibarri said one detective is working with Los Angeles task force members. He said that some similarities are apparent but refused to release any details of the killings.

Leyba said the cases are at least a year old.

Ulibarri said he is waiting to find out "what L.A. has that hasn't been released to the general public or the press ... to see if they can make our case for us."

Salt Lake City police detective John Johnson said they are investigating possible links between Ramirez and the death of an 18-year-old stabbed repeatedly during an attack in May.

Police in San Diego and Reno said they are waiting until Los Angeles completes its investigation before contacting the task force about possible Night Stalker cases in their areas.

"We've got to wait until the dust settles down before we bug these guys," said Reno police detective Bob Bogison. He said the task force is too busy with their own case to devote too many resources to out-of-town cases.

"Basically what we want is to let them complete their case. When they do, I'm sure they'll be hearing from a lot of people, including us," Bogison said.

Warning: The Surgeon General Has Determined That Cigarette Smoking Is Dangerous to Your Health.

THE PERFECT RE

Re·cess (Webster): A break from activity for re
Re·cess (Parliament): A unique filter for extra smooth tas

was 10.7 percent in December 1982.

The employment picture for Los Angeles improved even

room, said the report proves America's economy is packing new power."

However, analysts cautioned

more than 5 percentage points to 34.5 percent.

The overall 0.3 percent de-

Please see JOBS Pg. 11

# The last roundup

## Students must say goodbye to lonely steer

By PENELOPE SIMISON
Daily News Staff Writer

Stanley the lonesome steer has let the world — at least that part around North Hollywood High School — know he's depressed.

"He moos all the time and he's keeping the neighbors up," agriculture teacher Carol Drag said. "He's lonely."

The complaints will stop today. Stanley is heading for his last roundup, going to that big feedlot in the sky where the grass is lush and green and there aren't any branding irons.

In short, Stanley is ambling for that most dreaded of places for bovines — the slaughterhouse.

Stanley, all lovable 1,100 pounds of him, has been at North Hollywood High School as part of a Future Farmers of America project. He was purchased last year when he was 9 months old and has been on the school's feedlot since then, with students fattening him for sale at the San Fernando Valley Fair.

But when prices offered didn't match the $1,450 loan that Angie Ruiz and Mayra Santos had to take out, they decided to keep Stanley.

Several other students had the same problem with five other steers they had purchased. Four were sold eventually. The fifth was slaughtered and the meat will be stored in the school freezer.

Meat from the fifth steer, Drag said, will be sold "steak by steak" to pay off Marguerlet Gonzalez's loan to the bank.

"She'll have to pay it off slowly as meat is sold from the freezer," the agriculture teacher said.

That left Stanley, a mere lad at 18 months, alone in his feedlot, mooing and disturbing the school's neighbors.

To pay off the loan, the students decide to hold a raffle — selling 65 tickets for $20 each. Stanley was the prize.

The raffle left students $400 short of what they needed to break even on their costs. "My mother's probably going to make up the rest," Ruiz said.

A few of the raffle tickets were bought by restaurants and meat markets, with friends and relatives of the young women buying most of the rest.

The winner of Stanley was Los Angeles resident Ralph Brack, who's known Ruiz since she was a little girl. On Friday, he was seeking freezer space to store the meat.

While Stanley may be gone from the physical world after today, he may well live on — probably as Stanleyburgers.

Garry Watson/Daily News

Angie Ruiz, left, 18 of South Gate and Mayra Santos, 18, of Pacoima look sadly at Stanley, their steer. The animal was won in a raffle Friday and will be slaughtered today.

# Midw... cras... in M...

By ROBERT ENSTAD and GARY WASHBURN
Chicago Tribune

MILWAUKEE — ... Express DC-9 crashe... ter takeoff from Mitchell Field here... ing all 31 persons ab...

It was the 19th plane disaster in the... trous year in aviatio...

The crash came fi... the day after a Delt... 1011 plunged to th... Dallas, killing 135 ... within a month of ... dents in Japan and E... claimed a total of ... lives.

Midwest Express ... bound from Madison, ... lanta via Milwauke... from Mitchell Field's ... Right, climbed to ... feet and plunged to ... seconds later at 4:22 ...

# Reag... apartl...

By DAVID HESS
Knight-Ridder News Service

WASHINGTON — Reagan apologized ... saying last month t... lieved racial segrega... lic places had "all bee... ed" in South Africa.

At an impromptu s... reporters in the W... press room, where th... had gone to extol hi... policies, Reagan ... whether he "really b... all segregation has ... nated in South Africa...

# Ramirez changed, ex-roommate says

By WALT STEGMEIR
Daily News Staff Writer

LOMPOC — Night Stalker suspect Richard Ramirez changed from a man you would trust to a cocaine user possibly involved in devil worship, a former roommate said Friday.

"He was a nice guy," said Earl Gregg Jr., 25, who added that he has known Ramirez since 1980.

"He was easygoing," Gregg's wife, Deleen, said. She added she never saw Ramirez with any weapon and that he always traveled by bus. She said he always carried a Walkman stereo and listened to it with earphones.

A Walkman radio and binoculars were among many items found in a backpack Ramirez was believed to have dropped while being chased through East Los Angeles before his arrest last Saturday, according to Los Angeles police officers who recovered the items.

Ramirez always carried binoculars, Gregg said during a 30-minute news conference in this north Santa Barbara County city. He added he has "no doubt" Ramirez is the Night Stalker,

Please see RAMIREZ Pg. 11

## Weather

Some low clouds in morning otherwise fair, a little warmer today with highs in the upper 70s and lows in the low 60s. Air quality will be good throughout the Southland. Details in News, page 18.

## Index

| | Section | Page |
|---|---|---|
| Ann Landers | L.A. Life | 3 |
| Bridge | L.A. Life | 16 |
| Comics | L.A. Life | 9 |
| Crossword | L.A. Life | 16 |
| Editorials | News | 17 |
| Entertainment | L.A. Life | 13 |
| Funeral Notices | Classified | 2 |
| Horoscope | L.A. Life | 16 |
| News Summary | News | 18 |
| People | News | 18 |
| Phones | News | 4 |
| Real Estate | Real Estate | 1-44 |
| Religion | News | 15 |
| Scoreboard | Sports | 7 |
| Stocks | Business | 2 |
| Television | L.A. Life | 18 |

TO SUBSCRIBE
Call (818) 997-4241

# Vacation pay la...

## Partial benefit ruling may c...

By BOB EGELKO
Associated Press

SAN FRANCISCO — In a potential billion-dollar victory for California workers, a federal appeals court on Friday restored a state law requiring payment of partial vacation benefits in cash when an employee is terminated.

A three-member panel of the 9th U.S. Circuit Court of Appeals reversed a September 1983 decision by a federal judge in Los Angeles who had ruled that the state law conflicted with federal law.

The case has attra... al attention, with the ... ministration, the sta... York and North Ca... the AFL-CIO support... nia's position that the ... fits are valid.

Under the 1972 Cal... as interpreted by a ... July 1982 state Sup... decision by Chief J... Bird, workers whos... has a vacation plan st... vacation benefits the... on the job. If they a... any time, they must ... unused vacation tim... rated basis — even i...



# rt restores law on vacation benefits

g. 1
tember 1983
strict Judge
irred the la-
rom enforc-
efits.

preme Court
Labor Com-
Henning said
ion benefits
actively for
e July 1982,
ritten vaca-
o years un-

Those benefits were never paid because of the lawsuit. After Friday's ruling, Gov. George Deukmejian's labor commissioner, C. Robert Simpson, said he was inclined to disagree with Henning and deny retroactive benefits unless a court ruled otherwise.

Richard Simmons, lawyer for the business groups challenging the state law, estimated the possible retroactive benefits at $1 billion, and said it could cost companies another $1 billion a year to pay vacation benefits in the future under Friday's ruling.

He predicted the businesses would appeal the decision.

The business groups, led by the California Hospital Association, argued that the state benefits were barred by the 1974 federal Employee Retirement Income Security Act, or ERISA.

The act calls for exclusive federal regulation of "employee benefit plans." But federal labor officials, including the Reagan administration, have interpreted the law to allow state regulation of vacation benefits paid out of "the employer's general assets," as opposed to a separate fund. That interpretation would allow the California benefits.

The appeals court, in a ruling by Chief Judge James Browning, said ERISA was aimed at stopping two abuses: mismanagement of pension funds and failure to pay pension benefits.

"Traditional vacations during which the employer continued to pay the employees' regular wages presented neither of the evils Congress intended to address," Browning said. He also said vacations could be considered "wages" rather than "benefits."

Simmons, the business groups' lawyer, predicted many smaller companies would eliminate their vacation plans rather than comply with the decision, and that others would set up trust funds to pay vacation benefits, an apparent exception to the state law.

The ruling "will hurt employees more than it will help them," Simmons said.

But Marsha Berzon, lawyer for the national AFL-CIO, said the alternatives described by Simmons were "extremely unrealistic."

"People pay vacations because people want paid vacations. That's how they get their employees," she said. She also said the trust fund plan, which would subject companies to federal regulation, has its own costs and administrative burdens.

Associated Press

l wreckage of a Midwest Express airliner that 'isconsin just after takeoff. All 31 aboard were killed. A witness said the plane rolled, then plunged to the ground. Some saw black smoke from the engines before the crash.

# lled as airliner dives, des just after takeoff

s on his way "Then I saw smoke like come out of

d given it a that he was said. "Then he left wing lled the air- 180 degrees. nting down. huge orange ground."
ave dropped before hitting ng to uncon-

ped with two JT8D-7 en- David Long, ratt & Whit- d, Conn. The model than pe of engine used a fatal lish Airtours off from Man- last month. gers died in engine com-

WIS.
Milwaukee
General Billy Mitchell Field
Plane Crash
Lake Michigan
Chicago
ILL.

The plane flew from Wisconsin's Mitchell Field, the airline's hub

deer was found among them.

down. Knoll had been booked on the flight.

"He called right after the plane crashed and said he had changed his flight," Mrs. Knoll said.

"I feel very lucky," Knoll said after landing at Atlanta's Hartsfield International Airport aboard an Eastern Airlines flight.

But others at Hartsfield were deep in mourning. They were taken to a conference room at the terminal. Two men and a woman eventually emerged with tears in their eyes. They walked away without talking to reporters.

Midwest Express, a fledgling three-aircraft airline headquartered in Appleton, Wis., uses Mitchell Field as its hub of operations. It is owned by K-C Aviation, Inc., a subsidiary of Kimberly-Clark Corp., the giant Neenah, Wis., firm that manufactures Kleenex tissues and other paper products.

A spokesman said that the airline is an outgrowth of the Kimberly-Clark corporate fleet.

## Airplane disasters this year

Associated Press

Following is a list of airplane disasters this year:

**Jan. 1**

29 killed when an Eastern Airlines 727 hit 21,000-foot Mount Illimani in Bolivia.

**Jan. 21**

68 killed when a chartered Galaxy prop-jet on a gamblers junket crashed after taking off in Reno, Nev.

**Feb. 19**

148 killed when an Iberia Boeing 727 crashed into a mountain in Spain.

**June 23**

329 killed when an Air-India 747 apparently exploded in flight off the coast of Ireland. Sabotage was suspected as the cause.

**July 24**

74 killed when a Colombian air force DC-6 flying a pas-

# Ex-roommate says Ramirez was 'nice guy'

RAMIREZ from Pg. 1

based on information police have given him.

Gregg said that after he, his wife and other family members lived with Ramirez in the San Francisco Bay area in 1980, he saw him only occasionally. The last time Gregg said he saw Ramirez was in March. Four killings linked to the Night Stalker occurred that month in Monterey Park and Whittier.

Meanwhile, sources close to the case said Ramirez had been identified in Thursday night's lineup at Los Angeles County Central Jail, attended by about 30 witnesses and victims from attacks attributed to the Night Stalker.

The sources would not disclose, however, who identified Ramirez and which incident or incidents were involved.

Sheriff's and police officials would not confirm that the Night Stalker suspect, 25, had been picked out of the lineup, nor would they say if any victims and witnesses had identified any of the 2,000 pieces of recovered jewelry and other items on display at the jail that authorities suspect was stolen by Ramirez.

Asked if authorities were keeping the outcome of the lineup secret to offset widespread display of Ramirez's photograph by the news media, Lt. Dick Walls of the Los Angeles Sheriff's Department said: "I don't think that has anything to do with it ... There's always reluctance to reveal (lineup) results in the press because of prosecution (concerns)."

Ramirez has been charged with two counts of murder — one each involving shooting deaths in Monterey Park and San Francisco — and remains under investigation in at least 13 other slayings and about 15 nonfatal attacks in Los Angeles and Orange counties.

Deleen Gregg said Friday that Ramirez had given the Greggs, through a third party, a bracelet and ring stolen in a San Francisco burglary Aug. 15 that had common traits with many of the Night Stalker killings.

"I kind of think he wanted to get caught," Ms. Gregg said. "Why else give jewelry away that can be traced back to him?"

Gregg said he received the jewelry Aug. 19 and turned it over to Lompoc police a week later.

Deleen Greggs' mother, who lives in the San Francisco Bay area community of San Pablo, reportedly supplied Ramirez's full name to San Francisco police, providing a key link to the series of killings and assaults.

Ramirez is not the same person he was in 1980, when he lived with the Greggs in Richmond, said Gregg, a small, wiry man with a thin mustache.

"He wasn't doing hard drugs and he wasn't a thief," Gregg said. "He was always nice to us; we never had problems. He has been alone with my wife and kids and nothing happened."

In the following years, though, Ramirez changed, especially after he went to Los Angeles, Gregg said. Ramirez admitted he used cocaine, and there were marks from a needle on one arm, Gregg said.

Gregg could offer no reason why Ramirez might start killing people. "When I saw him last, he didn't look crazy," Gregg said. He speculated that Ramirez may have broken into a house to commit a burglary, the people awoke and he killed them. "The first time he killed was probably an accident," Gregg said.

He said he would like to visit Ramirez in jail, adding that "I'd ask him, 'Rick, did you do it?' "

Gregg said he would also ask: " 'Are you mad at me? Could you blame me (for going to the police)?' The Rick I know would say, 'No,' " Gregg said.

He also suggested that Ramirez might have become involved in some sort of devil worship. Ramirez had what Gregg called a "witches star," a pentagram or five-pointed star in a circle, tattooed on one arm, Gregg said.

He also said he heard Ramirez say that the name of the heavy metal rock group AC/DC stood for anti-Christ, devil's child.

Ramirez used to listen to AC/DC, Deleen Gregg added. "He was fond of heavy metal," she said.

Gregg, unemployed, said that if some of the reward money is given to the people who caught Ramirez last Saturday in East Los Angeles, "we should get some, too." But he added that "If it were up to me, I would give it to the victims."

By ERWIN WASHINGTON
Daily News Staff Writer

The president of Valley College in Van Nuys, Dr. Mary E. Lee, answers her own telephone calls these days, and often does her own typing.

At Pierce College in Woodland Hills, students registering for the fall term had to wait in line three hours to buy books because almost half the bookstore staff has been laid off.

At Southwest College in Los Angeles, enrollment is down more then 25 percent this year, forcing sharp reductions in faculty and class offerings.

Hard times have hit almost every campus of the once-proud Los Angeles community college system — but the district's ugly duckling, Mission College in San Fernando, a school that doesn't even have a campus, is faring better than any of them.

With all the community colleges in the district suffering enrollment losses, Mission tied with Trade Technical College in Central Los Angeles for the smallest decline: 3.3 percent. And Mission's night program actually grew in size by 13.7 percent.

"It feels good," said Lowell Erickson, president of Mission, which has its administrative offices in San Fernando and classes spread out in storefronts and buildings at 23 locations.

"This confirms what we have said all along: that there is a sizeable and growing number of students in the Northeast San Fernando Valley who want and need an education but who are unable to travel to other colleges."

For Erickson, the figures are particularly heartening because it means Mission no longer is the district's smallest community college. Mission's enrollment stands at 3,392, compared with 3,122 for Southwest College, based on figures during the third week of classes through Sep. 5.

Led by Southwest's 27.1-percent decline, overall enrollment in the district fell 9.3 percent, dropping from 102,831 a year ago to 93,238 this year, said Diane

Please see MISSION Pg. 11

Tom Jagoe/Daily News

Sheriff's Sgt. Patrick Davoren looks stolen horses in the mouth, where they have tattoos that indicate who their real owners are. He investigates livestock rustling throughout Los Angeles County.

# Chasing rustlers, 1985

## Modern techniques aid lawman and outlaw

By STACEY SHAW
Daily News Staff Writer

Cattle rustlers didn't die with the Old West. They've just modernized their methods.

And so have the sheriff's deputies who go after the rustlers. Computerized hot sheets right next to the lists of stolen cars and stereos run down the serial numbers tatooed inside a horse's mouth.

The modern methods are a boon to Sgt. Patrick J. Davoren, the lone livestock investigator for the Los Angeles County Sheriff's Department. He says he needs every tool available to keep up with thieves, who now have the advantages of large trucks, trailers and freeways to make their getaways.

Davoren, 54, a city-bred man, came to livestock investigation two years ago with little experience with animals.

The last time he was on a horse he got thrown. That was 35 years ago.

"I'm probably one of the least likely they should put in livestock," he said in his coarse, gravelly voice. "I'm not fearful of horses at all. I just haven't had any reason to be on one."

His territory is the whole county, rural and urban, ranging from Avalon to the Antelope Valley. He rides his range in a dusty yellow Chevrolet.

Davoren said he has handled about 65 cases this year, everything from the theft of a $100 mule to a stolen $125,000 thoroughbred racehorse to purloined livestock equipment.

His investigations frequently are conducted on ranches, where he can get away with a more casual style than at the downtown Hall of Justice.

An Irishman with a rosy complexion, he wears jeans and cowboy boots and carries a .38-caliber Smith and Wesson in his leather holster.

His style isn't completely cowboy, though. His headgear is an Irish wool tweed cap, and he listens to 1950s music.

Despite his limited experience with animals, Davoren said he has adapted easily to livestock investigations and enjoys meeting the people of the ranching and cattle communities.

"In investigative jobs, basically, the techniques are the same, whether they steal a horse or an automobile," he said.

From the crime scene, he frequently goes to livestock auctions, where some of the hot animals may be up for sale. Some horses sold at those auctions may end up in a can of dog food, he said.

Although a few horses are stolen for joyriding, most are stolen to be sold, Davoren said.

California and Los Angeles County in particular are ideal for cattle rustling because of the ready supply of animals, the excellent freeway transportation and the massive market for beef, Davoren said.

Profit is the motive for most cattle rustling, according to an investigation manual written by Davoren's predecessor, Sgt. William Bacon.

Please see RUSTLERS Pg. 20

Milw... end

By ANDREW H...
New York Times N...

MILWAUK... the night mon... noon, nosed i... an orange fire...

The plane, ... route to Atla... Billy Mitchell... a crew of fou... According to... tower on tak... board but did...

The craft d... less than 1,0... and slammed... communicatio...

"Never hav... Pamela Murr,... off in the WT... say prayers f... Obviously no... smoke. We h... two and a l... screamed, No...

The accide... what is alreac... deaths.

The Intern... reported on A... major acciden... 1985. The wor... agency said, v... air crashes.

Long after d... and rescue wo... portable spotli... tors in the wo... deep oblong c... trees six miles... only recogniza... landing gear, a... pieces of burnt... property such ...

"There's not... thing in there,'... Milwaukee. "I... men and others... partly filled b... temporary mor...

A team of Na... investigators w... ton Friday nig... from Pratt & W... tail engines.

# Satanic crimes: more fantasy than factual

By ERIC LEACH
Daily News Staff Writer

Testifying at her father's molestation trial, a 9-year-old girl described the satanic rituals he forced her to participate. They encompassed cannibalism, bestiality, blood-drinking and human sacrifice.

One time, she said, her father put his hand around hers and plunged a knife into the chest of an infant.

But no body or other evidence of Satanism ever was found, and the Contra Costa jury refused to believe the girl. It deadlocked 6-6 last June despite medical testimony to support the molestation charges.

"I did not have one shred of evidence to support her story regarding the satanic acts," says prosecutor Harold Jewett, who acknowledges it was a mistake

Please see SATAN Pg. 20

### Weather

Some low clouds in morning otherwise fair, a little warmer today with highs in the upper 70s and lows in the low 60s. Air quality will be good throughout the Southland.

**Gunfire underscores disharmony of Beirut**

— News, page 21

### Index

| | Section | Page |
|---|---|---|
| Ann Landers | L.A. Life | 9 |
| Bridge | L.A. Life | 23 |
| Classified | Classified | 1-50 |
| Crossword | L.A. Life | 22 |
| Editorials | Focus | 2 |
| Entertainment | L.A. Life | 17 |
| Funeral Notices | Classified | 2 |
| Horoscope | L.A. Life | 22 |
| Phones | News | 2 |
| Real Estate | Homes & Living | 1-36 |
| Scoreboard | Sports | 12 |
| Stocks | Business | 4 |
| Travel | Travel | 1-6 |

TO SUBSCRIBE
Call (818) 997-4241

Bob Halvorsen/Daily News

Roz Fite holds a photograph of her son, who died alone after leaving home. She is seeking better emergency aid for mentally ill runaways.

# Death sp... for help i...

## Plight of mentally...

By MICHAEL SZYMANSKI
Daily News Staff Writer

Roz Fite only wanted to help her mentally ill son.

Throughout his life, she was asked by friends: "Aren't you afraid he'll kill you?" She was coached by experts: "You should tell him to find a place of his own." And, she was blamed: "You are babying him."

But being tough didn't work any better than giving in.

As he had many times before, her son stomped out of her Teesdale Drive house in North Hollywood on May 29. He took his little blue bag, his high-topped shoes and personal papers.

When she called a variety of emergency services for help in finding him, she was told there nothing anybody could do.

On Aug 13, Murray Sherman Fite, 38, was found dead in the Topanga Canyon hills. He died of thirst and hunger, apparently

**From page 1**

Tom Jagoe/Daily News

Sgt. Patrick Davoren, who was thrown from a horse the last time he rode one, has taken to investigating the county's livestock crimes and opposes a plan to break up his job.

# Sheriff checks livestock crime

**RUSTLERS from Pg. 1**

Thirty stolen steer, slaughtered in a truck and given fake USDA stamps, can fetch $300 per side, for a take of $18,000, according to Bacon.

For the ranchers, cattle rustling is the theft of an investment. The victims who are most upset, however, are those who have only one or two horses that are family pets, Davoren said.

The theft two months ago of a 15-year-old appaloosa had one woman so upset that she wanted Davoren to catch the thief and "take him out and hang him."

Leads often are developed from the observations of members of closely-knit horse communities.

In one recent case, a Canyon Country man saw an 11-year-old girl trying to sell one of two horses that he recognized as having been stolen from a nearby ranch. That tip led to the arrest of the girl and a 21-year-old partner, Davoren said.

Those horses were stolen from a ranch where the owner has about 30 animals and the theft was noticed immediately, Davoren said.

On larger ranches, where there may be hundreds of animals, a theft of a few head may go unnoticed unless the animal is slaughtered at the site and its entrails leave the only evidence of the crime, Davoren said.

Davoren joined the Sheriff's Department at age 27. He was head of jail investigations, working out of the downtown special units detail, when he switched to livestock. Since then, he also has become chief of the department's pawn shop unit.

He may return to pawn shop duties full-time if the department implements a plan to abolish the 73-year-old central livestock detail.

The plan would make livestock investigation the responsibility of local station detectives, said Lt. Doyle Davidson, the head of the special units detail. All sheriff's stations but West Hollywood have reported some sort of livestock crime. Implementation of the plan seems probable, Davidson said.

Davoren opposes it.

"They feel that the detectives at the station will be able to handle it. I don't agree. Working as a central unit, you do gain a wide perspective of the entire horse community and cattle industry," he said.

"By working it countywide I can see animals and tack that were stolen in one part of the county and may show up in another," he said.

Not all missing livestock are stolen. Some animals, especially in the Antelope Valley, are not fenced in properly, Davoren said.

"A kid will bring a horse home and say, 'Look Mommy — look what followed me home.' And the kid will keep the horse. It's a felony. It's not like stealing a dog."

# Despite exciting headlines, there're few satanic crimes

**SATAN from Pg. 1**

to let the girl testify about devil worship.

In growing numbers of criminal cases under investigation or in court all over California — including the Night Stalker murder case — there are allegations of Satanism.

But in most of them, law-enforcement authorities say, there is no evidence that Satanism motivated the crime. Nor is there evidence that such practices or beliefs are any more prevalent today than at any other time in history, authorities say.

"In relation to crime, Satanist aspects are usually something that is secondary," said Pat Metoyer, a Los Angeles Police Department authority on the occult.

"'The Devil made me do it' is probably the easiest cop-out for a person who fails to accept his own responsibility for criminal activity."

Sandra Gallant, a San Francisco policewoman who lectures on Satanism to police agencies nationwide, said the apparent increase in devil worship is due to increased publicity, not practice.

"I think that we're more aware of it, so it just appears that more people are practicing it," she said.

In the Contra Costa case, Jewett said his case was lost because stories of Satanism cast doubt on the credibility of the child who accused her father of sexually abusing her.

"There is no doubt in my mind that she was a participant in satanic worship," Jewett said. "I believe they are worshiping Satan out there and engaging in all kinds of bizarre behavior. To what extent the (girl's) details are true, I don't know."

The case was the first involving ritualistic sexual abuse in California to go to trial, Gallant said, although a preliminary hearing is being held in a similar case in Sacramento County. Allegations of satanic rituals also have surfaced in the McMartin preschool molestation case in Manhattan Beach.

In the Sacramento case, two men are accused of sexually abusing six children en masse during satanic rituals. Four of the children said they saw other children killed, but no bodies have been found, said Deputy District Attorney Rick Lewkowitz.

Lewkowitz said he has been shocked by the allegations and by the realization that there are similar cases in other parts of the state and the nation. He is convinced there is truth in what the girls are saying.

"I don't see where these kids would be able to come up with the consistent detail they come up with, if not from their own experience," he said.

But the first child to testify in the preliminary hearing has recanted some of her statements, and no evidence of satanic rituals beyond what the children have said has been uncovered despite exhaustive investigative efforts, he said.

Similar cases are under investigation in Bakersfield and Mendocino County and in some other states.

In the Night Stalker case, police said a pentagram, an upside down five-pointed star symbolizing Satan, was found at a some of the death scenes. Suspect Richard Ramirez has been described as an avid fan of heavy-metal rock music, particularly the group AC-DC, which features a song titled "Night Prowler," on its "Highway to Hell" album.

Charles Manson, convicted of the Tate-LaBianca murders in Los Angles, told his followers the crimes would spark a race war called "Helter Skelter" — the name of a song on the Beatles "White Album," in which Manson reportedly thought the Beatles were speaking to him.

Manson lived in Santa Susana Pass between Simi Valley and Chatsworth, and in one of his own songs, he called this spot: "The pass where the Devil you can see/Flying on the edge of infinity."

Serial killer David Berkowitz — the so-called Son of Sam who killed six people in New York — claimed his actions were dictated by the Devil, but later admitted he made up the story.

Bobby Joe Maxwell, convicted of the Skid Row Slasher murders of 1978-79, was a devil worshiper and wrote at one crime scene: "I am Luther. I kill winos to put them out of their misery."

Metoyer, an LAPD bomb scene investigator, has become a police authority on Satanism out of his own interest in the subject. His expertise is sought by police departments all over the United States when crimes are found with satanic overtones.

"It's taken me three years and over 800 hours of research in public and private libraries," said Metoyer. "Once they (police) give me a synopsis of what they suspect is satanic, I can give them an opinion about what it is."

"For the most part everyone I have presented my material to is totally unaware of a problem. . . . Very, very few people have done studies into Satanism. Very few in the mental health area have done studies."

He said public fascination with the occult, including Satanism, dates back centuries and is not necessarily greater today than it was 100 years ago.

"The thing that intensifies it is perhaps a breakdown in our families, which has young people doing things that are totally secret from their parents," he said.

"Heavy-metal clothes are basically a form of fashion. It's like blue suede shoes — there's absolutely no difference. There was the same controversy over rock and roll."

Metoyer and Gallant said that Satanists are not necessarily criminals.

Dea Lucas, who heads the Church of Satan of Van Nuys, said her group is against crime and violence, but she still receives accusatory letters.

"I'm not interested in nuts and psychos," she said. "People who are Satanists are usually doing very well in society."

TONIGHT!

Case 2:07-cv-08310-BRO Document 17-13 Filed 12/17/08 Page 24 of 33 Page ID #:4334

HANA MANDLIKOVA

# Daily News

VALLEY EDITION Sunday, September 8, 1985

Copyright© 1985 Daily News 50c COPY

## College defies low tide

### Feisty Mission draws students

By ERWIN WASHINGTON
Daily News Staff Writer

The president of Valley College in Van Nuys, Dr. Mary E. Lee, answers her own telephone calls these days, and often does her own typing.

At Pierce College in Woodland Hills, students registering for the fall term had to wait in line three hours to buy books because almost half the bookstore staff has been laid off.

At Southwest College in Los Angeles, enrollment is down more then 25 percent this year, forcing sharp reductions in faculty and class offerings.

Hard times have hit almost every campus of the once-proud Los Angeles community college system — but the district's ugly duckling, Mission College in San Fernando, a school that doesn't even have a campus, is faring better than any of them.

With all the community colleges in the district suffering enrollment losses, Mission tied with Trade Technical College in Central Los Angeles for the smallest decline: 3.3 percent. And Mission's night program actually grew in size by 13.7 percent.

"It feels good," said Lowell Erickson, president of Mission, which has its administrative offices in San Fernando and classes spread out in storefronts and buildings at 23 locations.

"This confirms what we have said all along: that there is a sizeable and growing number of students in the Northeast San Fernando Valley who want and need an education but who are

Please see MISSION Pg. 12

## Ballpark sluggers

Tom Jagoe/Daily News

Ray Knight, top, of the New York Mets interjects himself between Dodger Mariano Duncan and Met Ed Lynch during a scuffle at Dodger Stadium Saturday. Duncan and pitcher Lynch had exchanged words after the Dodger shortstop struck out in the sixth inning. Duncan then charged Lynch, emptying both benches. The Dodgers went on to win, 7-6. Sports, page 1.

## Reagan may seek ban on Krugerrands

By JONATHAN FUERBRINGER
New York Times News Service

WASHINGTON — President Reagan is expected to announce Monday that the United States will ban the sale of South African gold Krugerrands in this country if permission is granted by the General Agreement on Tariffs and Trade, administration officials said Saturday.

This measure is one of several decided upon by the Reagan administration in an effort to head off congressionally imposed sanctions that would be more severe, the officials said.

The White House is also to announce that bank loans to South Africa will be prohibited unless they can be shown to contribute to the welfare of blacks there in such areas as health, education and housing.

The moves represent administration efforts to modify the language in a bill that already has passed the House and is to be brought up for a vote in the Senate next week. Reagan is expected to veto the measure if it is approved and White House officials are hopeful that these modifications will help in their efforts to combat any effort to override the veto.

But Sen. Richard G. Lugar, the chairman of the Foreign Relations Committee, said he would fight to override a presidential veto of a sanctions bill, even if the administration acted to impose some of the bill's elements through an executive order.

Lugar, an Indiana Republican who usually is a strong supporter of the president, said that abandoning the bill that is ex-

Please see REAGAN Pg. 12

## U.S. plans Asian talks with Soviets

New York Times News Service

WASHINGTON — The Soviet Union has agreed for the first time to hold high-level talks with the United States on differences over Indochina, Korea and other areas of potential trouble in the Far East, State Department officials said Saturday.

They said Paul D. Wolfowitz, assistant secretary of state for eastern Asian and Pacific affairs, would lead a three-member delegation to Moscow for discussions Thursday and Friday with Mikhail S. Kapitsa, the deputy foreign minister in charge of Asian affairs, and other experts.

The Reagan administration has been seeking full-scale talks on Asia with the Soviets since 1981, officials said, because of the continued tensions in Indochina due to the Vietnamese occupation of Cambodia. The occupation is backed by military, economic and political help from Moscow.

Secretary of State George P. Shultz proposed the Asian talks during his meeting with the Soviet foreign minister, Eduard A. Shevardnadze, in Helsinki last month, State Department officials said.

This is the latest in a series of relatively unpublicized high-

Please see TALKS Pg. 20

## Night Stalker case: taking stock of the evidence

By B.J. PALERMO
and JEFF SNYDER
Daily News Staff Writers

For months the Night Stalker case has been a battle of wits between a diabolical killer who terrorized a whole state and a massive team of investigators trying to track him down before he strikes again.

Now, the drama has shifted to the courtroom, where two veteran but obscure lawyers — one a dogged prosecutor, the other a public defender who frequently handles death penalty cases — suddenly have been thrust into the glare of publicity generated by one of the most notorious murder cases in California.

The widespread publicity over the Night Stalker's murders and attacks and the capture of suspect Richard Ramirez in East Los Angeles concerns both Deputy District Attorney P. Philip Halpin and Deputy Public Defender Allen R. Adashek.

"Sometimes just the sheer volume of news makes a case a problem," said Halpin, 48, a career prosecutor who is highly regarded by his peers for ability to handle complex legal cases.

*'I have never faced a case of such magnitude. But who has?'*

**— Deputy Public Defender Allen R. Adashek**

"The publicity is certainly a problem," agreed Adashek, 42, who has saved several convicted murderers in less visible cases from the death penalty.

"I have never faced a case of such magnitude," Adashek said. "But who has?"

Not since the Charles Manson family murders of the late 1960s has a case produced such widespread public concern or publicity. Unlike the Hillside Strangler, Freeway Killer or other celebrated cases, the Night Stalker's series of brutal murders, rapes, child molestations, robberies and burglaries were aimed mainly at residents of middle-class communities — not runaways, prostitutes or others on the fringes of society.

While Ramirez, a 25-year-old drifter, waits behind bars to enter his plea in court, law enforcement officers are developing evidence in the crimes linked to the Night Stalker and combing through records of old murders for clues that could tie him to other crimes.

The search for evidence has stretched from Ramirez's boyhood home in El Paso, Texas, to Arizona, where he apparently traveled just before his arrest, to San Francisco, where he lived on and off for the past seven years, and to Skid Row in downtown Los Angeles, where he spent months on end in rundown hotels.

Los Angeles investigators searched the Ledo Street home

Please see RAMIREZ Pg. 10

### Weather

Mostly cloudy and slightly cooler today with highs of 72 to 76. Cloudy with a 20 percent chance of light rain tonight and Monday. Overnight lows will range from 58 to 65 with highs Monday of 67 to 74. Air quality will be good throughout the Southland. Details in News, page 26.

### Sugar industry tries to sweeten its image

— Business, page 1

### Index

| | Section | Page |
|---|---|---|
| Ann Landers | L.A. Life | 9 |
| Bridge | L.A. Life | 23 |
| Classified | Classified | 1-46 |

## Mother's crusade

### Better protection for mentally ill

By MICHAEL SZYMANSKI
Daily News Staff Writer

Roz Fite only wanted to help her mentally ill son.

Throughout his life, she was asked by friends: "Aren't you afraid he'll kill you?" She was coached by experts: "You should tell him to find a place of his own." And, was found dead in the Topanga Canyon hills. He died of thirst and hunger, apparently too confused to take care of himself.

"I told him he would have to find a place on his own," Fite said.

"I called out and said, 'Murray why don't you call someone for help?'

"I never thought that it would be the

## Afghans say plane down; blame U.S.

Associated Press

ISLAMABAD, Pakistan — The communist government of Afghanistan claimed Saturday that guerrillas shot down an Afghan airliner with a U.S.-made missile, killing all 52 people on board.

From page 1

# Prosecution, defense sift through case

RAMIREZ from Pg. 1

in the La Roca district of El Paso where Ramirez grew up, although his family moved out several years ago. Police also talked to people who knew Ramirez as a loner and petty thief as a teenager. They have interviewed many of his California acquaintances in an effort to discover how a lightweight criminal, as he has been described, could have been become a serial killer.

Halpin and Adashek remain tight-lipped about the case that is certain to consume their lives for months or even years.

"I am trying to take it a day at a time and take things as they come," said Adashek, who has worked in the public defender's office for 16 years.

"That's all I can do," he said. "I keep my personal feelings out of it and represent the client the best I can, whether it's a misdemeanor or a multiple felony case."

**SO FAR, RAMIREZ** has been charged with only one murder — the May 14 slaying of William Doi, 66, of Monterey Park. He also has been charged with the rape of Doi's wife, the robbery of the couple, and the May 9 robbery of 85-year-old Clara Cecilia Hadsall of Monrovia.

The district attorney's office has alleged special circumstances and is expected to seek the death penalty if a preliminary hearing determines Ramirez must stand trial. Prosecutors say they intend to file more charges within two weeks, once they complete their examination of the evidence from various crimes tied to the Night Stalker.

At this point, the known physical evidence includes a gun, a few fingerprints, some shoe prints, stolen jewelry that has been recovered, plus whatever information was gleaned from autopsies and scientific tests that could link Ramirez to sexual assaults.

Sources close to the case said Ramirez was identified by some but not all the 30 Night Stalker witnesses and survivors who attended a lineup Thursday night in Los Angeles County Jail. Those witnesses could provide important testimony to corroborate other evidence against Ramirez.

A .22-caliber semi-automatic handgun found in ...

Lincoln Heights. The green car was seen in the Sun Valley area where Chainarong Khovananth was shot to death by an intruder who also beat the victim's wife and young son.

**OTHER ITEMS** of potential evidence in the Night Stalker case were taken when Ramirez dropped a backpack in the back yard of an East Los Angeles home during the chase that led to his arrest.

Detectives found a pair of cotton or cloth gloves inside the pack. Sources close to the investigation said soft gloves were worn by the assailant during many of the Night Stalker attacks. Also found in the pack were a black leather jacket, music tapes and a Sony Walkman radio and earphones.

The business card of a dentist in a Chinatown clinic in downtown Los Angeles also might lead to testimony from the dentist about Ramirez.

The card was found in the stolen Toyota that Ramirez was driving when he was stopped by Los Angeles police June 15 off the Glendale Freeway near Eagle Rock Boulevard.

Although Ramirez eluded police, the business card led investigators to the dentist. He provided authorities with a description of Ramirez's extremely decayed teeth, which several survivors of Night Stalker attacks also noted. A special bulletin was distributed to 5,000 dentists in Los Angeles County warning that Ramirez might seek more dental work.

The suspect's reported fascination with Satanism and heavy metal rock music is expected to provide additional evidence in the case being built against him.

The phrase "Jack The Knife" was found scrawled in the San Francisco area home where accountant Peter Pan, 66, was fatally shot and his wife, Barbara, critically wounded in an early morning attack Aug. 18.

The phrase, written in Barbara Pan's lipstick, apparently was taken from a song titled "Ripper" by the heavy metal group Judas Priest.

Associated Press

Richard Ramirez, the Night Stalker suspect, has been charged with one murder plus rape and robbery. He is suspected of 15 killings.

Lyrics to the song include:

*"I smile when I'm sneaking through shadows by the wall. I laugh whilst I'm creeping though you won't hear me at all. You will soon shake with fear, never knowing if I'm near. I'm sly and I'm shameless, nocturnal and nameless, except for the Ripper, or, if you like, Jack the knife."*

Detectives also found a black cap emblazoned with the name of the rock group AC/DC — which some believe stands for Anti-Christ/Devil's Child — in the Rosemead condominium where Ramirez is suspected of killing Dayle Okazaki March 17.

Friends of Ramirez's near Oakland, whom he often stayed with, said he was fascinated by what he believed were satanic messages in the Australian rock group's music.

The song "Night Prowler" on the group's 1979 album "Highway to Hell" contains lyrics that say in part, "Was that a noise outside your window? What's that shadow on the blind? As you lie there naked like a body in a tomb, suspended animation as I slip into your room."

Ramirez's associates said he had a pentagram, sometimes associated with witchcraft, tattooed onto his hand.

Pentagrams were drawn on the walls in several homes that Ramirez is suspected of invading during the crime spree.

Additionally, sources close to the investigation said a distinctive print from a tennis shoe was found at several murder scenes. The shoe print reportedly was discovered at an East Los Angeles location where authorities said satanic rituals were conducted. It was not disclosed whether authorities recovered any of Ramirez's shoes following his arrest.

Although Ramirez is scheduled to enter his plea in court Monday, Adashek intends to ask for more time while he reviews the reams of reports prepared by law enforcement agencies during the investigation that led to Ramirez's arrest.

Halpin says he has enough physical evidence — without using witnesses' accounts — to support the charges that were filed when Ramirez was arraigned Tuesday.

Investigators have been amassing more evidence that is expected to lead to other charges.

Halpin was assigned to the Night Stalker case early in the investigation as a legal adviser to law enforcement agencies.

A friendly, white-bearded man, Halpin is one of four deputy district attorneys in the Special Trials Unit that handles the most complex cases. All four of them are considered to be tough, dedicated prosecutors.

When discussing the Ramirez case, his words become guarded.

"There is a reasonable belief he is responsible for these crimes," Halpin said.

Both Halpin and Adashek are concerned about what effect widespread publicity will have on the trial.

For instance, witnesses who picked Ramirez out of a lineup might have been influenced by seeing photographs of the suspect in the news media. And politicians and law enforcement officials already have singled out and honored citizens for providing tips or helping capture Ramirez.

Adashek said the extensive public awareness about the Night Stalker case might make finding an impartial jury difficult, if not impossible, in Los Angeles.

"What we're going to have to do about that is something I am going to have to consider," Adashek said.

SHOP SUNDAY 10AM TO 6PM

FALL SALE

borate other evidence against Ramirez.

A .22-caliber semi-automatic handgun found in Tijuana, Mexico, Aug. 31 — the day Ramirez was arrested in East Los Angeles — was the weapon used to kill Doi in the attack at the victim's Trumbower Street home, according to sources close to the investigation.

The Doi killing is the only case connected to the handgun found in Mexico, the sources said. Whether investigators have been able to tie the gun directly to Ramirez is not known.

"This one was ready," Halpin said of the Doi murder charge. "Under the law we had to fish or cut bait. He (Ramirez) had a right to be released if we didn't file charges."

But the weapon is only one of three guns that investigators believe were used in the slayings.

Another .22-caliber handgun and a .25-caliber semi-automatic pistol have not been recovered.

**BALLISTICS TESTS** have linked the missing .25-caliber gun to four attacks — in Northridge, Diamond Bar, San Francisco and Mission Viejo — that have been attributed to the Night Stalker.

Authorities have not disclosed whether other possible weapons, including a knife, claw hammer and tire iron, have been found.

Among the other bits of physical evidence that prosecutors are expected to present in court are fingerprints of Ramirez recovered from at least two crime scenes.

One Ramirez fingerprint was lifted from a stolen orange 1976 Toyota station wagon that a 13-year-old boy saw in the Mission Viejo neighborhood where the last Night Stalker attack occurred Aug. 25, Los Angeles County Sheriff Sherman Block said.

LAPD Chief Daryl Gates said a single fingerprint positively linked to Ramirez was found on the window screen of a Glassell Park apartment where 79-year-old Jennie Vincow was slashed to death June 28, 1984, in the first attack linked to the Night Stalker.

That case, which came to light after Ramirez was arrested, has not been presented to the district attorney's office for the filing of charges.

Investigators have not revealed whether Ramirez's prints have been found in a 1976 Pontiac Grand Prix that was found in

SALE

FALL FASHION PREVIEW

25% OFF

ALL STAFFORD® GENTRY® AND DAKS® SUITS, SPORTCOATS AND TAILORED DRESS SLACKS.

Three most distinguished names, each traditionally styled and flawlessly finished in pure worsted wool, Shetland wool or poly/worsted wool. Choose regular fit Stafford® and Daks,® or trimmer fit Gentry.® Men's sizes.

| | Reg. | Sale |
|---|---|---|
| Stafford® or Gentry® 2-pc suit | $180 | 135.00 |
| Daks® 2-pc. suit | $300 | 225.00 |
| Stafford® Shetland sportcoat | $120 | 90.00 |
| Stafford® dress slacks | $55 | 41.25 |

25% OFF

EVERY STAFFORD® AND GENTRY® DRESS SHIRT IN OUR STOCK!

Sale 13.50 to $15 Reg. $18 to $20. Make a wise business decision and refresh your wardrobe with several of our unsurpassed dress shirts, in crisp poly/cotton broadcloth and oxford cloth. Long-sleeve, in stripes or solids for regular or trimmer men's fits.

25% off all Stafford® neckwear.
Silk print, Reg. $14 Sale 10.50
Assorted knits, Reg. $9 Sale 6.75

JCPenney

Sale prices effective through Sunday, September 15.

Men's suits available at ARCADIA-SANTA ANITA BUENA PARK MALL CARSON CULVER CITY FOX HILLS DOWNEY GLENDALE GALLERIA HAWTHORNE PLAZA HUNTINGTON BEACH LAGUNA HILLS LAKEWOOD LONG BEACH LOS ALTOS MONTCLAIR NORTHRIDGE MALL OF ORANGE ORANGE THE CITY OXNARD PASADENA PUENTE HILLS RIVERSIDE SAN BERNARDINO SANTA MONICA THOUSAND OAKS TORRANCE VENTURA WEST COVINA WHITTWOOD All other items available in Los Angeles, Orange, San Bernardino and Ventura counties, and Tyler Mall Riverside. Not available at Palmdale or Lancaster.

Case 2:07-cv-08310-BRO Document 17-13 Filed 12/17/08 Page 27 of 33 Page ID #:4337

# Satanic crimes

## Despite allegations, evidence says devil did not make them do it

By ERIC LEACH
Daily News Staff Writer

Testifying at her father's molestation trial, a 9-year-old girl described how her father forced her to participate in satanic rituals. They encompassed cannibalism, bestiality, blood-drinking and human sacrifice.

One time, she said, her father put his hand around hers and plunged a knife into the chest of an infant.

But no body or other evidence of Satanism ever was found, and the Contra Costa jury refused to believe the girl. It deadlocked 6-6 in June despite medical testimony to support the molestation charges.

"I did not have one shred of evidence to support her story regarding the satanic acts," says prosecutor Harold Jewett, who acknowledges the girl's testimony about devil worship damaged the case.

In growing numbers of criminal cases under investigation or in court all over California — including the Night Stalker murder case — there are allegations of Satanism.

But in most of them, law-enforcement authorities say, there is no evidence that Satanism motivated the crime. Nor is there evidence that such practices or beliefs are any more prevalent today than at any other time in history, authorities say.

"In relation to crime, Satanist aspects are usually something that is secondary," said Pat Metoyer, a Los Angeles Police Department authority on the occult.

" 'The Devil made me do it' is probably the easiest cop-out for a person who fails to accept his own responsibility for criminal activity."

Sandra Gallant, a San Francisco policewoman who lectures on Satanism to police agencies nationwide, said the apparent increase in devil worship is because of increased publicity, not practice.

"I think that we're more aware of it, so it just appears that more people are practicing it," she said.

In the Contra Costa case, Jewett said his case was lost because stories of Satanism cast doubt on the credibility of the child who accused her father of sexually abusing her.

"There is no doubt in my mind that she was a participant in satanic worship," Jewett said. "I believe they are worshiping Satan out there and engaging in all kinds of bizarre behavior. To what extent the (girl's) details are true, I don't know."

The case was the first involving ritualistic sexual abuse in California to go to trial, Gallant said, although a preliminary hearing is being held in a similar case in Sacramento County. Allegations of satanic rituals also have surfaced in the McMartin preschool molestation case in Manhattan Beach.

In the Sacramento case, two men are accused of sexually abusing six children during satanic rituals. Four of the children said they saw other children killed, but no bodies have been found, Deputy District Attorney Rick Lewkowitz said.

Lewkowitz said he has been shocked by the allegations and by the realization that there are similar cases in other parts of the state and the nation. He is convinced there is truth in what the girls are saying.

> ' "The devil made me do it" is probably the easiest cop-out for a person who fails to accept his own responsibility for criminal activity.'
>
> — Pat Metoyer, LAPD

"I don't see where these kids would be able to come up with the consistent detail they come up with, if not from their own experience," he said.

But the first child to testify in the preliminary hearing has recanted some of her statements, and no evidence of satanic rituals beyond what the children have said has been uncovered despite exhaustive investigative efforts, he said.

Similar cases are under investigation in Bakersfield and Mendocino County and in some other states.

In the Night Stalker case, police said a pentagram, an upside-down five-pointed star symbolizing Satan, was found at a some of the death scenes. Suspect Richard Ramirez has been described as an avid fan of heavy-metal rock music, particularly the group AC/DC, which features a song titled "Night Prowler" on its "Highway to Hell" album.

Charles Manson, convicted of the Tate-LaBianca murders in Los Angeles, told his followers the crimes would spark a race war called "Helter Skelter," the name of a song on the Beatles' White Album, in which Manson reportedly thought the Beatles were speaking to him.

Manson lived in Santa Susana Pass between Simi Valley and Chatsworth, and in one of his own songs, he called this spot: "The pass where the devil you can see/Flying on the edge of infinity."

Serial killer David Berkowitz — the so-called Son of Sam who killed six people in New York — claimed his actions were dictated by the devil, but later admitted he made up the story.

Bobby Joe Maxwell, convicted of the Skid Row Slasher murders of 1978-79, was a devil worshiper and wrote at one crime scene: "I am Luther. I kill winos to put them out of their misery."

Metoyer, an LAPD bomb scene investigator, has become a police authority on Satanism out of his own interest in the subject. His expertise is sought by police departments nationwide when crimes are found with satanic overtones.

"It's taken me three years and over 800 hours of research in public and private libraries," Metoyer said. "Once they (police) give me a synopsis of what they suspect is satanic, I can give them an opinion about what it is."

Metoyer said he became interested in Satanism because it appeared to be an unprecedented social trend. "It was nothing more than something I elected to do on my own because I thought it was a phenomenon," he said.

"For the most part everyone I have presented my material to is totally unaware of a problem. . . . Very, very few people have done studies into Satanism. Very few in the mental-health area have done studies."

He said public fascination with the occult, including Satanism, dates back centuries and is not necessarily greater today than it was 100 years ago.

"The thing that intensifies it is perhaps a breakdown in our families, which has young people doing things that are totally secret from their parents," he said.

"Heavy-metal clothes are basically a form of fashion. It's like blue suede shoes — there's absolutely no difference. There was the same controversy over rock and roll."

Metoyer and Gallant said that Satanists are not necessarily criminals.

Dea Lucas, who heads the Church of Satan of Van Nuys, said her group is against crime and violence but receives letters from people who say they're fascinated by evil.

"I'm not interested in nuts and psychos," she said. "People who are Satanists are usually doing very well in society."

"In the late '60s and early '70s there was a revival in the occult. This is happening again. Black Sabbath, Motley Crue, AC/DC — these groups write songs about the devil. Today it's a little more radical than the '70s. Of course, the heavy-metal groups are cashing in on this.

"They say the kids like the lyrics about Satan, because it is the ultimate rebellion. That's OK; that's their thing. It's all commercialization.

"The devils of today don't wear horns. Heaven and hell are right between your ears."

## Year delay in Stalker reward seen

Associated Press

It may take a year or longer to decide who gets more than $80,000 in reward money set aside for the capture or conviction of a suspect in the Night Stalker serial murder case, officials said.

More than $45,000 of the reward money, including $20,126 from private contributors

SHOP SUNDAY 10AM TO 6PM
FALL

g to have considered," ...shek said.

"The Devil made me do it" is probably the easiest cop-out for a person who

by the allegations and by the realization that there are similar cases in other parts of the state and the nation. He is

... Charles Manson, convicted of the Tate-LaBianca murders in Los Angeles,

"For the m... presented my ware of a pro...

# Year delay in Stalker reward seen

Associated Press

It may take a year or longer to decide who gets more than $80,000 in reward money set aside for the capture or conviction of a suspect in the Night Stalker serial murder case, officials said.

More than $45,000 of the reward money, including $20,126 from private contributors, $10,000 each from Los Angeles County and the state of California, and $5,000 from the city of Arcadia, will not be distributed unless there is a conviction, according to stipulations by donors.

Richard Ramirez, 25, is being held without bail and has been charged in one of the killings that terrified California residents. In addition to the Los Angeles area murder charge, he has been served with an arrest warrant for a killing in San Francisco.

The Night Stalker, an intruder who entered homes through unlocked doors and windows, is believed to have committed more than 30 attacks in which at least 14 people were killed.

Los Angeles City Councilman Howard Finn's motion establishing a $25,000 city reward for "arrest and apprehension" made no mention of conviction.

The City Council will select the recipients after hearing recommendations of the city attorney's office and the Los Angeles Police Department.

Ramirez, named by police as a prime suspect in the case the night before he was arrested, was chased, beaten and held for police on Aug. 31 by angry residents of an east side Los Angeles neighborhood. He allegedly hit a woman and tried to steal her car. Several people involved in the chase have claimed the reward.

In San Francisco, Rotea Gilford, a deputy to Mayor Dianne Feinstein, said the mayor will decide how to divide the city's $10,000 reward money after listening to the chief of police. The money could be handed out before a conviction, Gilford said.

In the case of the state, applications for the $10,000 reward will not even be accepted until there is a conviction.

If there is a conviction, applications will be judged by Gov. George Deukmejian, who will consult law enforcement officials, said Kevin Brett of the governor's press office.

At least three people already have mailed claims to Los Angeles County, contending that they deserve some of the reward.

"One guy called in and said, 'I saw the Stalker on the freeway. Where do I get my money?'" Tom Hibbard, a deputy to county Supervisor Pete Schabarum, said Friday. Hibbard said it probably would be a year or more before any county money is given out.

...e a wise business deci... ...eral of our unsurpassed ...th and oxford cloth ...ar or trimmer men's fits

SHOP SUNDAY 10AM TO 6P...

FAL... SAL...

BABY-YOUR-BABY SAV...

20% OFF
ALL TODDLETIME® UNDIES AND LAYETTE WEAR.
Safe, soft cotton or polyester, for infant boys or girls.

| | Reg. | Sale |
|---|---|---|
| Knit drawstring gown | 4.75 | 3.80 |
| Pilucho® all-in-one | 3.99 | 3.19 |
| Cotton print top | 2.50 | 2.00 |
| Matching training pant | 2.25 | 1.80 |

20% OFF
ALL TODDLETIME® NAPWEAR AND SLEEPWEAR.
Comfortable bedtime wear from our super collection of styles. Polyester.

| | Reg. | Sale |
|---|---|---|
| Infants' terry Sleep 'N Play® sleeper | 7.99 | 6.39 |
| Toddler boys' polo sleeper | 8.00 | 6.40 |
| Toddler girls' flannel gown | 8.00 | 6.40 |

$150 OFF
3-PIECE NURSERY GROUP
Sale $447 Reg. $597. Quality furniture of sturdy pine and hardwood products. Set includes drop-side crib, chest and changing dresser.
Individual pieces, Reg. $199 Sale $149
Mattress, Reg. $75 Sale 59.99

20% OFF
TODDLETIME® BEDDING.
Here, the "Happy Bears" collection in poly/cotton or cotton, with poly fill.

| | Reg. | Sale |
|---|---|---|
| Crib sheet | 6.50 | 5.20 |
| Receiving blanket | 6.50 | 5.20 |
| Comforter | 20.00 | 16.00 |
| Bumper pad | 20.00 | 16.00 |
| Diaper stacker | 7.00 | 5.60 |
| Diaper bag | 13.00 | 10.40 |

7½" plush musical bear, 15.50.

$164 OFF
CONTEMPORARY NURSERY GROUP.
Sale $653 Reg. $817. Clean white furniture in wood and hardwood products. Drop-side crib, 5-drawer chest, changing table dresser.

| | Reg. | Sale |
|---|---|---|
| Crib | $240 | $199 |
| Chest | $280 | $215 |
| Dresser | [illegible] | [illegible] |

Pine nursery group and ... through Sunday, September 15; all others through Sunday, September 22.

Available in Los Angeles, Orange, San Bernardino and Ventura counties and Tyler Mall Riverside. Not available in Palmdale or Lancaster.

Daily News

Tuesday, September 10, 1985 Copyright 1985 Daily News 25¢ COPY

# 'ds don't reflect drop in interest rates

profit consumer advocacy group based in San Francisco.

"A lot of people don't realize that the (credit-card) rate is tied to the prime rate, and that banks are making more money on credit cards," said Sheila Kolenc, author of the survey.

The prime rate, which bankers often use as a reference for adjusting other interest rates, dropped from 13 percent in September 1984 to 9.5 percent in June and has remained unchanged.

Bankers said, however, that the costs associated with credit-card fraud and new security innovations had prevented a reduction in credit-card interest rates.

"There is some downward pressure on credit-card rates which will eventually show up," said Kathy Wedeking, a spokeswoman for the California Banker's Association.

Competition for credit-card customers is intense, Wedeking said, noting the number of financial institutions now offering credit cards through direct mail solicitation.

"We encourage people to shop around and find something that meets their needs," she added. "A line of credit or overdraft protection might suit their needs better."

Consumer Action's survey of 16 banks and 19 S&Ls showed that most bank credit cards carry interest rates of 19.8 percent to 21 percent on outstanding balances.

Rates charged by savings and loans ranged from 17.5 percent to 21 percent. The lowest rate in the survey — 17 percent — was offered by Patelco Credit Union.

Two Los Angeles-based savings and loan associations had actually raised their interest rates on credit cards since the previous survey in October. Gibraltar Savings and Southern California Savings raised their rates from 19.8 percent to 20.9 percent.

# ı newsman

Associated Press

3C News ınd, after g unsuc- cessful coup attempt. Latch and NBC Bangkok bureau chief Neil Davis, whose camera took picture, were killed in fighting. News, page 9.

# Reagan yields, OKs S. Africa sanctions

Knight-Ridder Newspapers

WASHINGTON — President Reagan, yielding to heavy pressure from Congress to abandon his opposition to strong action against South Africa, announced Monday he would implement most of the provisions of an anti-apartheid bill that congressional leaders said would have passed even over his veto.

In an action that Reagan underscored was more symbolic than real, the president issued an executive order that he said was "aimed against the machinery of apartheid without indiscriminately punishing the people who are victims of that system."

Though the timing of Reagan's order was intended to forestall an embarrassing foreign policy defeat in the Senate, which had scheduled a vote Monday to end a filibuster over a sanctions bill

The Los Angeles Board of Education resolved to withdraw school district funds from investments in South Africa's economy ....... Page 8.

that had already passed the House, it did not end bipartisan complaints that the president's action was too little and too late.

Late Monday afternoon, 53 senators, including 12 Republicans, ignored an appeal by Senate Majority Leader Robert Dole, R-Kansas, and voted to end the filibuster — in effect, to take up the bill. The vote failed, 53-34, because 60 votes were needed, but proponents of the sanctions bill forced Dole to schedule another vote on Wednesday.

Declared Sen. Alan Cranston, D-Calif., who noted that 13 senators, including six Democrats were absent Monday, "It is by no means clear we would lose a vote if all senators were present."

Complained Dole, "Now the focus has shifted from South Africa to playing politics. Can we somehow blame the president of the United States, who though belatedly, has come on board?"

In South Africa, President P.W. Botha called Reagan's action "a negative step" that would hurt blacks. "Sanctions cannot solve our problems," he added. Botha and others in his government have expressed fear in the past that action by the United States would result in other nations invoking tougher sanctions, isolating his nation internationally.

But Bishop Desmond Tutu, the black Anglican clergyman who won a Nobel Peace Prize for his

Please see REAGAN Pg. 8

# Depressed Ramirez claims innocence, attorney says

By B. J. PALERMO
Daily News Staff Writer

An El Paso lawyer, hired by the family of Richard Ramirez to shop for a Los Angeles defense attorney, described the Night Stalker suspect as despondent Monday and said Ramirez was proclaiming his innocence.

"He is very depressed. His spirits are very poor right now. There is so much bad public sentiment," attorney Manuel Barraza said of the man suspected of 15 murders and at least 20 violent assaults. "The only thing that sort of brought him up a little bit was when they said an El Paso lawyer would be going there to help him."

It is unlikely Ramirez, who was identified as the Night Stalker suspect before his arrest, can receive a fair trial in Los Angeles, Barraza said. "Awards are already being handed out" for tips leading to the arrest, he said. "I think almost any court would grant a change of venue. I just don't know where it would be appropriate ... not in San Diego or San Francisco. Maybe in some small community."

As he prepared to leave El Paso to visit Ramirez in the Los Angeles County Central Jail, Barraza said in a telephone interview that Ramirez has insisted during jail visits with his sister and two brothers that he is innocent.

When Ramirez was arrested Aug. 31 in East Los Angeles, police said, he declared, "It's me,

Please see STALKER Pg. 10

RICHARD RAMIREZ
Arraignment postponed

# described

**Weather**

Mostly cloudy today with a 20 percent

# Councilman delays plan

From page 1

# Family shops for attorney as Ramirez plea delayed

STALKER from Pg. 1

it's me," and made self-incriminating statements.

But during visits with his sister, Rosa Flores, and his brothers Julian and Robert Ramirez last Tuesday, Saturday and Sunday, the suspect spoke differently, Barraza said. "So far he has maintained he is not guilty, that he didn't do it."

Ramirez, who is isolated in protective custody without bail, is charged with one murder in San Francisco, one murder in Monterey Park and seven other felonies in the San Gabriel Valley.

Law enforcement officials have blamed the 25-year-old drifter from El Paso for the string of murders and attacks since June 1984 that they attribute to the Night Stalker, and prosecutors have said they intend to file more charges.

Deputy District Attorney P. Philip Halpin said Monday all charges will be filed by Sept. 27, when Ramirez enters his plea in court.

"I want to be sure everybody understands that those charges we filed last Tuesday we filed because we were prepared to prove those charges at the time," Halpin said. It is "almost certain" more charges will be filed, he added.

Halpin's statements were made following a brief Municipal Court appearance Monday in which Deputy Public Defender Allen R. Adashek postponed Ramirez's plea for the second time. If more charges are filed against Ramirez, his plea could be postponed again, he added.

So far Ramirez has been charged in Los Angeles County with the May 14 slaying of William Doi, 66, of Monterey Park, the rape of Doi's wife, the robbery of the couple's home, and the May 9 robbery of Clara Cecilia Hadsall of Monrovia.

"There's so much material involved in this case that it's going to take a great deal of time to prepare, and we're just beginning," Adashek said. He refused to comment on the possibility that Ramirez may be represented by a private attorney instead of the public defender's office.

But Barraza said Adashek told him that once a private attorney is hired, the public defender's office must withdraw.

Barraza, 30, said he has been practicing law for six years and never has handled a possible death penalty case. The district attorney's office is alleging special circumstances that could result in a death sentence for Ramirez if he is convicted.

"I am calling some California lawyers, trying to retain them," Barraza said. "I will either just monitor the case or act as co-counsel."

He never knew Ramirez or his family before Rosa Flores sought his help, Barraza said. "I just represented some of his neighbors in some other matters. I visited with them (Ramirez's relatives) on Friday, and they felt comfortable with me."

Barraza said Ramirez's parents have been unable to make the trip to California. "His mother is taking it quite badly. She's still taking sedatives," he said. "The initial reports made it sound like they didn't care. But they are very concerned that he gets a fair trial."

## Mayor seeks Stalker reward panel

Los Angeles Mayor Tom Bradley has asked officials in all the jurisdictions that posted rewards for the Night Stalker to form a committee to establish common criteria on who should get the reward and how much.

"I understand many different governmental jurisdictions have offered reward money for information leading to the arrest and conviction of the person responsible for the Night Stalker killings and assaults," Bradley wrote in a letter his staff released Monday.

"It is my hope that we can reward those citizens who were courageous enough to assist law enforcement agencies in apprehending a Night Stalker suspect as expeditiously as possible," Bradley said.

More than $80,000 in rewards regarding the Night Stalker have been posted by a half dozen California cities and counties.

Bradley suggested that a standard criteria to award the money might be the fairest and quickest way to distribute the funds.

The mayor's letter, which was dated Sept. 5, was mailed to Gov. George Deukmejian; San Francisco Mayor Dianne Feinstein; Los Angeles County Sheriff Sherman Block; Los Angeles City Council President Pat Russell; Los Angeles Police Chief Daryl F. Gates; San Francisco Police Chief Cornelius Murphy; Orange County Sheriff Brad Gates; and Edmund D. Edelman, chairman of the Los Angeles County Board of Supervisors.

# Bryant-Vanalden evictions delayed

BERNSON from Pg. 1

could fight the plan. They formed a committee last week called Padres Unidos (United Parents) to lobby City Council members against Bernson's proposal.

The situation became even more difficult after it was revealed that Lance Robbins, the developer behind the plan, is facing prosecution for numerous health and safety code violations at apartments he owns in central Los Angeles.

Bernson, however, missed all of the reaction, having left for London just hours after the council vote.

Now that he is back in town, Bernson said he wants to take a few days to review all the mail, phone calls and press reports before taking any further action.

Meanwhile, city officials said work is proceeding "very slowly" on the draft ordinance.

# 14 appointed to Van Nuys Airport panel

Fourteen people have been appointed to the Van Nuys Airport advisory committee, including a former Los Angeles city attorney, an aeronautical engineer, a pilot and two anti-noise activists.

The committee was formed earlier this year to deal with concerns and complaints about the airport, particularly noise and development around its periphery.

Burt Pines, former city attorney, was named to the committee, as was Bruce Ackerman, executive vice president of the Van Nuys Chamber of Commerce and airport noise activists Lisa Berrena and Don Schultz, both of Van Nuys.

Also on the committee are retired aeronautical engineer Joseph Dysart, of Van Nuys, and pilot Sandor Winger of Northridge.

The group has scheduled its first meeting for 7 p.m. on Sept. 17, at the Van Nuys Airport building, 6950 Hayvenhurst Ave.

W
STOP
ALBUQ
NONSTOP TO ALI
That's right. Nonstop to Albuqu
from LA International. You land in
got these nonstop flights two times a
Phoenix, we have 8 other flights to
is that now you can fly stopless to
Call Southwest Airlines o

FLY
JUST

Would You Inve
To Chang
FREE LECTURE EXP
HIDDEN POWERS I

Danielle Durant
In Person

One of the most dynamic and inspiring individuals you may ever meet, Danielle Durant has become one of America's most avidly sought lecturers on the subject of changing life patterns from negative to positive. In addition to assisting hundreds of private patients, she has introduced the Mental Bank Concept to thousands from coast to coast as well as on three national television shows. She is a Certified Hypnotherapist on staff at California-based Hypnosis Motivation Institute.

Stop Wishi
Stop Trying to Change Y
SUCCESS IS N
and WISHING ALON
AFTER HEARING DANIELLE

MONEY MARKET CHECKING
Put a
MONEY MARKET



Wednesday, September 11, 1985

Copyright 1985 Daily News 25c COPY

# resister confined to grandma's house

*'This is the most difficult sentencing I've had, and I've dealt with them for 25 years.'*

— Judge Terry J. Hatter Jr.

d Wayte was sen- x months under s grandmother's iat a federal judge he most difficult :d out.

inusual sentence, erry J. Hatter Jr. or's plea and the it's recommenda- serve prison time hers who would gistering for the

Hatter said he has anguished over the sentence ever since Wayte pleaded guilty in June to a charge of failure to register, which carries a maximum penalty of five years in prison and a $10,000 fine.

The sentence of house arrest appears to be the only one of its kind given since draft registration was reinstated by President Carter's order in the summer of 1980. Eighteen young men have been indicted.

Hatter turned aside the request of Wayte and his attorneys that he devote himself to community service during a term of probation.

The judge said community service is what Wayte does anyway as a volunteer and teacher, so his sentence would be to deprive him of it.

Afterward, a soft-spoken Wayte said he still considers the sentence punishment, although he added: "I'm relieved it's over."

"I know I broke the law and as such, I'm subject to punishment," Wayte said, as he stood before Hatter. "It is a matter of deep conviction to me. I've never meant any disrespect to anybody. I only hope I will be able to serve the community. I know my acts

Please see WAYTE Pg. 10

DAVID WAYTE
"I'm relieved it's over"

ety ns g cal cies

congres- ting the trol sys- of a "di- fety" for many of at led to affic con-

ng short- , lack of seasoned acted the l the re- ic Works ocommit- nd over-

that the nistration utocratic and has progress" manage- ions dur-

nis Feld- uld have t on the

ing criti- s than a me when ssure on a rash of the Unit- he causes ried, and ) air traf-

congres- estigators gaps in ction pro- air carri- o inspec-

FAA Pg. 9

Associated Press

National Guardsmen and presidential security agents search for leads Tuesday outside a private university in San Salvador where daughter of President Jose Napoleon Duarte was kidnapped.

# Daughter of Duarte kidnapped

By JOSEPH B. FRAZIER
Associated Press

SAN SALVADOR, El Salvador — President Jose Napoleon Duarte's eldest daughter was kidnapped Tuesday by gunmen who killed one of her bodyguards and wounded another in a shoot-out, the presidential palace announced.

It said Ines Guadalupe Duarte Duran, 35, was seized during the gunfight by "a heavily armed group" of a half dozen men as she arrived for afternoon classes at the New San Salvador University.

The palace statement, read by Communications Secretary Julio Adolfo Rey Prendes at a news conference, said President Duarte, who has been ill and was working at home, was "very shaken but very firm" and was refusing to speculate on any negotiations that might take place.

"Up to now we have not had any information from the kidnappers. The moment we do we'll be in contact with you and stay in contact with you," Rey Prendes told reporters.

Please see DUARTE Pg. 10

INES DUARTE DURAN
President's daughter abducted

# Jewelry recovered in home of Ramirez's sister

By JEFF SNYDER and ARNIE FRIEDMAN
Daily News Staff Writers

A search of the El Paso, Texas, home of the sister of Night Stalker suspect Richard Ramirez has turned up about 300 pieces of jewelry believed to be stolen, but investigators were unsuccessful in a gruesome hunt for the eyes of one Los Angeles County victim, authorities said Tuesday.

Court documents filed in El Paso last week revealed that Ramirez is suspected of mailing jewelry stolen from the homes of Night Stalker victims, as well as satanic-oriented paraphernalia to his sister and father in the Texas border town where he was raised.

The search of the homes of Ramirez's family last Wednesday also focused on bloody clothing and a variety of items, including handguns, knives, handcuffs and ammunition with pink paint, Ramirez is believed to have used in slayings since June 1984.

Those items were detailed in an affidavit, filed in El Paso County Superior Court Sept. 3 by a member of the Los Angeles County Sheriff's Department's Night Stalker Task Force. The affidavit uses "Ricardo" as Ramirez's first name, although authorities and documents, including a district attorney's complaint enumerating charges against him, have used the Anglicized first name "Richard."

"We were looking for body parts, but we didn't find anything like that," said Bill Moody, first assistant district attorney in El Paso. "No implements or other evidence was recovered."

A source close to the investigation has said the eyes of attorney Maxine L. Zazzara were gouged by the intruder who killed her and her husband in their Strong Avenue home in Whittier March 27.

Please see STALKER Pg. 10

# bishop to lead Episcopalians

By IRA RIFKIN
Daily News Religion Writer

Episcopal Church leaders Tuesday elected the Rt. Rev. Edmond Lee Browning, a 56-year-old socially liberal, ecumenically minded bishop from Hawaii, to lead the 200-year-old denomination for the next 12 years.

Immediately after his victory during a convention in Anaheim over three other candidates for the post of presiding bishop, Browning said he was "tremendously committed to enhancing the ministry of women" and supported the inclusion of gays

## Weather

Considerable cloudiness today with a 20 percent chance of showers. Highs 66 to 72. Clouds decreasing tonight with lows 54 to 64. Air quality will be good today throughout the Southland. Details in News, page 16.

## Israel releases last of Shiite prisoners

— News, page 11

## Index

Section Page

# Police find jailbird is no stool pigeon

By FRANK GREENWALT
Daily News Staff Writer

The jailbird refused to talk Tuesday, preferring to ring a bell inside his cage.

But he was released anyway — in the custody of a friend.

It seems a cockatoo named "Turkey" was in the wrong place at the wrong time — a sober passen-

the support of a majority ... House of Bishops during the third round of secret balloting conducted away from the convention center in a nearby church. A fourth ballot made the decision unanimous, according to Episcopal sources.

The choice of Browning was then announced to the church's 900-member House of Deputies, comprised of clergy and lay representatives of each Episcopal diocese, for its confirmation. There appeared to be one unknown dissenter in the voice vote that followed.

Among the candidates defeated by Browning was Bishop John T. Walker, of Washington, D.C., the first black to be nominated for the leadership of a denomination once regarded as decidedly white and middle or upper class. Walker was said to have been the bishops' second choice.

Although it has 2.8 million members, the Episcopal Church, this nation's inheriter of the Church of England's Anglican faith, exerts an influence on society out of proportion to its numbers. Episcopalians head 20 percent of Fortune magazine's list of the 500 largest industrial corporations and one-third of its banks. Eleven Episcopalians have served as presidents of the United States, the last one being Gerald Ford.

However, recent shifts in the makeup of the church, which lost nearly 25 percent of its membership since 1966, have altered the upper-crust image of Episcopalians.

"We are no longer a middle-class, white church," Browning said at a post-balloting news conference.

"We are becoming multi-cultural."

The Episcopal Church has ordained women since 1976. However, female ministers have complained that they have not been allowed to fully

On the issue of gay ministers, he said no one should be prevented from beginning the Episcopal Church's three-stage ordination process because of sexual orientation or any other reason. But Browning stopped short of advocating the full ordination of gays, hinting that it was an issue best approached one step at a time.

Browning also said efforts to fight poverty and social injustice are best handled on an ecumenical basis and he strongly backed ongoing efforts to achieve limited union between Episcopalians and eight other Protestant denominations.

President Reagan's announced limited sanctions against South Africa, Browning added, were a case of too little too late. "I'd hoped that he would have done more," Browning said.

The Rev. Cannon Gethin B. Hughes, chairman of the Los Angeles diocese's eight-member House of Deputies delegation, said local Episcopal leaders were delighted with the election of Browning, the first man from west of Texas ever to be elected presiding bishop.

"His election will give a big boost to Episcopalians on the West Coast," Hughes said. "Californians and others in the west and Pacific areas have often been overlooked in the past when it came to being named to church committees.

"Ed will bring a new prospective to the East Coast," where the church is centered," Hughes said.

Browning will officially take office at the end of the year, upon the retirement of the current presiding bishop, the Right Rev. John M. Allin.

Browning's election came on his 32nd wedding anniversary. His wife, Patricia, joined him at the news conference along with one of their five children, 25-year-old Peter.

JOSE NAP
President

"Pee
"Juni
"Maj

# Jewelry recovered in search

STALKER from Pg. 1

Maxine Zazzara, 44, who practiced law in Downey, was discovered stabbed to death in her bedroom. Her husband, Vincent Zazzara, a 64-year-old retirement investment counselor, was found bludgeoned to death in the living room.

The Texas search was conducted because Ramirez, 25, "had a propensity to send certain items to El Paso," including stolen jewelry described by two friends of Ramirez interviewed by detectives, Moody said.

A large amount of costume jewelry was recovered during the search of the El Paso home of Ramirez's sister, Rosa Flores, Moody said.

No evidence was found, however, in the home of Ramirez's father, Julian Ramirez Sr., he said.

Flores will not be charged with receiving stolen property because there was no evidence she knew the jewelry was stolen, Moody said.

Donna Myers, a San Francisco Bay area woman instrumental in identifying Ramirez as the Night Stalker suspect, however, told investigators she saw Ramirez preparing to mail a shoe box-size package filled with stolen costume jewelry to his sister, Perry said in the affidavit.

"In one instance (Myers) was furnished several items of jewelry which were subsequently recovered by police and positively identified as property taken from the victims in this investigation," Perry wrote.

Ramirez is believed to have mailed the eyes of one Night Stalker victim to the home of his parents or his sister, according to the affidavit filed in El Paso by sheriff's homicide Sgt. Robert W. Perry.

"One victim's eyes were cut out in these murders," Perry said in a sworn statement filed in support of searches of the El Paso homes.

"They also may have been mailed to the listed addresses," Perry said in the documents filed with El Paso County Judge John Fashing.

Sheriff's Capt. Bill Hinkle said investigators have searched not only in El Paso but elsewhere for the eyes of one Night Stalker victim. The other locations were not disclosed.

Hinkle said some of the jewelry recovered in El Paso probably was shown Thursday to victims who attended a lineup in which Ramirez appeared at Los Angeles County Jail, where the serial killer suspect is being held without bail.

Efforts to contact Ramirez's defense team Tuesday were unsuccessful.

Ramirez is charged with the May 14 murder of William Doi, 66, of Monterey Park; the rape of Doi's wife, the robbery of the couple's home and the May 9 robbery of Clara Cecilia Hadsall, 85, of Monrovia.

He also is charged with the Aug. 17 killing of accountant Peter Pan, 66, in San Francisco. Additional charges in the Los Angeles County cases are expected to be filed by Sept. 27. Investigators have said Ramirez is suspected of at least 15 California slayings, including shootings, stabbings and beatings, and at least as many non-fatal attacks.

"In a variety of these murders and assaults perpetrated by Ricardo Ramirez," Perry wrote in the affidavit, "weapons such as handguns and knives, particularly knives with separated blades, double-edge daggers, carpet knives, and also handcuffs and thumb-butts (woven fingercuffs) were used on some of the victims."

"In several of these assaults and murders, ammunition with pink primers were used," he said.

"Also at several murder-assault scenes, large quantities of blood were present and splattered, and obviously the perpetrator of the crimes would have gotten blood on him," Perry wrote.

In explaining the search for Ramirez's clothing, Perry confirmed that a distinct tennis-shoe print was found at some of the murder scenes.

In addition, the investigator said, "Satanic materials and drawings were left behind by the killer (and) may have been mailed to the listed addresses."

Perry, referring to his general knowledge of serial killers, also sought evidence that Ramirez may have photographed, tape-recorded or videotaped his victims and sent the material to his family, according to the investigator's affidavit.

# Document described in spy case

By KEN HOOVER
Daily News Staff Writer

A retired Army major general testified Tuesday that the FBI document Richard W. Miller is accused of passing to a Soviet agent is valuable to the KGB and the Soviet leadership in Moscow.

"It betrays our game plan," said retired Maj. Gen. Richard Larkin. "It betrays our ignorance. It betrays the ways we are going about eliminating our ignorance."

campaign to embarrass the U.S. government abroad.

"It gives them incredible possibilities," Larkin said.

The document is entitled "Reporting Guidance: Foreign Intelligence Information." The prosecution contends that Miller, 48, a 20-year FBI agent working in foreign counterintelligence, gave the document to Soviet emigre Svetlana Ogorodnikov, who, in turn, delivered it to the Soviet consulate in San Francisco.

Larkin, who was deputy director of the Defense Intelligence

"game plan" for intelligence efforts.

He was called as one of the prosecution's expert witnesses to testify on the importance of the document to national security.

Larkin said intelligence leaders meet each year to determine the questions regarding the capability and goals of countries like the Soviet Union that need to be answered to protect the national security.

Intelligence agencies, like the CIA and FBI, are assigned to get

Daily News Thursday, September 12, 1985 NEWS

# Farrakhan's visit assailed

## Deukmejian joins attack on Muslim minister

By IRA RIFKIN and JOHN MARELIUS
Daily News Staff Writers

Farrakhan 'is a divisive demagogue whose message is evil and very dangerous'
— Gov. George Deukmejian

Gov. George Deukmejian Wednesday stepped into the growing controversy over a visit by Black Muslim minister Louis Farrakhan, calling him a "messenger of hate and bigotry" who "cloaks himself in the robes of religion."

"In reality, he is a divisive demagogue whose message is evil and very dangerous," Deukmejian said of Farrakhan in a brief address to Episcopal Church leaders in Anaheim.

Farrakhan, the head of the Chicago-based Mission of Islam, is scheduled to speak at the Forum in Inglewood Saturday night in an appearance that has prompted strong protests from Los Angeles Jewish leaders. Farrakhan, who came to national prominence during the Rev. Jesse Jackson's 1984 presidential campaign, has termed Judaism a "dirty religion" and has called Adolf Hitler a "great man."

His Los Angeles appearance is in connection with his black business opportunities organization, POWER (People Organized and Working for Economic Rebirth), which he started with a $5 million loan from Libyan leader Muammar Khadafy. Efforts to reach Farrakhan were unsuccessful.

Please see FARRAKHAN Pg. 9

## Bishops rap 'Star Wars'

By IRA RIFKIN
Daily News Religion Writer

The Episcopal Chuch went on record Wednesday as opposing President Reagan's proposed "Star Wars" nuclear defense system.

With little dissent, the church's House of Bishops approved a measure condemning "Star Wars" as an escalation of the arms race. The bishops's action was in contrast to an earlier discussion in the church's second legislative body, the House of Deputies, that produced some of the sharpest debate displayed at the week-long Episcopal convention in Anaheim.

"I'm very strongly against nuclear war," said Florida deputy Charles W. Rex III. "But as I see the ("Star Wars") proposal, it is a potential way of making nuclear weapons obsolete. If we could do away with weapons like that, maybe it would give us some additional time to negotiate for peace in the world."

Most of the deputies, who are lay and clergy representatives from each of the church's 120 dioceses, however, sided with the argument that rather than preventing nuclear war — as Reagan claims — "Star Wars" actually is an escalation of the arms race.

Leaders of the 2.8 million-member, liberal-Protestant denomination also approved a resolution supporting sanctuary for refugees from El Salvador.

The jointly approved resolution asked Congress to introduce legislation prohibiting the deportation and detention of Salvadorian refugees.

Bob Halvorsen/Daily News

Lu Lianda, left, and Lu Baogang operate shadow puppets, a Chinese art form. Fair arts director Richard Petterson, who is retiring this year, made a personal project of bringing shadow puppets to the fair.

# L.A. County Fair opens today

By FRANK GREENWALT
Daily News Staff Writer

The Los Angeles County Fair — with a big new Ferris wheel, a better race track and more than 7,000 exhibits — opens today in Pomona.

The 18-day event usually attracts more than a million visitors, an attendance record that tops those of every county fair and most state fairs in the nation.

This year, the 490-acre site includes a 150-foot-tall, Dutch-made Ferris wheel, one of the tallest in the United States.

The horse racing track this year features a five-eighths-mile course suitable for fields of as many as a dozen entries.

Officials found room for the new running ground by getting rid of the 1922-vintage bull ring.

Racing secretary Jim Priddy said the horses still will be close enough to the grandstands for spectators to feel the thunder of their hooves and see the expressions on the jockeys' faces.

Chinese shadow puppet shows will be given every hour in the fair's Fine Arts Building.

Bringing the puppeteers to the United States was a personal project of Richard Petterson, the 75-year-old director of the arts exhibit who is retiring after this year.

Petterson said he remembered the intricate and colorful puppets from his childhood days in China, where his father was an engineer.

He made three trips to the People's Republic of China to arrange for the visit and spent his own money for other Chinese art exhibits.

The trips represented the first journeys Petterson had made to mainland China since 1930, when he left the country. His air fare each time was $3,400. The fair paid for one. Petterson paid for two others.

"I just did it for the love of it," he said.

The puppets, which include a pig similar to the fair mascot, are of authentic design — only they are about five times bigger than in China. The biggest are about 40 inches tall.

Puppeteers Lu Lianda, 42, and Lu Baogang, 23, work rapidly behind a screen, directing the movements of the make-believe birds, butterflies, fish and monkeys.

Chinese artists make the puppets from donkey skins and other materials.

The fair, which also features entertainment and numerous restaurants, runs through Sept. 29.

General admission is $6 for adults and $3 for children aged 6 through 12. Admission is free for children 5 and younger.

The Los Angeles County Fair in Pomona, the nation's largest county fair, is expected to attract more than a million visitors.

Daily News

# Woman says Ramirez told Stalker jokes

## Oakland friend describes suspect's veiled threats

By JEFF SNYDER
Daily News Staff Writer

Donna Myers and Richard Ramirez were watching television in the living room of her Oakland area home several months ago when Ramirez suddenly spoke up.

"I could kill you, Donna, and nobody would ever catch me," Ramirez said. "You know, I could choke you and nobody would ever know it."

"I imagine you could," Myers said she replied. "but I don't think you have the guts to kill anybody."

Weeks later, the 53-year-old Myers helped authorities identify her friend of six years as the Night Stalker suspect in a string of 15 slayings in San Francisco and Los Angeles.

Two weeks before his arrest in East Los Angeles on Aug. 31, Ramirez even joked about the Night Stalker case when he saw a police composite drawing of the serial murder suspect on television in Myers' home, she said.

That conversation was on Aug. 15 — two days before investigators say Ramirez crept into a Lakeside district house in San Francisco, shot a 66-year-old accountant to death and critically wounded his wife.

"He came into my house and the composite was on TV and he said, 'Hey Donna, do you think I'm the Night Stalker?' " Myers remembered.

Myers said she laughed and told Ramirez that his face fit the drawing "to a T."

"That's why I left Los Angeles, because I didn't want anybody to think it was me," she said he told her.

Gradually, however, Myers said she began noticing coincidences.

"Where ever he was, there was a murder — San Francisco or Los Angeles," she said.

Ramirez, 25, is charged with the Aug. 17 killing of Peter Pan in San Francisco and the May 14 slaying of William Doi, 65, in Monterey Park. He also is charged with the rape of Doi's wife, the robbery of the couple's home and the May 9 robbery of Clara Cecilia Hadsall, 85, of Monrovia.

Myers, a former photo company worker, described Ramirez as a "nice guy" who seemed disinterested in work or women and spoke very little about himself except for boasting of his abilities as a thief.

But she said he changed — physically and mentally — from the healthy and happy man she met in 1979 during a visit to his hometown of El Paso, Texas.

Ramirez began visiting Myers after they met, first at her home in Richmond and later at her house in San Pablo.

Myers sketched a portrait of an increasingly [illegible]tery Ramirez, whom she said was sloppy, losing weight, injecting cocaine into his arms and talking of satanism the last few times she saw him.

Please see STALKER Pg. 9

# L.A. will send notices on mandatory sewer hookup