STYLE, B-1

## Wave of the feature

Surf's down in 'Heal the Bay'



SPORTS, C-1

## Barkley still second to Nunn

IBF middleweight champion retains his title

LOS ANGELES

# Herald Examiner

Tuesday
August 15, 1989

Final news

Weather
Fair, hazy/A2

25 cents

AUG 14 1989

## Man charged with death threat on TV's Kelly Lange

By Karen Cusolito
Herald Examiner staff writer

A 57-year-old Los Angeles man who allegedly has been obsessed with KNBC-TV anchor Kelly Lange for the past five years was charged yesterday with threatening to shoot her.

Warren Sexy Hudson has been in custody on $50,000 bail since Friday, when officers went to a motel where he lives and found a .38-caliber revolver and ammunition, police said.

A co-worker of Hudson's called KNBC officials and said Hudson had told him "he was bored with life and that he was going to Burbank to shoot Kelly Lange," said Deputy District Attorney James Jacobs.

"He was despondent. He felt she didn't understand him," Jacobs said. "He apparently had this love affair with her in his mind for several years."

Police said Hudson became obsessed with Lange about five years ago.

"He had been basically bothering her for the last five years: letters, phone calls, nothing threatening," said LAPD robbery-homicide Detective Hank Petroski.

The letters were returned, as were gifts Hudson sent, Petroski said. The last attempt to contact her was eight months ago.

Lange has neither seen nor spoken to Hudson, authorities said.

Petroski said Hudson offered no resistance when he was arrested at his room at the Linda Motel, 5070 W. Washington Blvd. In addition to the revolver, detectives found a box of ammunition.

The district attorney's office yesterday filed a felony count of

Lange, A-7 ▶



Kelly Lange
Apparent object of obsession

# Night Stalker juror shot dead

## Botha quits as leader of South Africa

### New party chief likely successor

Herald Examiner news services

JOHANNESBURG, South Africa — P.W. Botha resigned as president yesterday, after leading South Africa through 11 years of racial and political upheaval and finally losing a bitter power struggle within his National Party.

"It is evident to me that after all these years of my best efforts for the National Party and for the government of this country, as well as the security of this country, I am being ignored by ministers in my Cabinet," Botha said. "I consequently have no choice other than to announce my resignation."

Botha, whose power base began eroding after a Jan. 18 stroke, said Cabinet ministers forced him out and told him he could use his health as an excuse.

"To this I replied, 'I am not prepared to leave on a lie,'" Botha, 73, said in a disjointed and rambling address in Afrikaans on state-run television.

The speech came after a Cabinet meeting yesterday morning in which the 73-year-old Botha lost a confrontation that he had forced with F.W. de Klerk, his successor as leader of the ruling National Party.

At issue was de Klerk's right to travel to Zambia later this month to meet President Kenneth Kaunda without getting Botha's approval.

But this was overshadowed by the almost universal perception among politicians, journalists, and ordinary South Africans that the president had been trying to undercut de Klerk since the latter

S. Africa, A-7 ▶

## Ireland's 20 years of trouble



**Muzzle to muzzle:** A soldier and a jeans-clad woman face off during conflict that continued in Belfast on the 20th anniversary of the arrival of British troops in Northern Ireland. The troops fired plastic bullets at bomb-throwing youths during sporadic rioting. **A-5**

## No mistrial seen in case beset with problems

By Karen Cusolito
Herald Examiner staff writer

A juror in the Night Stalker serial murder trial was found shot to death in her apartment yesterday, apparently the victim of a domestic dispute.

However, deliberations will continue with an alternate juror, and no mistrial is threatened, court officials said.

Phyllis Yvonne Singletary, 30, of Carson failed to show up in the jury room yesterday. Her body was found in the Carson apartment she shared with a boyfriend, authorities said.

Superior Court Judge Michael Tynan called the other jurors into the courtroom and sent them home without explaining the reason for the empty seat in the jury box.

The jurors were preparing for their 14th day of deliberations on the fate of Richard Ramirez, a 29-year-old drifter accused of stealing into homes in the middle of the night and viciously murdering 13 people.

Singletary will be replaced on the panel by one of eight remaining alternate jurors. She will be the fifth juror to be replaced in the long-running trial.

Yesterday's deliberations would have been the first since another juror was dismissed for sleeping last week. The judge had ordered jurors to start the deliberations again from the beginning.

Los Angeles County sheriff's deputies were searching last night for Singletary's live-in boyfriend, James Cecil Melton, 51.

Singletary died of at least one bullet wound, but no shells were

Night Stalker, A-14 ▶

CONGRESSMAN KILLED



Larkin Smith
Law-and-order Republican

## Another U.S. lawmaker dies in crash

By Ron Harrist
Associated Press

NEW AUGUSTA, Miss. — U.S. Rep. Larkin Smith, a former sheriff known for his strong law-and-order stance, was found dead yesterday with his pilot in the wreckage of a small plane that crashed in a forest.

The freshman Republican, whose plane disappeared Sunday evening during a 90-mile flight from Hattiesburg to Gulfport, became the second congressman within a week to die in an air accident.

Rescuers spotted the wreckage of the single-engine Cessna 177 from the air about 8 a.m. yesterday. Searchers had to bulldoze their way to

Smith, A-7 ▶

▶ Recovery of bodies in Ethiopia stalled by weather

▶ Leland's wife may be in line to fill vacant House seat.

Both on A-7

CANOGA PARK FIRE

The Valley Ice Co. was completely destroyed yesterday in a "major emergency blaze." 19 fire companies responded, but no injuries were reported.

Devonshire St.
Roscoe Blvd.
Topanga Canyon Blvd.
Canoga Ave.
Reseda Blvd.
Balboa Blvd.
San Diego Fwy.
Victory Blvd.
Ventura Fwy.
Ventura Blvd.
Site of fire
1 mile

## Fire and ice company: Blaze guts Valley firm

By Drew Silvern
Herald Examiner staff writer

A "major emergency" fire gutted a Canoga Park ice-making plant yesterday, briefly threatening to ignite gasoline storage tanks and forcing the closure of several major streets.

No one was injured by the blaze, which fire department spokesma Greg Acevedo said was touched off at 1:23 p.m. by an "electrical source" at a furniture refinishing shop next to the Valley Ice Co., at 7252 Deering Ave. Four employees at the plant were evacuated.

He said an electrical malfunction ignited fumes at the Turn of the Century Refinishing Shop, and the fire quickly spread to the ice company next door.

Nineteen fire companies — nearly 125 firefighters — fought the blaze, which Acevedo said burned for an hour and 20 minutes.

Firefighters were hampered by yesterday's 100-degree temperatures in the Valley and by the extra-thick insulation in the walls of the ice company.

Fire, A-7 ▶

## ATTACK OF KILLER CAIMAN

### Residents say see ya later to alligator-like creature

By Deborah Anderluh
Herald Examiner staff writer

[illegible]

their garden shovel so they could put him in an ice chest and keep him forever.

And so did the group of neighborhood guys who had spotted him in Enterprise Park that morning, then gone home to [illegible]

[illegible] called screaming that there was an alligator afoot. "Call animal control." CLICK.

"Uh huh," the animal control folks in Carson told her. "We'll send a unit just as soon as one's available." CLICK.

Thank goodness for traffic-conscious cops. [illegible]

Lizard, A-14 ▶



**Leapin' lizards!** The 3-foot caiman that was lassoed in Compton

INSIDE

**Polish premier quits**

Polish Premier Czeslaw Kiszczak agrees to resign so that leader of small party can form new Cabinet. **A-4**

Ex. 80, p. 2792

# Lizard

► From A-1

crowd there's an alligator the neighborhood guys screeched to a halt on 103rd Street and made an illegal U-turn back toward Clovis.

A sheriff's patrol happening by pulled the car over for a warning, then made their own U-turn when it sunk in that those guys had said "alligator."

After a call from the deputies now among the believers another patrol car came, and then an animal control truck.

By this time the neighborhood guys had lassoed their prey — a caiman as it turns out, not a gator — who was not anxious to leave his puddle.

"He was making loops and throwing bites," said Barrera.

"The lady (animal control officer) told the policeman 'You carry him,' and he said 'Why me? You're the one getting paid.'"

In the end it was Lupe's husband Hector Barrera, 26, who presided over the capture.

An old hand at catching caimans in his homeland of El Salvador — where he once nabbed a fat 5-footer just for fun — Hector stepped on the flailing tail, pushed down on the toothy green snout, and held the creature aloft while the animal control officer guided him into a cage via lasso.

Authorities are still puzzling over how a caiman, native to Central and South America, got into a Compton area puddle.

They conjectured the animal, which cannot legally be imported into the state without permit, was a discarded pet.

Les Mitchell, supervisor at the Carson Animal Control Station, said the caiman was the second in two months discovered in Los Angeles.

The last was found by a West Hollywood landlord cleaning up after a former tenant.

The caiman will remain at the Carson shelter, feeding on raw chicken, until the state Department of Fish and Game finds him a suitable home, Mitchell said.



Mike Sergieff/Herald Examiner

## Freedom's fiery victory

Hooded demonstrators flash the victory sign yesterday in Monterey Park, while police videotapes that unmasked their identities go up in flames. Police Chief Ken Hickman threw tapes into fire in settlement of a lawsuit backed by the ACLU. The marchers had claimed police violated their First Amendment rights in 1984 by depicting their faces as they demonstrated against the martial law in Taiwan.

# Night Stalker

► From A-1

recovered at the scene, deputies said. Several weapons, including a handgun and a shotgun, were found at her apartment at 20531 Campaign Drive, near the Carson Mall.

"Based on physical evidence at the scene, as well as witness statements, investigators have determined that the death stemmed from a domestic dispute between Singletary and her live-in boyfriend, James Cecil Melton," said Deputy Bill Wehner of the Sheriff's Information Bureau.

"She apparently suffered a physical beating prior to being shot," Wehner said.

Melton, described as 5 feet 10 inches tall and weighing 160 pounds, was last seen driving a gray 1985 Cadillac Coupe de Ville with license plate BOSHOG3.

The body was found at 1 p.m. and may have been there for as long as 24 hours, deputies said.

Neighbors in the sprawling apartment complex said they knew little of Singletary, many did not even know her name.

One neighbor, who did not want to be identified, said Singletary was quiet and kept to herself, but her boyfriend acted "like he was drunk all the time."

Attorneys for the case refused to divulge any details, saying they were ordered not to talk publicly.

A hearing is scheduled this morning to replace Singletary on the jury.

Defense attorney Ray Clark said the tragedy will not cause a mistrial because there are currently eight alternates.

The juror's death was the most shocking incident in a trial that has been haunted by bizarre events.

On Friday, a juror was dismissed after other jurors complained he had been sleeping through deliberations. The man had earlier been caught napping during parts of testimony in the six-month trial.

After 13 days of deliberation, the jury was instructed to begin anew. They would have begun their first day of deliberation with the new juror yesterday.

Early in the trial, two jurors were excused a day after they were sworn when they said they could not serve in January, another juror was dismissed after he was overheard in a hallway saying he could not vote the death penalty until there were more Anglos on Death Row.

All the jurors have been replaced by alternates.

Tynan, foreseeing a long trial, had taken the precaution of seating an unusually large panel of 12 alternates — one for each juror. Usually, there are only half a dozen alternates in a criminal trial.

Last month, defense attorney Daniel Hernandez disappeared after a lunch recess and failed to return for the afternoon portion of the prosecutor's closing arguments. He later said it was the result of a communication mix-up.

The week before that, the only gun in evidence disappeared. The judge said it had been misplaced due to a bureaucratic mistake.

*Herald Examiner staff writer Drew Silvern contributed to this story.*



**Phyllis Yvonne Singletary**
Killed in domestic dispute



**James Cecil Melton**
Boyfriend sought by police




BATH TUBS REGLAZED
SINKS • TILE SHOWERS
• Fiberglass • Porcelain • Steel
Choice of Color
FREE Phone Estimates
Regardless of how bad a shape it is in we will make it brand new with a better than new tub Guaranteed
CALL TODAY
WEBBER ENTERPRISES
(213) 652-2753

Drunk Driving?
3 minute PRE-RECORDED MESSAGE explains the California Law.
24hr LEGAL HOTLINE
First Offense Legal Hotline 1-800-874-3333
Second Offense Legal Hotline 1-800-824-9999
Free Consultation with Attorney specializing in D.U.I. • Call 1-800 532-3300 for appointment


# Census

► From A-3

an average of 4.5 percent of the population of large cities.

Several people who testified recommended that community groups and churches, as well as the federal government, launch a public information campaign to make the groups they are targeting aware of the importance of the census.

Barbara Martinoff, an official with the city's Community Development Department, said a 1990 Census Outreach Committee including business, church and community leaders will try to come up with a strategy to reach groups that have been historically undercounted.

Among those groups are people who live in "non-traditional households," such as domestics who live in their employers' homes five days a week then return to their own.

"So you'll be doing a lot of work in Beverly Hills?" Torres asked dryly.

Last month, the city of Los Angeles and other cities and states with large illegal immigrant populations won a legal victory in which the Census Bureau agreed to conduct a "post-enumeration survey" to check the first count. If discrepancies are found, the Secretary of Commerce will decide what adjustments, if any, should be made.


DON'T MOVE IMPROVE
IF YOU ARE THINKING OF ADDING A ROOM, YOU SHOULD CALL US



CALL TODAY FREE ESTIMATE & DESIGN
(213) 672-9711 LOS ANGELES AREA
(213) 278-5116 BEVERLY HILLS AREA
(619) 320-2777 PALM SPRINGS AREA

GO WHERE YOU WANNA GO.



PAY WHAT YOU WANNA PAY.
SOUTHERN CALIFORNIA VACATION BREAK
$39 $49 $59
No matter where you're going throughout North America, you're going to find the price you want at Travelodge.® Right now in your area our clean, comfortable rooms have these great low rates (up to four people per room)! So go to the phone and give us a call. Because if you wanna get going, you're gonna get a break from Travelodge.







BETTER THAN TREASURY BILLS!



World's 4-Month T-Bill Account
9.05% Annual Yield*
8.66% Annual Rate**
($5,000 Minimum)

Better Rate! Higher than current Treasury Bills.

Better Deal — No Fees! Compared to bank or broker T-Bill fees of $50 or more. Plus, you get World's valuable FREE financial services worth $150.†

Just As Safe! Accounts FSLIC-insured and backed by the full faith and credit of the U.S. Government.




With $18 Billion in Assets. One of America's Largest Savings and Loans

Cerritos · Brentwood · Los Angeles · Lynwood · North Hollywood · Santa Monica

Hours: Mon-Thurs 9-4:30 Fri 9-6 Sat 9-1



Wednesday, April 2, 1986, Los Angeles Herald Examiner A11

# Bloody testimony at Stalker suspect's hearing

By Nancy Hill-Holtzman
Herald staff writer

An Arcadia woman described hearing noises like a sledgehammer hitting wood for hours before the body of a next-door-neighbor was found brutally beaten with her throat slashed.

Kristina Merrins, 35, testifying in the preliminary hearing for Night Stalker suspect Richard Ramirez, said the intermittent thumping noise came from the other half of the Arcadia duplex she shared with Patti Higgins, 32.

A contractor working next door discovered Higgins' partially clad body lying in a pool of blood on the bathroom floor when she failed to show up the next day for her teaching assignment.

"I noticed that her throat had been cut," said Norbert Waldenmayer, 32, who entered the home through a back door that was ajar.

Joseph Cogan, an autopsy surgeon, testified that Higgins suffered 47 discernible wounds, both blunt force trauma and slash and stab wounds, in the June 28 attack. Five stab wounds and 11 slash wounds were found on her face and neck, Cogan said.

The doctor testified that Higgins had been manually strangled and may have been sodomized.

A metal rod used during building construction was found at the scene, testimony revealed.

Ramirez, 26, a drifter from El Paso, is charged with killing Higgins during a burglary. He faces 14 murder and 54 other felony charges.

Meanwhile, defense attorneys yesterday provided copies of a caricature they said their client drew last week of prosecutor P. Philip Halpin in the guise of a dog.

Ramirez attorney Arturo Hernandez said the drawing was a spoof on Halpin's habit of referring to his marked exhibits by saying "D, as in dog." Hernandez has said Ramirez gets "a kick out of it" when the feisty Halpin shows his temper.



Night Stalker suspect Richard Ramirez's caricature of prosecutor P. Philip Halpin.

EXHIBIT: D-10

Case 2:07-cv-08310-BRO Document 20-2 Filed 12/17/08 Page 4 of 10 Page ID #:6084

METRO

Los Angeles Times LA Times 10/10/85 p 1 (II)

Thursday, October 10, 1985

Editorial

## County Investments

# Panel Votes to Steer Away from S. Africa

'ED VOLLMER, *Times Staff Writer*

Los Angeles County Board of Investments, declaring that South Africa is unstable nation both politically and economically," voted unanimously Wednesday to steer future stock purchases of the county's $5-billion pension fund from companies doing business in strife-torn country.

The decision does not require a ban on investing in all South Africa-connected enterprises, but it does require the board to look elsewhere if the alternative is just as financially sound. The panel ordered the 12 securities managers to immediately implement a policy requiring the purchase of non-South African-linked securities under the new criteria.

But if no other investment opportunity of comparable promise is available are the managers at liberty to invest county money in South Africa or in companies doing business there.

The nine-member board stopped short of ordering divestiture of $660 million in pension funds tied up in American firms with South African operations. But panel members said if its investment managers find opportunities to prudently divest, they are expected to sell.

**71,000-Member Fund**

The board, composed of both elected and appointed members, is responsible for the management of the pension fund of 71,000 active and about 30,000 retired county employees.

Wednesday's action followed more than months of study by individual members of the extent to which they could rid the pension fund—the state's third largest—of holdings linked to the white minority-controlled government. The action also comes six weeks after the Board of Supervisors voted to oppose divestiture.

The board appoints four of the nine members of the autonomous investment panel.

The investment panel described the policy as "interim in nature and subject to modification or cancellation . . . pending resolution of the civil volatility and unrest in the Union of South Africa."

**'Significant Step'**

Supervisor Kenneth Hahn, who failed on 7 to win backing for a total divestiture recommendation to the investment panel, expressed satisfaction at Wednesday's development. Hahn called the vote "a significant step in the right direction that I believe will lead to full divestiture in the future if the Union of South Africa does not grant full rights and liberties to all of its citizens."

County Treasurer-Tax Collector Richard ... by law a voting board member, said the unanimous vote "does not represent a future policy in any manner, shape or form." But he said it does empower investment managers to sell off existing holdings if political or economic changes in South Africa that pose a danger to funds.

Investment managers will be required to report regularly to the panel on the status

Please see POLICY, Page 2



IRIS SCHNEIDER / Los Angeles Times

Richard Ramirez with his new attorney, Joseph Gallegos, right, of Oxnard during appearance in Municipal Court.

# Ramirez Allowed to Switch Lawyers

By PAUL FELDMAN, *Times Staff Writer*

**Night Stalker suspect Richard Ramirez was granted permission by a judge Wednesday to dismiss Deputy Public Defender Allen R. Adashek as his lawyer and retain private counsel, Joseph Gallegos of Oxnard.**

Los Angeles Municipal Judge Elva R. Soper approved the request at a brief court hearing that followed a closed session with the judge, Ramirez, Gallegos, Adashek and Deputy Public Defender Henry J. Hall.

Ramirez, a 25-year-old drifter originally from El Paso, has reportedly been dissatisfied with his public defenders since they were assigned to the serial murder case shortly after his arrest in late August.

Soper also agreed to postpone Ramirez's date for entering pleas to Oct. 22. Ramirez is charged with 68 felony counts in Los Angeles County stemming from 20 early-morning attacks on 28 victims between June 27, 1984, and Aug. 8, 1985. Fourteen of the murders he is charged with occurred in Los Angeles County, and one occurred in San Francisco.

Gallegos, who has practiced law for 22 years in Northern California and Oxnard, had a brush with the law himself in 1976. He was placed on five years' probation for shooting a suspected prostitute in the hand after a dispute.

The attorney said he had informed Ramirez of the incident and that it should have no bearing on the current case. State Bar officials said Wednesday that the Bar has never taken action against Gallegos.

**Defended Gang Member**

Among his previous major cases, Gallegos said, was the 1979 defense of a member of Nuestra Familia, a Mexican prison gang, on murder charges. His client, he said, was convicted and sentenced to 27 years in prison.

Wednesday's hearing was punctuated by the appearance of Ramirez's sister, Rosa Flores of El Paso, who came in the company of three other lawyers—Arturo and Daniel Hernandez of San Jose and Manuel Barraza of El Paso.

Arturo Hernandez told reporters outside the courtroom that he and Daniel Hernandez, who are not related, had been retained by Ramirez's relatives to head the defense effort. Barraza has previously said he was retained by the Ramirez family and was helping to find Ramirez a new lawyer.

However, Soper refused to recognize Arturo Hernandez when he stood up during the hearing in an attempt to address the court.

Outside the courtroom afterward, Gallego said he had informed Ramirez of the presence of the other attorneys and that Ramirez "indicated to me, 'Look, we reached an agreement Monday' . . . (and he said to) tell the others."

Meanwhile, Arturo Hernandez expressed confidence that Ramirez will change his mind after he meets with Flores, Barraza and him at the County Jail.

Please see RAMIREZ, Page 4

# No Plan... Fund Ra... Congress Is Notifi...

By RICH CONNELL, *Times* ...

Pressing its opposition to M... Reagan Administration has n... gress that it does not intend ... money already allocated for ... geles subway and other r... projects—an action that will r... by both houses of Congress to c...

For the Los Angeles subwa... notice sent to Congress by t... Management and Budget affe... lion that has been allocated ... over the past two years but wi... Urban Mass Transportation ... tion. It is part of $429 millio... funds needed by the Southe... Rapid Transit District to bu... $1.2-billion, 4.4-mile section o... from Union Station to Alvarad...

If either house of Congress ... to overturn it, the Administ... could further delay the beginn... Rail construction, which R... hope will take place early next ...

**Supporters Dismiss Move**

While the Administration ... new obstacles to obtaining fu... the first segment of the line, ... the subway on Wednesday ... move as an "irritant" and "ro... predicted Congress would ... action within several weeks.

"It should be very easy pr... wrap it up," said an aide to ... Dixon (D-Los Angeles), a l... Rail proponent.

"It is more hoops to go thro... RTD lobbyist, who asked not ... fied. "But they're hoops w... gone through once."

Indeed, both houses of Co... already indicated this year th... the $129 million released.

The House last month app... transportation bill that inclu... ordering the Urban Mass T... Administration to distribute ... funds and enter into a full fun... with the RTD to guarantee t... funds for the first leg of t... downtown-to-North Hollywo... line.

**New Language Likely**

And the Republican-cont... Appropriations Committee ... proved its version of the trans... also including language callin... million to be disbursed.

The full Senate still mus... measure and then a two-hou... committee will resolve diffe... two bills—probably next mon...

Even if Congress approve... tion, congressional sources s... day that both houses will ha... new language that would spe... ride the Office of Manageme... et's deferral action.

The deferral notice, contai... sent to congressional leaders ... the Office of Management a... the latest administrative ...

Please see SU...

## ...ash Haulers ... Vote on New



## Writer in B... Case Jailed

600127

Ex. 82, p. 2795

10

1985

…aggett 69;

…AINS: To-…and thunder-…oday; winds…nd Friday—…oday's high: …Wrightwood

…dy; highs in …30s; highs

…ay—sunny; …herly winds. …0s and 40s; …: Monterey

…nny; highs in …fair; lows in …ow: Salinas

…ostly sunny; …Tonight and …s in mid 70s …49; Fresno

…stly sunny.

## Extended Forecasts

For Saturday, Sunday, Monday:

**SOUTHERN CALIFORNIA COASTAL AREAS:** Fair, except for some night and morning clouds; warming over weekend. Highs 72-85; lows in 50s and lower 60s.

**SOUTHERN CALIFORNIA MOUNTAINS:** Fair; warming over weekend. Highs in 60s; lows 30-45.

**SOUTHERN CALIFORNIA DESERTS:** Dry; warming. Upper-desert highs 75-85; lows 45-55. Lower-desert highs 85-95; lows 55-65. Owens Valley highs 75-85; lows 35-45.

**CENTRAL CALIFORNIA:** Mostly fair, except for patchy night and morning coastal fog or low clouds; temperatures near seasonal normals. At lower elevations: highs in 60s and low 70s at coast, to 70s to low 80s in San Joaquin Valley; lows in 40s to mid 50s.

**NORTHERN CALIFORNIA:** Partly cloudy with chance of showers at times near Oregon; mostly fair south; patchy morning valley fog; temperatures near seasonal normals. At lower elevations: highs in 60s at coast through 70s in Sacramento Valley; lows in 40s and low 50s.

Santa Clarita valleys......42/ 25  Inland Orange County....42/ 42  Big Bear Lake.....42/ 25
San Gabriel, Pomona valleys....42/ 33  Downtown San Diego....60/ 34  Banning area.....42/ 42

## Global Reports

Gathered by Associated Press for Tuesday, local time, and by the National Weather Service:

| City | Condition | Lo/ Hi | City | Condition | Lo/ Hi | City | Condition | Lo/ Hi |
|---|---|---|---|---|---|---|---|---|
| Acapulco | Ptcldy | 76/ 89 | Guadalajara | Ptcldy | 63/ 84 | Paris | Cloudy | 52/ 61 |
| Amsterdam | Cloudy | 48/ 59 | Havana | Clear | 76/ 87 | Peking | Clear | 55/ 70 |
| Athens | Clear | 59/ 82 | Helsinki | Cloudy | 54/ 55 | Rio de Janeiro | Cloudy | 62/ 82 |
| Bangkok | Rain | 77/ 90 | Hong Kong | Clear | 79/ 84 | Rome | Clear | 52/ 84 |
| Barbados | Cloudy | 76/ 86 | Jerusalem | Cloudy | 59/ 71 | Santiago | Clear | 39/ 66 |
| Beirut | Rain | 57/ 68 | Johannesburg | Clear | 55/ 68 | Sao Paulo | Cloudy | 55/ 64 |
| Belgrade | Clear | 54/ 73 | Kingston | Fair | 78/ 89 | Seoul | Cloudy | 59/ 77 |
| Berlin | Cloudy | 41/ 67 | Lima | Cloudy | 58/ 66 | Singapore | Rain | 73/ 81 |
| Bogota | Cloudy | 46/ 66 | Lisbon | Clear | 61/ 70 | Stockholm | Cloudy | 50/ 54 |
| Brussels | Cloudy | 43/ 66 | London | Cloudy | 52/ 61 | Sydney | Rain | 63/ 72 |
| Buenos Aires | Clear | 41/ 64 | Madrid | Clear | 48/ 75 | Taipei | Clear | 77/ 91 |
| Cairo | Clear | 64/ 86 | Manila | Cloudy | 73/ 90 | Tel Aviv | Cloudy | 64/ 79 |
| Calgary | Clear | 28/ 41 | Mazatlan | Cloudy | 72/ 88 | Tokyo | Clear | 63/ 75 |
| Caracas | Cloudy | 68/ 84 | Mexico City | Cloudy | 54/ 79 | Toronto | Rain | 43/ 64 |
| Copenhagen | Cloudy | 52/ 54 | Montreal | Cloudy | 39/ 64 | Vancouver | Clear | 39/ 59 |
| Dublin | Cloudy | 45/ 61 | Moscow | Cloudy | 50/ 57 | Veracruz | Clear | 76/ 88 |
| Edmonton | Clear | 17/ 35 | Nassau | Clear | 71/ 86 | Vienna | Cloudy | 50/ 70 |
| Frankfurt | Clear | 43/ 61 | New Delhi | Rain | 70/ 78 | Warsaw | Cloudy | 54/ 61 |
| Geneva | Cloudy | 55/ 64 | Oslo | Cloudy | 43/ '50 | Winnipeg | Clear | 26/ 30 |

| | | | |
|---|---|---|---|
| Marina Del Rey | | | No report |
| Hermosa Beach, 5p. | W8 | 02/08 | 67/68 |
| Cabrillo Beach, 5p. | SSW5 | 01/14 | 61/69 |
| Hunt'n. Beach, 5p. | SSE5 | 02/10 | 64/67 |
| Newport Beach, 5p. | SSE10 | 03/13 | 66/66 |
| Avalon, 6p. | SSE1 | Calm | 68/78 |
| San Clemente, 5p. | S4 | 02/11 | 66/64 |

## Almanac

| | Today Rises | Today Sets | Friday Rises | Friday Sets |
|---|---|---|---|---|
| Sun | 6:54a | 6:25p | 6:55a | 6:24p |
| Moon | 2:47a | 4:44p | 3:56a | 5:16p |

| Last/4 | New | First/4 | Full |
|---|---|---|---|
| Nov. 5 | Oct. 13 | Oct. 20 | Oct. 28 |

HIGH, LOW TIDES FOR L.A. OUTER HARBOR:

| Today | Friday | Saturday |
|---|---|---|
| 1:24a/ 0.0 Lo | 1:56a/ -0.1 Lo | 2:25a/ -0.1 Lo |
| 7:59a/ 4.7 Hi | 8:20a/ 5.1 Hi | 8:42a/ 5.6 Hi |
| 1:22p/ 2.0 Lo | 2:02p/ 1.3 Lo | 2:43p/ 0.6 Lo |
| 7:14p/ 5.5 Hi | 8:02p/ 5.7 Hi | 8:47p/ 5.7 Hi |

All times Pacific Daylight Time

# LAPD Wants to Tie In to Print Computer

## Gates, 2 Councilmen Cite State System's Recent Successes

By SCOTT HARRIS, *Times Staff Writer*

Los Angeles Police Chief Daryl F. Gates and two city councilmen urged Wednesday that $6 million be spent to provide the Police Department with its own fingerprint identification computer to tie in with the state system that identified Night Stalker suspect Richard Ramirez.

The state's computer system more recently led authorities to the alleged killers of a young Thousand Oaks couple whose bodies were found near Mulholland Drive last weekend.

Gates and Councilmen Zev Yaroslavsky and Hal Bernson said in a City Hall press conference that many of the Night Stalker's victims and the Thousand Oaks pair—Brian E. Harris, 20, and Michelle Ann Boyd, 19—may have been spared if police had the computer in operation one year ago. The computer may have targeted those suspects for previous crimes, they explained.

The three officials rejected contentions that the city would be better served joining with the county to fund a regional computer system. Gates estimated that the Los Angeles police could run about 100,000 fingerprints a year through its own system but would be able to check only 20,000 in a regional system.

"We should move very, very quickly. . . . It not only solves crimes, but it can prevent crimes," said Yaroslavsky, who as the council's finance committee chairman had previously balked at the $6-million price tag. "There's enough crime for the sheriff to have his system and the city to have ours."

Gates described the system as "clearly the biggest breakthrough since we began back in the Dark Ages to identify people through fingerprints."

Under existing conditions, it is estimated that a technician could take 64 years conducting a "cold search" through the 1.7 million fingerprints on file with the Los Angeles Police Department. The computer system can perform the same task in less than 45 minutes, the officials said.

The statewide system, operated by the state attorney general's office, zeroed in on Ramirez as the Night Stalker suspect in three minutes after being provided with a print found at the scene of the last murder. The power of the system was demonstrated again last weekend when a partial print taken from a rear-view mirror of Boyd's car led to the arrest of four suspects.

Ramirez may have been apprehended much earlier through a computer search, Gates said. In June, 1984, he said, detectives lifted six fingerprints from a murder scene—but were unable to link those prints to a suspect. After Ramirez was arrested, the prints were matched to his.

If those same prints had been routinely run through a computer that June, they would have matched prints taken from Ramirez during previous arrests for lesser offenses, Gates said.

Along with day-to-day use, the computer could help crack some of the city's 4,600 unsolved homicides dating to 1947, Gates said.

The Police Department's budget request for the computer was blue-penciled last year as the city staff studied the possibility of a joint fingerprint program with the county—a proposal that has been backed by Mayor Tom Bradley.

The computer proposal will come before the council's committee on police, fire and public safety, chaired by Bernson, on Oct. 18. A lease-purchase arrangement may be considered. Bernson said that $1.5 million that was recovered by police as evidence in narcotics investigations and has since reverted to police use could serve as "a down payment" on the computer.

# RAMIREZ: Stalker Suspect Gets a New Lawyer

**Continued from Page 1**

"The defense never rests, and that's our attitude at this point," Hernandez said. "It's sad we have to fight to defend someone."

Gallegos said he was first contacted by Adashek last Friday at Ramirez's request. Ramirez, he said, had heard of him before, but Gallegos declined to indicate how.

At a two-hour meeting Monday, Gallegos continued, the defendant agreed to retain him. But Gallegos refused to disclose details of how he will be paid for his services in the case, which he estimated could take a year to try.

Gallegos said Ramirez "was interested in having someone with experience" representing him. Ramirez also preferred an attorney with whom he could communicate in Spanish, Gallegos said. Gallegos speaks Spanish.

He agreed to take the case, he said, because "I have devoted my life to the practice of law . . . and I want to make sure that Mr. Ramirez—especially being of Latin descent . . . that he does have a fair trial."

Arturo Hernandez has practiced law for two years in San Jose. He said he first met Ramirez's sister while attending law school in El Paso. Her endorsement of Hernandez was backed by a brother, Robert Ramirez, in a phone interview Wednesday.

Robert Ramirez, a Tucson resident, also criticized Adashek, saying, "They don't let Richie make his decisions on what he wants. They just brainwash him so he doesn't know what's going on."

Adashek refused comment on the case. "It wouldn't be appropriate for me to make any statements," he said.

## …cements

**Harry Koji** beloved Fukiko; father of Rich- …urase and Patricia Ann …ndfather of Traci and …her of Sanji and Robert … Yuriko Mimori. …services 7:30 pm, Fri., **…Fukui Mortuary, 707 E. … Los Angeles.**

**…RA, Yachiyo** passed …er 6, 1985. She is sur- …sband, James; daughter, … and 3 grandchildren. …Saturday, October 12, …Hillside Chapel in Rose …rial Park.

**…Irving N.** beloved hus- …ose; loving father of …vart) Margolis and …arleen) Pazoff; adored … of Caren, Wendy, …on, Gary and Kathy. …services Friday, 11 am …Memorial Park Chapel. **…rtuary** directors

**… Irving** …ortuary directors

**…Marie Dale** **…hers' Meyer-Mitchell**

**…Norbert I., M.D.** age 82; … Santa Barbara; passed …er 9, 1985 at home after …s. Born May 3, 1903 in … came to the United …938 after completing his …ning in Frankfurt, Ger- …orked in Los Angeles as …hiatrist; was Director of …ns Center at Camarillo …ital. He is survived by …harlotte of Santa Bara- … brother, Jacobo Rieger …a. …2 pm, Friday October 11 …ith Temple, Santa Bar- …ment in Santa Barbara … Memorial donations in …vers to the Child Guid- … of Santa Barbara, 817 … St., Santa Barbara, CA **…Dermott-Crockett Mor-** …arge of arrangements

**…hael Paul** age 42. …sband of Veronica; fath- …l, Gregory and Peter; … Mary Pucci, Betty De- … Heim, Nancy Quist, Sue … Dan and Tim. …Thursday, 7:30 pm and …ass Friday, 10 am, both …n Baptist de la Salle …anada Hills. **Bastian & …rtuary, Northridge** …00

**…rt Stanley** **…ong Family** directors

**…EN, John Marshall** …y October 6, 1985. … services Thursday, … 7 pm at Hyatt-Wilshire …5 Wilshire Blvd., Holly- …om. **Pierce Brothers' …chell 818/785-8617**

**…Andrew T.** beloved hus- …atrice Scales. … services Friday, 10 am …Cross Cemetery. **Pierce …Cunningham & O'Connor**

**…, Ida Frances** **…others' Cunningham & …Hollywood**

**…AUM, Lillian** **…al Mortuary**

**…Ruth Elizabeth** **…ong Family** directors

**…Juvenal F.** **…thers' Valhalla**

**…Adrian O.** survived by his …en; daughter, Terry; 1 …d 1 sister. …ces.

**…S, Estelle J. 'Teddy'** …by husband, Ralph E. …aughters, Judy Hanauer, …ters and Lori Lewis; …ner of 5. … private at the family's **…Groman Mortuary** direc- …eu of flowers, donations …ade to Dr. Jay Levy, c/o …search Institute, Univer- …alifornia, San Francisco, …-0128

**…N, Benjamin Harrison** **…rong Family** directors

*…'ll help you write …for quick results*


### Funeral Directors



one call one place

(213) 776-1931 836-7860 LOS ANGELES

Hillside MORTUARY & MEMORIAL PARK

SERVICES CONDUCTED IN ALL CEMETERIES
Groman MORTUARIES
Los Angeles (213) 748-2201 Valley (213) 877-0335

Compare Our Low Prices Before You Decide
(213) 254-3131
FOREST LAWN
MORTUARY—CEMETERY
CREMATION—EVERYTHING

ARMSTRONG FAMILY
Ash Burial at Sea
$245 Complete All L.A. County
*Free Literature*
(213)747-9121 Los Angeles

UTTER McKINLEY
Serving Greater Los Angeles
213/388-2481

MALINOW-SILVERMAN
JEWISH FUNERAL DIRECTORS
LOS ANGELES 213/479-4600

Mount Sinai
MORTUARY · CEMETERY
(213) 469-6000 Los Angeles

### Cremation Services

MORTUARIES CEMETERIES CREMATORIES
TOLL FREE 1-800 762 7270
Pierce Brothers

Neptune Society
213/831-0664 818/845-2415
Los Angeles Burbank
24 Hrs. No Salesman will call Cem/Bur LA

★ Call Rosedale Cemetery
Low Cost Removal and Cremation
213 734-3155 24 hr.
The Rosedale Cem. Assoc. Ltd., Los Angeles

ROOSEVELT MEMORIAL PARK
Our Crematory Fee $ 57
Mortuary Fee From $190
Call 24 hours 213/329-1113

### Cemetery Lots-Crypts

4 plots, including care. FOREST LAWN. Hollywood Hills. Gentleness Section. SACRIFICE: $1500. 213/661-3035 P/p

CHOICE 2 comp wall crypt, Forest Lawn Hlywd Hills, Court of remembrance. pp 714/687-8775

2/Cemetery lots, space 3-4, #3756 Enduring Faith sec. Forest Lawn Hlywd Hills $500ea 619/724-6340aftr 6pm pp

2 Plots Forest Lawn Hollywd Hls, Murmuring Trees sect. 805/985-3057, pp


For assistance regarding Obituary Notices call Miss Black

ext. 1185
(213) 629-4411



600128

5080

# Stalker may have mailed eyes to kin

Associated Press

Eyes cut out of a "Night Stalker" slaying victim may have been mailed to defendant Richard Ramirez's sister in Texas, court documents say.

Investigators found more than 300 items allegedly stolen by Ramirez and hidden inside the El Paso home of his sister, Rosa Flores, according to Texas court documents cited Tuesday.

"One victim's eyes were cut out in these murders," the affidavit said. "They may have been mailed to the listed addresses."

No eyes were discovered during the search.

"The victim's eyes were removed in one of the homicide cases currently under investigation and have been listed in several search warrant affidavits that were served at several locations, including one in El Paso, Texas," Los Angeles County sheriff's Deputy Steve Lee said Tuesday.

It was the first official confirmation that the Night Stalker mutilated victims. News reports earlier said eyes may have been gouged from victims and Satanic rituals may have taken place at crime scenes.

Investigators have downplayed devil worship in the wave of at least 30 attacks, at least 14 resulting in death, attributed to the Night Stalker.

But the affidavit also said investigators were searching for Satanic materials such as writings or drawings that Ramirez may have mailed to his relatives during the string of California serial killings.

"It's the longest search warrant I've ever seen," El Paso County Court at Law Judge John Fashing said of the 55-page search warrant filed in Texas by Los Angeles County sheriff's Detective Robert Perry.

Property was recovered last Wednesday from the home of Ramirez's sister. The home of his father, Julian Ramirez Sr., was also searched last week, court records show.

The affidavit said Ramirez was known to telephone his sister and father periodically, adding that "such information would show where (Ramirez) was located when he either phoned or wrote the above mentioned people."

EXHIBIT A -31

Los Angeles Times

25 inches; 892 words

MONDAY, APRIL 14, 1986, METRO, PART 2, PAGE 1
COPYRIGHT 1986 / LOS ANGELES TIMES

000037561
FAX page #42

# Ramirez Hearing—Daily Ritual of Testimony and Stares

By PAUL FELDMAN

Like a chiming school bell, the jangling sound of the shackled Richard Ramirez shuffling into court signals the start of another session of the accused Night Stalker's preliminary hearing.

Flanked by a pair of bailiffs, Ramirez lurches to his seat, silently surveying the courtroom spectators with a smirk before plopping himself down alongside his lawyers.

During the next six hours, the lanky, long-haired defendant doodles on legal pads, peruses newspapers and softly offers quips and suggestions to his attorneys, Arturo Hernandez and Daniel Hernandez.

Most often, however, he rests his head on his left hand, his thumb tucked under his chin and forefinger along his nose, as he stares eerily at witnesses, bailiffs or the prosecutor.

For the last six weeks—as a parade of 95 prosecution witnesses have testified to a series of 14 brutal murders and 54 other felonies of which he is accused—the daily ritual has rarely varied.

Occasionally, during lurid testimony, Ramirez grows more animated, twice flashing chilling grins during gory eyewitness accounts by victims. Otherwise, he has maintained a more docile demeanor than in his earliest court appearances after his August, 1985, arrest. Then he bounced and swayed as if to music that no one else could hear and, on one occasion, shouted "Hail Satan!" as he was being led from the courtroom.

Lately, however, Ramirez is becoming more "antsy," according to his lawyers.

"He's getting very anxious and ... concerned," said Daniel Hernandez. "It's both mental and physical."

Ramirez's frame of mind became an issue last week when he surprised Los Angeles Municipal Judge James F. Nelson and even his own lawyers by saying that he no longer wants to attend his own hearing, which could last at least two more months. Although Nelson rejected the unusual request, he did grant the defense a hearing today to present testimony from two medical witnesses in an effort to change the judge's mind.

Arturo Hernandez said he has asked that prosecutor P. Philip Halpin be excluded from the session because of his fear that the testimony may reveal too much of his long-range strategy in defending Ramirez.

Such statements raise speculation that Ramirez's attorneys—who thus far have sought to attack the prosecution evidence head-on—may eventually enter an insanity plea. The lawyers have repeatedly declined comment on the subject.

Even if Ramirez were eventually to plead not guilty by reason of insanity, the issue would have no direct bearing on his competency to participate in his preliminary hearing.

And at this point, neither the defense lawyers nor three judges who have handled various parts of the case has questioned Ramirez's competency to comprehend the courtroom proceedings.

To the contrary, Ramirez's lawyers maintain that the 26-year-old drifter from El Paso has been alert and attentive to the degree that he sometimes helps prepare questions for their cross-examinations of prosecution witnesses.

Ramirez's anxiety, his lawyers say, stems from such factors as the length of the daily court routine, in which he is often away from his high-security jail cell for more than 12 hours because of slow transportation between the Los Angeles County Jail and the Los Angeles Traffic Courts Building, where the hearing is being held.

Until last week, Ramirez was locked in an unlit five-foot-by-five-foot holding cell while awaiting transfer back to the jail each night—but Nelson remedied that concern by ordering the defendant held in a larger cell.

Still aggravating Ramirez, his attorneys say, is a nagging toothache resulting from as yet unfinished root canal work begun by county dentists before the start of the preliminary hearing.

Ramirez's lawyers say he is also bothered by the constant spotlight he is placed under as accounts of throat slashings, point-blank shootings and brutal rapes of which he is accused are described by eyewitnesses, pathologists and police investigators,

Yet Ramirez, whose wavy hair flows over the collar of his blue jail jump suit, seems to save most of his grinning, giggling and rattling of his leg chains for just such gruesome moments.

**Staring Contests**

The defendant, who is always watched closely by at least three bailiffs, also occasionally engages in staring contests with courtroom spectators or the bailiffs themselves. Usually, he is the first to give in.

Ramirez has not spoken out loud at his hearing except to reply "yes" to a handful of procedural questions posed by the judge.

At early court sessions, Ramirez's brother, Julian, and sister, Rosa Flores of El Paso, frequently sat in the courtroom. But they no longer are allowed to attend because they have been subpoenaed as witnesses in the case. Now, they visit him at the County Jail, where he has been housed in a high-security one-man cell.

Ramirez's courtroom support is now limited to a couple of spectators who have never met him but go to see him each day. One, a 23-year-old woman named Bernadette who has worn a sticker to court that read "I Love Your Smile," said she is smitten by the accused serial killer's looks.

Ramirez is pleased by the supporters, said Daniel Hernandez, although, "I don't think he takes them that seriously."

**Chanting From Cell**

During morning and afternoon recesses, Ramirez is housed in a holding

cell down the hall from the courtroom. High-pitched, unintelligible chanting can often be heard emanating from the vicinity of the cell.

According to his lawyers, Ramirez spends most of his hours outside the courtroom reading, sketching, sleeping and helping prepare for the case.

"He's a bookworm," said Arturo Hernandez. "He can go through books in a couple days."

Although Ramirez has a predilection for science fiction, he appears to be an eclectic reader, having digested books ranging from the horror novel "Carrie" by Stephen King to the autobiography of the late actor David Niven in recent weeks.

Ramirez, the lawyers add, is interested in science as well as science fiction.

"He wanted to get on the roof of the jail to see Halley's comet," said Daniel Hernandez, although he never did. As for his artwork, it has ranged from sketches of comic characters to caricatures of the prosecutor, Halpin.

Recently, the defense attorneys made public a courtroom sketch that bore a remarkable likeness to Halpin's face—it was attached, however, to the body of a dog.

*Times Staff Writer*

**Photo:**
The faces of Richard Ramirez during court apperances at his extended preliminary hearing.

**Photographer:**
Los Angeles Times

**NOTE:**
May not be reproduced or retransmitted without permission.
For permission, call:
800 LA TIMES, Ext. 74564.


A-D




KP 94