SEAN K. KENNEDY, Bar No. 145632
E-Mail: sean_kennedy@fd.org
Federal Public Defender
DAISY BYGRAVE, Bar No. 256468
E-Mail: daisy_bygrave@fd.org
Deputy Federal Public Defender
CALLIE GLANTON STEELE Bar No. 155442
E-Mail: callie_steele@fd.org
STATIA PEAKHEART Bar No. 200363
E-Mail: statia_peakheart@fd.org
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone:  (213) 894-2922
Facsimile:   (213) 894-4683

Attorneys for Petitioner
RICHARD MUNOZ RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MUNOZ RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. K. WONG, Acting Warden of, California State Prison at San Quentin, et al.<br><br>　　　　　Respondent.<br>_____ | NO. CV 07-8310- JVS<br><br>**DEATH PENALTY CASE**<br><br>**STATUS REPORT** |

　　　　Petitioner Richard Munoz Ramirez, by and through his attorneys of record, hereby submits this status report in keeping with the Court's order staying Petitioner's federal proceedings pending resolution of his state habeas action.

1

1  On March 16, 2009, Petitioner filed a Petition for Writ of Habeas Corpus in the California Supreme Court.

Respondent's Informal Response was due to be filed with the California Supreme Court on November 23, 2009, however, Respondent has sought a 30 day extension of time that if granted would allow Respondent to file the Informal Response on December 22, 2009.

Petitioner anticipates filing the next status report in this case on February 23, 2010.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Daisy Bygrave
Deputy Federal Public Defender

DATED: November 25, 2009          By:   */s/ Daisy Bygrave*
                                        DAISY BYGRAVE

                                        Counsel for Petitioner
                                        RICHARD MUNOZ RAMIREZ

2