# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

**CERTIFICATE OF DEATH** — 3201321000879

| Field | Value |
|---|---|
| 1. Name – First | RICARDO |
| 2. Middle | MUNOZ |
| 3. Last | RAMIREZ |
| 4. Also Known As | RICHARD RAMIREZ |
| 5. Date of Birth | 1960 |
| 6. Age | 53 |
| 10. Sex | M |
| 11. Birth State/Foreign Country | TEXAS |
| 13. Ever in U.S. Armed Forces | NO |
| 14. Marital Status | MARRIED |
| 15. Date of Death | 06/07/2013 |
| 16. Hour | 0910 |
| 17. Education | HS GRADUATE |
| 18. Hispanic | YES – MEXICAN |
| 19. Race | MEXICAN AMERICAN |
| 20. Usual Occupation | INMATE |
| 21. Kind of Business/Industry | DEPARTMENT OF CORRECTIONS |
| 22. Years in Occupation | 20 |
| 23. Decedent's Residence | 1 MAIN STREET |
| 24. City | SAN QUENTIN |
| 25. County | MARIN |
| 26. ZIP Code | 94964 |
| 27. Years in County | 20 |
| 28. State | CALIFORNIA |
| 29. Informant's Name | DOREEN ANN LIOY-RAMIREZ, SPOUSE |
| 31. Surviving Spouse – First | DOREEN |
| 32. Middle | ANN |
| 33. Last | LIOY |
| 34. Father – First | JULIAN |
| 35. Last | RAMIREZ |
| 36. Birth State | MEXICO |
| 37. Mother – First | MERCEDES |
| 38. Last | MUNOZ |
| 39. Birth State | COLORADO |
| 40. Disposition Date | 06/13/2013 |
| 41. Place of Final Disposition | RESIDENCE OF DOREEN ANN LIOY-RAMIREZ |
| 42. Type of Disposition | CR/RES |
| 43. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | MONTE'S CHAPEL OF THE HILLS |
| 45. License Number | FD602 |
| 46. Signature of Local Registrar | MATTHEW WILLIS, MD MPH |
| 47. Date | 06/13/2013 |
| 100. Place of Death | MARIN GENERAL HOSPITAL |
| County | MARIN |
| Facility Address | 250 BON AIR ROAD |
| City | GREENBRAE |
| 107. Cause of Death | PENDING |
| Case # | CR13136 |
| Biopsy Performed | YES |
| Autopsy Performed | NO |
| Used in Determining Cause | NO |
| Manner of Death | Pending Investigation |
| 126. Signature of Coroner | KEITH A BOYD |
| 127. Date | 06/13/2013 |
| 128. Type Name, Title of Coroner | KEITH A BOYD, ASST CHIEF DEPUTY CORONER |

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORD SECTION, MARIN COUNTY PUBLIC HEALTH DEPARTMENT.

06/18/2013
DATE ISSUED

Matthew Willis MD, MPH
Marin County, California
This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*000448413*




## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**

STATE FILE NUMBER: 3052013113457
LOCAL REGISTRATION NUMBER: 3201321000879

1.1

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

| 1A. NAME – FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| RICARDO | MUNOZ | RAMIREZ | M |

| 3. DATE OF EVENT – MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 06/07/2013 | GREENBRAE | MARIN |

### PART II — STATEMENT OF CORRECTIONS

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING | COMPLICATIONS OF B-CELL LYMPHOMA |
| 107AT | -- | WEEKS |
| 112 | -- | CHRONIC SUBSTANCE ABUSE; CHRONIC HEPATITIS "C" VIRAL INFECTION |
| 119 | PENDING INVESTIGATION | NATURAL |

2 OF 2

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED – MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| KEITH A BOYD | 06/17/2013 | ASST CHIEF DEPUTY CORONER |

| 12. ADDRESS — STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 3501 CIVIC CENTER DRIVE | SAN RAFAEL | CA | 94903 |

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION – MM/DD/CCYY |
|---|---|
| STATE REGISTRAR - OFFICE OF VITAL RECORDS | 06/17/2013 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Aa (REV. 1/06)

1.1

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORD SECTION, MARIN COUNTY PUBLIC HEALTH DEPARTMENT.



DATE ISSUED: 06/18/2013



*000448414*

Matthew Willis MD, MPH
Marin County, California
This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE